# EXHIBIT A

Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against Valeant Pharmaceuticals International, Inc. PR Newswire October 22, 2015 Thursday 10:00 PM EST

Copyright 2015 PR Newswire Association LLC
All Rights Reserved
PR Newswire

October 22, 2015 Thursday 10:00 PM EST

**LENGTH:** 714 words

**HEADLINE:** Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against Valeant Pharmaceuticals International, Inc.

**DATELINE:** SAN DIEGO, Oct. 22, 2015

**BODY:**

Robbins Geller Rudman & Dowd LLP("Robbins Geller") (http://www.rgrdlaw.com/cases/valeant/) today announced that a class action has been commenced in the United States District Court for the District of New Jersey on behalf of purchasers of Valeant Pharmaceuticals International, Inc. ("Valeant") (NYSE:VRX) stock during the period between February 23, 2015 and October 20, 2015 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today.   If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel,Darren Robbinsof Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail atdjr@rgrdlaw.com   If you are a member of this class, you can view a copy of the complaint as filed or join this class action online athttp://www.rgrdlaw.com/cases/valeant/.   Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Valeant and certain of its officers and directors with violations of the Securities Exchange Act of 1934.   Valeant is a specialty pharmaceutical and medical device company that develops, manufactures, and markets a range of branded, generic, and branded generic pharmaceuticals, over-the-counter products, and medical devices, such as contact lenses, intraocular lenses, ophthalmic surgical equipment, and aesthetics devices.

The complaint alleges that during the Class Period, defendants made false and misleading statements and/or failed to disclose adverse information about the Company's business and prospects, including that the Company was using a network of specialty mail-order pharmacies that it actually controlled to prop up sales of its high-priced drugs and to keep patients and their insurance companies from switching to less costly generic drugs, that Valeant's undisclosed use of specialty pharmacies left it subject to increased regulatory risks, and that without the use of the specialty pharmacies, Valeant's financial performance and Class Period financial guidance would have been negatively impacted.   As a result of these false and misleading statements and/or omissions, Valeant stock traded at artificially inflated prices during the Class Period, reaching over $260 per share.

Then on October 19, 2015, the Company issued a press release reporting its third quarter 2015 financial results.   The same day, Valeant hosted an earnings call during which, for the first time, defendants revealed the previously undisclosed and direct relationship between Valeant and certain specialty pharmacies.   On this news, the price of Valeant common stock fell over 10% in one day, from a close of $163.83 per share on October 19, 2015 to a close of $146.74 per share on October 20, 2015.   Additional news concerning Valeant's unique relationships with specialty pharmacies reached the market on October 21, 2015, causing the price of Valeant stock to drop sharply, falling to a close of $118.61 per share.

Plaintiff seeks to recover damages on behalf of all purchasers of Valeant stock during the Class Period (the "Class").   The plaintiff is represented by Robbins Geller, which has extensive experience in prosecuting investor class actions including actions involving financial fraud.

Robbins Geller, with 200 lawyers in ten offices, represents U.S. and international institutional investors in contingency-based securities and corporate litigation.   The firm has obtained many of the largest securities class action recoveries in history and was ranked first in both the amount and number of shareholder class action recoveries in ISS'sSCAS Top 50report for 2014.   Please visithttp://www.rgrdlaw.com/cases/valeant/for more information.

Page 2

Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against Valeant Pharmaceuticals International, Inc. PR Newswire October 22, 2015 Thursday 10:00 PM EST

https://www.linkedin.com/company/rgrdlaw
https://twitter.com/rgrdlaw
https://www.facebook.com/rgrdlaw
https://plus.google.com/+Rgrdlaw/posts

Logo -http://photos.prnewswire.com/prnh/20150415/198876LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/robbins-geller-rudman--dowd-llp-files-class-action-suit-against-valeant-pharmaceuticals-international-inc-300165241.html

SOURCE Robbins Geller Rudman & Dowd LLP

**LOAD-DATE:** October 23, 2015