# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Teachers Insurance and Annuity Association of America ("TIAA"), College Retirement Equities Fund ("CREF"), TIAA-CREF Funds (including the TIAA-CREF Growth & Income Fund and TIAA-CREF Large-Cap Growth Fund), and TIAA-CREF Life Funds (including the TIAA-CREF Life Growth Equity Fund and TIAA-CREF Life Growth & Income Fund) (collectively "TIAA-CREF") declares:

1. TIAA-CREF has reviewed complaints filed in this matter and has authorized the filing of a lead plaintiff motion.

2. TIAA-CREF did not acquire the securities that are the subject of this action at the direction of TIAA-CREF's counsel or to participate in this private action or any other litigation under the federal securities laws.

3. TIAA-CREF is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. TIAA-CREF's transactions in the securities that are the subject of this action are detailed in the attached Schedule A.

5. TIAA-CREF has not sought to serve or served as a representative party in a class action filed pursuant to the Securities Act of 1933 or the Securities Exchange Act of 1934 within the three-year period before the date of this Certification except: *In re American Realty Capital Properties Inc. Litig.*, No. 1:15-mc-00040 (S.D.N.Y.).

6. TIAA-CREF will not accept any payment for serving as a representative party on behalf of the class beyond TIAA-CREF's pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of December, 2015.

TIAA-CREF

By: /s/ Jonathan Feigelson
Jonathan Feigelson
Senior Managing Director, General Counsel and
Head of Corporate Governance

VALEANT

DocuSign Envelope ID: 51363CBA-12FE-4DD6-A976-86E7C22A2B7D

## SCHEDULE A

## SECURITIES TRANSACTIONS

### TIAA-CREF Large-Cap Growth Fund

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 04/07/2015 | 11,785 | $198.89 |
| 04/08/2015 | 48,136 | $204.67 |
| 04/09/2015 | 16,480 | $207.70 |
| 04/21/2015 | 36,503 | $209.91 |
| 04/23/2015 | 15,194 | $209.55 |
| 07/27/2015 | 12,620 | $257.01 |
| 07/29/2015 | 42,137 | $255.50 |
| 08/05/2015 | 10,694 | $261.85 |
| 09/08/2015 | 3,876 | $234.32 |
| 10/06/2015 | 32,976 | $166.53 |
| 10/09/2015 | 36,509 | $174.01 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 10/15/2015 | 41,761 | $164.74 |
| 10/16/2015 | 28,635 | $173.73 |
| 10/21/2015 | 31,428 | $104.25 |

### TIAA-CREF Growth & Income Fund

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 03/06/2014 | 200 | $144.74 |
| 03/13/2014 | 200 | $142.14 |
| 03/17/2014 | 200 | $140.85 |
| 03/24/2014 | 300 | $136.04 |
| 04/06/2015 | 59,642 | $198.26 |
| 04/07/2015 | 27,197 | $199.04 |
| 05/07/2015 | 200 | $215.30 |
| 07/29/2015 | 11,281 | $255.32 |
| 10/05/2015 | 100 | $174.27 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 04/08/2014 | 111,067 | $118.21 |
| 05/04/2015 | 400 | $223.62 |
| 06/05/2015 | 200 | $232.52 |
| 06/18/2015 | 200 | $230.63 |
| 06/19/2015 | 400 | $233.17 |
| 07/02/2015 | 100 | $229.24 |
| 07/15/2015 | 200 | $237.25 |
| 07/20/2015 | 300 | $237.80 |

DocuSign Envelope ID: 51363CBA-12FE-4DD6-A976-86E7C22A2B7D

| Date | Amount | Price |
|---|---|---|
| 08/17/2015 | 400 | $244.77 |
| 08/31/2015 | 450 | $235.01 |
| 09/28/2015 | 22,477 | $197.16 |
| 10/20/2015 | 29,525 | $154.05 |

*Opening position of 110,167 shares.

### TIAA-CREF Life Growth Equity Fund

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 04/07/2015 | 299 | $198.89 |
| 04/08/2015 | 1,219 | $204.67 |
| 04/09/2015 | 417 | $207.70 |
| 04/21/2015 | 920 | $209.91 |
| 04/23/2015 | 383 | $209.55 |
| 07/27/2015 | 300 | $257.01 |
| 07/29/2015 | 1,020 | $255.50 |
| 08/05/2015 | 258 | $261.85 |
| 09/08/2015 | 98 | $234.32 |
| 10/06/2015 | 794 | $166.53 |
| 10/09/2015 | 883 | $174.01 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 04/10/2015 | 15 | $207.27 |
| 05/11/2015 | 24 | $223.46 |
| 05/22/2015 | 31 | $238.00 |
| 07/02/2015 | 63 | $225.53 |
| 10/15/2015 | 1,010 | $164.74 |
| 10/16/2015 | 693 | $173.73 |
| 10/21/2015 | 761 | $104.25 |

