# EXHIBIT C

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **TIAA-CREF Large-Cap Growth Fund** | 04/07/2015 | 11,785 | $198.89 | $2,343,918.65 | 10/15/2015 | 41,761 | $164.74 | $6,879,707.14 | |
| | 04/08/2015 | 48,136 | $204.67 | $9,851,995.12 | 10/16/2015 | 28,635 | $173.73 | $4,974,758.55 | |
| | 04/09/2015 | 16,480 | $207.70 | $3,422,896.00 | 10/21/2015 | 31,428 | $104.25 | $3,276,369.00 | |
| | 04/21/2015 | 36,503 | $209.91 | $7,662,344.73 | 10/22/2015 | 161,016 | $109.87 | $17,690,827.92 | |
| | 04/23/2015 | 15,194 | $209.55 | $3,183,902.70 | 10/26/2015 | 4,070 | $114.98 | $467,968.60 | |
| | 07/27/2015 | 12,620 | $257.01 | $3,243,466.20 | | | | | |
| | 07/29/2015 | 42,137 | $255.50 | $10,766,003.50 | | | | | |
| | 08/05/2015 | 10,694 | $261.85 | $2,800,223.90 | | | | | |
| | 09/08/2015 | 3,876 | $234.32 | $908,224.32 | | | | | |
| | 10/06/2015 | 32,976 | $166.53 | $5,491,493.28 | | | | | |
| | 10/09/2015 | 36,509 | $174.01 | $6,352,931.09 | | | | | |
| | | **266,910** | | **$56,027,399.49** | | **266,910** | | **$33,289,631.21** | **($22,737,768.28)** |
| **TIAA-CREF Growth & Income Fund** | 03/06/2014 | 200 | $144.74 | $28,948.00 | 04/08/2014 | 900 | $118.21 | $106,389.00 | |
| | 03/13/2014 | 200 | $142.14 | $28,428.00 | 05/04/2015 | 400 | $223.62 | $89,448.00 | |
| | 03/17/2014 | 200 | $140.85 | $28,170.00 | 06/05/2015 | 200 | $232.52 | $46,504.00 | |
| | 03/24/2014 | 300 | $136.04 | $40,812.00 | 06/18/2015 | 200 | $230.63 | $46,126.00 | |
| | 04/06/2015 | 59,642 | $198.26 | $11,824,622.92 | 06/19/2015 | 400 | $233.17 | $93,268.00 | |
| | 04/07/2015 | 27,197 | $199.04 | $5,413,290.88 | 07/02/2015 | 100 | $229.24 | $22,924.00 | |
| | 05/07/2015 | 200 | $215.30 | $43,060.00 | 07/15/2015 | 200 | $237.25 | $47,450.00 | |
| | 07/29/2015 | 11,281 | $255.32 | $2,880,264.92 | 07/20/2015 | 300 | $237.80 | $71,340.00 | |
| | 10/05/2015 | 100 | $174.27 | $17,427.00 | 08/17/2015 | 400 | $244.77 | $97,908.00 | |
| | | | | | 08/31/2015 | 450 | $235.01 | $105,754.50 | |
| | | | | | 09/28/2015 | 22,477 | $197.16 | $4,431,565.32 | |
| | | | | | 10/20/2015 | 29,525 | $154.05 | $4,548,326.25 | |
| | | | | | 10/22/2015 | 43,768 | $109.87 | $4,808,790.16 | |
| | | **99,320** | | **$20,305,023.72** | | **99,320** | | **$14,515,793.23** | **($5,789,230.49)** |
| **TIAA-CREF Life Growth Equity Fund** | 04/07/2015 | 299 | $198.89 | $59,468.11 | 04/10/2015 | 15 | $207.27 | $3,109.05 | |
| | 04/08/2015 | 1,219 | $204.67 | $249,492.73 | 05/11/2015 | 24 | $223.46 | $5,363.04 | |
| | 04/09/2015 | 417 | $207.70 | $86,610.90 | 05/22/2015 | 31 | $238.00 | $7,378.00 | |
| | 04/21/2015 | 920 | $209.91 | $193,117.20 | 07/02/2015 | 63 | $225.53 | $14,208.39 | |
