# EXHIBIT C

# HACH ROSE SCHIRRIPA & CHEVERIE LLP
### ATTORNEYS AT LAW

## CERTIFICATION OF VALEANT PHARMACEUTICALS INT'L INC.
## SECURITIES CLASS ACTION COMPLAINT

I, Peter Arborio, on behalf of the Connecticut Laborers' Pension Fund ("Fund") hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Co-Chairman of the Connecticut Laborers' Pension Fund.

2. I am authorized by the Board of Trustees of the Fund to initiate this lawsuit against Valeant Pharmaceuticals International Inc. on the Fund's behalf and to execute this Certification.

3. I have reviewed the complaint filed in this case and authorize Hach Rose Schirripa & Cheverie LLP to act on the Fund's behalf in this matter in applying for Lead Plaintiff status.

4. The Fund is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

5. During the Class Period (as defined in the complaint), the Fund purchased and/or sold the security that is the subject of the complaint as set forth on the attached Schedule A.

6. The Fund did not engage in the foregoing transactions at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

7. During the three year period preceding the date of my signing this Certification, the Fund has served as a representative party on behalf of a class in one private action arising under the Exchange Act, *Westley v. Oclaro, Inc.*, No. C11-02448-EMC (N.D. Cal.), originally filed in May 2011, which settled after mediation in early 2014. The Fund has not sought to serve as a representative party on behalf of a class in any other private action during this period; except:

    *In re Salix Pharmaceuticals, Ltd.*, No. 14-cv-8925 (S.D.N.Y.).

8. The Fund will not accept any payment for serving as a representative party on behalf of the Class beyond its pro rata share of any possible recovery except for an award, as ordered by the court, for reasonable costs and expenses directly relating to its representation of the Class.

Signed under the penalties of perjury, this 16 day of December 2015.

*[signature]*
Peter Arborio, Co-Chairman

## SCHEDULE A

| DATE | BUY/SELL | NO. OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 1/2/2015 | BUY | 120 | $ 144.51 |
| 1/12/2015 | BUY | 50 | $ 154.01 |
| 1/16/2015 | BUY | 100 | $ 155.34 |
| 2/5/2015 | BUY | 50 | $ 161.00 |
| 7/14/2015 | BUY | 4300 | $ 236.38 |
| 8/31/2015 | BUY | 300 | $ 230.58 |
| 9/1/2015 | BUY | 25 | $ 223.80 |
| 9/3/2015 | BUY | 20 | $ 232.41 |
| 7/31/2014 | SELL | 130 | $ 115.81 |
| 8/1/2014 | SELL | 275 | $ 117.84 |
| 4/27/2015 | SELL | 25 | $ 202.73 |
| 9/21/2015 | SELL | 40 | $ 226.23 |
| 9/28/2015 | SELL | 120 | $ 168.33 |
| 10/6/2015 | SELL | 180 | $ 162.45 |