TRIEF & OLK
TED TRIEF
SHELLY L. FRIEDLAND
9 Kansas Street
Hackensack, NJ  07601
Telephone: 201/343-5770
ttrief@triefandolk.com
sfriedland@triefandolk.com

Local Counsel

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LAURA POTTER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 3:15-cv-07658 |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) ) | DECLARATION OF SHELLY L. FRIEDLAND IN SUPPORT OF PLAINTIFF'S MOTIONS TO PARTIALLY LIFT DISCOVERY STAY |
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

1148610_1

I, SHELLY L. FRIEDLAND, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New Jersey and in this District. I am associated with the law firm of Trief & Olk, one of the counsel of record for TIAA in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Excerpts from Valeant Pharmaceuticals International, Inc. Form 10-K for the fiscal year ended December 31, 2015, filed April 29, 2016;

Exhibit B: Valeant Pharmaceuticals International, Inc. Form 8-K, dated March 21, 2016;

Exhibit C: Valeant Pharmaceuticals International, Inc. Press Release entitled "Valeant Pharmaceuticals Announces Management Change," dated March 2, 2016;

Exhibit D: Valeant Pharmaceuticals International, Inc. Press Release entitled "Valeant Announces Nominees for Election to Board of Directors," dated April 29, 2016;

Exhibit E: Excerpt from Valeant Pharmaceuticals International, Inc. Form 10-K for the fiscal year ended December 31, 2014, filed February 25, 2015;

Exhibit F: Excerpts from the transcript of a hearing before the Senate Committee on Aging regarding "Valeant Pharmaceuticals' Business Model: the Repercussions for Patients and the Health Care System," dated April 27, 2016;

Exhibit G: House of Representatives Committee on Oversight and Government Reform Memorandum from Democratic Staff to Democratic Members of the Committee re Documents Obtained

1148610_1

|  |  |
|---|---|
|  | by Committee from Valeant Pharmaceuticals, dated February 2, 2016; |
| Exhibit H: | Anna Edney, *Valeant CEO Deposed for at Least Nine Hours by Senate Committee*, Bloomberg, Apr. 18, 2016; |
| Exhibit I: | Testimony of Howard B. Schiller to the Special Committee on Aging, dated April 27, 2016; |
| Exhibit J: | Excerpts from the transcript of a hearing before the House Committee on Oversight and Government Reform regarding "Prescription Drug Market Oversight," dated February 4, 2016; |
| Exhibit K: | Letter from J. Michael Pearson, Chairman of the Board and Chief Executive Officer, Valeant Pharmaceuticals International, Inc., to The Honorable Claire McCaskill, Permanent Subcommittee on Investigations, Committee on Homeland Security and Governmental Affairs, United States Senate, regarding questions concerning Valeant and recent increases in the list prices of Nitropress and Isuprel dated October 14, 2015; |
| Exhibit L: | Katie Thomas, *Valeant Promised Price Breaks on Drugs, Heart Hospitals Are Still Waiting*, N.Y. Times, dated May 11, 2016; |
| Exhibit M: | Letter from Elijah E. Cummings, Ranking Member, House of Representatives Committee on Oversight and Government Reform, to J. Michael Pearson, Chairman and Chief Executive Officer, Valeant Pharmaceuticals International, Inc., requesting information that has been withheld from Congress regarding Philidor Rx Services, LLC, dated April 12. 2016; |
| Exhibit N: | Laura Silva Laughlin, *The Really Big Problem with Valeant's Billions of Debt*, Fortune, Mar. 22, 2016; |
| Exhibit O: | Sean Williams, *The Only Way to Fix Valeant Pharmaceuticals Will Probably Disappoint Investors*, The Motley Fool, Apr. 22, 2016; |
| Exhibit P: | Valeant Pharmaceuticals International, Inc. Press Release entitled "Statements of J. Michael Pearson, Chairman and CEO, and |

|               |                                                                                                                                                                                                                                                                                 |
| ------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|               | Robert Ingram, Lead Outside Director of Valeant Pharmaceuticals," dated October 26, 2015;                                                                                                                                                                                       |
| Exhibit Q:    | Letter from Gretchen S. Wisehart, EVP and General Counsel, Philidor Rx Services, LLC, to Pennsylvania Bureau of Workforce Development Partnership, Rapid Response Coordination Services, re Notice of Job Loss Resulting From Unforeseeable Business Circumstances, dated November 25, 2015; |
| Exhibit R:    | Letter from Jonathan N. Rose to Cathy Yu, Senior Counsel, U.S. Senate Special Committee on Aging, and The Honorable Claire McCaskill, Ranking Member, re Philidor's Responses to Interrogatories, dated April 25, 2016;                                                         |
| Exhibit S:    | Texas State Board of Pharmacy, Request to Change Location and/or Name of Pharmacy License for Orbit Pharmacy, Inc., dated September 11, 2015;                                                                                                                                    |
| Exhibit T:    | Purchase Option Agreement Among KGA Fulfillment Services, Inc., Each of the Members Set Forth on Schedule A and Philidor Rx Services, LLC, dated December 15, 2014;                                                                                                             |
| Exhibit U:    | Jonathan D. Rockoff & Jeanne Whalen, *Valeant and Pharmacy More Intertwined Than Thought*, Wall St. J., Oct. 25, 2015;                                                                                                                                                          |
| Exhibit V:    | Contact information for BQ6 Media Group, http://www.bq6media.com/BQ6_Contact;                                                                                                                                                                                                    |
| Exhibit W:    | Termination Agreement, dated January 22, 2016;                                                                                                                                                                                                                                  |
| Exhibit X:    | Biographies of BQ6 Media Group Executives; and                                                                                                                                                                                                                                   |

1148610_1

- 4 -

Exhibit Y:   Pricing presentations for Valeant Pharmaceuticals International, Inc. by McKinsey & Company and Pennside Partners Ltd., dated December 29, 2014 and December 26, 2014, respectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 27, 2016, at New York, New York.

s/ Shelly L. Friedland<br>SHELLY L. FRIEDLAND