# EXHIBIT Q



November 25, 2015


**VIA OVERNIGHT DELIVERY**


Pennsylvania Bureau of Workforce Development Partnership
Rapid Response Coordination Services
12th Floor Labor & Industry Building
651 Boas Street
Harrisburg, PA 17121
Facsimile: (717) 783-7115


**Re:  Notice of Job Losses Resulting From Unforeseeable Business Circumstances**


To Whom It May Concern:

This Notice is being issued in connection with the plant closing at Philidor Rx Services, LLC's (the "Company") facilities located at 400 Horsham Road, Suite 109, Horsham, Pennsylvania 19044 ("Horsham"), 330 South Warminster Road, #350, Hatboro, Pennsylvania 19040 ("Hatboro"), and 4217 East Cotton Center Boulevard, Suite 125, Phoenix, Arizona 85040 ("Phoenix") (collectively, the "facilities") and associated layoff of all employees in all positions at the facilities because of unforeseen business circumstances, on October 30, 2015, the Company's only client, Valeant North America, advised that it intended immediately to terminate the Distribution and Services Agreement ("Agreement") with the Company without prior notice. Since that date, the Company has been in negotiations with Valeant in an effort to put in place an orderly wind down of the business. In the alternative, the Company has tried to identify other viable options. However, given the present circumstances, it is likely that the Company will cease its operations within a very short period of time. In addition, Valeant's announcement regarding The Agreement has negatively impacted the Company's volume of business. The above-stated unforeseeable business circumstances explain the notice period for these layoffs. The purpose of this Notice is to satisfy the notice requirements of the Worker Adjustment Retraining and Notification Act ("WARN") to the extent applicable. The Company does not, however, concede that any legal obligation exists pursuant to the WARN Act or any other law.

On or about November 23, 2015, the Company terminated permanently the employment of approximately 72 employees at its Horsham facility, approximately 190 employees at its Hatboro facility, and approximately 117 employees at its Phoenix facility in connection with the unforeseeable business circumstances noted above. Further job terminations are expected to occur between on or about November 23, 2015 and on or about January 31, 2016. It is currently expected that these further terminations will impact approximately 214 additional employees at its Horsham facility, approximately 308 additional employees at its Hatboro facility, and approximately 147 additional employees at its Phoenix facility. All of the terminations are expected to be permanent and result in the closure of the facilities. There are no other positions into which employees may transfer (bump). This Notice summarizes the information available to the Company at this time relating to these anticipated employment terminations. The Company will provide updated information about the subsequent employment terminations as it becomes available.

If you have any questions or require further information, please contact: Gretchen S. Wisehart, Executive Vice President and General Counsel, 330 S. Warminster Road., Suite 350, Hatboro, PA 19040, 215-971-2346.

Sincerely,

*[signature]*

Gretchen S. Wisehart
EVP and General Counsel
Philidor Rx Services, LLC