# EXHIBIT Y

| | |
|---|---|
| **From:** | Davis, Andrew |
| **To:** | Sembler, Steven; Kornwasser, Laizer; Schiller, Howard |
| **CC:** | Hancock, Amy |
| **Sent:** | 12/29/2014 8:43:24 PM |
| **Subject:** | FW: Hospital pricing |
| **Attachments:** | Pricing.pptx |

FYI

**From:** aamir_malik[                    ]
**Sent:** Monday, December 29, 2014 3:42 PM
**To:** Pearson, Mike; Davis, Andrew
**Cc:** Gaibor, Laura; sherin_ijaz[          ]; bryan_reinholt[          ]
**Subject:** Hospital pricing

Attached please find the findings on hospital pricing.  In a nutshell, most of the products reviewed (Marathon, Covis, and VRX) are not on the radar and have material pricing potential.
Best,
Aamir

*(See attached file: Pricing.pptx)*

+=======================================================================+
This email is confidential and may be privileged. If you have received it
in error, please notify us immediately and then delete it. Please do not
copy it, disclose its contents or use it for any purpose.
+=======================================================================+

Pricing.pptx



# Hospital product pricing insights

Discussion document
Dec. 29, 2014

VALEANT
Pharmaceuticals International, Inc.

VRX_SCA_00001013



# Disclaimer

*The analyses and conclusions contained in this report were conducted on an accelerated basis and do not purport to contain or incorporate all the information that may be required to evaluate the top line opportunity; accordingly, the client should conduct a more detailed analysis for purposes of its review of a possible transaction*

*The analyses and conclusions contained in this report are based on various assumptions that we have developed based on expert interviews, and patient website reviews, which may or may not be correct, being based upon factors and events subject to uncertainty.  Future results or values could be materially different from any forecast or estimates contained in the analyses, and the range of values resulting from the analyses should not be taken to be a recommendation with respect to price*

*This report is solely for the use and benefit of client personnel.  No part of it may be circulated, quoted, or reproduced for distribution outside the client organization without prior written approval from McKinsey & Company, and no part of this document is intended to be relied upon by any third party for any purpose whatsoever*

*It is anticipated that Client may share this report with members of its Board of Directors, some of whom are employed by or affiliated with other entities (each an "Adviser").  Each Adviser acknowledges and agrees that this report is provided solely for information purposes in connection with Adviser's role on Client's Board. This report (i) should be distributed only to those Adviser employees who have a "need to know" the information contained herein solely in connection with Adviser's role on Client's Board and (ii) will be kept confidential by Adviser and such employees and not circulated, quoted, or reproduced without the written approval of McKinsey.  If the terms of this paragraph are not acceptable, please immediately return this report and all copies thereof to Client*

*The analyses contained herein were undertaken by McKinsey & Company as of the dates noted herein. McKinsey & Company undertakes no obligation to update any such analyses*

1



VRX_SCA_00001014



# Project approach

| Overall approach | Sources of insights |
|---|---|
| ▪ In-scope products | ▪ P&T committee interviews (12) |
|   — **Marathon** (Nitropress, Isuprel) |   — Focused on large hospital systems (e.g., Mount Sinai, Sutter Health, Stanford) |
|   —  | ▪ McKinsey hospital pricing experts |
|   — **Valeant** (Virazole, Ammonul, Sodium Edercin) | ▪ Historical product volumes/pricing data |
| | ▪ Existing shortages/alternatives that could impact availability/use |

2



VRX_SCA_00001015



# Contents

- **Marathon products**

- ██████ **products**

- **Valeant products**



3

VRX_SCA_00001016



# Key takeaways

○ Low
● High

| | Insights | Hospital focus | Pricing potential |
|---|---|---|---|
| **Isuprel** | <ul><li>Considered standard of care</li><li>2013/2014 pricing increase: 3.75x</li><li>P&T committees have not focused on product's therapeutic class, product must be available in limited situations where needed</li></ul> | ◐ | ◕ |
| **Nitropress** | <ul><li>Considered standard of care, with clear differentiation from alternatives (e.g., fastest acting half-life)</li><li>2013/2014 pricing increase: 1.8x</li><li>P&T committees have not focused on product's therapeutic class, product must be available in limited situations where needed</li><li>Monitoring requirements increase actual price incurred to hospitals (given nursing time)</li><li>Only potential limitation could be on product usage/wastage – previously, product was prepared in borderline situations and discarded if unused</li></ul> | ◐ | ● |

SOURCE: Interviews

4

VALEANT
Pharmaceuticals International, Inc.

