| | |
|---|---|
| KING & SPALDING LLP | CHIESA SHAHINIAN & GIANTOMASI PC |
| James J. Capra, Jr. (admitted *pro hac vice*) 1185 Avenue of the Americas New York, NY 10036-4003 Telephone: (212) 556-2100 Facsimile: (212) 556-2222 | A. Ross Pearlson James Van Splinter One Boland Drive West Orange, NJ 07052 Telephone: (973) 530-2100 Facsimile: (973) 530-2300 |
| Kenneth Y. Turnbull (*pro hac vice* filed) 1700 Pennsylvania Avenue, NW Washington, DC 20006-4707 Telephone: (202) 737-0500 Facsimile: (202) 626-3737 | |

*Attorneys for Defendant PricewaterhouseCoopers LLP*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Applies To:<br><br>All Actions. | No. 3:15-CV-07658-MAS-LHG<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Motion Day: December 19, 2016 |

**DEFENDANT PRICEWATERHOUSECOOPERS LLP'S NOTICE OF**
**<u>MOTION TO DISMISS THE CONSOLIDATED COMPLAINT</u>**

**PLEASE TAKE NOTICE** that the undersigned, counsel for Defendant PricewaterhouseCoopers LLP ("PwC"), in accordance with Federal Rules of Civil Procedure 12(b)(6) and 8(a), will move for dismissal with prejudice of Count VII of the Consolidated Complaint [ECF 80] as to PwC before the Honorable Michael A. Shipp on December 19, 2016 at 10:00 a.m., or as soon thereafter as the Court may schedule, for the reasons set forth in the accompanying Memorandum of Law and Declaration of James J. Capra, Jr.  Pursuant to Local Civil Rules 7.1(b)(4) and 78.1(b), PwC respectfully requests that the Court grant oral argument on this Motion.

Dated: September 13, 2016

    Respectfully submitted,

    CHIESA SHAHINIAN & GIANTOMASI PC

By:  /s/ A. Ross Pearlson
    A. Ross Pearlson
    James Van Splinter
    One Boland Drive
    West Orange, NJ 07052
    Telephone: (973) 530-2100
    Facsimile: (973) 530-2300

KING & SPALDING LLP

    James J. Capra, Jr. (admitted *pro hac vice*)
    1185 Avenue of the Americas
    New York, NY 10036-4003
    Telephone:  (212) 556-2100
    Facsimile:  (212) 556-2222

    Kenneth Y. Turnbull (*pro hac vice* filed)
    1700 Pennsylvania Avenue, NW
    Washington, DC 20006-4707
    Telephone:  (202) 737-0500
    Facsimile:  (202) 626-3737

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*