SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN
550 Broad Street, Suite 920
Newark, NJ  07102
Telephone:  973/639-9100
973/639-9393 (fax)

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | ) ) ) Master No. 3:15-cv-07658-MAS-LHG |
| | ) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |

CHRISTOPHER A. SEEGER, under penalty of perjury, declares and certifies as follows:

1. I am a member of the law firm of Seeger Weiss LLP, attorneys for Lead Plaintiff Teachers Insurance and Annuity Association of America ("TIAA") and named plaintiff City of Tucson together with and on behalf of the Tucson Supplemental Retirement System ("Tucson") (collectively, "Plaintiffs") in the above-captioned action. I am a member of the bar of the State of New Jersey, and I am admitted to practice before this Court.

2. I make this Declaration based on my personal knowledge in support of Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss.

3. Attached as Exhibit A are excerpted pages of the Amended Counterclaims of Valeant and Pershing Square, *Allergan, Inc. v. Valeant Pharms. Int'l, Inc.*, No. 8:14-cv-01214-DOC-(ANx) (C.D. Cal. Nov. 3, 2014) (¶¶102, 109).

4. Attached as Exhibit B is a copy of *In re Am. Realty Capital Props., Inc. Litig.*, Summary Order Granting in Part and Denying in Part Defendants' Motions to Dismiss the Second Amended Complaint, No. 1:15-mc-00040-AKH (S.D.N.Y Aug. 5, 2016) (Dkt. No. 290).

5. Attached as Exhibit C is an excerpted page of the March 2015 Debt Offering (p. 36).

In accordance with 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 14, 2016.

s/ Christopher A. Seeger<br>Christopher A. Seeger