McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2641

Attorneys for Defendants
Valeant Pharmaceuticals International, Inc.,
J. Michael Pearson, Robert L. Rosiello, Ari S.
Kellen, Robert A. Ingram, Ronald H. Farmer,
Colleen Goggins, Anders Lonner, Theo
Melas-Kyriazi, Robert N. Power, Norma
Provencio, Katherine B. Stevenson and
Jeffrey W. Ubben

RECEIVED

FEB 03 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 15-7658 (MAS) (LHG)<br><br>**ORDER ADMITTING PAUL C. CURNIN, JONATHAN K. YOUNGWOOD, CRAIG S. WALDMAN AND DANIEL J. STUJENSKE PRO HAC VICE** |

**THIS MATTER** having been opened to the Court by McCarter & English, LLP, attorneys for Defendants Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Robert L. Rosiello, Ari S. Kellen, Robert A. Ingram, Ronald H. Farmer, Colleen Goggins, Anders Lonner, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katherine B. Stevenson and Jeffrey W. Ubben (collectively, "Defendants"), seeking an Order admitting Paul C. Curnin, Jonathan K. Youngwood, Craig S. Waldman and Daniel J. Stujenske, of the law firm of Simpson

Thacher & Bartlett LLP, pro hac vice, and the Court having considered this matter, and good cause having been shown;

IT IS on this **3RD** day of **FEBRUARY** 2017,

**ORDERED** as follows:

1. Paul C. Curnin be and is hereby admitted pro hac vice to appear in this matter for all purposes on behalf of Defendants;

2. Jonathan K. Youngwood be and is hereby admitted pro hac vice to appear in this matter for all purposes on behalf of Defendants;

3. Craig S. Waldman be and is hereby admitted pro hac vice to appear in this matter for all purposes on behalf of Defendants;

4. Daniel J. Stujenske be and is hereby admitted pro hac vice to appear in this matter for all purposes on behalf of Defendants;

5. All pleadings, briefs and other papers filed with the Court on behalf of Defendants shall be signed by a member of the firm of McCarter & English, LLP, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby;

6. Paul C. Curnin, Jonathan K. Youngwood, Craig S. Waldman and Daniel J. Stujenske shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending;

7. Paul C. Curnin, Jonathan K. Youngwood, Craig S. Waldman and Daniel J. Stujenske shall each pay $150.00 to the Clerk, United States District Court for the District of New Jersey; and

8. Paul C. Curnin, Jonathan K. Youngwood, Craig S. Waldman and Daniel J. Stujenske are required to abide by the Rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his standing at the bar of any other court.

_____
HON. LOIS H. GOODMAN, U.S.M.J.