| | |
|---|---|
| Richard Hernandez | Paul C. Curnin (admitted *pro hac vice*) |
| McCARTER & ENGLISH, LLP | Jonathan K. Youngwood (admitted *pro hac vice*) |
| Four Gateway Center | Craig S. Waldman (admitted *pro hac vice*) |
| 100 Mulberry Street | Daniel J. Stujenske (admitted *pro hac vice*) |
| Newark, New Jersey  07102 | SIMPSON THACHER & BARTLETT LLP |
| Telephone:  (973) 848-8615 | 425 Lexington Avenue |
| Facsimile:  (973) 297-6615 | New York, NY 10017-3954 |
| | Telephone:  (212) 455-2000 |
| | Facsimile:  (212) 455-2502 |

*Attorneys for Defendants Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Anders Lönner, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katherine B. Stevenson and Jeffrey W. Ubben*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Master File No. 3:15-CV-7658 (MAS) (LHG) |
| This Document Relates To:<br><br>ALL ACTIONS. | **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* COUNSEL TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

ME1 24166115v.1

                              McCARTER & ENGLISH, LLP
*Local Counsel for Defendants Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Anders Lönner, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katherine B. Stevenson and Jeffrey W. Ubben*


By: *s/ Richard Hernandez*
      Richard Hernandez

Dated:  February 3, 2017


<u>*PRO HAC VICE* ATTORNEY INFORMATION</u>:

Name:       Paul C. Curnin
Address:    SIMPSON THACHER & BARTLETT LLP
               425 Lexington Avenue
               New York, NY  10017
Email:       pcurnin@stblaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on February 3, 2017, I caused a true and correct copy of the foregoing Request to be served on all parties associated with this case, each of whom are registered as Filing Users, via the Court's CM/ECF system.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

By: *s/ Richard Hernandez*
Richard Hernandez

Dated: February 3, 2017