# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Master File No. 3:15-cv-07658 (MAS) (LHG) |
| This Document Relates To:<br><br>ALL ACTIONS. | ORDER EXTENDING TIME TO ANSWER THE CONSOLIDATED COMPLAINT |

This matter having been opened to the Court upon application by Defendants, with the consent of Plaintiffs, seeking an extension of time for Defendants to answer, move or otherwise respond to Plaintiffs' Consolidated Complaint, and

**WHEREAS,** on April 28, 2017, the Court issued an Order largely denying Defendants' motions to dismiss the Consolidated Complaint, which is 280 pages and contains 734 paragraphs;

**WHEREAS,** under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants must serve answers to the Consolidated Complaint by May 12, 2017;

**WHEREAS,** Defendants believe that an eight-week extension of time is necessary and appropriate to serve their answers to the Consolidated Complaint;

**WHEREAS,** Plaintiffs consent to Defendants' requests for an extension of time to serve their answers to the Consolidated Complaint; and good cause having been shown;

**IT IS** on this 10th day of **May, 2017,**

**ORDERED** that Defendants' request to extend their deadline to serve their respective answers to the Consolidated Complaint is GRANTED IN PART; any answers shall be filed by no later than **June 12, 2017.**

| | |
|---|---|
| SEEGER WEISS LLP | McCARTER & ENGLISH LLP |
| *s/ Christopher A. Seeger* | *s/ Richard Hernandez* |
| CHRISTOPHER A. SEEGER | RICHARD HERNANDEZ |
| 550 Broad Street, Suite 920 | 100 Mulberry Street |
| Newark, NJ 07102 | Newark, NJ 07102 |
| Telephone: 973/639-9100 | Telephone: 973/848-8615 |
| Fax: 973/639-9393 | Fax: 973/297-6615 |
| cseeger@seegerweiss.com | |
| | *Local Counsel for the Valeant Defendants* |
| *Local Counsel for Plaintiffs* | |
| ROBBINS GELLER RUDMAN & DOWD LLP | SIMPSON THACHER & BARTLETT LLP |
| JAMES E. BARZ | PAUL C. CURNIN (admitted *pro hac vice*) |
| 200 South Wacker Drive, 31st Floor | 425 Lexington Avenue |
| Chicago, IL 60606 | New York, New York 10017 |
| Telephone: 312/674-4674 | Telephone: (212) 455-2000 |
| 312/674-4676 (fax) | Fax: (212) 455-2502 |
| jbarz@rgrdlaw.com | |
| | *Counsel for the Valeant Defendants* |
| ROBBINS GELLER RUDMAN & DOWD LLP | HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC |
| SAMUEL H. RUDMAN | |
| 58 South Service Road, Suite 200 | *s/ Mark A. Berman* |
| Melville, NY 11747 | MARK A. BERMAN |
| Telephone: 631/367-7100 | 65 Route 4 East |
| 631/367-1173 (fax) | River Edge, NJ 07661 |
| srudman@rgrdlaw.com | Telephone: (201) 441-9056 |
| | Fax: (201) 441-9435 |
| *Counsel for Plaintiffs* | |
| | *Local Counsel for the Bank Offering Defendants* |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | RICHARD A. ROSEN |
| | 1285 Avenue of the Americas |
| | New York, New York 10019 |
| | Telephone: (212) 373-3000 |
| | Fax: (212) 757-3990 |
| | |
| | *Counsel for the Bank Offering Defendants* |

2

CHIESA SHAHINIAN & GIANTOMASI PC

s/ A. Ross Pearlson
A. ROSS PEARLSON
JAMES VAN SPLINTER
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2100
Facsimile: (973) 530-2300

*Local Counsel for Defendant PricewaterhouseCoopers LLP*

KING & SPALDING LLP
JAMES J. CAPRA, JR. (admitted *pro hac vice*)
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

KENNETH Y. TURNBULL (admitted *pro hac vice*)
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

*Counsel for Defendant PricewaterhouseCoopers LLP*

SCHULTE ROTH & ZABEL LLP

s/ Cara David
 CARA DAVID
 BARRY A. BOHRER
 MICHAEL L. YAEGER

919 Third Avenue
New York, NY 10022
(212) 756-2000
Cara.david@srz.com
*Counsel for Defendant Debora Jorn*

McCARTER & ENGLISH LLP

s/ Richard Hernandez
RICHARD HERNANDEZ
100 Mulberry Street
Newark, NJ 07102
Telephone: 973/848-8615
Fax: 973/297-6615

COOLEY LLP
WILLIAM J SCHWARTZ
LAURA GROSSFIELD BIRGER
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Defendant Tanya Carro*

WINSTON & STRAWN LLP

s/ James S. Richter
James S. Richter
Melissa Steedle Bogad
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
Telephone: (973) 848-7645
Facsimile: (973) 848-7650

*Local Counsel for Howard B. Schiller*

Robert Y. Sperling
Joseph L. Motto
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600

Elizabeth P. Papez
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000

*Counsel for Howard B. Schiller*

3

DEBEVOISE & PLIMPTON LLP

_s/ Holly Wintermute_
HOLLY WINTERMUTE
BRUCE E. YANNETT (admitted _pro hac vice_)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

-and

Jonathan R. Tuttle (admitted _pro hac vice_)
Ada Fernandez Johnson (admitted _pro hac vice_)
801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8036
Fax: (202) 383-8118

_Counsel for Defendant J. Michael Pearson_

Dated: May 10, 2017

**SO ORDERED:**

**HONORABLE LOIS H. GOODMAN**
**United States Magistrate Judge**