RECEIVED
MAY 17 2017
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS. | ) Master No. 3:15-cv-07658-MAS-LHG<br>)<br>) CLASS ACTION<br>)<br>) **ORDER**<br>) **PERMITTING BRIAN E.**<br>) **COCHRAN TO APPEAR AND**<br>) **PARTICIPATE** *PRO HAC VICE*<br>) |

THIS MATTER having been brought before the Court by Seeger Weiss LLP, attorneys for Plaintiffs in this matter, and the Court having considered the matter, and for good cause shown;

IT IS on this 17th day of MAY, 2017

ORDERED AS FOLLOWS:

1. Brian E. Cochran, a member of the bar of the State of California, is hereby permitted to appear and participate *pro hac vice* to represent Plaintiffs in this action;

2. Mr. Cochran is hereby directed to:

(a) Abide by all disciplinary rules of this Court during the time of his *pro hac vice* admission and notify the Court of any matter affecting his standing at the Bar of any other court;

(b) I have paid the requisite fee to the New Jersey Lawyers' Fund for Client Protection as required under Local Civil Rule 101.1(c)(2)

(c) Have all pleadings, briefs and other papers filed with the Court signed by a member of the law firm of Seeger Weiss LLP, attorneys of record for Plaintiffs authorized to practice in the State of New Jersey, whom shall be responsible for the conduct of the attorney admitted hereby; and

(d) I have paid the *pro hac vice* admission fee to the Clerk of the Court as required under Local Civil Rule 101.1(c)(3).

_____
Honorable Lois H Goodman
United States Magistrate Judge