DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendant*
*J. Michael Pearson*

RECEIVED

MAY 17 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 3:15-cv-07658-MAS-LHG<br><br>ECF Case |
| This Document Relates To:<br><br>ALL ACTIONS. | ORDER ADMITTING BRUCE YANNETT, JONATHAN TUTTLE, AND ADA FERNANDEZ JOHNSON PRO HAC VICE |

**THIS MATTER** having been opened to the Court by Debevoise and Plimpton LLP, attorneys for Defendant J. Michael Pearson ("Defendant"), seeking an Order admitting Bruce Yannett, Jonathan Tuttle, and Ada Fernandez Johnson of the law firm of Debevoise & Plimpton LLP, pro hac vice, and the Court having considered this matter, and good cause having been shown;

**IT IS** on this ___17TH___ day of ___MAY___, 2017,

**ORDERED** as follows:

1. Bruce Yannett be and is hereby admitted pro hac vice to appear in this matter for all purposes on behalf of Defendant;

2. Jonathan Tuttle be and is hereby admitted pro hac vice to appear in this matter for all purposes on behalf of Defendant;

3. Ada Fernandez Johnson be and is hereby admitted pro hac vice to appear in this matter for all purposes on behalf of Defendant;

4. All pleadings, briefs, and other papers filed with the Court on behalf of our client shall be signed by a lawyer who is licensed to practice in the District of New Jersey, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby;

5. Bruce Yannett, Jonathan Tuttle, and Ada Fernandez Johnson shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending;

6. Bruce Yannett, Jonathan Tuttle, and Ada Fernandez Johnson shall each pay $150.00 to the Clerk, United States District Court for the District of New Jersey; and

7. Bruce Yannett, Jonathan Tuttle, and Ada Fernandez Johnson are required to abide by the Rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his or her standing at the bar of any other court.

_____
HON. LOIS H. GOODMAN, U.S.M.J.