| | |
|---|---|
| Richard Hernandez<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>Telephone:  (973) 848-8615<br>Facsimile:  (973) 297-6615 | Paul C. Curnin (admitted *pro hac vice*)<br>Jonathan K. Youngwood (admitted *pro hac vice*)<br>Craig S. Waldman (admitted *pro hac vice*)<br>Daniel J. Stujenske (admitted *pro hac vice*)<br>Dean McGee (admitted *pro hac vice*)<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>Telephone:  (212) 455-2000<br>Facsimile:  (212) 455-2502 |

*Attorneys for Defendants Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Anders Lönner, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katherine B. Stevenson and Jeffrey W. Ubben*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 15-7658 (MAS) (LHG)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF J. MICHAEL PEARSON** |

**PLEASE TAKE NOTICE** that Richard Hernandez from the law firm of McCarter & English, LLP hereby withdraws his appearance in the above-captioned matter on behalf of Defendant J. Michael Pearson *only*.  Counsel from the law firm of Debevoise & Plimpton LLP have entered appearances on behalf of Mr. Pearson and will continue to represent him in this matter.

McCARTER & ENGLISH, LLP
*Attorneys for Defendants Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Anders Lönner, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katherine B. Stevenson and Jeffrey W. Ubben*

By: *s/ Richard Hernandez*
        Richard Hernandez

Dated: June 23, 2017

ME1 25078105v.1

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Notice of Withdrawal of Appearance was filed electronically with the Clerk of the United States District Court for the District of New Jersey. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      McCARTER & ENGLISH, LLP
*Attorneys for Defendants Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Anders Lönner, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katherine B. Stevenson and Jeffrey W. Ubben*

By: *s/ Richard Hernandez*
      Richard Hernandez

Dated: June 23, 2017