

June 23, 2017

**VIA ECF**

Clerk, U.S. District Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:  *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*
      Civil Action No. 15-7658 (MAS) (LHG)

Dear Sir/Madam:

This firm is local counsel to Defendants Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Anders Lönner, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katherine B. Stevenson and Jeffrey W. Ubben in the above-referenced matter. Please be advised that the following attorneys from the law firm of Simpson, Thacher & Bartlett LLP hereby withdraw their *pro hac vice* appearances on behalf of Defendant J. Michael Pearson ***only***:

- Paul C. Curnin;
- Jonathan K. Youngwood;
- Craig S. Waldman;
- Daniel J. Stujenske; and
- Dean McGee.

Counsel from the law firm of Debevoise & Plimpton LLP have entered appearances on behalf of Mr. Pearson and will continue to represent him in this matter.

Please do not hesitate to contact the undersigned if you have any questions. Thank you for your consideration in this matter.

Very truly yours,

*s/ Richard Hernandez*

Richard Hernandez

cc:  All Counsel of Record (via ECF)

Richard Hernandez
Partner
T. 973-848-8615
F. 973-297-6615
rhernandez@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON
HARTFORD
STAMFORD
NEW YORK
NEWARK
EAST BRUNSWICK
PHILADELPHIA
WILMINGTON
WASHINGTON, DC

ME1 25084182v.1