| | |
|---|---|
| James E. Cecchi<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: (973) 994-1700<br><br>*Counsel for Plaintiffs* | Blair A. Nicholas (admitted *pro hac vice*)<br>Jonathan D. Uslaner (admitted *pro hac vice*)<br>David R. Kaplan (admitted *pro hac vice*)<br>Brandon Marsh (admitted *pro hac vice*)<br>BERNSTEIN LITOWITZ BERGER<br>   & GROSSMANN LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-0070 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Master File No. 15-cv-07658-MAS-LHG |
| T. ROWE PRICE GROWTH STOCK FUND, INC., et al.,<br><br>                             Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, and TANYA CARRO,<br><br>                             Defendants, | Civil Case No. 16-cv-05034-MAS-LHG |
| EQUITY TRUSTEES LIMITED AS RESPONSIBLE ENTITY FOR T. ROWE PRICE GLOBAL EQUITY FUND, et al.,<br><br>                             Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL | Civil Case No. 16-cv-06127-MAS-LHG |

1

| | |
|---|---|
| PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, and TANYA CARRO,<br><br>                  Defendants, | |
| PRINCIPAL FUNDS, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, and TANYA CARRO,<br><br>                  Defendants, | Civil Case No. 16-cv-06128-MAS-LHG |
| BLOOMBERGSEN PARTNERS FUND, LP, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, and TANYA CARRO,<br><br>                  Defendants, | Civil Case No. 16-cv-07212-MAS-LHG |
| PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD., ET AL.,<br><br>                  Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL | Civil Case No. 17-cv-07552-MAS-LHG |

| |
|---|
| PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, and TANYA CARRO,<br><br>                            Defendants. |

### INDIVIDUAL ACTION PLAINTIFFS' NOTICE OF JOINDER TO CLASS PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO STAY

Pursuant to this Court's Order to Show Cause (ECF No. 273), Plaintiffs in the five above-captioned individual actions ("Individual Action Plaintiffs"), hereby respectfully join in the arguments set forth in Plaintiffs' Memorandum of Law in Opposition to Stay, filed in the related securities class action case, *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*, Master File No. 15-cv-07658-MAS-LHG (ECF No. 279).

For the reasons set forth in the stay opposition brief filed by the class plaintiffs, the Individual Action Plaintiffs respectfully submit that the Court should not stay the above-captioned civil proceedings. A stay of document discovery is particularly unwarranted. Staying document discovery would neither serve the interests of justice, nor facilitate the just and speedy determination of these civil actions. *See* Fed. R. Civ. P. 1. Further, allowing document production to proceed would cause no prejudice to the parties in these actions or to non-parties Gary Tanner and Andrew Davenport in their criminal proceedings.

Dated:  November 3, 2017                     Respectfully submitted,

| | |
|---|---|
| **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| /s/*James E. Cecchi* | /s/*Blair A. Nicholas* |
| James E. Cecchi | Blair A. Nicholas (admitted *pro hac vice*) |
| 5 Becker Farm Road | Jonathan D. Uslaner (admitted *pro hac vice*) |
| Roseland, NJ 07068 | David Kaplan (admitted *pro hac vice*) |
| Tel: (973) 994-1700 | Brandon Marsh (admitted *pro hac vice*) |
| Fax: (973) 994-1744 | 12481 High Bluff Drive, Suite 300 |
| JCecchi@carellabyrne.com | San Diego, CA 92130 |

3

>Tel: (858) 793-0070
Fax: (858) 793-0323
blairn@blbglaw.com
jonathanu@blbglaw.com
davidk@blbglaw.com
brandon.marsh@blbglaw.com

*Counsel for the Individual Action Plaintiffs*