

May 18, 2018

**VIA ECF**

The Honorable Michael A. Shipp, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Potter v. Valeant Pharmaceuticals International, Inc. et al.
Master File No. 15-7658-MAS-LHG

Dear Judge Shipp:

Consistent with the Court's April 20, 2018 Order (ECF. No. 309), the Class Plaintiffs, Opt-Out Plaintiffs,[1] and Defendants hereby submit this joint report. With the exception of certain matters, the cases are stayed pending the criminal trial against former Valeant employee, Gary Tanner, and former Philidor owner, Andrew Davenport. The trial began on May 3, 2018, and jury deliberations are anticipated to begin on Monday, May 21, 2018.

The parties propose to send the Court an update upon the conclusion of trial and have agreed among themselves that, so long as a verdict is reached in the criminal action, they will jointly propose to Your Honor that the stay be lifted within two weeks of that verdict. When the stay is lifted, the parties will promptly meet and confer on a schedule for the Court's review and will provide the Court with counsel's availability for a status conference in the related actions.

We are available at the Court's convenience to answer any questions.

Respectfully submitted,

s/ Richard Hernandez

Richard Hernandez

cc: All Counsel of Record (via ECF)

So Ordered this 21st day of May, 2018

Hon. Michael Shipp, USDJ

---

Richard Hernandez
Partner
T. 973-848-8615
F. 973-297-6615
rhernandez@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON
HARTFORD
STAMFORD
NEW YORK
NEWARK
EAST BRUNSWICK
PHILADELPHIA
WILMINGTON
WASHINGTON, DC

---

[1] The "Opt-Out Plaintiffs," as used herein, refers to the Plaintiffs in the following actions: No. 16-cv-05034; No. 16-cv-06127; No. 16-cv-06128; No. 16-cv-07212; No. 16-cv-07321; No. 16-cv-07324; No. 16-cv-07328; No. 16-cv-07494; No. 16-cv-07496; No. 16-cv-07497; No. 17-cv-06365; No. 17-cv-06513; No. 17-cv-07552; No. 17-cv-07625; No. 17-cv-07636; No. 17-cv-12088; No. 17-cv-12808; No. 17-cv-13488; No. 18-cv-00032; No. 18-cv-00089; No. 18-cv-00343; No. 18-cv-00383; No. 18-cv-00846; No. 18-cv-00893; No. 18-cv-01223; No. 18-cv-02286; No. 18-cv-08595. This list does not include *Hound Partners* (No. 18-cv-08705), which has been transferred to this Court but which declined to be listed here.