SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Master No. 3:15-cv-07658-MAS-LHG |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF LEAD PLAINTIFF'S MOTION TO STRIKE LEAD PLAINTIFF MOTIONS IN OR RELATING TO THE *TIMBER HILL* ACTION |

**PLEASE TAKE NOTICE** that Lead Plaintiff TIAA will move before the

Honorable Michael A. Shipp, United States District Judge at the Clarkson S. Fisher

Building & U.S. Courthouse, 42 East State Street, Courtroom 7W, Trenton, NJ

- 1 -

08608, on September 17, 2018, or such other date that the Court designates, for an Order: (1) striking any lead plaintiff motions in or relating to the terminated *Timber Hill* action; or (2) staying consideration of any lead plaintiff motions filed in or relating to the *Timber Hill* action, setting a new lead plaintiff motion deadline in *Timber Hill*, and establishing a briefing schedule for competing lead plaintiff motions; or (3) in the alternative, reaffirming TIAA's Lead Plaintiff appointment over all the consolidated actions, including the *Timber Hill* action; and (4) for such other and further relief as this Court deems just and proper.

DATED:  August 7, 2018

Respectfully submitted,

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN

s/ CHRISTOPHER A. SEEGER
CHRISTOPHER A. SEEGER

55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
TOR GRONBORG
X. JAY ALVAREZ
MATTHEW I. ALPERT
DEBASHISH BAKSHI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ
FRANK A. RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
ROBERT J. ROBBINS
KATHLEEN B. DOUGLAS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN C. HERMAN
Monarch Tower, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
Telephone:  404/504-6500
404/504-6501 (fax)

- 4 -

Lead Counsel for Plaintiffs