

September 24, 2018

**VIA ECF**

The Honorable Michael A. Shipp
The Honorable Lois H. Goodman
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Richard Hernandez
Partner
T. 973-848-8615
F. 973-297-6615
rhernandez@mccarter.com

Re: *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*
Master File No. 15-7658 (MAS) (LHG)

Dear Judge Shipp and Magistrate Judge Goodman:

On behalf of Defendants, we write in response to Plaintiffs' September 20, 2018 letter enclosing Class Plaintiffs' First Amended Consolidated Complaint. That letter incorrectly stated that Defendants "have consented to Plaintiffs filing this FAC, as reflected in Section IV of the parties' Joint Discovery Plan." Defendants did not consent to Plaintiffs' amendments, nor did Plaintiffs seek Defendants' consent. Section IV of the parties' Joint Discovery Plan simply sets a deadline for amended pleadings to be filed without leave of court.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Richard Hernandez*

Richard Hernandez

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

cc: All Counsel of Record (via ECF)

BOSTON
HARTFORD
STAMFORD
NEW YORK
NEWARK
EAST BRUNSWICK
PHILADELPHIA
WILMINGTON
WASHINGTON, DC