

October 1, 2018

**VIA ECF**

The Honorable Michael A. Shipp, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:  In re Valeant Pharmaceuticals International, Inc. Securities Litigation
Master File No. 15-7658-MAS-LHG**

Dear Judge Shipp:

On behalf of Defendant Valeant Pharmaceuticals International, Inc. ("Valeant"), we write to advise the Court and the parties in the above-captioned action and in all related actions[1] that, as of July 13, 2018, Valeant's corporate name was changed to Bausch Health Companies Inc.  Valeant respectfully suggests that this name change does not require a change in caption, and intends to continue to refer to itself as "Valeant Pharmaceuticals International, Inc. (n/k/a Bausch Health Companies Inc.)" for all filings in these actions.

We are available at the Court's convenience to answer any questions.

Respectfully submitted,

/s/ Richard Hernandez

Richard Hernandez

cc: All Counsel of Record (via ECF)

---

[1] The related actions are Case Nos. 16-cv-05034; 16-cv-06127; 16-cv-06128; 16-cv-07212; 17-cv-07552; 17-cv-12808; 17-cv-13488; 18-cv-00032; 18-cv-10246; 17-cv-6513; 17-cv-12088; 18-cv-00383; 18-cv-00846; 17-cv-07625; 17-cv-07636; 18-cv-08595; 16-cv-06365; 18-cv-00343; 18-cv-02286; 16-cv-07321; 16-cv-07324; 16-cv-07328; 16-cv-07494; 16-cv-07496; 16-cv-07497; 18-cv-00089; 18-cv-00893; 18-cv-01223; 18-cv-08705; 16-cv-03087; 18-cv-12673.

Richard Hernandez
Partner
T. 973-848-8615
F. 973-297-6615
rhernandez@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC