## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Master No. 3:15-cv-07658-MAS-LHG |

This Document Relates To:

ALL ACTIONS

### STIPULATION AND ORDER

WHEREAS, on June 24, 2016, Plaintiffs in the above-captioned action filed a

Consolidated Complaint for Violations of the Federal Securities Laws (the "Consolidated

Complaint") against Valeant Pharmaceuticals International, Inc. ("Valeant"), J. Michael Pearson,

Howard B. Schiller, Robert L. Rosiello, Deborah Jorn, Ari S. Kellen, Tanya Carro, Robert

Ingram, Ronald H. Farmer, Colleen Goggins, Anders Lönner, Theo Melas-Kyriazi, Robert N.

Power, Norma Provencio, Katharine B. Stevenson, Jeffrey W. Ubben, PricewaterhouseCoopers,

LLP ("PwC"), Deutsche Bank Securities Inc. ("Deutsche Bank"), HSBC Securities (USA) Inc.

("HSBC"), Mitsubishi UFJ Securities (USA), Inc. ("MUFJ"), DNB Markets Inc. ("DNB"),

Barclays Capital Inc. ("Barclays"), Morgan Stanley & Co. LLC ("Morgan Stanley"), RBC

Capital Markets, LLC ("RBC"), SunTrust Robinson Humphrey, Inc. ("SunTrust"), Goldman

Sachs & Co. ("Goldman Sachs"), J.P. Morgan Securities LLC ("J.P. Morgan"), Merrill Lynch,

Pierce, Fenner & Smith, Inc. ("Merrill Lynch"), CIBC World Markets Corp. ("CIBC"),

Citigroup Global Markets, Inc. ("Citigroup"), DBS Bank Ltd. ("DBS"), TD Securities (USA)

LLC ("TD"), BMO Capital Markets Corp. ("BMO"), and SMBC Nikko Securities America, Inc.

("SMBC") ("Defendants," and, together with Plaintiffs, the "Parties");

WHEREAS, on September 13, 2016, Defendants moved to dismiss the Consolidated Complaint;

WHEREAS, on April 28, 2017, the Court entered a Memorandum Opinion and Order granting Defendants' motions to dismiss Counts III, IV, V, and VI of the Consolidated Complaint without prejudice, thereby dismissing all claims against Goldman Sachs, J.P. Morgan, Merrill Lynch, CIBC, Citigroup, DBS, TD, BMO, and SMBC, and otherwise denying Defendants' motions to dismiss the Consolidated Complaint;

WHEREAS, on June 12, 2017, Defendants Valeant, Pearson, Schiller, Rosiello, Jorn, Kellen, Carro, Ingram, Farmer, Goggins, Lönner, Melas-Kyriazi, Power, Provencio, Stevenson, Ubben, PwC, Deutsche Bank, HSBC, MUFJ, DNB, Barclays, Morgan Stanley, RBC, and SunTrust filed answers to the Consolidated Complaint;

WHEREAS, on August 18, 2017, Defendants Valeant, Pearson, Schiller, Rosiello, Jorn, Kellen, Carro, Ingram, Farmer, Goggins, Lönner, Melas-Kyriazi, Power, Provencio, Stevenson, Ubben, PwC, Deutsche Bank, HSBC, MUFJ, DNB, Barclays, Morgan Stanley, RBC, and SunTrust filed amended answers to the Consolidated Complaint;

WHEREAS, on September 20, 2018, Plaintiffs filed a First Amended Consolidated Complaint (the "FAC") asserting the same claims as the Consolidated Complaint, as well as additional claims against Ubben and newly added defendants ValueAct Capital Management L.P., ValueAct Capital Master Fund, L.P., ValueAct Co-Invest Master Fund, L.P., VA Partners I, LLC, and ValueAct Holdings, L.P. (together with Ubben, the "ValueAct Defendants");

WHEREAS, Counts V, VI, VII, and VIII of the FAC are identical to Counts III, IV, V, and VI in the Consolidated Complaint which were dismissed in the April 28, 2017 Order and realleged in the FAC for the purpose of preserving them for appeal;

2

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3), Defendants' response to the FAC is due on October 4, 2018 unless the Court orders otherwise;

WHEREAS, only the ValueAct Defendants intend to move to dismiss the FAC;

WHEREAS, counsel for Plaintiffs and Defendants have conferred and agreed to avoid duplicative motion practice and briefing and to extend the time to respond to the FAC;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, as follows:

(a)    Counts V, VI, VII, and VIII of the FAC are dismissed without prejudice pursuant to the Court's April 28, 2017 Order, including dismissing without prejudice all claims against Goldman Sachs, J.P. Morgan, Merrill Lynch, CIBC, Citigroup, DBS, TD, BMO, and SMBC;

(b)    All applicable arguments raised by the Parties in connection with motions to dismiss the Consolidated Complaint shall be treated as if they were made by the Parties in connection with a motion to dismiss the FAC under Federal Rule of Civil Procedure 12(b)(6), including for purposes of any appeal in the above-captioned proceeding; and

(c)    Defendants Valeant, Pearson, Schiller, Rosiello, Jorn, Kellen, Carro, Ingram, Farmer, Goggins, Lönner, Melas-Kyriazi, Power, Provencio, Stevenson, PwC, Deutsche Bank, HSBC, MUFJ, DNB, Barclays, Morgan Stanley, RBC, and SunTrust will file answers to the FAC on or before October 24.

