**Chiesa Shahinian & Giantomasi** PC

A. ROSS PEARLSON
One Boland Drive
West Orange, NJ 07052
973.530.2100
Fax: 973.530.2300
rpearlson@csglaw.com

csglaw.com

October 12, 2018

**Via Electronic Filing**
Hon. Lois H. Goodman, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Room 7050
Trenton, NJ 08608

    Re:    **In Re Valeant Pharmaceuticals International, Inc. Securities Litigation**
            **Civil Action: 3:15-cv-07658-MAS-LHG**

Dear Judge Goodman:

    In response to Your Honor's October 1, 2018 Order setting today as the deadline for motions to continue the stay of this matter (ECF No. 357), Defendant PricewaterhouseCoopers LLP takes no position on the application of the stay, except that, to the extent a stay applies, it applies equally as to all claims and parties.

    Thank you for your kind courtesies in this matter.

    Respectfully submitted,

    /s/A. Ross Pearlson

    A. Ross Pearlson

ARP:lmr

cc:    All Counsel of Record (w/o encl.) (via email)