UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Master No. 3:15-cv-07658-MAS-LHG |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on September 20, 2018, Plaintiffs in the above-captioned Master Action *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*, Case No. 15-cv-7658, filed a First Amended Consolidated Complaint (the "FAC");

WHEREAS, Defendants Jeffrey W. Ubben, ValueAct Capital Management L.P., ValueAct Capital Master Fund, L.P., ValueAct Co-Invest Master Fund, L.P., VA Partners I, LLC, and ValueAct Holdings, L.P. (the "ValueAct Defendants") moved to dismiss certain claims asserted in the FAC on October 31, 2018 (the "ValueAct Defendants' Motion to Dismiss");

WHEREAS, on October 12, 2018, a Case Management Order was entered directing that these actions as well as "[a]ny actions later filed in this Court that are identified as related matters" will be "coordinated for pretrial purposes" (ECF No. 369);

WHEREAS, Defendants assert that pursuant to the Private Securities Litigation Reform Act (the "PSLRA"), 15 U.S.C. § 78u–4, a stay of discovery applies during the pendency of the ValueAct Defendants' Motion to Dismiss;

WHEREAS, the Class Plaintiffs have agreed not to oppose the application of a stay as to the Parties because the Parties have agreed that document discovery of non-Parties should proceed during the pendency of the ValueAct Defendants' Motion to Dismiss;

WHEREAS, the Opt-Out Plaintiffs consent to a stay for a limited duration in their Opt-Out Actions, none of which are subject to any motion to dismiss by the ValueAct Defendants;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, that:

(a) All discovery as to the Parties in these Actions, and their outside counsel, shall be stayed until a ruling on the ValueAct Defendants' Motion to Dismiss;

(b) Document discovery of non-Parties to this action shall proceed, provided, however, that no depositions shall be taken during the stay and, for the avoidance of doubt: (1) discovery shall be stayed as to (a) the Parties or current or former employees, officers, investment advisers, subadvisers, and directors of the Parties; and (b) previously dismissed defendants Goldman Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith, Inc., CIBC World Markets Corp., Citigroup Global Markets, Inc., DBS Bank Ltd., TD Securities (USA) LLC, BMO Capital Markets Corp., and SMBC Nikko Securities America, Inc., including their current or former employees, officers, and affiliates; and (2) nothing herein shall impact the pending dispute between Plaintiffs and the Philidor entities as to whether that discovery should be stayed pending the criminal appeals;

(c) Notwithstanding the above, the stay of the Opt-Out Actions will extinguish upon the earlier of (i) 90 days after the date this stipulation is so-ordered by the Court; or (ii) a ruling on the ValueAct Defendants' Motion to Dismiss. If the stay expires after the 90-day period, Defendants and plaintiffs in the Opt-Out Actions shall meet and confer to establish an expedited

briefing schedule to address whether the stay of the Opt-Out Actions should continue;

(d) The Parties will submit a status update to the Court on January 18, 2019; and

(e) Within 15 days of resolution of the ValueAct Defendants' Motion to Dismiss, the Parties shall submit a revised Joint Discovery Plan to the Court or, if the Parties are unable to reach agreement, a joint submission setting forth the Parties' respective positions concerning a proposed discovery schedule.

Stipulated and agreed to by:

DATED: November 13, 2018

| | |
|---|---|
| **SEEGER WEISS LLP** | **McCARTER & ENGLISH LLP** |
| */s/* Christopher A. Seeger | */s/* Richard Hernandez |
| Christopher A. Seeger | Richard Hernandez |
| David R. Buchanan | 100 Mulberry Street |
| 55 Challenger Road, 6th Floor | Newark, NJ 07102 |
| Ridgefield Park, NJ 07660 | Telephone: (973) 848-8615 |
| Telephone: (973) 639-9100 | Fax: (973) 297-6615 |
| Fax: (973) 639-9393 | |
| | *Local Counsel for Valeant Pharmaceuticals* |
| *Local Counsel for Plaintiffs in Case No. 15-cv-07658* | *International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Anders Lönner, Theo* |
| **ROBBINS GELLER RUDMAN & DOWD LLP** | *Melas-Kyriazi, Robert N. Power, Norma Provencio, Katharine B. Stevenson, and Tanya Carro in Case Nos. 15-cv-07658, 18-cv- 08705* |
| Darren J. Robbins | |
| Tor Gronborg | |
| X. Jay Alvarez | *Local Counsel for Valeant Pharmaceuticals* |
| Matthew I. Alpert | *International, Inc., Robert L. Rosiello, Ari S.* |
| Debahish Bakshi | *Kellen, and Tanya Carro in Case Nos.* |
| 655 West Broadway, Suite 1900 | *16-cv-05034, 16-cv-06127, 16-cv-06128,* |
| San Diego, CA 92101 | *16-cv-07212, 17-cv-06513, 17-cv-07552,* |
| Telephone: (619) 231-1058 | *17-cv-12088, 17-cv-12808, 17-cv-13488,* |
| Fax: (619) 231-7423 | *18-cv-00383, 18-cv-00846, 18-cv-02286* |
| James E. Barz | *Local Counsel for Valeant Pharmaceuticals* |
| Frank A. Richter | *International, Inc. in Case Nos. 16-cv-07321,* |
| 200 South Wacker Drive, 31st Floor | *16-cv-07324, 16-cv-07328, 16-cv-07494,* |
| Chicago, IL 60606 | *16-cv-07496, 16-cv-07497, 18-cv-00089,* |

