

November 13, 2018

**VIA ECF**

The Honorable Lois H. Goodman, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Richard Hernandez
Partner
T. 973-848-8615
F. 973-297-6615
rhernandez@mccarter.com

**Re:** ***In re Valeant Pharms. Int'l, Inc. Sec. Litig.*, Master File No. 15-7658 (MAS) (LHG);   *In re Valeant Pharms. Int'l, Inc. Third-Party Payor Litig.,* No. 16-3087 (MAS) (LHG)**

Dear Judge Goodman:

We write on behalf of all Parties to the above-captioned actions in response to Your Honor's text order entered on November 13, 2018. The Parties have conferred and do not believe there are any issues that need to be discussed during the telephonic status conference presently scheduled for 11:30 AM tomorrow, November 14, 2018.

Please do not hesitate to contact me if you have any questions.

Respectfully submitted,

*s/ Richard Hernandez*

Richard Hernandez

cc: All Counsel of Record (via ECF)

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC