

November 16, 2018

**VIA ECF**

The Honorable Lois H. Goodman, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Richard Hernandez
Partner
T. 973-848-8615
F. 973-297-6615
rhernandez@mccarter.com

Re: *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*
Master File No. 15-7658 (MAS) (LHG)

Dear Judge Goodman:

On behalf of Defendant Valeant Pharmaceuticals International, Inc. ("Valeant"), I write with respect to Plaintiffs' Memoranda of Law in support of their motion to compel non-parties Philidor Rx Services, LLC ("Philidor") and other entities to produce documents (ECF Nos. 386-1, 394-1), and Philidor's Response in Opposition (ECF No. 391). While Valeant takes no position with respect to Plaintiffs' motion to compel, we must correct certain factual representations.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

The premise of Plaintiffs' and Philidor's arguments is that Valeant controls Philidor and may access its documents.  *See* Plaintiffs' Br. at 17 (asserting that Valeant "has had full access to Philidor's documents nearly the entire time the case has been pending"); Philidor's Opp. at 14 ("Plaintiffs assert in their Motion to Compel that Valeant controls Philidor and Valeant has access to the documents Plaintiffs seek from Philidor in their subpoenas.  Valeant may dispute those allegations, but if they are true, Plaintiffs can simply issue a discovery request under Fed. R. Civ. P. 34 to Valeant."); Plaintiffs' Reply at 6 (asserting that "Valeant has access to and is maintaining" Philidor's documents).  Although it received approximately 800 documents in late 2015 and early 2016, Valeant does not control or otherwise have access to Philidor's documents.

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

Respectfully submitted,

*s/ Richard Hernandez*

Richard Hernandez

cc: All Counsel of Record (via ECF)