UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>No. 3:15-CV-07658 MAS-LHG | Master File No. 3:15-cv-07658 (MAS) (LHG)<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING THE VAC DEFENDANTS' TIME TO FILE REPLY PAPERS |

  This Stipulation is entered into between Lead Plaintiff TIAA ("Lead Plaintiff") and Defendants ValueAct Capital Management L.P., VA Partners I, LLC, ValueAct Holdings, L.P., ValueAct Capital Master Fund, L.P., ValueAct Co-Invest Master Fund, L.P., and Jeffrey W. Ubben (collectively, the "VAC Defendants").

  WHEREAS, Lead Plaintiff filed a First Amended Consolidated Complaint (the "FAC") on September 20, 2018;

  WHEREAS, the VAC Defendants moved to dismiss the FAC on October 31, 2018, setting a motion day of December 3, 2018;

  WHEREAS, Lead Plaintiff filed a response in opposition on November 19, 2018;

  WHEREAS, the VAC Defendants' deadline to file reply papers is currently November 26, 2018;

  WHEREAS, given the intervening Thanksgiving holiday, the VAC Defendants request a one-week extension of their reply submission deadline to December 3, 2018, with a corresponding adjournment of the motion day; and

  WHEREAS, Lead Plaintiff does not object to the VAC Defendants' request;

IT IS HEREBY STIPULATED AND AGREED by the undersigned that the motion day for the VAC Defendants' motion to dismiss the FAC is extended to December 10, 2018, and the VAC Defendants' time to file reply papers is extended to December 3, 2018.

| | |
|---|---|
| ALLEN BURTON<br>O'MELVENY & MYERS LLP | CHRISTOPHER A. SEEGER<br>SEEGER WEISS LLP |
| By: /s/ Allen Burton<br>     Allen Burton<br>7 Times Square<br>New York, New York 10036<br>Tel. 212-326-2000 | By: /s/ Christopher A. Seeger<br>     Christopher A. Seeger<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>Telephone: (973) 639-9100 |
| *Counsel for Defendants Jeffrey W. Ubben, ValueAct Holdings, L.P., ValueAct Capital Master Fund, L.P., VA Partners I, LLC, ValueAct Capital Management L.P., and ValueAct Co-Invest Master Fund, L.P.* | *Local Counsel for Plaintiffs*<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>James E. Barz<br>Frank A. Richter<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>Telephone: (312) 674-4674<br><br>*Counsel for Lead Plaintiff TIAA* |

SO ORDERED, on this ___ day of _____, 2018.

_____

Michael A. Shipp, U.S.D.J.