# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | ) ) ) ) | **Master File No. 3:15-cv-07658 (MAS) (LHG)** |
| This Document Relates To: | ) ) ) | **STIPULATION AND ORDER EXTENDING THE VAC DEFENDANTS' TIME TO FILE REPLY PAPERS** |
| No. 3:15-CV-07658 MAS-LHG | ) ) ) | |

This Stipulation is entered into between Lead Plaintiff TIAA ("Lead Plaintiff") and Defendants ValueAct Capital Management L.P., VA Partners I, LLC, ValueAct Holdings, L.P., ValueAct Capital Master Fund, L.P., ValueAct Co-Invest Master Fund, L.P., and Jeffrey W. Ubben (collectively, the "VAC Defendants").

WHEREAS, Lead Plaintiff filed a First Amended Consolidated Complaint (the "FAC") on September 20, 2018;

WHEREAS, the VAC Defendants moved to dismiss the FAC on October 31, 2018, setting a motion day of December 3, 2018;

WHEREAS, Lead Plaintiff filed a response in opposition on November 19, 2018;

WHEREAS, the VAC Defendants' deadline to file reply papers is currently November 26, 2018;

WHEREAS, given the intervening Thanksgiving holiday, the VAC Defendants request a one-week extension of their reply submission deadline to December 3, 2018, with a corresponding adjournment of the motion day; and

WHEREAS, Lead Plaintiff does not object to the VAC Defendants' request;

IT IS HEREBY STIPULATED AND AGREED by the undersigned that the motion day

for the VAC Defendants' motion to dismiss the FAC is extended to December 10, 2018, and the

VAC Defendants' time to file reply papers is extended to December 3, 2018.


ALLEN BURTON                              CHRISTOPHER A. SEEGER
O'MELVENY & MYERS LLP                     SEEGER WEISS LLP


By: /s/ Allen Burton                      By:   /s/ Christopher A. Seeger
    Allen Burton                                Christopher A. Seeger
7 Times Square                            55 Challenger Road, 6th Floor
New York, New York 10036                  Ridgefield Park, NJ 07660
Tel. 212-326-2000                         Telephone: (973) 639-9100

*Counsel for Defendants Jeffrey W. Ubben,*      *Local Counsel for Plaintiffs*
*ValueAct Holdings, L.P., ValueAct Capital*
*Master Fund, L.P., VA Partners I, LLC,*        ROBBINS GELLER RUDMAN
*ValueAct Capital Management L.P., and*          & DOWD LLP
*ValueAct Co-Invest Master Fund, L.P.*          James E. Barz
                                          Frank A. Richter
                                          200 South Wacker Drive, 31st Floor
                                          Chicago, IL 60606
                                          Telephone: (312) 674-4674

                                                *Counsel for Lead Plaintiff TIAA*


SO ORDERED, on this 20th day of  November  , 2018.


_Michael A. Shipp_
Michael A. Shipp, U.S.D.J.