UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 15-7658<br><br>JUDGE MICHAEL A. SHIPP<br>JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>18-cv-15286-MAS-LHG (Northwestern Mutual Life Insurance Co.) | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on October 24, 2018, Plaintiffs in the above-captioned action (the "Action") filed a Complaint (the "Complaint") against Valeant Pharmaceuticals International, Inc., n/k/a Bausch Health Companies Inc. ("Valeant"), J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, and Tanya Carro (collectively, "Defendants," and together with Plaintiffs, the "Parties");

WHEREAS, counsel for Defendants have agreed to accept service of the Complaint;

WHEREAS, counsel for Plaintiffs and Defendants have conferred and agreed to a briefing schedule for Defendants to move to dismiss the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, that:

(a) All Defendants will have until February 8, 2019, to move to dismiss the Complaint; and

(b) In the event any of the Defendants move to dismiss the Complaint, Plaintiffs will then have until March 8, 2019, to oppose Defendants' motions to dismiss, and

Defendants will then have until March 29, 2019, to file any replies in support of their motions to dismiss.

DATED: January 18, 2019

Stipulated and agreed to by:

| | |
|---|---|
| **KASOWITZ BENSON TORRES LLP** | **McCARTER & ENGLISH, LLP** |
| /s/ *Stephen W. Tountas* <br> Stephen W. Tountas <br> One Gateway Center <br> Suite 2600 <br> Newark, NJ 07102 <br> Telephone: (973) 645-9462 <br> Fax: (973) 643-2030 <br><br> *Local Counsel for Plaintiffs* | /s/ *Richard Hernandez* <br> Richard Hernandez <br> Four Gateway Center <br> 100 Mulberry Street <br> Newark, NJ 07102 <br> Telephone: (973) 848-8615 <br> Fax: (973) 297-6615 <br><br> *Local counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Tanya Carro* |
| **LABATON SUCHAROW LLP** | **SIMPSON THACHER & BARTLETT LLP** |
| Serena P. Hallowell (*pro hac vice forthcoming*) <br> Mark S. Willis (*pro hac vice forthcoming*) <br> Eric J. Belfi (*pro hac vice forthcoming*) <br> Thomas W. Watson (*pro hac vice forthcoming*) <br> 140 Broadway <br> New York, NY 10005 <br> Telephone: (212) 907-0700 <br> Fax: (212) 818-0477 <br><br> *Counsel for Plaintiffs* | Paul C. Curnin (*pro hac vice forthcoming*) <br> Craig S. Waldman (*pro hac vice forthcoming*) <br> Daniel J. Stujenske (*pro hac vice forthcoming*) <br> 425 Lexington Avenue <br> New York, NY 10017-3954 <br> Telephone: (212) 455-2000 <br> Fax: (212) 455-2502 <br><br> *Counsel for Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello* |
| **WINSTON & STRAWN LLP** | **COOLEY LLP** |
| /s/ *James S. Richter* <br> James S. Richter <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-6700 <br> Fax: (212) 294-4700 <br><br> *Counsel for Howard B. Schiller* | William J. Schwartz (*pro hac vice forthcoming*) <br> Sarah Lightdale (*pro hac vice forthcoming*) <br> 1114 Avenue of the Americas <br> New York, NY 10036 <br> Telephone: (212) 479-6000 <br> Fax: (212) 479-6275 <br><br> *Counsel for Tanya Carro* |

**DEBEVOISE & PLIMPTON LLP**

/s/ *Holly S. Wintermute*
Holly S. Wintermute
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle (*pro hac vice forthcoming*)
Ada F. Johnson (*pro hac vice forthcoming*)
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

*Counsel for J. Michael Pearson*

SO ORDERED, on this 24th day of January, 2019.

*/s/ M.A. Shipp*

THE HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE