**Schulte Roth & Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2513

Writer's E-mail Address
Cara.David@srz.com

February 6, 2019

**VIA ECF**

The Honorable Lois H. Goodman, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08608

      Re:  *In re Valeant Pharmaceuticals International, Inc. Securities Litigation,* No. 3:15-cv-07658-MAS-LHG

Dear Judge Goodman:

      It has come to my attention that Barry A. Bohrer's admission date to the Supreme Court of the United States was incorrectly identified in several certifications submitted in support of his *pro hac vice* admission.  While his admission for the relevant actions has already been ordered, we felt the need to correct this error.  Please see the attached Declaration of Barry A. Bohrer regarding the discovery and correction of this clerical error.

      Respectfully Submitted,

      /s/ Cara David

      Cara David

Enclosure
Cc: Counsel of Record (via ECF)