UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>15-cv-07658-MAS-LHG<br>18-cv-08705-MAS-LHG (Hound Partners) | Civil Action No. 15-7658<br><br>JUDGE MICHAEL A. SHIPP<br>JUDGE LOIS H. GOODMAN |

**NOTICE OF SUGGESTION OF DEATH**

Pursuant to Federal Rules of Civil Procedure 25, the undersigned attorneys for Defendant Anders Lönner hereby suggest upon the record the death of Defendant Anders Lönner, which occurred on November 30, 2018 during the pendency of this litigation.

Dated: February 27, 2019                                  Respectfully submitted,

**McCARTER & ENGLISH LLP**

*/s/ Richard Hernandez*
Richard Hernandez
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Fax: (973) 297-6615

Paul C. Curnin (admitted *pro hac vice*)
Craig S. Waldman (admitted *pro hac vice*)
Daniel J. Stujenske (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Anders Lönner, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, and Katharine B. Stevenson*

## **CERTIFICATION OF SERVICE**

      I hereby certify that, on February 27, 2019, I caused a copy of (i) Defendants' Suggestion of Death; and (ii) this Certification of Service to be served on all counsel of record by electronic case filing.

Dated: February 27, 2019                        */s/ Richard Hernandez*
                                                   Richard Hernandez