UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | ) Master No. 3:15-cv-07658-MAS-LHG<br>)<br>) <u>CLASS ACTION</u><br>) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) STIPULATION AND<br>) ADDENDUM TO STIPULATION<br>) AND CONFIDENTIALITY ORDER<br>)<br>) |

WHEREAS, discovery (including without limitation, interrogatories, document productions, and depositions) and other proceedings in *In re Valeant Pharmaceuticals International, Inc. Sec. Litig.*, Master No. 3:15-cv-07658-MAS-LHG, and related cases identified in the Case Management Order No. 1 [ECF No. 369] (collectively, "Actions"), may involve the production or disclosure of Confidential Information or Highly Confidential Information, including "protected health information" as defined by the Standards for Privacy of Individually Identifiable Health Information, 45 C.F.R. parts 160 and 164, promulgated pursuant to the Health Insurance Portability and Accountability Act ("HIPAA");

IT IS HEREBY STIPULATED AND AGREED, by and among the parties to the Actions, through the undersigned counsel, that in accordance with Local Civ. Rule 5.3, this Addendum shall add the following provisions to the Stipulation and Confidentiality Order entered by the Court on July 18, 2017, in Case No. 15-cv-07658 [ECF No. 244] and on January 19, 2018 in the related actions [*e.g.*, Case No. 16-cv-7212, ECF No. 82] (the "Confidentiality Orders"), and shall govern the handling of "protected health information," contained in Discovery Material[1] produced by or obtained from any non-party during the proceedings in the Actions.

---

[1] Unless otherwise noted, the defined terms used herein have the same definitions set forth in the Confidentiality Orders.

1. Confidential Information shall include "protected health information" as defined in 45 C.F.R. parts 160 and 164 promulgated pursuant to HIPAA, which includes but is not limited to information relating to (i) the past, present, or future physical or mental health or condition of an individual; (ii) the provision of health care to an individual; or (iii) the past, present, or future payment for the provision of health care to an individual, and which identifies the individual or which reasonably could be expected to identify the individual.

2. All references to "Highly Confidential Information" in the Confidentiality Orders shall be deemed to include reference to a limited "Highly Confidential Information – Attorneys' Eyes Only" designation that will apply to Discovery Material produced by Pharmacy Benefit Managers ("PBM(s)"). With respect to documents produced by any PBM only, Highly Confidential Information may be designated as "Highly Confidential – Attorneys' Eyes Only," but only where such information includes non-public information of such a competitive and business sensitivity that its disclosure is substantially likely to cause competitive, commercial or other injury if disclosed to a non-attorney. Under no circumstances other than those specifically provided for in this Addendum or subsequent Court orders, or other than with the explicit written consent of the Producing Party, shall Highly Confidential – Attorneys' Eyes Only materials produced by PBMs, in any way be revealed, disclosed, summarized, or otherwise made known to persons (including without limitation counsel for parties to any action other than these Actions) except those listed in paragraph 4(a)-(k) of the Confidentiality Orders.

3. Except as provided for in paragraph 21 of the Confidentiality Orders, Confidential Information and/or Highly Confidential Information in these Actions, addressed by this Addendum, shall not be used for any purpose whatsoever other than the prosecution and defense of these Actions or any appeal therefrom. For avoidance of doubt, this provision specifically prohibits the use of "protected health information" for any purpose other than litigation of the Actions, regardless of whether such "protected health information" has been designated as Confidential Information pursuant to the terms of this Stipulation and Order.

4. The parties agree that the Confidentiality Order together with this Addendum will constitute a "qualified protective order" under 45 C.F.R. 164.512(e).

5. Any Disclosing Party may continue to redact "protected health information" as set forth in paragraph 27 of the Confidentiality Orders.

## ORDER

IT IS SO ORDERED.

