UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Master No. 3:15-cv-07658-MAS-LHG<br><br>CLASS ACTION<br><br>**NONPARTY DIRECT SUCCESS, INC.'S NOTICE OF MOTION TO QUASH PLAINTIFF'S SUBPOENA** |

**PLEASE TAKE NOTICE** that on May 6, 2019 at 9:00 a.m., or as soon as counsel may be heard, Frier Levitt, LLC, attorneys for non-party Direct Success, Inc., shall apply to the United States District Court for the District of New Jersey pursuant to Fed. R. Civ. Proc. 45 for an Order Quashing Plaintiff's Subpoena.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event that timely opposition is filed.

**PLEASE TAKE FURTHER NOTICE** that reliance shall be placed upon the annexed Certification of Jonathan E. Levitt, Esq., the exhibits thereto, and the Memorandum of Law in support of the within Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Respectfully Submitted,

**FRIER & LEVITT, LLC**
By: /s/ *Jonathan E. Levitt*
Jonathan E. Levitt, Esq.
Kendra E. Levitt, Esq.
84 Bloomfield Avenue
Pine Brook, NJ 07058

>(973) 618-1660
>(973) 618-0650
>jlevitt@frierlevitt.com
>kpannitti@frierlevitt.com
>Attorneys for Non-Party
>Direct Success, Inc.

Dated: March 26, 2019