UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 15-7658<br><br>JUDGE MICHAEL A. SHIPP<br>JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>18-cv-15286-MAS-LHG (Northwestern Mutual Life Insurance Co.) | |

## STIPULATION AND ~~[PROPOSED]~~ ORDER

WHEREAS, on October 24, 2018, Plaintiffs in the above-captioned action (the "Action") filed a Complaint (the "Complaint") against Valeant Pharmaceuticals International, Inc., n/k/a Bausch Health Companies Inc. ("Valeant"), J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, and Tanya Carro (collectively, "Defendants," and together with Plaintiffs, the "Parties");

WHEREAS, on January 18, 2019, counsel for Defendants agreed to accept service of the Complaint (ECF No. 6);

WHEREAS, Defendants filed motions to dismiss on February 8, 2019, to which Plaintiffs filed opposition on March 8, 2019;

WHEREAS, Defendants filed replies in support of their motions to dismiss on March 29, 2019;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, that:

  (a)  Defendants, to the extent all claims against a defendant have not been dismissed, will file answers to the Complaint within 60 days of the Court's ruling on the motions to dismiss;

  (b)  The Parties will confer about the paragraphs of the Complaint that the Defendants will answer within two weeks of the Court's decision on the motions to dismiss.

Stipulated and agreed to by:

DATED: April 24, 2019

| | |
|---|---|
| **KASOWITZ BENSON TORRES LLP** | **McCARTER & ENGLISH, LLP** |
| /s/ *Stephen W. Tountas* <br> Stephen W. Tountas <br> One Gateway Center <br> Suite 2600 <br> Newark, NJ 07102 <br> Telephone: (973) 645-9462 <br> Fax: (973) 643-2030 <br><br> *Local Counsel for Plaintiffs* | /s/ *Richard Hernandez* <br> Richard Hernandez <br> Four Gateway Center <br> 100 Mulberry Street <br> Newark, NJ 07102 <br> Telephone: (973) 848-8615 <br> Fax: (973) 297-6615 <br><br> *Local counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Tanya Carro* |
| **LABATON SUCHAROW LLP** | **SIMPSON THACHER & BARTLETT LLP** |
| Serena P. Hallowell (admitted *pro hac vice*) <br> Mark S. Willis (admitted *pro hac vice*) <br> Eric J. Belfi (admitted *pro hac vice*) <br> Thomas W. Watson (admitted *pro hac vice*) <br> 140 Broadway <br> New York, NY 10005 <br> Telephone: (212) 907-0700 <br> Fax: (212) 818-0477 <br><br> *Counsel for Plaintiffs* | Paul C. Curnin (*pro hac vice* pending) <br> Craig S. Waldman (*pro hac vice* pending) <br> Daniel J. Stujenske (*pro hac vice* pending) <br> 425 Lexington Avenue <br> New York, NY 10017-3954 <br> Telephone: (212) 455-2000 <br> Fax: (212) 455-2502 <br><br> *Counsel for Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello* |
| **DEBEVOISE & PLIMPTON LLP** | **COOLEY LLP** |
| /s/ *Matthew Petrozziello* <br> Matthew Petrozziello <br> 919 Third Avenue <br> New York, NY 10022 | William J. Schwartz (admitted *pro hac vice*) <br> Sarah Lightdale (admitted *pro hac vice*) <br> 1114 Avenue of the Americas |

Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle (*pro hac vice* forthcoming)
Ada F. Johnson (*pro hac vice* forthcoming)
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

*Counsel for J. Michael Pearson*

New York, NY 10036
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro*

**WINSTON & STRAWN LLP**

/s/ *James S. Richter*
James S. Richter
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

*Counsel for Howard B. Schiller*

So Ordered this 26th day of April, 2019

Hon. Michael Shipp, USDJ