**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC., SECURITIES LITIGATION | Civil Action No. 15-7658 (MAS) (LHG)<br><br>**ORDER** |

This matter comes before the Court upon Defendants[1] Motion to Dismiss. (ECF No. 387.) Plaintiffs[2] opposed (ECF No. 401), and Defendants replied (ECF No. 404). The Court has carefully considered the parties' arguments and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 30th day of June, 2019 **ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

s/Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court refers to ValueAct Capital Management L.P.; VA Partners I, LLC; ValueAct Holdings, L.P.; ValueAct Capital Master Fund, L.P.; ValueAct Co-Invest Master Fund, L.P.; and Jeffrey W. Ubben collectively as "Defendants".

[2] The Court refers to Teachers Insurance and Annuity Association of America; the City of Tucson together with and on behalf of the Tucson Supplemental Retirement System; and IBEW Local Union 481 Defined Contribution Plan and Trust collectively as "Plaintiffs".