UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>No. 3:15-CV-07658 MAS-LHG | Master File No. 3:15-cv-07658 (MAS) (LHG)<br><br>**STIPULATION AND ORDER EXTENDING THE VAC DEFENDANTS' TIME TO ANSWER THE FIRST AMENDED COMPLAINT** |

This Stipulation is entered into between Lead Plaintiff TIAA ("Lead Plaintiff") and Defendants ValueAct Capital Management L.P., VA Partners I, LLC, ValueAct Holdings, L.P., ValueAct Capital Master Fund, L.P., ValueAct Co-Invest Master Fund, L.P., and Jeffrey W. Ubben (collectively, the "VAC Defendants").

WHEREAS, Lead Plaintiff filed a First Amended Consolidated Complaint (the "FAC") in the above-captioned action on September 20, 2018 (ECF No. 352);

WHEREAS, the VAC Defendants moved to dismiss the FAC's claims against them on October 31, 2018 (ECF No. 387);

WHEREAS, the Court denied the VAC Defendants' motion on June 30, 2019 (ECF Nos. 462, 463);

WHEREAS, the VAC Defendants intend to file an answer to the FAC;

WHEREAS, the VAC Defendants had until July 15, 2019 to answer the FAC under Federal Rule of Civil Procedure 12(a)(4)(A);

WHEREAS, the Court granted on July 15, 2019, the VAC Defendants' request to extend their time to answer the FAC to August 5, 2019;

1

WHEREAS, the VAC Defendants require additional time to prepare their answer to Plaintiffs' FAC given its length and complexity, and counsel's personal circumstances, including the loss of a family member and pre-planned travel; and

WHEREAS, counsel for Lead Plaintiff consents to the VAC Defendants' request to extend their deadline to answer the FAC by eight days;

IT IS HEREBY STIPULATED AND AGREED by the undersigned that the VAC Defendants' time to answer the FAC is extended to August 13, 2019.

So Ordered this 7th day of August, 2019

KEVIN G. WALSH
GIBBONS P.C.

By: s/ Kevin G. Walsh
    Kevin G. Walsh
    One Gateway Center
    Newark, New Jersey 07102
    Tel. 973-596-4500

*Counsel for Defendants Jeffrey W. Ubben, ValueAct Holdings, L.P., ValueAct Capital Master Fund, L.P., VA Partners I, LLC, ValueAct Capital Management L.P., and ValueAct Co-Invest Master Fund, L.P.*

CHRISTOPHER A. SEEGER
SEEGER WEISS LLP

By: s/ Christopher A. Seeger
    Christopher A. Seeger
    55 Challenger Road, 6th Floor
    Ridgefield Park, NJ 07660
    Telephone: (973) 639-9100

*Local Counsel for Plaintiffs*

ROBBINS GELLER RUDMAN
 & DOWD LLP
James E. Barz
Frank A. Richter
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 674-4674

*Counsel for Lead Plaintiff TIAA*