UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>18-cv-0089-MAS-LHG (GMO Trust) | Civil Action No. 15-7658<br><br>JUDGE MICHAEL A. SHIPP<br>JUDGE LOIS H. GOODMAN<br><br>So Ordered this 12th day of August, 2019 |

**STIPULATION AND ORDER**

WHEREAS, plaintiffs in *GMO Trust, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 18-cv-0089-MAS-LHG ("Plaintiffs"), have filed a Complaint against Valeant Pharmaceuticals International, Inc., J. Michael Pearson, and Howard B. Schiller (together, "Defendants," and together with Plaintiffs, the "Parties");

WHEREAS, on January 19, 2018, the Court entered a Stipulation and Confidentiality Order (the "Confidentiality Order," attached hereto as Exhibit A) in *T. Rowe Price Growth Stock Fund, Inc., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-5034-MAS-LHG (ECF No. 89); *Equity Trustees Limited, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-6127-MAS-LHG (ECF No. 85); *Principal Funds, Inc., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-6128-MAS-LHG (ECF No. 83); *BloombergSen Partners Fund LP, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-7212-MAS-LHG (ECF No. 82); *Pentwater Equity Opportunities Master Fund Ltd., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-7552-MAS-LHG (ECF No. 42); *Discovery Global Citizens Master Fund, Ltd., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-7321-MAS-LHG (ECF No. 74); *MSD Torchlight Partners, L.P., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-7324-MAS-LHG (ECF No. 74);

*BlueMountain Foinaven Master Fund L.P., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-7328-MAS-LHG (ECF No. 74); *Incline Global Master LP, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-7494-MAS-LHG (ECF No. 75); *Valic Company I, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-7496-MAS-LHG (ECF No. 75); *Janus Aspen Series, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-7497-MAS-LHG (ECF No. 80); *Okumus Opportunistic Value Fund, Ltd. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-6513-MAS-LHG (ECF No. 48); *Public Employees Retirement System of Mississippi v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-7625-MAS-LHG (ECF No. 69); *The Boeing Company Employee Retirement Plans Master Trust, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-7636-MAS-LHG (ECF No. 71); *Lord Abbett Investment Trust—Lord Abbett Short Duration Income Fund, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-6365-MAS-LHG (ECF No. 70); *State Board of Administration of Florida v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-12808-MAS-LHG (ECF No. 19); and *The Regents of the University of California v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-13488-MAS-LHG (ECF No. 19) (collectively, the "Actions");

WHEREAS, Paragraph 33 of the Confidentiality Order provides that it "shall apply to any action deemed related to *In re Valeant Pharmaceutical International, Inc. Sec. Litig.*, Master No. 3:15-cv-7658-MAS-LHG, including currently pending actions and subsequently filed actions";

WHEREAS, on October 12, 2018, the Court entered Case Management Order No. 1 (ECF No. 45), stating that this action is related to *In re Valeant Pharmaceutical International, Inc. Sec. Litig.*, Master No. 3:15-cv-7658-MAS-LHG;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, that the Confidentiality Order entered in the Actions shall apply to this action.

Stipulated and agreed to by:

Dated: August 6, 2019

**LOWENSTEIN SANDLER LLP**

/s/ Lawrence M. Rolnick
Lawrence M. Rolnick
Marc B. Kramer
Zachary D. Rosenbaum
Thomas E. Redburn, Jr.
Sheila A. Sadighi
Michael J. Hampson
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Fax: (973) 597-2400

*Counsel for Plaintiffs*

**DEBEVOISE & PLIMPTON LLP**

/s/ Matthew Petrozziello
Matthew Petrozziello
Bruce E. Yannett (*pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle (*pro hac vice*)
Ada F. Johnson (*pro hac vice*)
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

*Counsel for J. Michael Pearson*

**McCARTER & ENGLISH LLP**

/s/ Richard Hernandez
Richard Hernandez
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Fax: (973) 297-6615

*Local Counsel for Valeant Pharmaceuticals International, Inc.*

**SIMPSON THACHER & BARTLETT LLP**

/s/ Paul C. Curnin
Paul C. Curnin (*pro hac vice*)
Craig S. Waldman (*pro hac vice*)
Dean McGee (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Valeant Pharmaceuticals International, Inc.*

**WINSTON & STRAWN LLP**

/s/ Benjamin Sokoly
Benjamin Sokoly
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

*Counsel for Howard B. Schiller*