

September 24, 2019

**<u>VIA ECF</u>**

The Honorable Michael A. Shipp, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:** ***Northwestern Mutual Life Insurance Co., et al. v. Valeant Pharmaceuticals International, Inc., et al.*** **Docket No. 3:18-cv-08705-MAS-LHG**

Dear Judge Shipp:

On behalf of all parties, enclosed please find a Stipulation and Proposed Order for the Court's consideration. If Your Honor finds the enclosed Order acceptable, the parties respectfully request that it be entered.

Respectfully submitted,

*/s/ Richard Hernandez*

Richard Hernandez

Enclosure

cc: All Counsel of Record (via ECF)

Richard Hernandez
Partner
T. 973-848-8615
F. 973-297-6615
rhernandez@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC