

September 30, 2019

**VIA ECF**

Hon. Dennis M. Cavanaugh
Special Master
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962-2075

Richard Hernandez
Partner
T. 973-848-8615
F. 973-297-6615
rhernandez@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

Re: *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*, Master File No. 15-cv-07658 (MAS) (LHG); *In re Valeant Pharmaceuticals International, Inc. Third-Party Payor Litigation*, No. 16-cv-03087 (MAS) (LHG)

Dear Judge Cavanaugh:

We write on behalf of all parties in the Securities Actions (the "Securities Parties") and the Third-Party Payor Class Action (the "TPP Parties") (collectively, the "Responding Parties") in response to Judge Shipp's September 10, 2019 order appointing you as Special Master in the above-referenced actions and directing the parties to identify any pending disputes and issues (No. 15-cv-07658, ECF No. 484; No. 16-cv-03087, ECF No. 147).

### A. Pending Issues & Disputes – Securities Class Action

The following issues are pending in the Securities Class Action, *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*, No. 15-cv-07658, listed in order of priority:

1. No schedule has been set by the Court in the Securities Actions. The Securities Parties have proposed a Joint Discovery Plan to cover the Securities Class Action and Securities Opt-Out Litigations and request that the proposed plan, attached herewith as Exhibit 1, be entered. The parties are, of course, available to answer any questions Your Honor may have about this schedule.

2. On July 29, 2019, certain defendants in the Securities Class Action,[1] moved to certify the Court's order denying their motion to dismiss the First Amended Consolidated Complaint for immediate appeal (ECF No. 474). On August 20, 2019, Plaintiffs opposed the motion (ECF No. 482), and on August 27, 2019 the moving defendants submitted a reply in response (ECF No. 483). Plaintiffs and the VAC Defendants respectfully request that Your Honor issue a report and recommendation on this motion.

---

[1] ValueAct Capital Management L.P.; VA Partners I, LLC; ValueAct Holdings, L.P.; ValueAct Capital Master Fund, L.P.; ValueAct Co-Invest Master Fund, L.P; and Jeffrey Ubben (the "VAC Defendants").

September 30, 2019
Page 2

3. On April 12, 2019, the Court issued a Letter Opinion & Order granting Class Plaintiffs' motion to compel non-party Philidor RX Services, LLC and related Philidor network pharmacies and entities (the "Philidor Entities") to produce documents.  ECF No. 441.  Class Plaintiffs subsequently requested an order compelling the Philidor Entities' compliance with the Letter Opinion & Order. *See* ECF Nos. 452-454.  That motion was never ruled on but the Philidor Entities have started producing documents.  Although Class Plaintiffs do not believe any action is required at this time, they may request additional enforcement of the Letter Opinion & Order once they have had an opportunity to review the Philidor Entities' production.

### B. Pending Issues & Disputes – Securities Opt-Out Litigations

The parties in the Securities Opt-Out Litigations have conferred and identified the following pending issues and disputes, listed in order of priority:

1. As indicated above, the Securities Parties request that the proposed Joint Discovery Plan attached herewith as Exhibit 1, covering the Securities Class Action and Securities Opt-Out Litigations, be entered.

2. On September 24, 2019, the parties to *Northwestern Mutual Life Insurance Co., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 18-cv-15286 submitted a Stipulation and Proposed Order regarding the defendants' answers to the complaint (ECF No. 54).  The parties respectfully request that the Proposed Order be entered.

3. Stipulations and proposed confidentiality orders have been submitted in *Colonial First State Investments Limited, et al. v. Valeant Pharmaceuticals International, Inc., et al.* (No. 18-cv-00383, ECF No. 24); *Ahuja, et al. v. Valeant Pharmaceuticals International, Inc., et al*. (No. 18-cv-00846, ECF No. 22); and *Prudential Ins. Co. of Am., et al. v. Valeant Pharmaceuticals International, Inc., et al.* (No. 18-cv-01223, ECF No. 35).  The parties to those actions respectfully request that these Proposed Orders be entered.

