UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC., SECURITIES LITIGATION | **ORDER**<br>Civil Action No. 15-7658 (MAS) (LHG) |
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC., THIRD-PARTY PAYOR LITIGATION | Civil Action No. 16-3087 (MAS) (LHG) |

This matter comes before the Court on Special Master Dennis M. Cavanaugh's (the "Special Master") Order Granting Preliminary Approval of Settlement. (ECF No. 510.) On December 17, 2019, Lead Plaintiff TIAA moved before the Special Master for preliminary approval of the class action settlement pursuant to Federal Rule of Civil Procedure 23(e)(1). On January 24, 2020, the Special Master entered the Order Granting Preliminary Approval. (ECF No. 510.) Pursuant to the Order of the Honorable Michael A. Shipp, U.S.D.J., the Special Master "shall decide all . . . non-dispositive issues and issue appropriate written orders regarding the same," the parties may move to adopt such an order, and this Court shall resolve any such motions. (Sept. 10, 2019 Order ¶ 9, ECF No. 484.) In accordance with the Settling Parties'[1] agreement, and the Court's inherent authority to control the matters on its docket, the Court deems the Special Master's Order a joint, unopposed motion to adopt the Order Granting Preliminary Approval of Settlement.

---

[1] The Settling Parties include Lead Plaintiff TIAA and defendants Valeant Pharmaceuticals International, Inc.; J. Michael Pearson; Howard B. Schiller; Robert L. Rosiello; Deborah Jorn; Ari S. Kellen; Tanya Carro; Jeffrey W. Ubben; Robert A. Ingram; Ronald H. Farmer; Collen Goggins; Anders Lönner; Theo Melas-Kyriazi; Robert N. Power; Norma Provencio; Katharine B. Stevenson; Deutsche Bank Securities Inc.; HSBC Securities (USA) Inc.; MUFG Securities Americas Inc. f/k/a Mitsubishi UFJ Securities (USA) Inc.; DNB Markets, Inc.; Barclays Capital Inc.; Morgan Stanley & Co. LLC; RBC Capital Markets, LLC; Suntrust Robinson Humphrey, Inc.; ValueAct Capital Management, L.P.; VA Partners I, LLC; ValueAct Holdings, L.P.; ValueAct CapitalMaster Fund, L.P.; ValueAct Co-Invest Master Fund, L.P. (Special Master's Jan. 24, 2020 Order 1 n.1, ECF No. 510.) The Settling Parties do not include defendant PriceWaterhouseCoopers LLP. (*Id.* at 1.)

2

Accordingly, **IT IS** on this 5th day of February 2020, **ORDERED** that the Special Master's Order Granting Preliminary Approval of Settlement (ECF No. 510) is hereby **ADOPTED** as the Order of the Court.

DATED: 2/5/20

_____
LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE