RECEIVED
MAR 19 2020
AT 8:30____M
WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Master No.: 3:15-cv-07658-MAS-LHG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY AND SCHEDULE IN SECURITIES CLASS ACTION AND OPT-OUT LITIGATIONS** |
|---|---|

WHEREAS, the Parties have conferred regarding discovery and the case schedule in the Class Action and Opt-Out Litigations, in light of developments in the Actions;

WHEREAS, the Parties have reached certain agreements memorialized below, but reserve all rights and arguments including, without limitation, concerning discovery, coordination, the stay, or the schedule in the Class Action and the Opt-Out Litigations; and

WHEREAS, the Parties have agreed to confer, subject to and without waiver of the reservation of rights set forth above, regarding the case schedule within five business days following the later of the Special Master's recommendations on: (1) the Motion for Judgment on the Pleadings by PricewaterhouseCoopers LLP ("PwC") in the Class Action (15-cv-07658); and (2) the Motion for Leave to Amend

Complaint by named plaintiff, the City of Tucson on behalf of the Tucson Supplemental Retirement System ("Tucson") in the Class Action (15-cv-07658), hereafter, the "Meet-and-Confer Date".

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, that:

(a) All discovery directed to PwC and Class Plaintiffs (Lead Plaintiff and Named Plaintiffs) in any capacity (as party or non-party), and their current or former partners, employees, officers, investment advisors, subadvisors, and directors, shall be stayed until the later of recommendations by the Special Master in the Class Action on: (1) PwC's Motion for Judgment on the Pleadings; and (2) the Motion for Leave to Amend Complaint, and nothing in this stipulation shall be construed to suggest that such recommendations constitute final judicial decisions for purposes of determining whether the stay of discovery remains in effect by operation of law;

(b) Document discovery of all other Parties and non-parties to the Class Action and Opt-Out Litigations shall proceed;

(c) No depositions of any Parties to any of the Class Action or Opt-Out Litigations, including their current or former partners, employees, officers, investment advisors, subadvisors, and directors, shall be taken during the stay discussed in paragraph (a);

(d) Depositions of non-parties, other than non-parties covered by the stay discussed in paragraphs (a) and (c), may be taken during that stay;

(e) Nothing in this Stipulation and Proposed Order shall limit the ability of the Parties in the Opt-Out Litigations to seek documents from the Parties subject to the stay discussed in paragraph (a) after that stay is lifted;

(f) The Class Action and Opt-Out Litigations currently remain coordinated for pretrial purposes, and nothing in this Stipulation and Proposed Order is intended to modify the Court's October 12, 2018 coordination order or preclude the Parties from later seeking modification of that Order; and

(g) The following Amended Proposed Joint Discovery Plan, which modifies the schedule contained in Section IV of the Joint Discovery Plan (ECF No. 492), shall apply to the Class Action and the Opt-Out Litigations with the express understanding that the parties shall meet and confer by the Meet-and-Confer Date set forth above concerning discovery, coordination, the stay, class certification briefing and discovery, and the schedule in the Class Action and the Opt-Out Litigations:

| Action | Proposed Dates |
| --- | --- |
| Deadline for substantial completion of any document productions in response to any requests for production served by November 15, 2019, with productions in response to those requests to be made on a rolling basis in advance of this date | May 6, 2020 |

| Action | Proposed Dates |
|---|---|
| Deadline to meet and confer regarding protocol for depositions | May 6, 2020 |
| Deadline for service of all interrogatories, requests for admission, and requests for production | December 21, 2020 |
| Fact Discovery Cutoff | February 18, 2021 |
| Deadline to serve affirmative expert reports | March 16, 2021 |
| Deadline to serve rebuttal expert reports | May 14, 2021 |
| Deadline to serve reply expert reports | June 11, 2021 |
| Expert Discovery Cutoff | July 16, 2021 |
| Deadline to file Dispositive Motion(s) | August 13, 2021 |
| Deadline to file Opposition(s) to Dispositive Motion(s) | October 1, 2021 |
| Deadline to file Reply in support of Dispositive Motion(s) | October 22, 2021 |
| Deadline for objection(s) to proposed expert testimony under FRE 702 | 90 days before the final pretrial conference |
| Opposition to any objection(s) to proposed expert testimony under FRE 702 | 60 days before the final pretrial conference |
| Reply in support of any objection(s) to proposed expert testimony under FRE 702 | 30 days before the final pretrial conference |
| Deadline for parties to designate potential trial witnesses and proposed exhibits | 45 days before the final pretrial conference |
| Deadline for parties to file a joint set of jury instructions, proposed jury instructions which are objected to by any other party and points and authorities in support of and in opposition to the objected to instructions | 45 days before the final pretrial conference |
| Final Pretrial Conference | TBD |

