## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 15-7658 |
| | JUDGE MICHAEL A. SHIPP |
| | JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO: | JUDGE DENNIS CAVANAUGH, RET. SPECIAL MASTER |
| 18-cv-15286-MAS-LHG (Northwestern Mutual Life Insurance Co.) | |

### STIPULATION AND ORDER

WHEREAS, plaintiffs in *Northwestern Mutual Life Insurance Co., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 18-cv-15286-MAS-LHG ("Plaintiffs"), filed a Complaint against Valeant Pharmaceuticals International, Inc. (n/k/a Bausch Health Companies Inc.), J. Michael Pearson, and Robert L. Rosiello (together, "Defendants," and together with Plaintiffs, the "Parties");[1]

WHEREAS, Federal Rule of Civil Procedure 26(a)(1)(C) requires that parties exchange initial disclosures at or within 14 days after the parties' 26(f) conference unless a different time is set by stipulation or court order;

WHEREAS, on October 12, 2018, the Court entered Case Management Order No. 1 (ECF No. 59), coordinating for pretrial purposes the Securities Class Action *In re Valeant Pharmaceutical International, Inc. Sec. Litig.*, Master No. 3:15-cv-7658-MAS-LHG with related securities opt-out actions;

---

[1] Claims against Howard B. Schiller and Tanya Carro have been dismissed. *See Northwestern Mut. Life Ins. Co., et al. v. Valeant Pharm. Int'l, Inc., et al.*, No. 18-cv-15286-MAS-LHG (ECF Nos. 17, 19) & Order (ECF No. 53).

WHEREAS, counsel for the Parties have conferred and agreed to a schedule for exchanging initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, that all Parties shall have until April 3, 2020 to submit their initial disclosures.

Stipulated and agreed to by:

Dated:  March 24, 2020

**KASOWITZ BENSON TORRES LLP**

*/s/ Stephen W. Tountas*
Stephen W. Tountas
One Gateway Center
Suite 2600
Newark, NJ 07102
Telephone: (973) 645-9462
Fax: (973) 643-2030

*Local Counsel for Plaintiffs*

**LABATON SUCHAROW LLP**

Serena P. Hallowell (*pro hac vice*)
Mark S. Willis (*pro hac vice*)
Eric J. Belfi (*pro hac vice*)
Thomas W. Watson (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Plaintiffs*

**McCARTER & ENGLISH LLP**

*/s/ Richard Hernandez*
Richard Hernandez
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Fax: (973) 297-6615

*Local Counsel for Valeant Pharmaceuticals
International, Inc. and Robert L. Rosiello*

**SIMPSON THACHER & BARTLETT LLP**

Paul C. Curnin (*pro hac vice*)
Craig S. Waldman (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Valeant Pharmaceuticals
International, Inc. and Robert L. Rosiello*

**DEBEVOISE & PLIMPTON LLP**

_/s/ Matthew Petrozziello_
Matthew Petrozziello
Bruce E. Yannett (*pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle (*pro hac vice*)
Ada F. Johnson (*pro hac vice*)
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

*Counsel for J. Michael Pearson*

Dated 03/25/2020                    So Ordered:

LOIS H. GOODMAN, USMJ