SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
JENNIFER SCULLION
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone: 212/584-0700
212/584-0799 (fax)

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ
FRANK A. RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone: 312/674-4674
312/674-4676 (fax)

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Master No. 3:15-cv-07658-MAS-LHG <br><br> <u>CLASS ACTION</u> <br><br> Judge Michael A. Shipp <br> Magistrate Judge Lois H. Goodman <br><br> Special Master Dennis M. Cavanaugh, U.S.D.J. (ret.) <br><br> NOTICE OF MOTIONS FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARDS TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4) |
| This Document Relates To: <br><br> SECURITIES CLASS ACTION. | |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the following accompanying documents:

- Memorandum in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation;

- Memorandum in Support of Motion for an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4);

- Declaration of James E. Barz in Support of Motions for (1) Final Approval of Class Action Settlement and Plan of Allocation; and (2) an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4);

- Declaration of Christopher A. Seeger in Support of Motions for (1) Final Approval of Class Action Settlement and Plan of Allocation; and (2) an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4);

- Declaration of Robert J. Robbins Filed on Behalf of Robbins Geller Rudman & Dowd LLP in Support of Application for Award of Attorneys' Fees and Expenses;

- Declaration of Jennifer Scullion Filed on Behalf of Seeger Weiss LLP in Support of Application for Award of Attorneys' Fees and Expenses;

- Declaration of Shelly L. Friedland Filed on Behalf of Trief & Olk in Support of Application for Award of Attorneys' Fees and Expenses;

- Declaration of Frank J. Johnson Filed on Behalf of Johnson Fistel, LLP in Support of Application for Award of Attorneys' Fees and Expenses;

- Declaration of Laurie A. Gomez on Behalf of Lead Plaintiff TIAA;

- Declaration of David Ray on Behalf of Named Plaintiff IBEW Local Union 481 Defined Contribution Plan and Trust;

- Declaration of Roy Arthur Cuaron on Behalf of Named Plaintiff City of Tucson with and on Behalf of Tucson Supplemental Retirement System;

- Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date; and

- all prior pleadings and papers filed herein, and any arguments of counsel or other matters properly before the Court,

Lead Plaintiff TIAA, by its undersigned attorneys, will move this Court on May 27, 2020 at 10:00 a.m., by way of a telephonic Final Approval Hearing (*see* ECF No. 535), for: (1) final approval of the proposed Settlement and Plan of Allocation, and (2) an award of attorneys' fees and expenses and awards to Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4).

DATED: April 22, 2020

Respectfully submitted,

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
JENNIFER SCULLION

            s/ Christopher A. Seeger
CHRISTOPHER A. SEEGER

55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ
BRIAN E. COCHRAN
FRANK A. RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ROBERT J. ROBBINS
KATHLEEN B. DOUGLAS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

Lead Counsel for Plaintiffs
