# EXHIBIT E

Page 1

1

2
    —————————————————————
3
IN RE:  VALEANT PHARMACEUTICALS        TRANSCRIPT OF
    INTERNATIONAL, INC. SECURITIES           PROCEEDING
4
LITIGATION,
    MASTER FILE NO. 15-7658(MAS)(LHG)
5
    ------------------------
    IN RE:  VALEANT PHARMACEUTICALS
6
INTERNATIONAL, INC. THIRD-PARTY
    PAYOR LITIGATION,
7
MASTER FILE NO. 16-3087(MAS)(LHG)

    —————————————————————
8

9
    B E F O R E:
10

    SPECIAL MASTER:
11
      HONORABLE DENNIS M. CAVANAUGH (Retired)
      dcavanaugh@mdmc-law.com
12
     (By telephone)
13

14

15
    T R A N S C R I P T of proceeding taken
16
stenographically by and before MARGARET
17
VOLLMUTH-CORSON, a Certified Court Reporter of the
18
State of New Jersey, at the offices of McCARTER &
19
ENGLISH, LLP, Four Gateway Center, 100 Mulberry
20
Street, Newark, New Jersey, on Tuesday, January 21,
21
2020, commencing at approximately 10:01 a.m.
22

23

24

25

Page 2
```
 1  ASSISTANTS TO THE SPECIAL MASTER:
 2     McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
          1300 Mount Kemble Avenue
 3        Morristown, New Jersey 07962
          (973) 993-8100
 4     BY:  JILL J POMEROY, ESQ
          jpomeroy@mdmc-law com
 5     BY:  JENNIFER M JONES, ESQ
          jjones@mdmc-law com
 6     BY:  DANIEL GILBERT, ESQ  (New York office)
          dgilbert@mdmc-law com
 7
 8
 9
10
11
       A P P E A R A N C E S :
12
       ROBBINS GELLER RUDMAN & DOWD, LLP
13     655 West Broadway, Suite 1900
       San Diego, California 92101
14     (312) 674-4674
       BY:  JAMES E BARZ, ESQ
15     jbarz@rgrdlaw com
       BY:  THEODORE J PINTAR, ESQ
16     tpintar@rgrdlaw com
       BY:  FRANK A RICHTER, ESQ  (Chicago office)
17     frichter@rgrdlaw com
       BY:  ROBERT J ROBBINS, ESQ  (Boca Raton office)
18     rrobbins@rgrdlaw com
          and
19     SEEGER WEISS, LLP
       77 Water Street, 8th Floor
20     New York, New York 10005
       (212) 584-0700
21     BY:  CHRISTOPHER A SEEGER, ESQ
       cseeger@seegerweiss com
22     Counsel for the Plaintiffs in the Securities Class
       Action 15-cv-07658(MAS)(LHG)
23
24
25
```

Page 3
```
 1  A P P E A R A N C E S :  (Continued)
 2     BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP
          1251 Avenue of the Americas, 44th Floor
 3        New York, New York 10020
          (212) 554-1400
 4     BY:  SALVATORE J GRAZIANO, ESQ
          sgraziano@blbglaw com
 5     BY:  JAMES M FEE, ESQ  (By telephone)
          james fee@blbglaw com
 6     Third Party Payor lead counsel, interim class
          counsel, counsel for the Plaintiffs
 7     AirConditioning and Refrigeration Industry Health
          and Welfare Trust Fund, Fire and Police Health
 8     Care Fund, San Antonio, and Plumbers Local Union
          No  1 Welfare Fund 16-cv-03087(MAS)(LHG)
 9     Opt-Out Plaintiffs in the Securities Class Action
          (Institutional Investors) Case Nos  16-cv-05034,
10     16-cv-06127, 16-cv-06128, 17-cv-06365,
          16-cv-07212, 17-cv-07552, 17-cv-12808, 17-cv-13488
11
       KASOWITZ BENSON TORRES
12     One Gateway Center, Suite 2600
       Newark, New Jersey 07102-5323
13     (973) 645-9462
       BY:  STEPHEN W TOUNTAS, ESQ
14     stountas@kasowitz com
       Counsel for the Plaintiffs in Case Nos  17-cv-07625
15     and 18-cv-12673 and local counsel for Plaintiffs in
       Case Nos  17-cv-07636, 18-cv-08595, and 18-cv-15286
16
       LABATON SUCHAROW
17     140 Broadway
       New York, New York 10005
18     (212) 907-0700
       BY:  TOM W WATSON, ESQ
19     twatson@labaton com
       Counsel for the Plaintiffs in Case Nos  17-cv-07636,
20     18-cv-08595, and 18-cv-15286
       GRANT & EISENHOFER, P A
21     485 Lexington Avenue
       New York, New York 10017
22     (646) 722-8513
       BY:  CAITLIN M MOYNA, ESQ
23     cmoyna@gelaw com
       Counsel for Plaintiffs in Case No  17-cv-12088
24
25
```