### TIAA-CREF Life Growth & Income Fund

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 03/17/2014 | 10 | $140.85 |
| 04/06/2015 | 1,840 | $198.26 |
| 04/07/2015 | 839 | $199.04 |
| 07/16/2015 | 20 | $237.49 |
| 07/29/2015 | 368 | $255.32 |
| 09/18/2015 | 10 | $238.40 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 04/08/2014 | 3,405 | $118.21 |
| 05/04/2015 | 10 | $223.62 |
| 06/02/2015 | 10 | $239.36 |

DocuSign Envelope ID: 51363CBA-12FE-4DD6-A976-86E7C22A2B7D

| Date | Amount | Price |
|---|---|---|
| 06/23/2015 | 10 | $234.06 |
| 07/01/2015 | 10 | $225.08 |
| 08/12/2015 | 20 | $243.42 |
| 09/28/2015 | 710 | $197.16 |
| 10/20/2015 | 926 | $154.05 |

*Opening position of 3,395 shares.

## TIAA

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 08/01/2014 | 2,000 | $119.81 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 06/10/2014 | 2,000 | $125.15 |

## CREF

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 02/28/2014 | 200 | $148.50 |
| 03/05/2014 | 20,579 | $144.79 |
| 03/06/2014 | 13,477 | $143.92 |
| 03/25/2014 | 300 | $131.90 |
| 04/22/2014 | 35,000 | $132.30 |
| 04/22/2014 | 28,000 | $132.30 |
| 04/22/2014 | 60,000 | $133.75 |
| 03/18/2015 | 15,000 | $202.53 |
| 04/06/2015 | 43,155 | $198.26 |
| 04/07/2015 | 23,246 | $198.89 |
| 04/07/2015 | 3,870 | $198.89 |
| 04/07/2015 | 19,680 | $199.04 |
| 04/08/2015 | 94,938 | $204.67 |
| 04/08/2015 | 15,807 | $204.67 |
| 04/09/2015 | 32,504 | $207.70 |
| 04/09/2015 | 5,412 | $207.70 |
| 04/21/2015 | 72,026 | $209.91 |
| 04/21/2015 | 11,992 | $209.91 |
| 04/23/2015 | 29,987 | $209.55 |
| 04/23/2015 | 4,993 | $209.55 |
| 04/30/2015 | 29,286 | $219.33 |
| 06/22/2015 | 4,063 | $233.47 |
| 06/26/2015 | 5,000 | $228.81 |
| 07/27/2015 | 24,467 | $257.01 |
| 07/27/2015 | 3,965 | $257.01 |
| 07/29/2015 | 82,393 | $255.50 |
| 07/29/2015 | 8,305 | $255.32 |
| 07/29/2015 | 13,338 | $255.50 |

DocuSign Envelope ID: 51363CBA-12FE-4DD6-A976-86E7C22A2B7D

| Date | Amount | Price |
|---|---|---|
| 08/05/2015 | 20,891 | $261.85 |
| 08/05/2015 | 3,381 | $261.85 |
| 10/06/2015 | 62,720 | $166.53 |
| 10/06/2015 | 10,237 | $166.53 |
| 10/09/2015 | 69,297 | $174.01 |
| 10/09/2015 | 11,328 | $174.01 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 04/08/2014 | 95,330 | $118.21 |
| 05/13/2014 | 100 | $131.50 |
| 05/14/2014 | 10,000 | $128.56 |
| 05/14/2014 | 8,000 | $128.56 |
| 05/16/2014 | 25,000 | $123.01 |
| 05/16/2014 | 20,000 | $123.01 |
| 05/28/2014 | 5,200 | $127.07 |
| 05/28/2014 | 29,129 | $124.15 |
| 05/28/2014 | 18,056 | $127.07 |
| 05/28/2014 | 104,000 | $126.05 |
| 05/28/2014 | 14,237 | $124.15 |
| 06/18/2014 | 10,700 | $118.69 |
| 06/18/2014 | 39,000 | $118.69 |
| 07/24/2014 | 9,833 | $124.33 |
| 07/24/2014 | 35,333 | $124.33 |
| 07/25/2014 | 9,797 | $123.32 |
| 07/25/2014 | 35,203 | $123.32 |
| 07/28/2014 | 9,870 | $123.40 |
| 07/28/2014 | 35,464 | $123.40 |
| 04/06/2015 | 348 | $198.56 |
| 04/09/2015 | 298 | $205.45 |
| 04/15/2015 | 140 | $206.64 |
| 05/04/2015 | 2,032 | $222.77 |
| 06/19/2015 | 563 | $230.27 |
| 06/19/2015 | 1,504 | $233.20 |
| 07/31/2015 | 4,660 | $257.53 |
| 09/21/2015 | 3,776 | $244.84 |
| 09/28/2015 | 16,721 | $197.16 |
| 09/30/2015 | 7,918 | $178.38 |
| 10/15/2015 | 79,270 | $164.74 |
| 10/15/2015 | 12,959 | $164.74 |
| 10/16/2015 | 54,352 | $173.73 |
| 10/16/2015 | 8,885 | $173.73 |
| 10/20/2015 | 19,889 | $154.05 |
| 10/21/2015 | 59,660 | $104.25 |
| 10/21/2015 | 9,751 | $104.25 |

*Opening position of 356,696 shares.