| | 04/23/2015 | 383 | $209.55 | $80,257.65 | 10/15/2015 | 1,010 | $164.74 | $166,387.40 | |
| | 07/27/2015 | 300 | $257.01 | $77,103.00 | 10/16/2015 | 693 | $173.73 | $120,394.89 | |
| | 07/29/2015 | 1,020 | $255.50 | $260,610.00 | 10/21/2015 | 761 | $104.25 | $79,334.25 | |
| | 08/05/2015 | 258 | $261.85 | $67,557.30 | 10/22/2015 | 3,896 | $109.87 | $428,053.52 | |
| | 09/08/2015 | 98 | $234.32 | $22,963.36 | 10/26/2015 | 98 | $114.98 | $11,268.04 | |
| | 10/06/2015 | 794 | $166.53 | $132,224.82 | | | | | |
| | 10/09/2015 | 883 | $174.01 | $153,650.83 | | | | | |
| | | **6,591** | | **$1,383,055.90** | | **6,591** | | **$835,496.58** | **($547,559.32)** |
| **TIAA-CREF Life Growth & Income Fund** | 03/17/2014 | 10 | $140.85 | $1,408.50 | 04/08/2014 | 10 | $118.21 | $1,182.10 | |
| | 04/06/2015 | 1,840 | $198.26 | $364,798.40 | 05/04/2015 | 10 | $223.62 | $2,236.20 | |
| | 04/07/2015 | 839 | $199.04 | $166,994.56 | 06/02/2015 | 10 | $239.36 | $2,393.60 | |
| | 07/16/2015 | 20 | $237.49 | $4,749.80 | 06/23/2015 | 10 | $234.06 | $2,340.60 | |
| | 07/29/2015 | 368 | $255.32 | $93,957.76 | 07/01/2015 | 10 | $225.08 | $2,250.80 | |
| | 09/18/2015 | 10 | $238.40 | $2,384.00 | 08/12/2015 | 20 | $243.42 | $4,868.40 | |
| | | | | | 09/28/2015 | 710 | $197.16 | $139,983.60 | |
| | | | | | 10/20/2015 | 926 | $154.05 | $142,650.30 | |
| | | | | | 10/22/2015 | 1,381 | $109.87 | $151,730.47 | |
| | | **3,087** | | **$634,293.02** | | **3,087** | | **$449,636.07** | **($184,656.95)** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **TIAA** | | 08/01/2014 | 2,000 | $119.81 | $239,620.00 | 06/10/2014 | 2,000 | $125.15 | $250,300.00 |
| | | | 2,000 | | $239,620.00 | | 2,000 | | $250,300.00 | $10,680.00 |
| **CREF** | | 02/28/2014 | 200 | $148.50 | $29,700.00 | 06/18/2014 | 22,056 | $118.69 | $2,617,826.64 |
| | | 03/05/2014 | 20,579 | $144.79 | $2,979,633.41 | 07/24/2014 | 9,833 | $124.33 | $1,222,536.89 |
| | | 03/06/2014 | 13,477 | $143.92 | $1,939,609.84 | 07/24/2014 | 35,333 | $124.33 | $4,392,951.89 |
| | | 03/25/2014 | 300 | $131.90 | $39,570.00 | 07/25/2014 | 9,797 | $123.32 | $1,208,166.04 |
| | | 04/22/2014 | 35,000 | $132.30 | $4,630,500.00 | 07/25/2014 | 35,203 | $123.32 | $4,341,233.96 |
| | | 04/22/2014 | 28,000 | $132.30 | $3,704,400.00 | 07/28/2014 | 9,870 | $123.40 | $1,217,958.00 |
| | | 04/22/2014 | 60,000 | $133.75 | $8,025,000.00 | 07/28/2014 | 35,464 | $123.40 | $4,376,257.60 |
| | | 03/18/2015 | 15,000 | $202.53 | $3,037,950.00 | 04/06/2015 | 348 | $198.56 | $69,098.88 |
| | | 04/06/2015 | 43,155 | $198.26 | $8,555,910.30 | 04/09/2015 | 298 | $205.45 | $61,224.10 |