VRX_SCA_00001017

# Nitropress and Isuprel overview





| | Isuprel (Antiarrhythmic) | Nitropress (Antihypertensive) |
|---|---|---|
| **Product use** | ▪ Diagnostic agent in Electrophysiology<br>▪ Improves breathing under anesthesia<br>▪ Occasional use for asthma patients | ▪ Induces immediate blood pressure reduction for patients in hypertensive crisis or acute congestive heart failure<br>▪ Reduces surgical bleeding |
| **Characteristics** | ▪ No therapeutically equivalent generic version of Isuprel available in United States | ▪ Shortest-acting compared to other drugs - Shortest half-life compared to alternatives<br>▪ Needs to be monitored – intense nursing and administration needs |
| **Potential alternatives** | ▪ Dobatumine | ▪ Hydralazine (supply constrained)<br>▪ Epinephrine |





SOURCE: Interviews

5



VRX_SCA_00001018



# Isuprel and Nitropress – Interview takeaways

| Takeaways | Interview quotes |
|---|---|
| **Both are standard of care drugs which must be available for a small proportion of cases when required by physician** | • Both are old drugs and considered standard of care (Powell and Sepsis guidelines) in specific cardiac situations<br>• 3rd /4th line treatment with better generic alternatives available (e.g., Hydralizine, Epinephrine, Dobutamine) – used when nothing else is working<br>• These categories are not viewed at a P&T level, products must be available upon physician demand |
| **Typically, P&T committees focus on high cost/new therapies which could be misused** | • Smaller/older products (e.g. Isuprel and Nitropress) are not reviewed on formulary<br>• Products have been in the system for so long that reviews are practically rubber stamped<br>• Review processes for these products is to conduct a class review; answer is always to keep on formulary unless new clinical data is provided |
| **However, some P&T committee members have noticed a spike in older product pricing (and supply issues)** | • Select manufacturers have pick up these types of old products and raised pricing dramatically<br>• Manufacturers have used product shortages to drastically increase price post-resolution<br>• P&T committee starting to look into use of drugs that exceed certain pricing threshold (e.g., increase of 2x, price/dose $200, total cost >$20K) |
| **Recent price increases have been relatively unnoticed, although few respondents mentioned usage changes** | • 11/12 respondents did not discuss recent price increases despite being provided context<br>• Respondent mentioned that given Isuprel is >$200 per dose and Nitropress is >$100 per dose, he manages usage/waste aggressively |

SOURCE: Interviews

6



VRX_SCA_00001019

# Recent pricing history for Marathon products (both products were owned by Hospira until Dec. 1, 2013)



**Isuprel Injection Solution 0.2 MG/ML**
Unit price, (Qty – 25, Ampule)

+374% p.a.



**Nitropress IV Solution 25MG/ML**
Unit price, vial

+180% p.a.

**Wholesalers**: Amerisource Bergen, Cardinal Health, McKesson Corp., Burlington Drug Company, HD Smith, Morris and Dickson, Smith Drug

SOURCE: Price Rx; WAC; Hospira customer letter

7



VRX_SCA_00001020

# Marathon product revenue share has increased 10-20x post 2014 price increase



☐ Hospitals     ☐ Clinics
☐ Mail Order    ☐ Other
☐ Home health pharmacies



**Antiarrhythmic category (Isuprel)**
USD mn

Rev. by channel

**Isuprel rev. share, %**  ( 1 )  ( 2 )  ( 20 )



**Antihypertensive category (Nitropress)**
USD mn

Rev. by channel

**Nitropress rev. share, %**  ( 2 )  ( 3 )  ( 24 )

SOURCE: PHAST

8



VRX_SCA_00001021

# Majority of revenue is through the hospital channel

■ Marathon   ■ Hospira



**96% (2014) of Isuprel revenue is through the hospital channel,** USD mn

+46% p.a.

+195% p.a.

| 2 | 3 | 5 | 6 | 9 | 14 | 20 | 59 |
| 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |



**97% (2014) of Nitropress revenue is through the hospital channel,** USD mn

+28% p.a.

+199% p.a.

| 7 | 8 | 10 | 13 | 16 | 23 | 31 | 92 |
| 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |

SOURCE: PHAST

9



VRX_SCA_00001022

# Contents

- **Marathon products**

- ▪ █████ **products**

- **Valeant products**





VRX_SCA_00001024



12

VRX_SCA_00001025



13

VRX_SCA_00001026



VRX_SCA_00001027



VRX_SCA_00001028



VRX_SCA_00001029



17

VRX_SCA_00001030



18

VRX_SCA_00001031

# Contents

- **Marathon products**

- ██████ **products**

- **Valeant products**



VRX_SCA_00001032

# Key takeaways

VERY SMALL SAMPLE FOR AMMONUL

◯ Low  ● High

| | Rev. 2014, USD mn | Insights | Hospital focus | Pricing potential |
|---|---|---|---|---|
| **Sodium Edecrin (Loop diuretic)** | 24.4 | ▪ Sodium Edecrin is not the preferred diuretic and is the only drug that can be used for sulfur intolerant patients<br>▪ The price increases have been noticed and are being monitored by hospitals | ◯ | ◑ |
| **Virazole (RSV)** | 32.9 | ▪ Aerosol inhalation is a benefit<br>▪ Synagis (Palvizumab) is the preferred choice<br>▪ Virazole rarely used, must be specifically requested by the doctor | ◯ | ◑ |
| **Ammonul (ammonia pois-oning)** | 40.9 | ▪ Most interviewees did not know about the product | ◯ | ◑ |