Stipulated and agreed to by:

DATED:  October 4, 2018

**SEEGER WEISS LLP**

/s/ Christopher A. Seeger
Christopher A. Seeger
David R. Buchanan
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Fax: (973) 639-9393

*Local Counsel for Plaintiffs*

**ROBBINS GELLER RUDMAN & DOWD LLP**

Darren J. Robbins
Tor Gronborg
X. Jay Alvarez
Matthew I. Alpert
Debahish Bakshi
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

James E. Barz
Frank A. Richter
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 674-4674
Fax: (312) 674-4676

Jack Reise
Robert J. Robbins
Kathleen B. Douglas
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Fax: (561) 750-3364

John C. Herman
Monarch Tower, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA 30326

**McCARTER & ENGLISH LLP**

/s/ Richard Hernandez
Richard Hernandez
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Fax: (973) 297-6615

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Anders Lönner, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katharine B. Stevenson, and Tanya Carro*

**SIMPSON THACHER & BARTLETT LLP**

Paul C. Curnin (admitted *pro hac vice*)
Craig S. Waldman (admitted *pro hac vice*)
Daniel J. Stujenske (admitted *pro hac vice*)
Dean McGee (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Anders Lönner, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, and Katharine B. Stevenson*

**COOLEY LLP**

William J Schwartz (admitted *pro hac vice*)
Laura Grossfield Birger (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000

4

Telephone: (404) 504-6500
Fax: (404) 504-6501

*Counsel for Plaintiffs*


**CHIESA SHAHINIAN & GIANTOMASI PC**

/s/ A. Ross Pearlson
A. Ross Pearlson
James Van Splinter
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2100
Fax: (973) 530-2300

*Local Counsel for PricewaterhouseCoopers LLP*


**KING & SPALDING LLP**

James J. Capra, Jr. (admitted *pro hac vice*)
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Fax:  (212) 556-2222

Kenneth Y. Turnbull (admitted *pro hac vice*)
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Telephone:  (202) 737-0500
Fax:  (202) 626-3737

*Counsel for PricewaterhouseCoopers LLP*


**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**

/s/ Mark A. Berman
Mark A. Berman
Robin D. Fineman
65 Route 4 East
River Edge, NJ 07661
Telephone: (201) 441-9056

Fax: (212) 479-6275

*Counsel for Tanya Carro*


**DEBEVOISE & PLIMPTON LLP**

/s/ Holly S. Wintermute
Holly S. Wintermute
Bruce E. Yannett (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle (admitted *pro hac vice*)
Ada Fernandez Johnson (admitted *pro hac vice*)
801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8036
Fax: (202) 383-8118

*Counsel for J. Michael Pearson*


**SCHULTE ROTH & ZABEL LLP**

/s/ Cara David
Cara David
Barry A. Bohrer (admitted *pro hac vice*)
Michael L. Yaeger (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Fax:  (212) 593-5955

*Counsel for Deborah Jorn*


**WINSTON & STRAWN LLP**

/s/ James S. Richter
James S. Richter
200 Park Avenue
New York, NY 10166

5

Fax: (201) 441-9435

*Local Counsel for Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., Mitsubishi UFJ Securities (USA), Inc., DNB Markets Inc., Barclays Capital Inc., Morgan Stanley & Co. LLC, RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc., Goldman Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith, Inc., CIBC World Markets Corp., Citigroup Global Markets, Inc., DBS Bank Ltd., TD Securities (USA) LLC, BMO Capital Markets Corp., and SMBC Nikko Securities America, Inc.*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Richard A. Rosen (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990

*Counsel for Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., Mitsubishi UFJ Securities (USA), Inc., DNB Markets Inc., Barclays Capital Inc., Morgan Stanley & Co. LLC, RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc., Goldman Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith, Inc., CIBC World Markets Corp., Citigroup Global Markets, Inc., DBS Bank Ltd., TD Securities (USA) LLC, BMO Capital Markets Corp., and SMBC Nikko Securities America, Inc.*

Telephone: (212) 294-6700
Fax: (212) 294-4700

Robert Y. Sperling (admitted *pro hac vice*)
Joseph L. Motto (admitted *pro hac vice*)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600

Elizabeth P. Papez (admitted *pro hac vice*)
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000

*Counsel for Howard B. Schiller*

So Ordered this 5th day
of October, 20 18

Hon. Michael Shipp, USDJ

6