Telephone: (312) 674-4674
Fax: (312) 674-4676

Jack Reise
Robert J. Robbins
Kathleen B. Douglas
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Fax: (561) 750-3364

John C. Herman
Monarch Tower, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA 30326
Telephone: (404) 504-6500
Fax: (404) 504-6501

*Counsel for Plaintiffs in Case No. 15-cv-07658*

**CARELLA, BRYNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

*/s/ James E. Cecchi*
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Fax: (973) 994-1744

*Local Counsel for Plaintiffs in Case Nos. 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-07552, 17-cv-12808, 17-cv-13488*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Salvatore J. Graziano
Jonathan D. Uslaner
David Kaplan
Richard D. Gluck
Brandon Marsh
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

18-cv-00893

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Tanya Carro in Case Nos. 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-12673*

*Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Ari S. Kellen, and local counsel for Tanya Carro in Case No. 18-cv-00343*

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/* Francis X. Riley III
Francis X. Riley III
650 College Road East, Suite 4000
Princeton, NJ 08540
Telephone: (609) 452-3145
Fax: (609) 452-3122

*Local Counsel for Valeant Pharmaceuticals International, Inc. in Case No. 18-cv-01223*

**SIMPSON THACHER & BARTLETT LLP**

Paul C. Curnin (admitted *pro hac vice*)
Craig S. Waldman (admitted *pro hac vice*)
Daniel J. Stujenske (admitted *pro hac vice*)
Dean McGee (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Counsel for the Valeant Defendants in Case Nos. 15-cv-07658, 18-cv- 08705*

*Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Ari S. Kellen in Case Nos. 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00383,*

Telephone: (858) 793-0070
Fax: (858) 793-0323

*Counsel for Plaintiffs in Case Nos. 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-07552, 17-cv-12808, 17-cv-13488*

**LOWENSTEIN SANDLER LLP**

*/s/* Lawrence M. Rolnick
Lawrence M. Rolnick
Marc B. Kramer
Zachary D. Rosenbaum
Thomas E. Redburn, Jr.
Sheila A. Sadighi
Michael J. Hampson
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Fax: (973) 597-2400

*Counsel for Plaintiffs in Case Nos. 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 18-cv-00089, 18-cv-00893, 18-cv-01223*

**WHIPPLE AZZARELLO, LLC**

*/s/* John A. Azzarello
John A. Azzarello
161 Madison Avenue, Suite 325
Morristown, NJ 07960
Telephone: (973) 267-7300
Fax: (973) 267-0031

*Local Counsel for Plaintiffs in Case No. 17-cv-06365*

**KASOWITZ BENSON TORRES LLP**

*/s/* Stephen W. Tountas
Stephen W. Tountas
One Gateway Center
Suite 2600
Newark, NJ 07102

18-cv-00846, 18-cv-02286

*Counsel for Valeant Pharmaceuticals International, Inc. in Case Nos. 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 18-cv-00089, 18-cv-00893, 18-cv-01223*

*Counsel for Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello in Case Nos. 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-12673*

**COOLEY LLP**

William J Schwartz (admitted *pro hac vice*)
Laura Grossfield Birger (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro in Case Nos. 15-cv-07658, 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-06365, 17-cv-07625, 17-cv-07636, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00032, 18-cv-00343, 18-cv-00383, 18-cv-00846, 18-cv-02286, 18-cv-08595, 18-cv-12673*