DATED: March 12, 2019

THE HON. ~~MICHAEL A. SHIPP~~ Lois H. Goodman
UNITED STATES ~~DISTRICT~~ JUDGE
              MAGISTRATE

DATED: March 5, 2019

| | |
|---|---|
| **SEEGER WEISS LLP** | **McCARTER & ENGLISH LLP** |
| */s/ Christopher A. Seeger* | */s/ Richard Hernandez* |
| Christopher A. Seeger | Richard Hernandez |
| David R. Buchanan | 100 Mulberry Street |
| 55 Challenger Road, 6th Floor | Newark, NJ 07102 |
| Ridgefield Park, NJ 07660 | Telephone: (973) 848-8615 |
| Telephone: (973) 639-9100 | Fax: (973) 297-6615 |
| Fax: (973) 639-9393 | |
| | *Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Anders Lönner, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katharine B. Stevenson, and Tanya Carro in Case Nos. 15-cv-07658, 18-cv- 08705* |
| *Local Counsel for Plaintiffs in Case No. 15-cv-07658* | |
| **ROBBINS GELLER RUDMAN & DOWD LLP** | |
| Darren J. Robbins | |
| 655 West Broadway, Suite 1900 | |
| San Diego, CA 92101 | |
| Telephone: (619) 231-1058 | *Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, and Tanya Carro in Case Nos. 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00383, 18-cv-00846, 18-cv-17393* |
| Fax: (619) 231-7423 | |
| James E. Barz | |
| Frank A. Richter | |
| 200 South Wacker Drive, 31st Floor | |
| Chicago, IL 60606 | |
| Telephone: (312) 674-4674 | |
| Fax: (312) 674-4676 | |
| Jack Reise | |
| Robert J. Robbins | *Local Counsel for Valeant Pharmaceuticals International, Inc. in Case Nos. 16-cv-03087, 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 18-cv-00089, 18-cv-00893* |
| Kathleen B. Douglas | |
| 120 East Palmetto Park Road, Suite 500 | |
| Boca Raton, FL 33432 | |
| Telephone: (561) 750-3000 | |
| Fax: (561) 750-3364 | |

- 4 -

*Counsel for Plaintiffs in Case No. 15-cv-07658*

**CARELLA, BRYNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

/s/ *James E. Cecchi*
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Fax: (973) 994-1744

*Local Counsel for Plaintiffs in Case Nos. 16-cv-03087, 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-07552, 17-cv-12808, 17-cv-13488*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Salvatore J. Graziano
Jonathan D. Uslaner
David Kaplan
Richard D. Gluck
Brandon Marsh
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Fax: (858) 793-0323

*Counsel for Plaintiffs in Case Nos. 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-07552, 17-cv-12808, 17-cv-13488*

**BERNSTEIN LITOWITZ BERGER**

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Tanya Carro in Case Nos. 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-15286*

*Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Ari S. Kellen, and local counsel for Tanya Carro in Case No. 18-cv-00343*

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ *Francis X. Riley III*
Francis X. Riley III
650 College Road East, Suite 4000
Princeton, NJ 08540
Telephone: (609) 452-3145
Fax: (609) 452-3122

*Local Counsel for Valeant Pharmaceuticals International, Inc. in Case No. 18-cv-01223*

**SIMPSON THACHER & BARTLETT LLP**

Paul C. Curnin (admitted *pro hac vice*)
Craig S. Waldman (admitted *pro hac vice*)
Daniel J. Stujenske (admitted *pro hac vice*)
Dean McGee (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

& GROSSMANN LLP

/s/ James A. Harrod
James A. Harrod (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Fax: (212) 554-1444
*Counsel for Plaintiffs in Case No. 16-cv-03087*

**LOWENSTEIN SANDLER LLP**

/s/ Lawrence M. Rolnick
Lawrence M. Rolnick
Marc B. Kramer
Zachary D. Rosenbaum
Thomas E. Redburn, Jr.
Sheila A. Sadighi
Michael J. Hampson
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Fax: (973) 597-2400