4. Defendants' Motion to Dismiss the Amended Complaint in *Catalyst Dynamic Alpha Fund et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 18-cv-12673 (ECF No. 58) will be fully briefed on October 14, 2019.  No action is required at this time.

5. Defendants believe that Judge Shipp's recent decision in *Northwestern Mutual Life Ins. Co., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 18-cv-15286 (ECF No. 52) requires dismissal of Counts I–III of Plaintiffs' Amended Complaint in *Lord Abbett Investment Trust-Lord Abbett Short Duration Income Fund, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-06365.  If the parties are unable to reach agreement after conferring, Defendants intend to file a motion to dismiss those claims pursuant to Federal Rule of Civil Procedure 12(c).  No action is required at this time.

September 30, 2019
Page 3

6. Defendants believe that Judge Shipp's recent decisions in *Northwestern Mutual Life Ins. Co., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 18-cv-15286 (ECF No. 52) and *Aly v. Valeant Pharmaceuticals International, Inc., et al.*, No. 18-cv-17393 (ECF No. 49) require dismissal of Counts VI–VIII of Plaintiffs' Complaint in *Hound Partners Offshore Fund LP, et al. v. Valeant Pharmaceuticals International, Inc. et al.*, No. 18-cv-08705. If the parties are unable to reach agreement after conferring, Defendants intend to file a motion to dismiss those claims pursuant to Federal Rule of Civil Procedure 12(c). No action is required at this time.

7. On September 27, 2019, the parties to *The Boeing Company Employee Retirement Plans Master Trust and the Boeing Company Employee Savings Plans Master Trust v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-07636 submitted a Stipulation and Proposed Order regarding dismissal of certain claims (ECF No. 126). The parties respectfully request that the Proposed Order be entered.

### C. Pending Disputes – Third-Party Payor Class Action

The TPP Parties have conferred and identified the following pending disputes:

1. On September 24, 2019, Plaintiffs requested leave to file a single brief of no more than 70 pages in opposition to Defendants' Motions to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint. On September 25, 2019, defendants Philidor Rx Services, LLC ("Philidor"), Andrew Davenport, and Estate of Matthew Davenport opposed Plaintiffs' request. Plaintiffs, Philidor, Andrew Davenport, and Estate of Matthew Davenport respectfully request that Your Honor issue a decision regarding Plaintiffs' request.

2. Defendants' Motions to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint (No. 16-cv-3087, ECF Nos. 144–146) will be fully briefed on October 25, 2019. Defendants Philidor, Andrew Davenport, and Estate of Matthew Davenport believe that no discovery or other matters require scheduling until after Your Honor has issued a report and recommendation on the pending motions and the time for responses to that report and recommendation has run. The TPP Parties reserve the right to seek Your Honor's intervention regarding discovery and other pretrial issues that may arise during the pendency of Defendants' Motions to Dismiss. No action is required at this time.

### D. Confidentiality and Protective Orders

Pursuant to Paragraph 15 of Judge Shipp's September 10, 2019 Order (No. 15-cv-07658, ECF No. 484), enclosed herewith as Exhibits 2–8 are the Confidentiality Orders entered in *In re Valeant Pharmaceuticals International, Inc. Securities*

September 30, 2019
Page 4

*Litigation*, No. 15-7658 (ECF Nos. 244, 429) and by certain parties to the Securities Actions on January 19, 2018 (No. 16-cv-05034, ECF No. 89; No. 16-cv-06127, ECF No. 85; No. 16-cv-06128 ECF No. 83; No. 16-cv-07212, ECF No. 82; No. 17-cv-07552, ECF No. 42; No. 16-cv-07321, ECF No. 74; No. 16-cv-07324, ECF No. 74; No. 16-cv-07328; ECF No. 74, No. 16-cv-07494, ECF No. 75; No. 16-cv-07496, ECF No. 75; No. 16-cv-07497, ECF No. 80; No. 17-cv-06513, ECF No. 48; No. 17-cv-07625, ECF No. 69; No. 17-cv-07636, ECF No. 71; No. 17-cv-06365, ECF No. 70; No. 17-cv-12808, ECF No. 19; No. 17-cv-13488, ECF No. 19), February 21, 2018 (No. 18-cv-00032, ECF No. 42), April 26, 2018 (No. 18-cv-00343, ECF No. 39), February 5, 2019 (No. 17-cv-12088, ECF No. 67), and August 12, 2019 (No. 18-cv-00089, ECF No. 53; No. 18-cv-00893, ECF No. 55; No. 18-cv-08595, ECF No. 79).  The Securities Parties respectfully request that Your Honor consent to be bound by these Confidentiality Orders, as well as the stipulations and proposed orders referenced in point A.3 above.