| Action | Proposed Dates |
| --- | --- |
| Proposed Trial Date | TBD |

DATED: March 18, 2020

**SEEGER WEISS LLP**

/s/ Christopher A. Seeger
Christopher A. Seeger
David R. Buchanan
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Fax: (973) 639-9393

*Local Counsel for Plaintiffs in Case No. 15-cv-07658*

**ROBBINS GELLER RUDMAN & DOWD LLP**

/s/ Darren J. Robbins
Darren J. Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

James E. Barz
Frank A. Richter
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 674-4674
Fax: (312) 674-4676

Jack Reise
Robert J. Robbins
Kathleen B. Douglas
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Fax: (561) 750-3364

**McCARTER & ENGLISH LLP**

/s/ Richard Hernandez
Richard Hernandez
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Fax: (973) 297-6615

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katharine B. Stevenson, and Tanya Carro in Case Nos. 15-cv-07658, 18-cv-08705*

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, and Tanya Carro in Case Nos. 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00383, 18-cv-00846*

*Local Counsel for Valeant Pharmaceuticals International, Inc. in Case Nos. 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 18-cv-00089, 18-cv-00893*

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Tanya Carro in Case Nos. 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-12673, 18-cv-15286*

*Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and*

*Counsel for Plaintiffs in Case No. 15-cv-07658*

**CARELLA, BRYNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

/s/ James E. Cecchi
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Fax: (973) 994-1744

*Local Counsel for Plaintiffs in Case Nos. 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-06365, 17-cv-07552, 17-cv-12808, 17-cv-13488*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Salvatore J. Graziano
Salvatore J. Graziano
Jonathan D. Uslaner
Richard D. Gluck
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3472

*Counsel for Plaintiffs in Case Nos. 16-cv-05034, 16-cv-06127, 16-cv-06128 16-cv-07212, 17-cv-06365, 17-cv-07552, 17-cv-12808, 17-cv-13488*

**LOWENSTEIN SANDLER LLP**

/s/ Lawrence M. Rolnick
Lawrence M. Rolnick
Marc B. Kramer
Thomas E. Redburn, Jr.
Sheila A. Sadighi
Michael J. Hampson
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Fax: (973) 597-2400

*Ari S. Kellen, and local counsel for Tanya Carro in Case No. 18-cv-00343*

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ Francis X. Riley III
Francis X. Riley III
650 College Road East, Suite 4000
Princeton, NJ 08540
Telephone: (609) 452-3145
Fax: (609) 452-3122

*Local Counsel for Valeant Pharmaceuticals International, Inc. in Case No. 18-cv-01223*

**SIMPSON THACHER & BARTLETT LLP**

/s/ Paul C. Curnin
Paul C. Curnin (admitted *pro hac vice*)
Craig S. Waldman (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Counsel for the Valeant Defendants in Case Nos. 15-cv-07658, 18-cv-08705*

*Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Ari S. Kellen in Case Nos. 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00383, 18-cv-00846*

*Counsel for Valeant Pharmaceuticals International, Inc. in Case Nos. 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 18-cv-00089, 18-cv-00893, 18-cv-01223*

*Counsel for Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello in Case Nos. 17-cv-06365, 17-cv-07625,*

*Counsel for Plaintiffs in Case Nos. 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 18-cv-00089, 18-cv-00893, 18-cv-01223*

**KASOWITZ BENSON TORRES LLP**

/s/ Stephen W. Tountas
Stephen W. Tountas
One Gateway Center
Suite 2600
Newark, NJ 07102
Telephone: (973) 645-9462
Fax: (973) 643-2030

*Local Counsel for Plaintiffs in Case Nos. 17-cv-07636, 18-cv-08595, 18-cv-15286*

*Counsel for Plaintiffs in Case Nos. 17-cv-07625 and 18-cv-12673*

**LABATON SUCHAROW LLP**

/s/ Serena P. Hallowell
Serena P. Hallowell
Jonathan Gardner
Eric J. Belfi
Thomas W. Watson
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Plaintiffs in Case Nos. 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-08595, 18-cv-15286*