Page 4
```
 1  A P P E A R A N C E S :  (Continued)
 2     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
          250 Hudson Street, 8th Floor
 3        New York, New York 10013-1413
          (212) 355-9500
 4     BY:  MICHAEL J MIARMI, ESQ
          mmiarmi@lieffcabraser com
 5     Counsel for Plaintiffs in Case No  18-cv-00343
 6     HGT LAW
          250 Park Avenue, 7th Floor
 7     New York, New York 10177
          (646) 453-7292
 8     BY:  JOOYUN KIM, ESQ
          jooyun@hgtlaw com
 9     Counsel for Plaintiffs in Case Nos  18-cv-00383 and
          18-cv-00846
10
       QUINN EMANUEL URQUHART & SULLIVAN, LLP
11     51 Madison Avenue, 22nd Floor
       New York, New York 10010
12     (212) 849-7036
       BY:  JESSE A BERNSTEIN, ESQ
13     jessebernstein@quinnemanuel com
       Counsel for Plaintiffs Hound Partners
14
       SIMPSON THACHER & BARTLETT, LLP
15     425 Lexington Avenue
       New York, New York 10017
16     (212) 455-2000
       BY:  CRAIG S WALDMAN, ESQ
17     cwaldman@stblaw com
       BY:  JACOB LUNDQVIST, ESQ
18     jacob lundqvist@stblaw com
          and
19     McCARTER & ENGLISH, LLP
       Four Gateway Center
20     100 Mulberry Street
       Newark, New Jersey 07102
21     (973) 622-4444
       BY:  RICHARD HERNANDEZ, ESQ
22     rhernandez@mccarter com
       BY:  OMAR A BAREENTTO, ESQ
23     obareentto@mccarter com
       Counsel for the Defendants Valeant Pharmaceuticals
24     International, Inc , Robert L Rosiello, Ari S
       Kellen, Ronald H Farmer, Collen Goggins, Robert A
25     Ingram, Theo Melas-Kyriazi, Robert N Power, Norma
       Provencio, and Katharine B Stevenson
```