| | | 04/07/2015 | 23,246 | $198.89 | $4,623,396.94 | 04/15/2015 | 140 | $206.64 | $28,929.60 |
| | | 04/07/2015 | 3,870 | $198.89 | $769,704.30 | 05/04/2015 | 2,032 | $222.77 | $452,668.64 |
| | | 04/07/2015 | 19,680 | $199.04 | $3,917,107.20 | 06/19/2015 | 563 | $230.27 | $129,642.01 |
| | | 04/08/2015 | 94,938 | $204.67 | $19,430,960.46 | 06/19/2015 | 1,504 | $233.20 | $350,732.80 |
| | | 04/08/2015 | 15,807 | $204.67 | $3,235,218.69 | 07/31/2015 | 4,660 | $257.53 | $1,200,089.80 |
| | | 04/09/2015 | 32,504 | $207.70 | $6,751,080.80 | 09/21/2015 | 3,776 | $244.84 | $924,515.84 |
| | | 04/09/2015 | 5,412 | $207.70 | $1,124,072.40 | 09/28/2015 | 16,721 | $197.16 | $3,296,712.36 |
| | | 04/21/2015 | 72,026 | $209.91 | $15,118,977.66 | 09/30/2015 | 7,918 | $178.38 | $1,412,412.84 |
| | | 04/21/2015 | 11,992 | $209.91 | $2,517,240.72 | 10/15/2015 | 79,270 | $164.74 | $13,058,939.80 |
| | | 04/23/2015 | 29,987 | $209.55 | $6,283,775.85 | 10/15/2015 | 12,959 | $164.74 | $2,134,865.66 |
| | | 04/23/2015 | 4,993 | $209.55 | $1,046,283.15 | 10/16/2015 | 54,352 | $173.73 | $9,442,572.96 |
| | | 04/30/2015 | 29,286 | $219.33 | $6,423,298.38 | 10/16/2015 | 8,885 | $173.73 | $1,543,591.05 |
| | | 06/22/2015 | 4,063 | $233.47 | $948,588.61 | 10/20/2015 | 19,889 | $154.05 | $3,063,900.45 |
| | | 06/26/2015 | 5,000 | $228.81 | $1,144,050.00 | 10/21/2015 | 59,660 | $104.25 | $6,219,555.00 |
| | | 07/27/2015 | 24,467 | $257.01 | $6,288,263.67 | 10/21/2015 | 9,751 | $104.25 | $1,016,541.75 |
| | | 07/27/2015 | 3,965 | $257.01 | $1,019,044.65 | 10/22/2015 | 305,652 | $109.87 | $33,581,985.24 |
| | | 07/29/2015 | 82,393 | $255.50 | $21,051,411.50 | 10/22/2015 | 29,530 | $109.87 | $3,244,461.10 |
| | | 07/29/2015 | 8,305 | $255.32 | $2,120,432.60 | 10/22/2015 | 49,961 | $109.87 | $5,489,215.07 |
| | | 07/29/2015 | 13,338 | $255.50 | $3,407,859.00 | 10/26/2015 | 7,727 | $114.98 | $888,450.46 |
| | | 08/05/2015 | 20,891 | $261.85 | $5,470,308.35 | 10/26/2015 | 1,263 | $114.98 | $145,219.74 |
| | | 08/05/2015 | 3,381 | $261.85 | $885,314.85 | held | 44,422 | $93.73 | $4,163,641.56 |
| | | 10/06/2015 | 62,720 | $166.53 | $10,444,761.60 | | | | |
| | | 10/06/2015 | 10,237 | $166.53 | $1,704,767.61 | | | | |
| | | 10/09/2015 | 69,297 | $174.01 | $12,058,370.97 | | | | |
| | | 10/09/2015 | 11,328 | $174.01 | $1,971,185.28 | | | | |
| | | | 878,837 | | $172,697,748.79 | | 878,837 | | $111,295,897.73 | ($61,401,851.06) |
| **Movants' Total** | | | 1,256,745 | | $251,287,140.92 | | 1,256,745 | | $160,636,754.82 | *($90,650,386.10)* |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period. The price used is $93.73 as of December 18, 2015 for common stock.