SOURCE: Valeant team, Interviews

20

VALEANT
Pharmaceuticals International, Inc.

VRX_SCA_00001033



# Valeant products especially Sodium Edecrin and Virazole are perceived as high price

| | Interview quotes | |
|---|---|---|
| | **Usage overview** | **Price perception** |
| **Sodium Edecrin (Loop diuretic)** | ■ Preferred diuretics are Furosemide injection and Lasix tablets<br>■ Sodium Edecrin has 2 niches:<br>  — Sulfur intolerant patients (stronger case)<br>  — Some docs prefer for infant use | ■ Significantly more expensive with major recent price increases ($20 to $1,000)<br>■ Product used to be made MSD; currently made by "an orphan drug company", will continue to monitor given recent price increases<br>■ Most expensive diuretic, only one company makes it |
| **Virazole (RSV)** | ■ Aerosol inhalation is a benefit<br>■ Synagis (Palvizumab) is the preferred choice<br>■ Virazole rarely used, must be specifically requested by the doctor | ■ Synagis is (USD 800/dose) while, Virazole (Ribovarin) is relatively expensive (USD 12,000/dose) |
| **Ammonul (amm-onia pois-oning)** | ■ Agent of choice is Risaximim (Xiafaxan)<br>■ Not heard of Ammonul | ■ No exposure |

SOURCE: Interviews

21





# Appendix

VALEANT
Pharmaceuticals International, Inc.

22

VRX_SCA_00001035

# Hospitals buy Isuprel and Nitropress drugs directly through GPOs

| Interview quotes |
| --- |
| ▪ We primarily purchase using GPOs |
| ▪ We let GPOs negotiates rates for us |
| ▪ GPOs also provides us weekly newsletter on price changes and supply |
| ▪ For high priority (and cost) new products we use our GPO prices as a ceiling and then negotiate directly with manufacturers (but this does not include Isuprel/Nitropress) |
| ▪ Our wholesalers supply product within 24 hours |

23



VRX_SCA_00001036



# Hydralazine shortage (preferred over Isuprel)

## Hydralazine Injection

[12 December 2014]

### Products Affected - Description

Hydralazine injection, Akorn
20 mg/mL, 1 mL vial, 10 count (NDC 17478-0934-01)
20 mg/mL, 1 mL vial, 25 count (NDC 17478-0934-15)

Hydralazine injection, American Regent
20 mg/mL, 1 mL vial (NDC 00517-0901-25)

Hydralazine injection, Fresenius Kabi
20 mg/mL, 1 mL vial (NDC 63323-0614-01)

### Reason for the Shortage

> American Regent has hydralazine injection on shortage due to manufacturing delays.

> Fresenius Kabi has hydralazine injection on shortage due to manufacturing delays.

### Available Products

There is insufficient supply for usual ordering.

### Estimated Resupply Dates

> Akorn has hydralazine 20 mg/mL 1 mL vials in 10 count and 25 count on intermittent back order and the company is releasing product as it becomes available. Check with wholesalers for inventory.

> American Regent has hydralazine injection 20 mg/mL 1 mL vials on back order and the company cannot estimate a release date.

> Fresenius Kabi has hydralazine injection 20 mg/mL 1 mL vials on allocation. Check with wholesalers for inventory.

SOURCE: American Society of Health System Pharmacists

24





# Nitropress shortage

## Nitroglycerin Injection

[16 December 2014]

## Products Affected - Description

Nitroglycerin injection, American Regent
5 mg/mL, 10 mL vials, packages of 25 (NDC 00517-4810-25)

Nitroglycerin in Dextrose 5%, Hospira
10 mg/100 mL, 250 mL glass bottles (NDC 00409-1483-02)
10 mg/100 mL, 500 mL glass bottles (NDC 00409-1483-03)
20 mg/100 mL, 250 mL glass bottles (NDC 00409-1482-02)
40 mg/100 mL, 250 mL glass bottles (NDC 00409-1484-02)

<u>Imported Product</u>
Nitronal (Glyceryl Trinitrate) Injection, Arbor Pharmaceuticals (Pohl Bosk label)
1 mg/mL, 25 mL ampule, 120 count (NDC 62627-0100-25)
1 mg/mL, 50 mL vial, 80 count (NDC 62627-0100-50)