**DEBEVOISE & PLIMPTON LLP**

*/s/* Holly S. Wintermute
Holly S. Wintermute
Bruce E. Yannett (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle (admitted *pro hac vice*)
Ada Fernandez Johnson (admitted *pro hac vice*)

Telephone: (973) 645-9462
Fax: (973) 643-2030

*Local Counsel for Plaintiffs in Case Nos. 17-cv-07636 and 18-cv-08595*

*Counsel for Plaintiffs in Case Nos. 17-cv-07625, 18-cv-12673, 18-cv-15286*

**LABATON SUCHAROW LLP**

Serena P. Hallowell
Jonathan Gardner
Eric J. Belfi
Thomas W. Watson
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Plaintiffs in Case Nos. 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-08595, 18-cv-15286*

**STONE BONNER & ROCCO LLP**

*/s/* Patrick L. Rocco
Patrick L. Rocco
James P. Bonner
447 Springfield Avenue, Second Floor
Summit, NJ 07901
Telephone:  (908) 516-2045
Fax:  (908) 516-2049

Ralph M. Stone
1700 Broadway 41st Fl.
New York, NY 10019
Telephone:  (212) 239-4340

*Local Counsel for Plaintiffs in Case No. 17-cv-06513*

**DIETRICH SIBEN THORPE LLP**

Matthew P. Siben
500 Australian Avenue South, Suite 637

801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8036
Fax: (202) 383-8118

*Counsel for J. Michael Pearson in Case Nos. 15-cv-07658, 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 17-cv-06365, 17-cv-07625, 17-cv-07636, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00032, 18-cv-00089, 18-cv-00343, 18-cv-00383, 18-cv-00846, 18-cv-00893, 18-cv-02286, 18-cv-08595, 18-cv-12673*

**MENZ BONNER KOMAR & KOENIGSBERG LLP**

*/s/* Patrick D. Bonner, Jr.
Patrick D. Bonner, Jr.
125 Half Mile Road, Suite 200
Red Bank, NJ 07701
Telephone: (732) 933-2757
Fax: (914) 997-4117

*Counsel for J. Michael Pearson in Case No. 18-cv-01223*

**CHIESA SHAHINIAN & GIANTOMASI PC**

*/s/* A. Ross Pearlson
A. Ross Pearlson
James Van Splinter
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2100
Fax: (973) 530-2300

*Local Counsel for PricewaterhouseCoopers LLP in Case Nos. 15-cv-07658, 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-08705*

West Palm Beach, FL 33401
Telephone: (561) 820-4882
Fax: (561) 820-4883

David A. Thorpe
Shawn M. Hayes
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone: (310) 300-8450
Fax: (310) 300-8041

*Counsel for Plaintiffs in Case No. 17-cv-06513*

**LITE DEPALMA GREENBERG, LLC**

*/s/* Bruce D. Greenberg
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Fax: (973) 623-0858

*Local Counsel for Plaintiffs in Case No. 17-cv-12088*

**GRANT & EISENHOFER, P.A.**

Jay W. Eisenhofer
Daniel L. Berger
Caitlin M. Moyna
Jing-Li Yu
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501

*Counsel for Plaintiffs in Case No. 17-cv-12088*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/* Michael B. Eisenkraft
Michael B. Eisenkraft
88 Pine Street 14th Floor

**KING & SPALDING LLP**

James J. Capra, Jr. (admitted *pro hac vice*)
James P. Cusick (admitted *pro hac vice*)
Christina M. Conroy (admitted *pro hac vice*)
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Fax: (212) 556-2222

Kenneth Y. Turnbull (admitted *pro hac vice*)
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Telephone: (202) 737-0500
Fax: (202) 626-3737

*Counsel for PricewaterhouseCoopers LLP in Case Nos. 15-cv-07658, 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-08705*

**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**

*/s/* Mark A. Berman
Mark A. Berman
Robin D. Fineman
65 Route 4 East
River Edge, NJ 07661
Telephone: (201) 441-9056
Fax: (201) 441-9435

*Local Counsel for the Stock Underwriter Defendants in Case No. 15-cv-07658*

*Local Counsel for Deutsche Bank Securities Inc. and Barclays Capital Inc. in Case No. 18-cv-00032*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Richard A. Rosen (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000

New York, NY 10005
Telephone: (212) 838-7797

Steven J. Toll
Julie Goldsmith Reiser
S. Douglas Bunch
Adam H. Farra
1100 New York Avenue, N.W. 5th Floor
Washington, D.C. 20005
Telephone: (202) 408-4600