*Counsel for Plaintiffs in Case Nos. 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 18-cv-00089, 18-cv-00893, 18-cv-01223*

**WHIPPLE AZZARELLO, LLC**

/s/ John A. Azzarello
John A. Azzarello
161 Madison Avenue, Suite 325
Morristown, NJ 07960
Telephone: (973) 267-7300

*Counsel for the Valeant Defendants in Case Nos. 15-cv-07658, 18-cv-0870, 16-cv-03087*

*Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Ari S. Kellen in Case Nos. 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00383, 18-cv-00846, 18-cv-17393*

*Counsel for Valeant Pharmaceuticals International, Inc. in Case Nos. 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 18-cv-00089, 18-cv-00893, 18-cv-01223*

*Counsel for Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello in Case Nos. 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-15286*

**COOLEY LLP**

William J Schwartz (admitted *pro hac vice*)
Sarah Lightdale (*pro hac vice* forthcoming)
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Fax: (212) 479-6275

Fax: (973) 267-0031

*Local Counsel for Plaintiffs in Case No. 17-cv-06365*

**KASOWITZ BENSON TORRES LLP**

/s/ Stephen W. Tountas
Stephen W. Tountas
One Gateway Center
Suite 2600
Newark, NJ 07102
Telephone: (973) 645-9462
Fax: (973) 643-2030

*Local Counsel for Plaintiffs in Case Nos. 17-cv-07636, 18-cv-08595, 18-cv-15286*

*Counsel for Plaintiffs in Case Nos. 17-cv-07625 and 18-cv-12673*

**LABATON SUCHAROW LLP**

Serena P. Hallowell
Jonathan Gardner
Eric J. Belfi
Thomas W. Watson
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Plaintiffs in Case Nos. 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-08595, 18-cv-15286*

**STONE BONNER & ROCCO LLP**

*Counsel for Tanya Carro in Case Nos. 15-cv-07658, 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-06365, 17-cv-07625, 17-cv-07636, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00032, 18-cv-00343, 18-cv-00383, 18-cv-00846, 18-cv-08595, 18-cv-15286, 18-cv-17393*

**DEBEVOISE & PLIMPTON LLP**

/s/ Matthew Petrozziello
Matthew Petrozziello
Bruce E. Yannett (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle (admitted *pro hac vice*)
Ada Fernandez Johnson (admitted *pro hac vice*)
801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8036
Fax: (202) 383-8118

*Counsel for J. Michael Pearson in Case Nos. 15-cv-07658, 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 17-cv-06365,*

/s/ *Patrick L. Rocco*
Patrick L. Rocco
James P. Bonner
447 Springfield Avenue, Second Floor
Summit, NJ 07901
Telephone: (908) 516-2045
Facsimile: (908) 516-2049

Ralph M. Stone
1700 Broadway 41st Fl.
New York, NY 10019
Telephone: (212) 239-4340

*Local Counsel for Plaintiffs in Case No. 17-cv-06513*

**DIETRICH SIBEN THORPE LLP**

Matthew P. Siben
500 Australian Avenue South, Suite 637
West Palm Beach, FL 33401
Telephone: (561) 820-4882
Fax: (561) 820-4883

David A. Thorpe
Shawn M. Hayes
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone: (310) 300-8450
Facsimile: (310) 300-8041

*Counsel for Plaintiffs in Case No. 17-cv-06513*

**LITE DEPALMA GREENBERG, LLC**

/s/ *Bruce D. Greenberg*

*17-cv-07625, 17-cv-07636, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00032, 18-cv-00089, 18-cv-00343, 18-cv-00383, 18-cv-00846, 18-cv-00893, 18-cv-08595, 15-cv-15286, 18-cv-17393*