### E. **Procedural Matters**

In addition to the pending issues and disputes referenced above, the Responding Parties respectfully request that Your Honor provide guidance regarding how motions are to be brought before Your Honor and filed with the Court in light of the Court's administrative termination of the *In re Valeant Pharmaceuticals International, Inc. Securities Litigation* and *In re Valeant Pharmaceuticals International, Inc. Third-Party Payor Litigation* matters, as well as all associated cases that have been coordinated or consolidated with these matters.  (No. 15-cv-07658, ECF No. 484; No. 16-cv-03087, ECF No. 147).

We thank Your Honor for your attention to these matters.

cc:  All Counsel of Record (via ECF)

Enclosures

September 30, 2019
Page 5

**SEEGER WEISS LLP**

/s/ *Christopher A. Seeger*
Christopher A. Seeger
David R. Buchanan
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Fax: (973) 639-9393

*Local Counsel for Plaintiffs in Case No. 15-cv-07658*

**ROBBINS GELLER RUDMAN & DOWD LLP**

Darren J. Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

James E. Barz
Frank A. Richter
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 674-4674
Fax: (312) 674-4676

Robert J. Robbins
Kathleen B. Douglas
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Fax: (561) 750-3364

*Counsel for Plaintiffs in Case No. 15-cv-07658*

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

/s/ *James E. Cecchi*
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Fax: (973) 994-1744

**McCARTER & ENGLISH LLP**

/s/ *Richard Hernandez*
Richard Hernandez
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Fax: (973) 297-6615

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katharine B. Stevenson, and Tanya Carro in Case Nos. 15-cv-07658, 18-cv- 08705*

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, and Tanya Carro in Case Nos. 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00383, 18-cv-00846*

*Local Counsel for Valeant Pharmaceuticals International, Inc. in Case Nos. 16-cv-03087, 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 18-cv-00089, 18-cv-00893, 16-cv-03087*

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Tanya Carro in Case Nos. 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-12673, 18-cv-15286*

*Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Ari S. Kellen, and local counsel for Tanya Carro in Case No. 18-cv-00343*

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ *Francis X. Riley III*
Francis X. Riley III
650 College Road East, Suite 4000
Princeton, NJ 08540

*Local Counsel for Plaintiffs in Case Nos. 16-cv-03087, 16-cv-05034, 16-cv-06127, 16-cv-06128, 17-cv-06365, 16-cv-07212, 17-cv-07552, 17-cv-12808, 17-cv-13488*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Salvatore J. Graziano
Jonathan D. Uslaner
Richard D. Gluck
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3472

*Counsel for Plaintiffs in Case Nos. 16-cv-05034, 16-cv-06127, 16-cv-06128, 17-cv-06365, 16-cv-07212, 17-cv-07552, 17-cv-12808, 17-cv-13488*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

James A. Harrod (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Fax: (212) 554 -1444

*Counsel for Plaintiffs in Case No. 16-cv-03087*

**LOWENSTEIN SANDLER LLP**

*/s/ Lawrence M. Rolnick*
Lawrence M. Rolnick
Marc B. Kramer
Zachary D. Rosenbaum
Thomas E. Redburn, Jr.
Sheila A. Sadighi
Michael J. Hampson
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Fax: (973) 597-2400

*Counsel for Plaintiffs in Case Nos. 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 18-cv-00089, 18-cv-00893, 18-cv-01223*