**STONE BONNER & ROCCO LLP**

/s/ Patrick L. Rocco
Patrick L. Rocco
James P. Bonner
447 Springfield Avenue, Second Floor
Summit, NJ 07901
Telephone: (908) 516-2045

*17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-12673, 18-cv-15286*

**COOLEY LLP**

/s/ William J. Schwartz
William J Schwartz (admitted *pro hac vice*)
Sarah Lightdale (*pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro in Case Nos. 15-cv-07658, 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-06365, 17-cv-07625, 17-cv-07636, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00032, 18-cv-00343, 18-cv-00383, 18-cv-00846, 18-cv-08595, 18-cv-12673, 18-cv-15286*

**DEBEVOISE & PLIMPTON LLP**

/s/ Matthew Petrozziello
Matthew Petrozziello
Bruce E. Yannett (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle (admitted *pro hac vice*)
Ada Fernandez Johnson (admitted *pro hac vice*)
801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8036
Fax: (202) 383-8118

*Counsel for J. Michael Pearson in Case Nos. 15-cv-07658, 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 17-cv-06365, 17-cv-07625, 17-cv-07636, 17-cv-06513,*

Facsimile: (908) 516-2049

Ralph M. Stone
1700 Broadway 41st Fl.
New York, NY 10019
Telephone: (212) 239-4340

*Local Counsel for Plaintiffs in Case No. 17-cv-06513*

**DIETRICH SIBEN THORPE LLP**

/s/ Matthew P. Siben
Matthew P. Siben
500 Australian Avenue South, Suite 637
West Palm Beach, FL 33401
Telephone: (561) 820-4882
Fax: (561) 820-4883

David A. Thorpe
Shawn M. Hayes
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone: (310) 300-8450
Facsimile: (310) 300-8041

*Counsel for Plaintiffs in Case No. 17-cv-06513*

**LITE DEPALMA GREENBERG, LLC**

/s/ Bruce D. Greenberg
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Fax: (973) 623-0858

*Local Counsel for Plaintiffs in Case No. 17-cv-12088*

**GRANT & EISENHOFER P.A.**

/s/ Jay W. Eisenhofer

*17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00032, 18-cv-00089, 18-cv-00343, 18-cv-00383, 18-cv-00846, 18-cv-00893, 18-cv-08595, 18-cv-12673, 18-cv-15286*

**MENZ BONNER KOMAR & KOENIGSBERG LLP**

/s/ Patrick D. Bonner, Jr.
Patrick D. Bonner, Jr.
125 Half Mile Road, Suite 200
Red Bank, NJ 07701
Telephone: (732) 933-2757
Fax: (914) 997-4117

*Counsel for J. Michael Pearson in Case No. 18-cv-01223*

**CHIESA SHAHINIAN & GIANTOMASI PC**

/s/ A. Ross Pearlson
A. Ross Pearlson
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2100
Fax: (973) 530-2300

*Local Counsel for PricewaterhouseCoopers LLP in Case Nos. 15-cv-07658, 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-08705*

**KING & SPALDING LLP**

/s/ James P. Cusick

James P. Cusick (admitted *pro hac vice*)
Christina M. Conroy (admitted *pro hac vice*)
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Fax: (212) 556-2222

Kenneth Y. Turnbull (admitted *pro hac vice*)

Jay W. Eisenhofer
Daniel L. Berger
Caitlin M. Moyna
Jonathan D. Park
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501

*Counsel for Plaintiffs in Case No. 17-cv-12088*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

/s/ Michael B. Eisenkraft
Michael B. Eisenkraft
88 Pine Street 14th Floor
New York, NY 10005
Telephone: (212) 838-7797

Steven J. Toll
Julie Goldsmith Reiser
S. Douglas Bunch
1100 New York Avenue, N.W. 5th Floor
Washington, D.C. 20005
Telephone: (202) 408-4600

*Counsel for Plaintiffs in Case No. 18-cv-00032*

**BRESSLER, AMERY & ROSS, P.C.**

/s/ David J. Libowsky
David J. Libowsky
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
Telephone: (973) 514-1200
Fax: (973) 514-1660

*Local Counsel for Plaintiffs in Case No. 18-cv-00343*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Telephone: (202) 737-0500
Fax: (202) 626-3737