Page 5
```
 1  A P P E A R A N C E S :  (Continued)
 2     DEBEVOISE & PLIMPTON, LLP
          801 Pennsylvania Avenue N W
 3        Washington, D C  20004
          (202) 383-8036
 4     BY:  SAMANTHA H GRUNBERG, ESQ
          shgrunberg@debevoise com
 5     Counsel for the Defendant J Michael Pearson
 6     WINSTON & STRAWN, LLP
          200 Park Avenue
 7     New York, New York 10166-4193
          (212) 294-4636
 8     BY:  BENJAMIN SOKOLY, ESQ
          bsokoly@winston com
 9     Counsel for the Defendant Howard B Schiller
10     COOLEY, LLP
          55 Hudson Yards
11     New York, New York 10001-2157
          (212) 479-6000
12     BY:  KAITLAND KENNELLY, ESQ
          kkennelly@cooley com
13     Counsel for the Defendant Tanya Carro
14     GIBBONS P C
          One Gateway Center
15     Newark, New Jersey 07102-5310
          (973) 596-4500
16     BY:  KATE E JANUKOWICZ, ESQ
          kjanukowicz@gibbonslaw com
17     Counsel for the Defendants Jeffrey W Ubben, ValueAct
          Capital Management L P , ValueAct Capital Master Fund,
18     L P , ValueAct Co-Invest Master Fund, L P , VA
          Partners I, LLC, and ValueAct Holdings, L P
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

**Page 6**

1 A P P E A R A N C E S: (Continued)
2 KING & SPALDING, LLP
   1700 Pennsylvania Avenue N W , 2nd Floor
3 Washington, D C 20006
   (202) 737-0500
4 BY: KENNETH Y TURNBULL, ESQ
   kturnbull@kslaw.com
5    and
   CHIESA SHAHINIAN & GIANTOMASI, P C
6 One Boland Drive
   West Orange, New Jersey 07052
7 (973) 530-2100
   BY: A ROSS PEARLSON, ESQ
8 rpearlson@csglaw.com
   Counsel for the Defendant PricewaterhouseCoopers, LLP
9
   ENTWISTLE & CAPPUCCI, LLP
10 299 Park Avenue, 20th Floor
   New York, New York 10171
11 (212) 894-7200
   BY: ANDREW J ENTWISTLE, ESQ
12 aentwistle@entwistle-law.com
   BY: ROBERT N CAPPUCCI, ESQ
13 rcappucci@entwistle-law com
   Counsel for Timber Hill
14
   LITE DEPALMA GREENBERG, LLC
15 570 Broad Street, Suite 1201
   Newark, New Jersey 07102
16 (973) 877-3820
   BY: BRUCE D GREENBERG, ESQ (By telephone)
17 bgreenberg@litedepalma.com
   Counsel for Första AP-Fonden, Stichting
18 Schilders-Afwerkingsen Glaszetbedrijf, Stichting PGGM
   Depository, Bedrijfstakpensioenfonds voor het
19 Association, Contra Costa County Employees Retirement
   Series Trust
20   Association, Pacific Select Fund, and Pacific Funds
21
22
23
24
25

**Page 7**

1        JUDGE CAVANAUGH: First of all, at the
2 last minute I decided I was going to call in because
3 something came up. Hold on just one sec.
4        (Discussion off the record.)
5        JUDGE CAVANAUGH: In any event, we're
6 here today for the preliminary approval of the
7 settlement of the Valiant Pharmaceuticals securities
8 litigation pursuant to Rule 23E. This is the
9 plaintiff's motion for an order seeking preliminary
10 approval of the settlement pursuant to the
11 stipulation of settlement of December 15, 2019. The
12 settling parties, I understand, have consented to
13 the settlement, and the appropriate papers were
14 filed.
15        I would ask someone to place something
16 on the record as to exactly where we are and what
17 occurred. I don't know whether that would be
18 Mr. Seeger or whomever, but I'd like to make a short
19 record here before we go forward.
20        MR. SEEGER: So Judge, this is Chris
21 Seeger. I'm here with Jim Barz of Robbins Geller,
22 and he can introduce his colleagues that are here
23 with him today, but Jim will give you that overview
24 right now, if you're ready for it, or anybody else.
25        JUDGE CAVANAUGH: Yes, that's fine.

**Page 8**

1        MR. SEEGER: All right. We're good.
2        MR. BARZ: Good morning, Your Honor.
3 Jim Barz on behalf of the plaintiffs. I also have
4 my colleague Ted Pintar, who is a partner in our
5 settlement department who can also answer any
6 questions that you may have. I'll give you an
7 overview from the plaintiff's perspective of how
8 we've arriven here today to seek preliminary
9 approval of what we consider to be an excellent
10 result for the class.
11        This is a complex securities fraud
12 class action, as you know, Your Honor, and this
13 result was reached after four years of hard fought
14 litigation. It's an extremely complex case that has
15 a three-year class period, over 20 defendants, over
16 200 false and misleading statements that were
17 alleged and sustained in the complaint through Judge
18 Shipp's order on the motion to dismiss and 22
19 corrective disclosures. We were only able to
20 achieve this result of a $1,210,000,000.00 all cash
21 settlement after four years of hard fought
22 litigation, careful analysis from documents culled
23 from over 153 parties, over 13 million pages in the
24 production. It's the ninth largest securities fraud
25 class action settlement ever. It's the second

**Page 9**

1 largest in the Third Circuit. The only comparable
2 one in the Third Circuit is Cendant from almost 20
3 years ago. And what we believe makes this result
4 particularly notable is Valeant's financial
5 condition which we've laid out in our papers, which
6 we believe both provided an impetus to try to settle