### Available Products

Nitroglycerin in Dextrose 5%, Baxter
10 mg/100 mL, 250 mL glass bottles (NDC 00338-1047-02)
20 mg/100 mL, 250 mL glass bottles (NDC 00338-1049-02)
40 mg/100 mL, 250 mL glass bottles (NDC 00338-1051-02)

## Reason for the Shortage

› American Regent has recently upgraded their manufacturing plant. Product will become available in stages as production resumes.[1]
› Hospira states the shortage is due to manufacturing delays.[2]
› Hospira discontinued nitroglycerin in Dextrose 5%, 40 mg/100 mL, 500 mL glass bottles (NDC 00409-1484-03) in 2010.[2]
› Baxter had nitroglycerin premixes on shortage due to a raw material supply issue.[3]
› In cooperation with FDA, Arbor Pharmaceuticals is importing glyceryl trinitrate (Nitronal) injection to the US market to help alleviate the national shortage. This glyceryl trinitrate is manufactured in an FDA-approved facility in Germany by Pohl Boskamp. Glyceryl trinitrate is another name for nitroglycerin.[4]

## Available Products

Nitroglycerin in Dextrose 5%, Baxter
10 mg/100 mL, 250 mL glass bottles (NDC 00338-1047-02)
20 mg/100 mL, 250 mL glass bottles (NDC 00338-1049-02)
40 mg/100 mL, 250 mL glass bottles (NDC 00338-1051-02)

## Estimated Resupply Dates

› American Regent has nitroglycerin 5 mg/mL 10 mL vials on back order and the company cannot estimate a release date.[1]
› Arbor Pharmaceuticals is importing Nitronal 1 mg/mL 25 mL ampules and 50 mL vials as needed. Orders for this product must be placed with your wholesaler and product will be supplied by Cardinal SPD, ASD Specialty, or McKesson Specialty.[5]
› Hospira has all nitroglycerin injection products on back order and the company cannot estimate a release date.[2]

SOURCE: American Society of Health System Pharmacists

25

**VALEANT**
Pharmaceuticals International, Inc.

VRX_SCA_00001038



26

VRX_SCA_00001039



27

VRX_SCA_00001040



SOURCE: American Society of Health System Pharmacists

VRX_SCA_00001041



VRX_SCA_00001042

| | |
|---|---|
| **From:** | Davis, Andrew |
| **To:** | George Gadkowski |
| **Sent:** | 3/25/2015 12:59:11 AM |
| **Subject:** | RE: Nitropress and Isuprel |
| **Attachments:** | VRX-014 ISUPREL & NITROPRESS Generic Threat Report.pptx |

George,

Standard cost looks right, and I'm not surprised they are extremely profitable.  That said would want to get everyone's view on the best way to treat this.

Our 2017 date is based of competitive intelligence we had a 3rd party collect on potential ANDA filings, where they considered 2017 entry as the likely scenario (report attached).  There is a possibility that generics enter later depending of speed of the FDA, the quality/approvability of the filings, and the reality if there is a filing (as the competitive research is imperfect and there is a bias to be more pessimistic than optimistic in these reports).

Let me know if you want to discuss.

Andrew

---

**From:** Gadkowski, George X (CA - Toronto) [                                ]
**Sent:** Tuesday, March 24, 2015 6:44 PM
**To:** Davis, Andrew
**Subject:** Nitropress and Isuprel

Andrew – based on our conversation yesterday, we have adjusted the Nitropress and Isuprel forecasts to reflect the following:

 Standard cost (from Hospira agreement): $1.4859 per vial for Nitropress, $0.4867 per 1ML and $0.7379 per 5ML ampule for Isuprel. Assumed to increase at annual rate of 2% (up to PPI cap).
 Mark-up: 10% of standard cost up to generic entry in 2017. 100% of standard cost beyond (from Hospira agreement).
 On generic launch in 2017, minimum spend no longer applies and the 100% mark-up kicks in. The royalty payable by Hospira to Marathon as part of the license agreement looks to apply only if a generic is launched three years from the August 2013 date of the agreement (i.e. prior to our assumption of a generic in 2017).
 Volume for both products is from acquisition model.

Are you ok with the above assumptions? They are leading to high gross margins (more than 99%).

Also, we looked at accounting guidance on the minimum spend liability. In order to record the liability, the rules require that it be probable. Probable is interpreted as more than 75% likely. Said differently, we need to show that we are 75% sure a generic will not enter prior to 2017. Is there anything you looked at that would support this? Is there a chance the generic could enter after 2017?

Thanks.