*Counsel for Plaintiffs in Case No.
18-cv-00032*

**BRESSLER, AMERY & ROSS, P.C.**

*/s/* David J. Libowsky
David J. Libowsky
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
Telephone: (973) 514-1200
Fax: (973) 514-1660

*Local Counsel for Plaintiffs in Case Nos.
18-cv-00343 and 18-cv-02286*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Steven E. Fineman
Daniel P. Chiplock
Michael J. Miarmi
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Fax: (212) 355-9592

Richard M. Heimann
Bruce W. Leppla
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Fax: (415) 956-1008

Sharon M. Lee
2101 Fourth Avenue, Suite 1900

Fax: (212) 757-3990

*Counsel for the Stock Underwriter
Defendants in Case No. 15-cv-07658*

*Counsel for Deutsche Bank Securities Inc.
and Barclays Capital Inc. in Case No.
18-cv-00032*

**SCHULTE ROTH & ZABEL LLP**

*/s/* Cara David
Cara David
Barry A. Bohrer (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955

*Counsel for Deborah Jorn in Case Nos.
15-cv-07658, 16-cv-05034, 16-cv-06127,
16-cv-06128, 16-cv-07212, 17-cv-07552,
17-cv-12088, 17-cv-12808, 17-cv-13488,
18-cv-00343, 18-cv-00383, 18-cv-00846,
18-cv-02286*

**WINSTON & STRAWN LLP**

*/s/* James S. Richter
James S. Richter
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700

Robert Y. Sperling (admitted *pro hac vice*)
Joseph L. Motto (admitted *pro hac vice*)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600

Elizabeth P. Papez (admitted *pro hac vice*)
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000

Seattle, WA 98121
Telephone: (206) 739-9059

*Counsel for Plaintiffs in Case No.*
*18-cv-00343 and 18-cv-02286*

**SKOLOFF & WOLFE, P.C.**

*/s/* Jonathan W. Wolfe
Jonathan W. Wolfe
293 Eisenhower Parkway
Livingston, NJ 07039
Telephone: (973) 992-0900

*Local Counsel for Plaintiffs in Case No.*
*18-cv-00383*

**HUNG G. TA, ESQ. PLLC**

*/s/* Hung G. Ta
Hung G. Ta
JooYun Kim
Natalia D. Williams
250 Park Avenue, Seventh Floor
New York, NY 10177
Telephone: (646) 453-7288
Fax: (973) 994-1744

*Counsel for Plaintiffs in Case Nos.*
*18-cv-00383 and 18-cv-00846*

**SAFIRSTEIN METCALF LLP**

Peter Safirstein
Elizabeth Metcalf
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 201-2845

*Counsel for Plaintiffs in Case No.*
*18-cv-00846*

**KYROS LAW, PC**

Konstantine Kyros
17 Miles Road

*Counsel for Howard B. Schiller in Case Nos.*
*15-cv-07658, 16-cv-05034, 16-cv-06127,*
*16-cv-06128, 16-cv-07212, 16-cv-07321,*
*16-cv-07324, 16-cv-07328, 16-cv-07494,*
*16-cv-07496, 16-cv-07497, 17-cv-06365,*
*17-cv-07625, 17-cv-07636, 17-cv-06513,*
*17-cv-07552, 17-cv-12088, 17-cv-12808,*
*17-cv-13488, 18-cv-00032, 18-cv-00089,*
*18-cv-00343, 18-cv-00383, 18-cv-00846,*
*18-cv-00893, 18-cv-01223, 18-cv-02286,*
*18-cv-08595, 18-cv-12673, 18-cv-15286*

**O'MELVENY & MYERS LLP**

*/s/* Allen W. Burton
Allen W. Burton
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000

*Counsel for Jeffrey W. Ubben, ValueAct*
*Holdings, L.P., ValueAct Capital Master*
*Fund, L.P., VA Partners I, LLC, ValueAct*
*Capital Management L.P., and ValueAct Co-*
*Invest Master Fund, L.P. in Case No.*
*15-cv-07658*

Hingham, MA 02043
Telephone: (800) 934-2921

*Counsel for Plaintiffs in Case No. 18-cv-00846*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/* Chad Johnson
Chad Johnson
Steig Olson
Rollo Baker
Kathryn Bonacorsi
Jesse Bernstein
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Counsel for Plaintiffs in Case No.* 18-cv-08705