**MENZ BONNER KOMAR & KOENIGSBERG LLP**

/s/ *Patrick D. Bonner, Jr.*
Patrick D. Bonner, Jr.
125 Half Mile Road, Suite 200
Red Bank, NJ 07701
Telephone: (732) 933-2757
Fax: (914) 997-4117

*Counsel for J. Michael Pearson in Case No. 18-cv-01223*

**CHIESA SHAHINIAN & GIANTOMASI PC**

/s/ *A. Ross Pearlson*
A. Ross Pearlson
James Van Splinter
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2100
Fax: (973) 530-2300

*Local Counsel for PricewaterhouseCoopers LLP in Case Nos. 15-cv-07658, 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-08705*

Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Fax: (973) 623-0858

*Local Counsel for Plaintiffs in Case No. 17-cv-12088*

**GRANT & EISENHOFER, P.A.**

Jay W. Eisenhofer
Daniel L. Berger
Caitlin M. Moyna
Jonathan Park
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501

*Counsel for Plaintiffs in Case No. 17-cv-12088*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Michael B. Eisenkraft*
Michael B. Eisenkraft
88 Pine Street 14th Floor
New York, NY 10005
Telephone: (212) 838-7797

Steven J. Toll
Julie Goldsmith Reiser
S. Douglas Bunch
Adam H. Farra
1100 New York Avenue, N.W. 5th Floor
Washington, D.C. 20005
Telephone: (202) 408-4600

**KING & SPALDING LLP**

James J. Capra, Jr. (admitted *pro hac vice*)
James P. Cusick (admitted *pro hac vice*)
Christina M. Conroy (admitted *pro hac vice*)
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Fax: (212) 556-2222

Kenneth Y. Turnbull (admitted *pro hac vice*)
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Telephone: (202) 737-0500
Fax: (202) 626-3737

*Counsel for PricewaterhouseCoopers LLP in Case Nos. 15-cv-07658, 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-08705*

**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**

*/s/ Mark A. Berman*
Mark A. Berman
Robin D. Fineman
65 Route 4 East
River Edge, NJ 07661
Telephone: (201) 441-9056
Fax: (201) 441-9435

*Local Counsel for the Stock Underwriter Defendants in Case No. 15-cv-07658*

*Counsel for Plaintiffs in Case No. 18-cv-00032*

**BRESSLER, AMERY & ROSS, P.C.**

*/s/ David J. Libowsky*
David J. Libowsky
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
Telephone: (973) 514-1200
Fax: (973) 514-1660

*Local Counsel for Plaintiffs in Case Nos. 18-cv-00343*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Steven E. Fineman
Daniel P. Chiplock
Michael J. Miarmi
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Fax: (212) 355-9592

Richard M. Heimann
Bruce W. Leppla
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Fax: (415) 956-1008

Sharon M. Lee
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Telephone: (206) 739-9059

*Counsel for Plaintiffs in Case No.*

*Local Counsel for Deutsche Bank Securities Inc. and Barclays Capital Inc. in Case No. 18-cv-00032*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Richard A. Rosen (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990

*Counsel for the Stock Underwriter Defendants in Case No. 15-cv-07658*

*Counsel for Deutsche Bank Securities Inc. and Barclays Capital Inc. in Case No. 18-cv-00032*

**SCHULTE ROTH & ZABEL LLP**

*/s/ Cara David*
Cara David
Barry A. Bohrer (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955

*Counsel for Deborah Jorn in Case Nos. 15-cv-07658, 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00343, 18-cv-00383, 18-cv-00846, 18-cv-*

*18-cv-00343*

**SKOLOFF & WOLFE, P.C.**

*/s/ Jonathan W. Wolfe*
Jonathan W. Wolfe
293 Eisenhower Parkway
Livingston, NJ 07039
Telephone: (973) 992-0900

*Local Counsel for Plaintiffs in Case No. 18-cv-00383*

**HUNG G. TA, ESQ. PLLC**

*/s/ Hung G. Ta*
Hung G. Ta
JooYun Kim
Natalia D. Williams
250 Park Avenue, Seventh Floor
New York, NY 10177
Telephone: (646) 453-7288
Fax: (973) 994-1744