Telephone: (609) 452-3145
Fax: (609) 452-3122

*Local Counsel for Valeant Pharmaceuticals International, Inc. in Case No. 18-cv-01223*

**SIMPSON THACHER & BARTLETT LLP**

Paul C. Curnin (admitted *pro hac vice*)
Craig S. Waldman (admitted *pro hac vice*)
Dean McGee (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katherine B. Stevenson, and Jeffrey W. Ubben in Case Nos. 15-cv-07658, 18-cv-0870, 16-cv-03087*

*Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Ari S. Kellen in Case Nos. 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00383, 18-cv-00846*

*Counsel for Valeant Pharmaceuticals International, Inc. in Case Nos. 16-cv-03087, 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 18-cv-00089, 18-cv-00893, 18-cv-01223*

*Counsel for Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello in Case Nos. 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-12673, 18-cv-15286*

**COOLEY LLP**

William J Schwartz (admitted *pro hac vice*)
Sarah Lightdale (admitted *pro hac vice*)
55 Hudson Yards

September 30, 2019
Page 7

**KASOWITZ BENSON TORRES LLP**

/s/ *Stephen W. Tountas*
Stephen W. Tountas
One Gateway Center
Suite 2600
Newark, NJ 07102
Telephone: (973) 645-9462
Fax: (973) 643-2030

*Local Counsel for Plaintiffs in Case Nos. 17-cv-07636, 18-cv-08595, 18-cv-15286*

*Counsel for Plaintiffs in Case Nos. 17-cv-07625 and 18-cv-12673*

**LABATON SUCHAROW LLP**

Serena P. Hallowell
Jonathan Gardner
Eric J. Belfi
Thomas W. Watson
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Plaintiffs in Case Nos. 17-cv-07625, 17-cv-07636, 18-cv-08595, 18-cv-15286*

**STONE BONNER & ROCCO LLP**

/s/ *Patrick L. Rocco*
Patrick L. Rocco
James P. Bonner
447 Springfield Avenue, Second Floor
Summit, NJ 07901
Telephone: (908) 516-2045
Facsimile: (908) 516-2049

Ralph M. Stone
1700 Broadway 41st Floor
New York, NY 10019
Telephone: (212) 239-4340

*Local Counsel for Plaintiffs in Case No. 17-cv-06513*

New York, NY 10001
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro in Case Nos. 15-cv-07658, 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-06365, 17-cv-07625, 17-cv-07636, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00032, 18-cv-00343, 18-cv-00383, 18-cv-00846, 18-cv-08595, 18-cv-12673, 18-cv-15286*

**DEBEVOISE & PLIMPTON LLP**

/s/ *Matthew Petrozziello*
Matthew Petrozziello
Bruce E. Yannett (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle (admitted *pro hac vice*)
Ada Fernandez Johnson (admitted *pro hac vice*)
801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8036
Fax: (202) 383-8118

*Counsel for J. Michael Pearson in Case Nos. 15-cv-07658, 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 17-cv-06365, 17-cv-07625, 17-cv-07636, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00032, 18-cv-00089, 18-cv-00343, 18-cv-00383, 18-cv-00846, 18-cv-00893, 18-cv-08595, 18-cv-12673, 18-cv-15286*

**MENZ BONNER KOMAR & KOENIGSBERG LLP**

/s/ *Patrick D. Bonner, Jr.*
Patrick D. Bonner, Jr.
125 Half Mile Road, Suite 200

September 30, 2019
Page 8

**DIETRICH SIBEN THORPE LLP**

Matthew P. Siben
500 Australian Avenue South, Suite 637
West Palm Beach, FL 33401
Telephone: (561) 820-4882
Fax: (561) 820-4883

David A. Thorpe
Shawn M. Hayes
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (310) 300-8450
Facsimile: (310) 300-8041