*Counsel for PricewaterhouseCoopers LLP in Case Nos. 15-cv-07658, 17-cv-06365, 17-cv-07625, 17-cv-07636, 18-cv-00032, 18-cv-08595, 18-cv-08705*

**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**

/s/ Mark A. Berman
Mark A. Berman
Robin D. Fineman
65 Route 4 East
River Edge, NJ 07661
Telephone: (201) 441-9056
Fax: (201) 441-9435

*Local Counsel for the Stock Underwriter Defendants in Case No. 15-cv-07658*

*Local Counsel for Deutsche Bank Securities Inc. and Barclays Capital Inc. in Case No. 18-cv-00032*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

/s/ Richard A. Rosen
Richard A. Rosen (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990

*Counsel for the Stock Underwriter Defendants in Case No. 15-cv-07658*

*Counsel for Deutsche Bank Securities Inc. and Barclays Capital Inc. in Case No. 18-cv-00032*

**SCHULTE ROTH & ZABEL LLP**

/s/ Steven E. Fineman
Steven E. Fineman
Daniel P. Chiplock
Michael J. Miarmi
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Fax: (212) 355-9592

Richard M. Heimann
Bruce W. Leppla
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Fax: (415) 956-1008

Sharon M. Lee
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Telephone: (206) 739-9059

*Counsel for Plaintiffs in Case No. 18-cv-00343*

**SKOLOFF & WOLFE, P.C.**

/s/ Jonathan W. Wolfe
Jonathan W. Wolfe
293 Eisenhower Parkway
Livingston, NJ 07039
Telephone: (973) 992-0900

*Local Counsel for Plaintiffs in Case No. 18-cv-00383*

**HUNG G. TA, ESQ. PLLC**

/s/ Hung G. Ta
Hung G. Ta
JooYun Kim
Natalia D. Williams
250 Park Avenue, Seventh Floor
New York, NY 10177
Telephone: (646) 453-7288
Fax: (973) 994-1744

/s/ Robert E. Griffin
Robert E. Griffin
Barry A. Bohrer (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955

*Counsel for Deborah Jorn in Case Nos. 15-cv-07658, 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00343, 18-cv-00383, 18-cv-00846*

**WINSTON & STRAWN LLP**

/s/ Benjamin Sokoly
Benjamin Sokoly
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700

Robert Y. Sperling (admitted *pro hac vice*)
Joseph L. Motto (admitted *pro hac vice*)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600

*Counsel for Howard B. Schiller in Case Nos. 15-cv-07658, 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 17-cv-06365, 17-cv-07625, 17-cv-07636, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00032, 18-cv-00089, 18-cv-00343, 18-cv-00846, 18-cv-00893, 18-cv-01223, 18-cv-08595, 18-cv-12673, 18-cv-15286*

**ROBINSON MILLER**

/s/ Keith J. Miller
Keith J. Miller

*Counsel for Plaintiffs in Case Nos. 18-cv-00383 and 18-cv-00846*

**SAFIRSTEIN METCALF LLP**

/s/ Peter Safirstein
Peter Safirstein
Elizabeth Metcalf
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 201-2845

*Local Counsel for Plaintiffs in Case No. 18-cv-00846*

**KYROS LAW, PC**

/s/ Konstantine Kyros
Konstantine Kyros
17 Miles Road
Hingham, MA 02043
Telephone: (800) 934-2921

*Counsel for Plaintiffs in Case No. 18-cv-00846*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

/s/ Robert S. Loigman
Robert S. Loigman
Rollo Baker
Kathryn Bonacorsi
Jesse Bernstein
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Counsel for Plaintiffs in Case No.* 18-cv-08705

Justin T. Quinn
110 Edison Place, Suite 302
Newark, NJ 07102
Telephone: (973) 690-5400

*Counsel for Howard B. Schiller in Case No. 18-cv-00383*

**CALCAGNI & KANEFSKY, LLP**

/s/ Eric T. Kanefsky
Eric T. Kanefsky
Samuel S. Cornish
One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, NJ 07102
Telephone: (862) 397-1796

*Counsel for Plaintiffs in Case No. 18-cv-08705*

**SO ORDERED**, on this 18 day of March, 2020.

JUDGE DENNIS CAVANAUGH, RET.
SPECIAL MASTER