7 this case and avoid further risk of Valeant's
8 deteriorating financial condition. Hopefully it
9 doesn't deteriorate. Hopefully it turns around, but
10 that possibility exists. And the settlement is over
11 150 percent of their cash on hand, so we had to
12 navigate all of those issues.
13        When we filed this case, Your Honor,
14 the stock price of Valeant was $110.00 per share.
15 Thereafter it dropped as low as $8.50 per share, and
16 there was concern from the analysts that the company
17 could be heading towards bankruptcy. It's now
18 stabilized in the high 20s, low 30s, and we're happy
19 for that.
20        I thought it was also notable that when
21 the settlement was reported analysts, including from
22 Wells Fargo, reported that the settlement was "much
23 larger than expected," and we believe that's an
24 independent outside viewpoint on the success that
25 the plaintiffs were able to achieve in this case.

3 (Pages 6 - 9)

1      It didn't come easy. We had two full
2  mediations. We were unsuccessful in convincing one
3  another. It came as a result of a mediator's
4  proposal, Professor Eric Green, who is extremely
5  experienced, he was the mediator in Enron, so he's
6  done some of the big securities fraud class actions,
7  and as a result of his mediation proposal which both
8  sides accepted, that brings us here today.
9      Now, we've laid out in our papers why
10  we believe that this settlement satisfies all of the
11  criteria for preliminary approval under Rule 23 as
12  amended and under the Girsh factors, and I will tell
13  you a lot of the points I've just given you I think
14  highlight that, some of the highlights of why we
15  believe it's the result of an arm's length process.
16      I think a further note on that is this
17  isn't global peace. We have not reached a
18  settlement with PWC, and we are continuing full
19  steam ahead with the litigation as to that part. So
20  there's still a lot more work to be done by counsel
21  and the plaintiffs in this case to continue to
22  prosecute this, but we are very pleased that we were
23  able to reach settlement with the majority of
24  defendants for what we believe is an excellent
25  recovery that provides certainty to the class, it

1  avoids the risks of litigating this case against a
2  multitude of defendants, it avoids the risks of
3  Valeant's financial condition potentially
4  deteriorating, and as I noted, we didn't just simply
5  take -- you know, it could have been easy enough to
6  get 5- or $600 million in this case, which would
7  have been the vast majority of their cash, but we
8  pressed harder, and the company's announced that
9  it's actually issuing debt to try to raise funds,
10  and we believe that's another reflection of the
11  excellent result here is that we didn't settle for
12  the cash on hand. We did a careful analysis -- we
13  actually did a lot of analysis, Your Honor,
14  internally as to, you know, what their ability to
15  pay would be. Now, that's a difficult task for
16  sure, but we have some folks in house that are
17  economists and accountants by background, and we
18  studied their financial statements, and we tried to
19  come up with a view that we could push beyond their
20  cash balance, that they did have an ability to
21  withstand a payment higher than the 800 million in
22  cash that they publicly report that they have
23  available, and we think this result achieves that.
24      So that's the overview, Your Honor.
25  We're delighted to answer any questions or to walk

1  through the 23 factors in particular if you'd like
2  that. Otherwise, we'd rest on our briefs and be
3  available for any questions you have.
4      JUDGE CAVANAUGH: Okay. Let me turn
5  to the defendants. Do any of the defendants have
6  anything they want to add?
7      MR. WALDMAN: It's Craig Waldman from
8  Simpson Thacher on behalf of the Valeant defendants.
9  While we continue to deny the allegations made in
10  the complaint and some of what the factual
11  background Mr. Barz laid out, the settling
12  defendants all support preliminary approval.
13      JUDGE CAVANAUGH: Thank you. All
14  right. As I said, I did review the papers.
15  Significant papers were filed. I don't think it's
16  necessary to go through each of the factors as set
17  forth. I have reviewed everything. This is a
18  preliminary approval, not the final approval, and I
19  find that the settlement should be approved for the
20  reasons that are stated in the order that will be
21  entered. There will be certain dates in that order
22  with the final approval date, I believe, to be set
23  on May 27 at the federal courthouse in Trenton.
24  There are certain other dates that we will fill in,
25  and the order will be signed and filed either later

1  today or tomorrow morning.
2      Okay. I think that's all that I need.
3  Is there anything else, Counsel, that you can think
4  of?
5      MR. BARZ: No, Your Honor. I just
6  want to confirm so the final approval will be held
7  in Judge Shipp's courtroom in Trenton?
8      JUDGE CAVANAUGH: For the moment, yes.