**George Gadkowski**
Senior Manager | Financial Advisory | Deloitte

Confidentiality Warning:

This message and any attachments are intended only for the use of the intended recipient(s), are confidential, and may be privileged. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation or other use of this message and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, and delete this message and any attachments from your system. Thank You

If you do not wish to receive future commercial electronic messages from Deloitte, forward this email to
███████████   ████

Avertissement de confidentialité:

Ce message, ainsi que toutes ses pièces jointes, est destiné exclusivement au(x) destinataire(s) prévu(s), est confidentiel et peut contenir des renseignements privilégiés. Si vous n'êtes pas le destinataire prévu de ce message, nous vous avisons par la présente que la modification, la retransmission, la conversion en format papier, la reproduction, la diffusion ou toute autre utilisation de ce message et de ses pièces jointes sont strictement interdites. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur en répondant à ce courriel et supprimez ce message et toutes ses pièces jointes de votre système. Merci.

Si vous ne voulez pas recevoir d'autres messages électroniques commerciaux de Deloitte à l'avenir, veuillez envoyer ce courriel à l'adresse ████████████   ████████





PENNSIDE
PARTNERS LTD

A **Pennside Partners** project for:



VALEANT
Pharmaceuticals International. Inc.

# ISUPREL & NITROPRESS
# Generic Threats in the U.S.

26 December 2014

**Confidential**

VRX_SCA_00016378

*CONFIDENTIAL*

## Table of Contents

| 3 | Executive Summary |
| 5 | Summary of Generic Developers - ISUPREL |
| 6 | Summary of Generic Developers - NITROPRESS |
| 7 | US DMF Lists |
| 8 | FDA ANDA Backlog Discussion |
| 10 | Appendix: Proposal Review &Background Information |



VRX_SCA_00016379

*CONFIDENTIAL*

# Executive Summary

- X-Gen Pharma has filed ANDAs for both ISUPREL ampoules and NITROPRESS vials in June of 2014 and is expecting approval for both in the 2015-2016 time period under GDUFA II regulations
  - Pennside believes approval in late 2016 or 1H 2017 is more realistic
- Par Pharma Sterile Products filed an ANDA for NITROPRESS vials in June of 2014 and expects and also approval in the 2015-2016 time period under GDUFA II regulations, and it filed ISUPREL ampoules in Q1 2015 and is expecting approval under GDUFA III regulation in 2016
  - Pennside believes approval in late 2016 or 1H 2017 is more realistic for NITROPRESS
  - If Par does complete its filing in for ISUPREL in Q1 2015, an approval in 1H 2016 is highly possible (see Regulatory discussion on Page 8)

- Sandoz and Sagent have both also filed ANDAs in June of 2014 for NITROPRESS vials and both expect approval in the 2015-2016 time period under GDUFA II rules
  - Again, Pennside believes approval in late 2016 or IH 2017 is more realistic

> OraPharma/Valeant should assume there will be two (2) generic sources for ISUPREL and four (4) for NITROPRESS by mid-2017, with more to follow

 

VRX_SCA_00016380

*CONFIDENTIAL*

# Product Overviews for ISUPREL and NITROPRESS

- **ISUPREL (isoproterenol hydrochloride) injection** is a synthetic sympathomimetic amine that is structurally related to epinephrine but acts almost exclusively on beta receptors
  - ISUPREL is approved in the form of 0.2/1 mL and 1 mg/5 mL ampules for intravenous administration
  - Hospira divested ISUPREL to Marathon on 12/1/13
    - Marathon quickly tripled prices
  - There are no longer any patents or regulatory exclusivities listed in the Orange Book for ISUPREL

- **NITROPRESS (sodium nitroprusside)** is a hypotensive agent
  - NITROPRESS is available in the form of a 50 mg/2 mL (25 mg/mL) fliptop vial
  - Hospira divested NITROPRESS to Marathon on 12/1/13
    - Marathon quickly tripled prices
  - There are no longer any patents or regulatory exclusivities listed in the Orange Book for NITROPRESS



VRX_SCA_00016381

CONFIDENTIAL

# ISUPREL Ampoules Generic Development Status

| Generic Company | API Supplier | DMF # | ANDA Filing Date | Filing or Review Status | Generic Company forecast | Pennside Forecast |
|---|---|---|---|---|---|---|
| X-Gen Pharma | CiventiChem USA | D027469 | June 2014 | Pending approval under GDUFA II | 2015-2016 | Late 2016 or H1 2017 |
| Par Pharma Sterile Products | SCI (Taiwan) | Under assessment by FDA | Q1 2015 | Will be part of GDUFA III with an approval date goal | 2016 | 1H 2016 |

| Generic Company | Seeking API with Complete Assessment for DMF | Seeking to Buy ANDA |
|---|---|---|
| Sandoz | Yes | --- |
| Akorn | Yes | Yes |
| Accord Healthcare | Yes | Yes |
| Strides/Agila (Mylan) | Yes | --- |
| Sun Pharma | --- | Yes |
| Apotex | --- | Yes |
| Sagent | --- | Yes |
| Fresenius | --- | Yes |
| Teva Parenteral | --- | Yes |