*Counsel for Plaintiffs in Case Nos. 18-cv-00383, 18-cv-00846, 18-cv-17393*

**SAFIRSTEIN METCALF LLP**

Peter Safirstein
Elizabeth Metcalf
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 201-2845

*Counsel for Plaintiffs in Case No. 18-cv-00846*

**KYROS LAW, PC**

*17393*

**WINSTON & STRAWN LLP**

*/s/ James S. Richter*
James S. Richter
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700

Robert Y. Sperling (admitted *pro hac vice*)
Joseph L. Motto (admitted *pro hac vice*)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600

Elizabeth P. Papez (admitted *pro hac vice*)
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000

*Counsel for Howard B. Schiller in Case Nos. 15-cv-07658, 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 17-cv-06365, 17-cv-07625, 17-cv-07636, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00032, 18-cv-00089, 18-cv-00343, 18-cv-00383, 18-cv-00846, 18-cv-00893, 18-cv-01223, 18-cv-08595, 18-cv-15286, 18-cv-17393*

Konstantine Kyros
17 Miles Road
Hingham, MA 02043
Telephone: (800) 934-2921

*Counsel for Plaintiffs in Case No. 18-cv-00846*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Chad Johnson*
Chad Johnson
Steig Olson
Rollo Baker
Kathryn Bonacorsi
Jesse Bernstein
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

*Counsel for Plaintiffs in Case No.* 18-cv-08705

**O'MELVENY MYERS LLP**

*/s/ Allen W. Burton*
Allen W. Burton
Jonathan Rosenberg (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Fax: (212) 326-2061

*Counsel for the Insider Trading Defendants in Case No. 15-cv-07658*

**McCARTER & ENGLISH, LLP**

*/s/ Sherilyn Pastor*
Sherilyn Pastor, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
Telephone: (973) 639-2070

*Counsel for Valeant Plaintiffs in Case No. 18-cv-00493*

**PROSKAUER ROSE, LLP**

*/s/ John E. Failla*
John E. Failla, Esq.
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000

*Counsel for Valeant Plaintiffs in Case No. 18-cv-00493*

## APPENDIX A

## ACKNOWLEDGMENT

I hereby acknowledge that I have read a copy of the Stipulation and Confidentiality Orders and Addendum for the Production of Information Protected Under the Health Insurance Portability and Accountability Act ("HIPAA Stipulation and Order") entered in the action entitled *In re Valeant Pharmaceuticals International, Inc. Sec. Litig.*, Master No. 3:15-cv-07658-MAS-LHS, presently pending in the United States District Court for the District of New Jersey (the "Court") and all related cases identified in the Case Management Order No. 1 [ECF No. 369] that are being coordinated for pretrial purposes (collectively, "Actions"), that I understand the terms thereof and agree to be bound by its terms, and that I submit myself to the jurisdiction of the Court, wherever I may be, for the enforcement of this HIPAA Stipulation and Order, even if such enforcement proceedings occur after termination of these Actions.

I will not reveal the Confidential or Highly Confidential Discovery Material to anyone, except as allowed by the Order. I will maintain any Confidential or Highly Confidential Discovery Material in my possession, including copies, notes, or other transcriptions made therefrom, in a secure manner to prevent unauthorized access to it. No later than twenty (20) days after I receive written or electronic notice from a party to the Actions that the Actions have concluded and the time period for appeals has

expired, I will either destroy or return the Confidential or Highly Confidential Discovery Material, including copies, notes, or other transcriptions made therefrom, to the counsel who provided me with the Confidential or Highly Confidential Discovery Material.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this certification is executed this _____ day of _____, 20___ at _____.

By:   Name: _____

Address: _____

_____

Phone: _____