*Counsel for Plaintiffs in Case No. 17-cv-06513*

**LITE DEPALMA GREENBERG, LLC**

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Fax: (973) 623-0858

*Local Counsel for Plaintiffs in Case No. 17-cv-12088*

**GRANT & EISENHOFER, P.A.**

Jay W. Eisenhofer
Daniel L. Berger
Caitlin M. Moyna
Jonathan D. Park
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501

*Counsel for Plaintiffs in Case No. 17-cv-12088*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Michael B. Eisenkraft*

Red Bank, NJ 07701
Telephone: (732) 933-2757
Fax: (914) 997-4117

*Counsel for J. Michael Pearson in Case No. 18-cv-01223*

**CHIESA SHAHINIAN & GIANTOMASI PC**

*/s/ A. Ross Pearlson*
A. Ross Pearlson
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2100
Fax: (973) 530-2300

*Local Counsel for PricewaterhouseCoopers LLP in Case Nos. 15-cv-07658, 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-08705*

**KING & SPALDING LLP**

James J. Capra, Jr. (admitted *pro hac vice*)
James P. Cusick (admitted *pro hac vice*)
Christina M. Conroy (admitted *pro hac vice*)
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Fax: (212) 556-2222

Kenneth Y. Turnbull (admitted *pro hac vice*)
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Telephone: (202) 737-0500
Fax: (202) 626-3737

*Counsel for PricewaterhouseCoopers LLP in Case Nos. 15-cv-07658, 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-08705*

**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**

*/s/ Mark A. Berman*
Mark A. Berman
Robin D. Fineman

September 30, 2019
Page 9

Michael B. Eisenkraft
88 Pine Street 14th Floor
New York, NY 10005
Telephone: (212) 838-7797

Steven J. Toll
Julie Goldsmith Reiser
S. Douglas Bunch
1100 New York Avenue, N.W. 5th Floor
Washington, D.C. 20005
Telephone: (202) 408-4600

*Counsel for Plaintiffs in Case No. 18-cv-00032*

**BRESSLER, AMERY & ROSS, P.C.**

<u>/s/ David J. Libowsky</u>
David J. Libowsky
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
Telephone: (973) 514-1200
Fax: (973) 514-1660

*Local Counsel for Plaintiffs in Case Nos. 18-cv-00343*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Steven E. Fineman
Daniel P. Chiplock
Michael J. Miarmi
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Fax: (212) 355-9592

Richard M. Heimann
Bruce W. Leppla
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Fax: (415) 956-1008

Sharon M. Lee
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Telephone: (206) 739-9059

65 Route 4 East
River Edge, NJ 07661
Telephone: (201) 441-9056
Fax: (201) 441-9435

*Local Counsel for Deutsche Bank Securities, Inc., HSBC Securities (USA) Inc., Mitsubishi UFJ Securities (USA), Inc., DNB Markets, Inc., Barclays Capital, Inc., Morgan Stanley & Co. LLC, RBC Capital Markets, and SunTrust Robinson Humphrey, Inc. in Case No. 15-cv-07658*

*Local Counsel for Deutsche Bank Securities Inc. and Barclays Capital Inc. in Case No. 18-cv-00032*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Richard A. Rosen (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990

*Counsel for Deutsche Bank Securities, Inc., HSBC Securities (USA) Inc., Mitsubishi UFJ Securities (USA), Inc., DNB Markets, Inc., Barclays Capital, Inc., Morgan Stanley & Co. LLC, RBC Capital Markets, and SunTrust Robinson Humphrey, Inc. in Case No. 15-cv-07658*

*Counsel for Deutsche Bank Securities Inc. and Barclays Capital Inc. in Case No. 18-cv-00032*

**SCHULTE ROTH & ZABEL LLP**

<u>/s/ Robert E. Griffin</u>
Robert E. Griffin
Barry A. Bohrer (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955

*Counsel for Deborah Jorn in Case Nos. 15-cv-07658, 16-cv-05034, 16-cv-06127,*

September 30, 2019
Page 10

*Counsel for Plaintiffs in Case No. 18-cv-00343*

**SKOLOFF & WOLFE, P.C.**

*/s/ Jonathan W. Wolfe*
Jonathan W. Wolfe
293 Eisenhower Parkway
Livingston, NJ 07039
Telephone: (973) 992-0900