9  Even though I will probably be presiding for it, but
10  for the moment that's what will happen. We'll firm
11  that up prior to the date.
12      MR. BARZ: Okay. And we'll put that
13  in the notice then because as Your Honor knows,
14  objectors, you know, should there be any, would have
15  a right to appear.
16      JUDGE CAVANAUGH: Right.
17      MR. BARZ: And so we'll make that, and
18  we can go ahead, if you'd like, Your Honor, we can
19  input a final approval hearing date of May 27 as you
20  have noted, and then we can back in all the other
21  dates that of course tie off of that and submit that
22  electronically to your office if you'd like us to.
23      JUDGE CAVANAUGH: Yes. Submit it to
24  Ms. Pomeroy, but give me a day so I can check with
25  Judge Shipp and make sure about the use of the

Page 14

1  courtroom. All right?
2       MR. BARZ: Absolutely.
3       JUDGE CAVANAUGH: Okay. Anything
4  else, Counsel, that we can think of?
5       MR. WALDMAN: No, Your Honor. Thank
6  you.
7       MR. SEEGER: That's it for plaintiffs.
8       JUDGE CAVANAUGH: Well, I just want to
9  let you know I think it's been a job well done so
10  far. I hope you continue, and we'll continue to see
11  you as we move along.
12       MR. WALDMAN: Thank you, Your Honor.
13       JUDGE CAVANAUGH: This hearing is
14  over.
15       MR. BARZ: Thanks, Judge.
16       (Proceeding concluded at 10:11 a.m.)
17
18
19
20
21
22
23
24
25

Page 15

1
2       C E R T I F I C A T E
3
4       I, MARGARET VOLLMUTH-CORSON, a Certified
5   Court Reporter of the State of New Jersey, DO HEREBY
6   CERTIFY that, the foregoing is a true and accurate
7   transcript of the proceeding as taken
8   stenographically by and before me at the time and
9   place and on the date hereinbefore set forth
10       I DO FURTHER CERTIFY that I am neither a
11   relative nor employee nor attorney nor counsel of
12   any of the parties to this action and that I am
13   neither a relative nor employee of such attorney or
14   counsel and that I am not financially interested in
15   this action
16
17
18   Maat Vllut-G
19       MARGARET VOLLMUTH-CORSON, C C R  30XI00158400
20
     This transcript was prepared in accordance with
21   N J A C 13:43-5 9
22
23
24
25

5 (Pages 14 - 15)

[& - afwerkingsen]                                                                    Page 1

| & |
| --- |
| **&**   1:18 2:2,12 3:2 3:21 4:2,10,14,19 5:2,6 6:2,5,9 |

| 0 |
| --- |
| **00343**   4:5 |
| **00383**   4:9 |
| **00846**   4:9 |
| **03087**   3:8 |
| **05034**   3:9 |
| **06127**   3:10 |
| **06128**   3:10 |
| **06365**   3:10 |
| **07052**   6:6 |
| **07102**   4:20 6:15 |
| **07102-5310**   5:15 |
| **07102-5323**   3:12 |
| **07212**   3:10 |
| **07552**   3:10 |
| **07625**   3:14 |
| **07636**   3:15,19 |
| **07658**   2:22 |
| **07962**   2:3 |
| **08595**   3:15,20 |

| 1 |
| --- |
| **1**   3:8 |
| **1,210,000,000.00**   8:20 |
| **100**   1:19 4:20 |
| **10001-2157**   5:11 |
| **10005**   2:20 3:17 |
| **10010**   4:11 |
| **10013-1413**   4:3 |
| **10017**   3:22 4:15 |
| **10020**   3:3 |
| **10166-4193**   5:7 |
| **10171**   6:10 |
| **10177**   4:7 |
| **10:01**   1:21 |

| 10:11   14:16 |
| --- |
| **110.00**   9:14 |
| **1201**   6:15 |
| **12088**   3:24 |
| **1251**   3:2 |
| **12673**   3:15 |
| **12808**   3:10 |
| **13**   8:23 |
| **1300**   2:2 |
| **13488**   3:10 |
| **13966**   15:18 |
| **13:43-5.9.**   15:21 |
| **140**   3:17 |
| **15**   2:22 7:11 |
| **15-7658**   1:4 |
| **150**   9:11 |
| **15286**   3:15,20 |
| **153**   8:23 |
| **16**   3:8,9,10,10,10 |
| **16-3087**   1:7 |
| **17**   3:10,10,10,10 3:14,15,19,24 |
| **1700**   6:2 |
| **18**   3:15,15,15,20 3:20 4:5,9,9 |
| **1900**   2:13 |

| 2 |
| --- |
| **20**   8:15 9:2 |
| **200**   5:6 8:16 |
| **20004**   5:3 |
| **20006**   6:3 |
| **2019**   7:11 |
| **202**   5:3 6:3 |
| **2020**   1:21 |
| **20s**   9:18 |
| **20th**   6:10 |
| **21**   1:20 |
| **212**   2:20 3:3,18 4:3,12,16 5:7,11 6:11 |

| 22   8:18 |
| --- |
| **22nd**   4:11 |
| **23**   10:11 12:1 |
| **23e**   7:8 |
| **250**   4:2,6 |
| **2600**   3:12 |
| **27**   12:23 13:19 |
| **294-4636**   5:7 |
| **299**   6:10 |
| **2nd**   6:2 |

| 3 |
| --- |
| **30s**   9:18 |
| **30xi00158400**   15:19 |
| **312**   2:14 |
| **355-9500**   4:3 |
| **383-8036**   5:3 |

| 4 |
| --- |
| **425**   4:15 |
| **44th**   3:2 |
| **453-7292**   4:7 |
| **455-2000**   4:16 |
| **479-6000**   5:11 |
| **485**   3:21 |

| 5 |
| --- |
| **5**   11:6 |
| **51**   4:11 |
| **530-2100**   6:7 |
| **55**   5:10 |
| **554-1400**   3:3 |
| **570**   6:15 |
| **584-0700**   2:20 |
| **596-4500**   5:15 |

| 6 |
| --- |
| **600**   11:6 |
| **622-4444**   4:21 |
| **645-9462**   3:13 |
| **646**   3:22 4:7 |

| 655   2:13 |
| --- |
| **674-4674**   2:14 |

| 7 |
| --- |
| **722-8513**   3:22 |
| **737-0500**   6:3 |
| **77**   2:19 |
| **7th**   4:6 |

| 8 |
| --- |
| **8.50**   9:15 |
| **800**   11:21 |
| **801**   5:2 |
| **849-7036**   4:12 |
| **877-3820**   6:16 |
| **894-7200**   6:11 |
| **8th**   2:19 4:2 |

| 9 |
| --- |
| **907-0700**   3:18 |
| **92101**   2:13 |