VRX_SCA_00016382

*CONFIDENTIAL*

# NITROPRESS Vials Generic Development Status

| Generic Company | API Supplier | DMF # | ANDA Filing Date | Filing or Review Status | Generic Company Forecast | Pennside Forecast |
|---|---|---|---|---|---|---|
| X-Gen Pharma | CiventiChem (USA) | D027468 | June 2014 | Pending approval under GDUFA II | 2015-2016 | Late 2016 or H1 2017 |
| Sandoz | Chemcon (Germany) | D028160 | June 2014 | Pending approval under GDUFA II | 2015-2016 | Late 2016 or H1 2017 |
| Par Pharma Sterile Products | SCI (Taiwan) | Under assessment by FDA | June 2014 | Pending approval under GDUFA II | 2015-2016 | Late 2016 or H1 2017 |
| Sagent | Alchymars (India) | D027812 | June 2014 | Pending approval under GDUFA II | 2015-2016 | Late 2016 or H1 2017 |

| Generic Company | Seeking API with Complete Assessment for DMF | Seeking to Buy ANDA |
|---|---|---|
| Fresenius | --- | Yes |
| Teva Parental | --- | Yes |
| Sun Pharma | --- | Yes |
| Apotex | --- | Yes |
| Accord Healthcare | --- | Yes |
| Akorn | Yes | Yes |
| Strides/Agila (Mylan) | Yes | --- |



VRX_SCA_00016383

*CONFIDENTIAL*

# API Sources – Approved U.S. Drug Master Files (DMFs)

**Isoproterenol**

| DMF# | STATUS | Type | SUBMIT DATE | HOLDER | SUBJECT |
|---|---|---|---|---|---|
| 1227 | I | | 9/3/1968 | CILAG CHEMIE AG | MANUF FACILS AND CONTROLS FOR ISOPROTERENOL HYDROCHLORIDE |
| 2697 | I | II | 6/9/1976 | GANES CHEMICALS INC | ISOPROTERENOL HCL AND ISOPROTERENOL SULFATE |
| 4017 | I | II | 12/10/1980 | 3M PHARMS | ISOPRENALINE (ISOPROTERENOL) AND ITS SALTS |
| 5132 | I | II | 10/21/1983 | SUMIKA FINE CHEMICALS CO LTD | ISOPROTERENOL HYDROCHLORIDE USP XX AS MANUFACTURED IN THE GIFU PLANT |
| 8901 | I | II | 12/13/1990 | BOEHRINGER INGELHEIM PHARMA KG | ISOPROTERENOL HYDROCHLORIDE AS MFG. IN INGELHEIM |
| 25212 | A | II | 8/16/2011 | HOSPIRA BOULDER INC | ISOPROTERENOL HYDROCHLORIDE DRUG SUBSTANCE AS MANUFACTURED IN BOULDER, CO |
| 27469 | A | II | 9/30/2013 | CIVENTICHEM LLC | ISOPROTERENOL HYDROCHLORIDE USP AS MANUFACTURED IN CARY, NC |

**Nitroprusside**

| DMF# | STATUS | Type | SUBMIT DATE | HOLDER | SUBJECT |
|---|---|---|---|---|---|
| 4692 | I | II | 10/22/1982 | HOSPIRA BOULDER INC | SODIUM NITROPRUSSIDE |
| 27468 | A | II | 5/7/2014 | CIVENTICHEM LLC | SODIUM NITROPRUSSIDE USP AS MANUFACTURED IN CARY, NC |
| 27812 | A | II | 12/27/2013 | ALCHYMARS ICM SM PRIVATE LTD | SODIUM NITROPRUSSIDE USP AS MANUFACTURED IN TAMILNADU, INDIA |
| 28160 | A | II | 4/4/2014 | CHEMCON GMBH | SODIUM NITROPRUSSIDE DIHYDRATE AS MANUFACTURED IN FREIBURG IM BREISGAU, GERMANY |

A = active

 

VRX_SCA_00016384

*CONFIDENTIAL*

## FDA Average Review Time for ANDAs is 36-48 Months
## But New Review Goals for Applications Submitted in FY 2015 Will Require Faster Action

- New stability requirements went into effect on June 20, 2014, essentially doubling the required accelerated and long-term stability data from 3 months to 6 months .

  - *The impending new stability requirements prompted an unprecedented bolus of about 600 ANDA applications between June 1 and June 20, 2014, including ANDAs for ISUPREL and NOTROPRESS*

- This surge in applications was followed by a dramatic decline to just four applications submitted in July, 2014.