*Local Counsel for Plaintiffs in Case No. 18-cv-00383*

**HUNG G. TA, ESQ. PLLC**

*/s/ Hung G. Ta*
Hung G. Ta
JooYun Kim
Natalia D. Williams
250 Park Avenue, Seventh Floor
New York, NY 10177
Telephone: (646) 453-7288
Fax: (973) 994-1744

*Counsel for Plaintiffs in Case Nos. 18-cv-00383, 18-cv-00846*

**SAFIRSTEIN METCALF LLP**

*/s/ Peter Safirstein*
Peter Safirstein
Elizabeth Metcalf
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 201-2845

*Counsel for Plaintiffs in Case No. 18-cv-00846*

**KYROS LAW, PC**

Konstantine Kyros
17 Miles Road
Hingham, MA 02043
Telephone: (800) 934-2921

*Counsel for Plaintiffs in Case No. 18-cv-00846*

*16-cv-06128, 16-cv-07212, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00343, 18-cv-00383, 18-cv-00846*

**WINSTON & STRAWN LLP**

*/s/ Benjamin Sokoly*
Benjamin Sokoly
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700

Robert Y. Sperling (admitted *pro hac vice*)
Joseph L. Motto (admitted *pro hac vice*)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600

*Counsel for Howard B. Schiller in Case Nos. 15-cv-07658, 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 17-cv-06365, 17-cv-07625, 17-cv-07636, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00032, 18-cv-00089, 18-cv-00343, 18-cv-00846, 18-cv-00893, 18-cv-01223, 18-cv-08595, 18-cv-15286*

**ROBINSON MILLER LLC**

*/s/ Keith J. Miller*
Keith J. Miller
Justin T. Quinn
110 Edison Place, Suite 302
Newark, NJ 07102
Telephone: (973) 690-5400

*Counsel for Howard B. Schiller in Case No. 18-cv-00383*

**O'MELVENY MYERS LLP**

*/s/ Allen W. Burton*
Allen W. Burton
Jonathan Rosenberg (admitted *pro hac vice*)

September 30, 2019
Page 11

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Robert S. Loigman*
Robert S. Loigman
Rollo Baker
Kathryn Bonacorsi
Jesse Bernstein
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

*Counsel for Plaintiffs in Case No. 18-cv-08705*

**CALCAGNI & KANEFSKY, LLP**

*/s/ Eric T. Kanefsky*
Eric T. Kanefsky
Samuel S. Cornish
One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, NJ 07102
T: (862) 397-1796

*Counsel for Plaintiffs in Case No. 18-cv-08705*

**FERRARA LAW GROUP, P.C.**

*/s/ Ralph P. Ferrara*
Ralph P. Ferrara
Aaron L. Peskin
50 W. State Street, Suite 1100
Trenton, New Jersey 08608
Telephone: (609) 571-3738

*Counsel for Philidor Rx Services, LLC and Andrew Davenport in Case No. 16-cv-03087*

7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Fax: (212) 326-2061

*Counsel for ValueAct Capital Management L.P., ValueAct Capital Master Fund, L.P., ValueAct Co-Invest Master Fund, L.P., VA Partners I, LLC, ValueAct Holdings, L.P., and Defendant Ubben in Case No. 15-cv-07658*

**GIBBONS P.C.**

*/s/ Kate E. Janukowicz*
Kate E. Janukowicz
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4913

*Local Counsel for ValueAct Capital Management L.P., ValueAct Capital Master Fund, L.P., ValueAct Co-Invest Master Fund, L.P., VA Partners I, LLC, ValueAct Holdings, L.P., and Defendant Ubben in Case No. 15-cv-07658*

**BOCHETTO & LENTZ, P.C.**

*/s/ Albert M. Belmont, III*
Gavin P. Lentz
Albert M. Belmont, III
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900

*Counsel for the Estate of Matthew Davenport in Case No. 16-cv-03087*