| **973**   2:3 3:13 4:21 5:15 6:7,16 |
| **993-8100**   2:3 |

| a |
| --- |
| **a.m.**   1:21 14:16 |
| **ability**   11:14,20 |
| **able**   8:19 9:25 10:23 |
| **absolutely**   14:2 |
| **accepted**   10:8 |
| **accountants**   11:17 |
| **accurate**   15:6 |
| **achieve**   8:20 9:25 |
| **achieves**   11:23 |
| **action**   2:22 3:9 8:12,25 15:12,15 |
| **actions**   10:6 |
| **add**   12:6 |
| **aentwistle**   6:12 |
| **afwerkingsen**   6:18 |

[ago - courtroom]                                              Page 2

**ago**  9:3
**ahead**  10:19 13:18
**airconditioning**
  3:7
**allegations**  12:9
**alleged**  8:17
**amended**  10:12
**americas**  3:2
**analysis**  8:22
  11:12,13
**analysts**  9:16,21
**andrew**  6:11
**announced**  11:8
**answer**  8:5 11:25
**antonio**  3:8
**anybody**  7:24
**ap**  6:17
**appear**  13:15
**appropriate**  7:13
**approval**  7:6,10
  8:9 10:11 12:12
  12:18,22 13:6
  13:19
**approved**  12:19
**approximately**
  1:21
**ari**  4:24
**arm's**  10:15
**arriven**  8:8
**assistants**  2:1
**association**  6:19
**attorney**  15:11,13
**available**  11:23
  12:3
**avenue**  2:2 3:2,21
  4:6,11,15 5:2,6
  6:2,10
**avoid**  9:7
**avoids**  11:1,2

**b**

**b**  1:9 4:25 5:9
**back**  13:20
**background**  11:17
  12:11
**balance**  11:20
**bankruptcy**  9:17
**bareentto**  4:22
**bartlett**  4:14
**barz**  2:14 7:21 8:2
  8:3 12:11 13:5,12
  13:17 14:2,15
**bedrijfstakpensi...**
  6:18
**behalf**  8:3 12:8
**believe**  9:3,6,23
  10:10,15,24 11:10
  12:22
**benjamin**  5:8
**benson**  3:11
**berger**  3:2
**bernstein**  3:2 4:2
  4:12
**beyond**  11:19
**bgreenberg**  6:17
**big**  10:6
**blbglaw.com**  3:4,5
**boca**  2:17
**boland**  6:6
**briefs**  12:2
**brings**  10:8
**broad**  6:15
**broadway**  2:13
  3:17
**bruce**  6:16
**bsokoly**  5:8

**c**

**c**  1:15 2:11 3:1 4:1
  5:1 6:1 15:2,2

**c.c.r.**  15:19
**cabraser**  4:2
**caitlin**  3:23
**california**  2:13
**call**  7:2
**capital**  5:17,17
**cappucci**  6:9,12
**care**  3:8
**careful**  8:22 11:12
**carpenter**  2:2
**carro**  5:13
**case**  3:9,14,15,19
  3:24 4:5,9 8:14
  9:7,13,25 10:21
  11:1,6
**cash**  8:20 9:11
  11:7,12,20,22
**cavanaugh**  1:11
  7:1,5,25 12:4,13
  13:8,16,23 14:3,8
  14:13
**cendant**  9:2
**center**  1:19 3:12
  4:19 5:14
**certain**  12:21,24
**certainty**  10:25
**certified**  1:17 15:4
**certify**  15:6,10
**check**  13:24
**chicago**  2:16
**chiesa**  6:5
**chris**  7:20
**christopher**  2:21
**circuit**  9:1,2
**class**  2:22 3:6,9
  8:10,12,15,25 10:6
  10:25
**cmoyna**  3:23
**colleague**  8:4
**colleagues**  7:22

**collen**  4:24
**come**  10:1 11:19
**commencing**  1:21
**company**  9:16
**company's**  11:8
**comparable**  9:1
**complaint**  8:17
  12:10
**complex**  8:11,14
**concern**  9:16
**concluded**  14:16
**condition**  9:5,8
  11:3
**confirm**  13:6
**consented**  7:12
**consider**  8:9
**continue**  10:21
  12:9 14:10,10
**continued**  3:1 4:1
  5:1 6:1
**continuing**  10:18
**contra**  6:19
**convincing**  10:2
**cooley**  5:10
**cooley.com**  5:12
**corrective**  8:19
**corson**  1:17 15:4
  15:19
**costa**  6:19
**counsel**  2:22 3:6,6
  3:6,14,15,19,24
  4:5,9,13,23 5:5,9
  5:13,17 6:8,13,17
  10:20 13:3 14:4
  15:11,14
**county**  6:19
**course**  13:21
**court**  1:17 15:5
**courthouse**  12:23
**courtroom**  13:7
  14:1

| | | | |
|---|---|---|---|
| **craig** 4:16 12:7 | **deutsch** 2:2 | **exists** 9:10 | **frank** 2:16 |
| **criteria** 10:11 | **dgilbert** 2:6 | **expected** 9:23 | **fraud** 8:11,24 10:6 |
| **cseeger** 2:21 | **diego** 2:13 | **experienced** 10:5 | **frichter** 2:17 |
| **csglaw.com** 6:8 | **difficult** 11:15 | **extremely** 8:14 | **full** 10:1,18 |
| **culled** 8:22 | **disclosures** 8:19 | 10:4 | **fund** 3:7,8,8 5:17 |
| **cv** 2:22 3:8,9,10,10 | **discussion** 7:4 | **f** | 5:18 6:19 |
| 3:10,10,10,10,10 | **dismiss** 3:18 | **f** 1:9 15:2 | **funds** 6:19 11:9 |
| 3:14,15,15,15,15 | **documents** 8:22 | **factors** 10:12 12:1 | **further** 9:7 10:16 |
| 3:19,20,20,24 4:5 | **dowd** 2:12 | 12:16 | 15:10 |
| 4:9,9 | **drive** 6:6 | **factual** 12:10 | **första** 6:17 |
| **cwaldman** 4:17 | **dropped** 9:15 | **false** 8:16 | **g** |
| **d** | **e** | **far** 14:10 | **gateway** 1:19 3:12 |
| **d** 6:16 | **e** 1:9,9 2:11,11,14 | **fargo** 9:22 | 4:19 5:14 |
| **d.c.** 5:3 6:3 | 3:1,1 4:1,1 5:1,1 | **farmer** 4:24 | **gelaw.com** 3:23 |
| **daniel** 2:6 | 5:16 6:1,1 15:2,2 | **federal** 12:23 | **geller** 2:12 7:21 |
| **date** 12:22 13:11 | **easy** 10:1 11:5 | **fee** 3:5 | **giantomasi** 6:5 |
| 13:19 15:9 | **economists** 11:17 | **file** 1:4,7 | **gibbons** 5:14 |
| **dates** 12:21,24 | **eisenhofer** 3:21 | **filed** 7:14 9:13 | **gibbonslaw.com** |
| 13:21 | **either** 12:25 | 12:15,25 | 5:16 |
| **day** 13:24 | **electronically** | **fill** 12:24 | **gilbert** 2:6 |
| **dcavanaugh** 1:11 | 13:22 | **final** 12:18,22 13:6 | **girsh** 10:12 |
| **debevoise** 5:2 | **emanuel** 4:10 | 13:19 | **give** 7:23 8:6 13:24 |
| **debevoise.com** 5:4 | **employee** 15:11,13 | **financial** 9:4,8 | **given** 10:13 |
| **debt** 11:9 | **employees** 6:19 | 11:3,18 | **glaszetbedrijf** |