- The drop in approvals in July did not result in increased productivity.  July only saw 18 approvals compared to 44 in June.

- On October 1st, 2014 new GDUFA review goals (GDUFA III) went into effect which require 60% of ANDAs received in FY 2015 (October 1, 2014 to September 30, 2015) to be reviewed within 15 months.

**ANDA Submissions Received**



- In a January, 2014 article, Amneal Pharmaceuticals estimated the average time for the ANDA approval process at **~34 months** (compared to 18 months in 2008).

- This was *prior* to the June, 2014 bolus in new applications.

- Several other sources estimate 36-48 months for an ANDA review

 **Valeant: ISUPREL & NITROPRESS Generic Threats**     *CONFIDENTIAL*          Page 8                26 December 2014

VRX_SCA_00016385

*CONFIDENTIAL*

# Summary

- OraPharma/Valeant should assume there will be two (2) generic sources for ISUPREL and four (4) for NITROPRESS in the U.S. by mid-2017, with more to follow



**PENNSIDE** PARTNERS LTD   **Valeant: ISUPREL & NITROPRESS Generic Threats**   *CONFIDENTIAL*   **Page 9**   **26 December 2014**

VRX_SCA_00016386

*CONFIDENTIAL*

# Appendix
# Proposal Review and Background Information

VRX_SCA_00016387

*CONFIDENTIAL*

# Project Objectives

- Pennside was engaged to perform a generic sweep for ISUPREL ampoules and NITROPRESS vials in the USA
- The client is interested in the extent and timing of generic approvals and launches



VRX_SCA_00016388

*CONFIDENTIAL*

## Project Scope

Information Scope

- Generic companies developing generics of:
  - ISUPREL (isoproterenol)
  - NITROPRESS (nitroprusside)

Geographic Scope

- United States for Regulatory status of finished generic offerings
- Global for Active Pharmaceutical Ingredients (APIs) and manufacturing facilities involved

 

VRX_SCA_00016389

*CONFIDENTIAL*

# Desired Project Deliverables

## Raw Material sourcing for minocycline hydrochloride API

- Basic Active Pharmaceutical Ingredient (API) sourcing review
- Global / local API sourcing, availability, and distribution
- Relationships of API suppliers with generic companies active in the U.S.
- Status of Drug Manufacturing Files (DMF) approvals and application for raw material sources

## Generic firms targeting ISUPREL (isoproterenol) and/or NITROPRESS (nitroprusside)

- Generic firms with active development programs
- Current status of generic programs (confirmed intent and possible involvement)
- Active Bio-equivalency programs

## Identification of technical or regulatory hurdles that could delay approval

- Potential regulatory barriers to generic approval:
    - ✓ Regulatory approaches to products in this category
    - ✓ Guidelines for generic antibiotics
    - ✓ Other
- Potential non-regulatory obstacles to generic entrance
- Backlog of submissions at FDA
- Distribution channel perspective

## Launch timetable scenarios for generic entrants

- What is the status of any current applications and provide insights to the data utilized to support these applications.
- Timelines for product filing / approval / launch for specific generic companies pursuing approval

 

VRX_SCA_00016390

*CONFIDENTIAL*

# Secondary Research Summary

- ISUPREL and NITROPRESS were both divested by Hospira to Marathon Pharma in Nov/Dec 2013
- Both drugs have seen over 300% price increase in the past year (2013 to 2014)

**ISOPREL**

- It appears that Sandoz markets a generic ISUPREL since 1991 in Canada
- The international nonproprietary name for ISUPREL is Isoprenaline, but the generic name in the US (and apparently Canada) is Isoproterenol
- Hospira applied for an ISUPREL trademark on Dec 2, 2014 (after the divestiture to Marathon)

**NITROPRESS**

- NITROPRESS had ANDAs approved in the '80s and early '90s for Abraxis (1985, NDA), Baxter, (1982) and Teva Parenteral (1992), all of which are now discontinued.
- There is also an article from 1992 regarding an ANDA approval for Gensia laboratories, but this company was acquired by Teva, so we believe this is the same ANDA as Teva Parenteral
- There are three recently active DMFs for Nitroprusside: ALCHYMARS ICM SM PRIVATE LTD (12-2013), CIVENTICHEM LLC (05-2014) and CHEMCON GMBH (04-2014)
- There is also a recent shipment (Apr, 2014) which included Nitroprusside ,among other chemicals, from India to the US, but the shipper and consignee companies listed are logistics companies. The total shipment was 21 MT, but it is unclear how much of that was Nitroprusside. The Shipper was Teamglobal Logistcs Pvt. Ltd, and the Consignee was Shipco Transport Inc. The port of lading was New York/Newark, NJ.