| **december** 7:11 | **english** 1:19 4:19 | **financially** 15:14 | 6:18 |
| **decided** 7:2 | **enron** 10:5 | **find** 12:19 | **global** 10:17 |
| **defendant** 5:5,9,13 | **entered** 12:21 | **fine** 7:25 | **go** 7:19 12:16 |
| 6:8 | **entwistle** 6:9,11 | **fire** 3:7 | 13:18 |
| **defendants** 4:23 | 6:12,13 | **firm** 13:10 | **goggins** 4:24 |
| 5:17 8:15 10:24 | **eric** 10:4 | **first** 7:1 | **going** 7:2 |
| 11:2 12:5,5,8,12 | **esq** 2:4,5,6,14,15 | **floor** 2:19 3:2 4:2 | **good** 8:1,2 |
| **delighted** 11:25 | 2:16,17,21 3:4,5 | 4:6,11 6:2,10 | **grant** 3:21 |
| **dennis** 1:11 | 3:13,18,23 4:4,8 | **folks** 11:16 | **graziano** 3:4 |
| **deny** 12:9 | 4:12,16,17,21,22 | **fonden** 6:17 | **green** 10:4 |
| **depalma** 6:14 | 5:4,8,12,16 6:4,7 | **foregoing** 15:6 | **greenberg** 6:14,16 |
| **department** 8:5 | 6:11,12,16 | **forth** 12:17 15:9 | **grossmann** 3:2 |
| **depository** 6:19 | **event** 7:5 | **forward** 7:19 | **grunberg** 5:4 |
| **deteriorate** 9:9 | **exactly** 7:16 | **fought** 8:13,21 | **h** |
| **deteriorating** 9:8 | **excellent** 8:9 10:24 | **four** 1:19 4:19 | **h** 4:24 5:4 |
| 11:4 | 11:11 | 8:13,21 | |

**hand**  9:11 11:12
**happen**  13:10
**happy**  9:18
**hard**  8:13,21
**harder**  11:8
**heading**  9:17
**health**  3:7,7
**hearing**  13:19
    14:13
**heimann**  4:2
**held**  13:6
**hereinbefore**  15:9
**hernandez**  4:21
**het**  6:18
**hgt**  4:6
**hgtlaw.com**  4:8
**high**  9:18
**higher**  11:21
**highlight**  10:14
**highlights**  10:14
**hill**  6:13
**hold**  7:3
**holdings**  5:18
**honor**  8:2,12 9:13
    11:13,24 13:5,13
    13:18 14:5,12
**honorable**  1:11
**hope**  14:10
**hopefully**  9:8,9
**hound**  4:13
**house**  11:16
**howard**  5:9
**hudson**  4:2 5:10

**i**

**impetus**  9:6
**including**  9:21
**independent**  9:24
**industry**  3:7
**ingram**  4:25
**input**  13:19

**institutional**  3:9
**interested**  15:14
**interim**  3:6
**internally**  11:14
**international**  1:3
    1:6 4:24
**introduce**  7:22
**invest**  5:18
**investors**  3:9
**issues**  9:12
**issuing**  11:9

**j**

**j**  2:4,15,17 3:4 4:4
    5:5 6:11
**jacob**  4:17
**jacob.lundqvist**
    4:18
**james**  2:14 3:5
**james.fee**  3:5
**january**  1:20
**janukowicz**  5:16
**jbarz**  2:15
**jeffrey**  5:17
**jennifer**  2:5
**jersey**  1:18,20 2:3
    3:12 4:20 5:15 6:6
    6:15 15:5
**jesse**  4:12
**jessebernstein**
    4:13
**jill**  2:4
**jim**  7:21,23 8:3
**jjones**  2:5
**job**  14:9
**jones**  2:5
**jooyun**  4:8,8
**jpomeroy**  2:4
**judge**  7:1,5,20,25
    8:17 12:4,13 13:7
    13:8,16,23,25 14:3
    14:8,13,15

**k**

**kaitland**  5:12
**kasowitz**  3:11
**kasowitz.com**  3:14
**kate**  5:16
**katharine**  4:25
**kellen**  4:24
**kemble**  2:2
**kennelly**  5:12
**kenneth**  6:4
**kim**  4:8
**king**  6:2
**kjanukowicz**  5:16
**kkennelly**  5:12
**know**  7:17 8:12
    11:5,14 13:14
    14:9
**knows**  13:13
**kslaw.com**  6:4
**kturnbull**  6:4
**kyriazi**  4:25

**l**

**l**  4:24
**l.p.**  5:17,18,18,18
**labaton**  3:16
**labaton.com**  3:19
**laid**  9:5 10:9 12:11
**larger**  9:23
**largest**  8:24 9:1
**law**  4:6
**law.com**  1:11 2:4
    2:5,6 6:12,13
**lead**  3:6
**length**  10:15
**lexington**  3:21
    4:15
**lhg**  1:4,7 2:22 3:8
**lieff**  4:2
**lieffcabraser.com**
    4:4

**lite**  6:14
**litedepalma.com**
    6:17
**litigating**  11:1
**litigation**  1:4,6 7:8
    8:14,22 10:19
**litowitz**  3:2
**llc**  5:18 6:14
**llp**  1:19 2:2,12,19
    3:2,11 4:2,10,14
    4:19 5:2,6,10 6:2
    6:8,9
**local**  3:8,15
**lot**  10:13,20 11:13
**low**  9:15,18
**lundqvist**  4:17

**m**

**m**  1:11 2:5 3:5,23
**madison**  4:11
**majority**  10:23
    11:7
**management**  5:17
**margaret**  1:16
    15:4,19
**mas**  1:4,7 2:22 3:8
**master**  1:4,7,10
    2:1 5:17,18
**mccarter**  1:18
    4:19
**mccarter.com**
    4:22,23
**mcelroy**  2:2
**mdmc**  1:11 2:4,5,6
**mediation**  10:7
**mediations**  10:2
**mediator**  10:5
**mediator's**  10:3
**melas**  4:25
**miarmi**  4:4
**michael**  4:4 5:5

**million** 8:23 11:6
  11:21
**minute** 7:2
**misleading** 8:16
**mmiarmi** 4:4
**moment** 13:8,10
**morning** 8:2 13:1
**morristown** 2:3
**motion** 7:9 8:18
**mount** 2:2
**move** 14:11
**moyna** 3:23
**mulberry** 1:19
  4:20
**multitude** 11:2
**mulvaney** 2:2

**n**

**n** 1:15 2:11 3:1 4:1
  4:25 5:1 6:1,12
**n.j.a.c.** 15:21
**n.w.** 5:2 6:2
**navigate** 9:12
**necessary** 12:16
**need** 13:2
**neither** 15:10,13
**new** 1:18,20 2:3,6
  2:20,20 3:3,3,12
  3:17,17,22,22 4:3
  4:3,7,7,11,11,15
  4:15,20 5:7,7,11
  5:11,15 6:6,10,10
  6:15 15:5
**newark** 1:20 3:12
  4:20 5:15 6:15
**ninth** 8:24
**norma** 4:25
**nos** 3:9,14,15,19
  4:9
**notable** 9:4,20
**note** 10:16

**noted** 11:4 13:20
**notice** 13:13

**o**

**o** 1:9
**obareentto** 4:23
**objectors** 13:14
**occurred** 7:17
**office** 2:6,16,17
  13:22
**offices** 1:18
**okay** 12:4 13:2,12
  14:3
**omar** 4:22
**opt** 3:9
**orange** 6:6
**order** 7:9 8:18
  12:20,21,25
**outside** 9:24
**overview** 7:23 8:7
  11:24

**p**

**p** 1:15 2:11,11 3:1
  3:1 4:1,1 5:1,1 6:1
  6:1
**p.a.** 3:21
**p.c.** 5:14 6:5
**pacific** 6:19,19
**pages** 8:23
**papers** 7:13 9:5
  10:9 12:14,15