VRX_SCA_00016391

*CONFIDENTIAL*

## DMF Companies
## CIVENTICHEM – Isoproterenol and Nitroprusside

# USA Operations

This is CiVentiChem Corporate Head office and R&D centre based in Research Triangle Park, Cary, NC, USA.

Here we have the following capabilities...

- We support all Medicinal chemistry & custom synthesis projects starting from 10 mg to 1 kg
- Modern analytical laboratory which support for all cGMP synthesis at this site
- Capacity to work from millilitre to 50L reactors
- High pressure and high temperature capabilities
- We provide FTE & Fix fee projects including drug discovery collaborations from this site
- Class 100,000 clean room – cGMP suit to carry all cGMP synthesis and manufacturing including high value low volume API's





**Simple Solutions for Complex Chemistry**

Potential change in API supplier when divested to Marathon?

# India Operations

This is 100% own subsidiary of CiVentiChem LLC and based at Hyderabad, India

- In India we have R&D team, process chemistry team and production team.
- This site is capabaple of producing compounds from 10 mg to Tons scale
- The R&D centre, Kilo lab & Manufacturing operation, all are in one campus
- We can do all complex chemistry starting from initial development to production scale.
- We provide FTE & PO based project support from this site.



DMFs:

| 27469 | 9/30/2013 | CIVENTICHEM LLC | **ISOPROTERENOL** HYDROCHLORIDE USP AS MANUFACTURED IN CARY, NC |
|---|---|---|---|
| 27468 | 5/7/2014 | CIVENTICHEM LLC | SODIUM **NITROPRUSSIDE** USP AS MANUFACTURED IN CARY, NC |



VRX_SCA_00016392

*CONFIDENTIAL*

# DMF Companies
# ChemCon - Nitroprusside

### Injectable Grade

ChemCon produces APIs for parenteral use under full microbiological control. We operate a microbiological safety lab (S2) for the microbiological control of viable airborne particles and surfaces in clean rooms, microbial limit testing (bioburden) and endotoxin testing on APIs.

We are operating from an FDA-inspected facility in Freiburg, Germany. The company has completed over 1000 projects since its inception, more than 60 of which are APIs for different phases of drug development.

- Currently manufacturing for multiple active DMFs with products on American and European markets
- Number of employees currently >70



http://www.chemcon.com/en/company.html


FDA inspected



| | | | SODIUM NITROPRUSSIDE DIHYDRATE AS MANUFACTURED IN FREIBURG IM BREISGAU, GERMANY |
|---|---|---|---|
| 28160 | 4/4/2014 | CHEMCON GMBH | |

VRX_SCA_00016393

*CONFIDENTIAL*

## DMF Companies
## Alchymars ICM SM - Nitroprusside

# Alchymars ICM SM Private Limited

**Emerging, fast growing Chemico-Pharmaceutical company with the ultra modern API manufacturing facility for the new millennium with the tradition of the Italian high technical expertise.**



http://www.aistrifarma.com/accredit.htm

A-14 facility contains four dedicated manufacturing sections:
- Section I for synthetic API's
- Section II dedicated for Clindamycin Hcl, an API
- Section III one dedicated for Steroids / Hormones
- Section IV one for Sterile Bulk Lyophilisation.

| 27812 | 12/27/2013 | ALCHYMARS ICM SM PRIVATE LTD | SODIUM NITROPRUSSIDE USP AS MANUFACTURED IN TAMILNADU, INDIA |
|---|---|---|---|

A-20 facility is utilised as a GMP Compliant Warehouse supporting the A-14 facility for its warehousing needs.
A-20 facility also contains dedicated GMP compliant MICRONISATION sections for synthetic API's and Steroids.
AIS owns another facility (UNIT-II) located 120Km west of Chennai in SIPCOT Industrial Estate, Ranipet, Tamil Nadu, India having land area of 11000 Sq.m thus expanding its API's & its Intermediates production capacity.

Facilities are capable of handling versatile range of chemical reactions such as
Grignard, Catalytic reduction    ,Condensation, Chlorination, Bromination, Amidation, Reduction, Cyclisation, Diazotisation

Manufacturing sections are designed for carrying out operations at temperatures of (-)10 deg C to (+) 250 deg C, pressure of 1 to 6 kg/cm2 & vacuum upto 1 Torr and are multi purpose in nature.

Spacious Research and Development Lab with well equipped in house Pilot plant integrated to work in coordination with Italian R&D team.

Dedicated Sterile Lyophilisation Capabilities with State of the art manufacturing Section.

Ultra modern Analytical testing facilities with state of the art analytical instruments.

 Well designed Environmental protective measures are in place with zero discharge concept.



VRX_SCA_00016394