**park** 4:6 5:6 6:10
**part** 10:19
**particular** 12:1
**particularly** 9:4
**parties** 7:12 8:23
  15:12
**partner** 8:4
**partners** 4:13 5:18
**party** 1:6 3:6

**pay** 11:15
**payment** 11:21
**payor** 1:6 3:6
**peace** 10:17
**pearlson** 6:7
**pearson** 5:5
**pennsylvania** 5:2
  6:2
**percent** 9:11
**period** 8:15
**perspective** 8:7
**pggm** 6:18
**pharmaceuticals**
  1:3,5 4:23 7:7
**pintar** 2:15 8:4
**place** 7:15 15:9
**plaintiff's** 7:9 8:7
**plaintiffs** 2:22 3:6
  3:9,14,15,19,24
  4:5,9,13 8:3 9:25
  10:21 14:7
**pleased** 10:22
**plimpton** 5:2
**plumbers** 3:8
**points** 10:13
**police** 3:7
**pomeroy** 2:4
  13:24
**possibility** 9:10
**potentially** 11:3
**power** 4:25
**preliminary** 7:6,9
  8:8 10:11 12:12
  12:18
**prepared** 15:20
**presiding** 13:9
**pressed** 11:8
**price** 9:14
**pricewaterhouse...**
  6:8

**prior** 13:11
**probably** 13:9
**proceeding** 1:3,15
  14:16 15:7
**process** 10:15
**production** 8:24
**professor** 10:4
**proposal** 10:4,7
**prosecute** 10:22
**provencio** 4:25
**provided** 9:6
**provides** 10:25
**publicly** 11:22
**pursuant** 7:8,10
**push** 11:19
**put** 13:12
**pwc** 10:18

**q**

**questions** 8:6
  11:25 12:3
**quinn** 4:10
**quinnemanuel.c...**
  4:13

**r**

**r** 1:9,15,15 2:11
  3:1 4:1 5:1 6:1
  15:2
**raise** 11:9
**raton** 2:17
**rcappucci** 6:13
**reach** 10:23
**reached** 8:13
  10:17
**ready** 7:24
**reasons** 12:20
**record** 7:4,16,19
**recovery** 10:25
**reflection** 11:10
**refrigeration** 3:7

**relative** 15:11,13
**report** 11:22
**reported** 9:21,22
**reporter** 1:17 15:5
**rest** 12:2
**result** 8:10,13,20
9:3 10:3,7,15
11:11,23
**retired** 1:11
**retirement** 6:19
**review** 12:14
**reviewed** 12:17
**rgrdlaw.com** 2:15
2:16,17,18
**rhernandez** 4:22
**richard** 4:21
**richter** 2:16
**right** 7:24 8:1
12:14 13:15,16
14:1
**risk** 9:7
**risks** 11:1,2
**robbins** 2:12,17
7:21
**robert** 2:17 4:24
4:24,25 6:12
**ronald** 4:24
**rosiello** 4:24
**ross** 6:7
**rpearlson** 6:8
**rrobbins** 2:18
**rudman** 2:12
**rule** 7:8 10:11

**s**

**s** 1:15 2:11 3:1 4:1
4:16,24 5:1 6:1
**salvatore** 3:4
**samantha** 5:4
**san** 2:13 3:8
**satisfies** 10:10

**schilders** 6:18
**schiller** 5:9
**sec** 7:3
**second** 8:25
**securities** 1:3 2:22
3:9 7:7 8:11,24
10:6
**see** 14:10
**seeger** 2:19,21
7:18,20,21 8:1
14:7
**seegerweiss.com**
2:21
**seek** 8:8
**seeking** 7:9
**select** 6:19
**series** 6:20
**set** 12:16,22 15:9
**settle** 9:6 11:11
**settlement** 7:7,10
7:11,13 8:5,21,25
9:10,21,22 10:10
10:18,23 12:19
**settling** 7:12 12:11
**sgraziano** 3:4
**shahinian** 6:5
**share** 9:14,15
**shgrunberg** 5:4
**shipp** 13:25
**shipp's** 8:18 13:7
**short** 7:18
**sides** 10:8
**signature** 15:18
**signed** 12:25
**significant** 12:15
**simply** 11:4
**simpson** 4:14 12:8
**sokoly** 5:8
**spalding** 6:2
**special** 1:10 2:1

**stabilized** 9:18
**state** 1:18 15:5
**stated** 12:20
**statements** 8:16
11:18
**stblaw.com** 4:17
4:18
**steam** 10:19
**stenographically**
1:16 15:8
**stephen** 3:13
**stevenson** 4:25
**stichting** 6:17,18
**stipulation** 7:11
**stock** 9:14
**stountas** 3:14
**strawn** 5:6
**street** 1:20 2:19
4:2,20 6:15
**studied** 11:18
**submit** 13:21,23
**success** 9:24
**sucharow** 3:16
**suite** 2:13 3:12
6:15
**sullivan** 4:10
**support** 12:12
**sure** 11:16 13:25
**sustained** 8:17

**t**

**t** 1:15,15 15:2,2
**take** 11:5
**taken** 1:15 15:7
**tanya** 5:13
**task** 11:15
**ted** 8:4
**telephone** 1:12 3:5
6:16
**tell** 10:12
**thacher** 4:14 12:8

**thank** 12:13 14:5
14:12
**thanks** 14:15
**theo** 4:25
**theodore** 2:15
**think** 10:13,16
11:23 12:15 13:2
13:3 14:4,9
**third** 1:6 3:6 9:1,2
**thought** 9:20
**three** 8:15
**tie** 13:21
**timber** 6:13
**time** 15:8
**today** 7:6,23 8:8
10:8 13:1
**tom** 3:18
**tomorrow** 13:1
**torres** 3:11
**tountas** 3:13
**tpintar** 2:16
**transcript** 1:3
15:7,20
**trenton** 12:23 13:7
**tried** 11:18
**true** 15:6
**trust** 3:7 6:20
**try** 9:6 11:9
**tuesday** 1:20
**turn** 12:4
**turnbull** 6:4
**turns** 9:9
**twatson** 3:19
**two** 10:1

**u**

**ubben** 5:17
**understand** 7:12
**union** 3:8
**unsuccessful** 10:2
**urquhart** 4:10

**[use - york]**                                                                 Page 7

| | |
|---|---|
| **use** 13:25 | **year** 8:15 |
| **v** | **years** 8:13,21 9:3 |
| **va** 5:18 | **york** 2:6,20,20 3:3 |
| **valeant** 1:3,5 4:23 | 3:3,17,17,22,22 |
| 9:14 12:8 | 4:3,3,7,7,11,11,15 |
| **valeant's** 9:4,7 | 4:15 5:7,7,11,11 |
| 11:3 | 6:10,10 |
| **valiant** 7:7 | |
| **valueact** 5:17,17 | |
| 5:18,18 | |
| **vast** 11:7 | |
| **view** 11:19 | |
| **viewpoint** 9:24 | |
| **vollmuth** 1:17 | |
| 15:4,19 | |
| **voor** 6:18 | |
| **w** | |
| **w** 3:13,18 5:17 | |
| **waldman** 4:16 | |
| 12:7,7 14:5,12 | |
| **walk** 11:25 | |
| **want** 12:6 13:6 | |
| 14:8 | |
| **washington** 5:3 | |
| 6:3 | |
| **water** 2:19 | |
| **watson** 3:18 | |
| **we've** 8:8 9:5 10:9 | |
| **weiss** 2:19 | |
| **welfare** 3:7,8 | |
| **wells** 9:22 | |
| **west** 2:13 6:6 | |
| **winston** 5:6 | |
| **winston.com** 5:8 | |
| **withstand** 11:21 | |
| **work** 10:20 | |
| **y** | |
| **y** 6:4 | |
| **yards** 5:10 | |