# EXHIBIT O

his documen is being provided or he exclusive use o ONY BARHOUM a ROBB NS GELLER RUDMAN & DOW D LLP No or redis ribu ion

# Bloomberg Intelligence

## Bausch Health Credit Research

B  Specia ty Generic Pharma  G oba  Dashboard



Mike Ho  and
Team: Credit
B  Credit Ana yst

Made eine Hart
Former B  Ana yst

1. Bausch's $1.2 B  on Sett ement a Cred t Negat ve: Cred t React

(B oomberg Inte  gence) -- RECENT EVENT REACTION: Bausch Hea th's announced sett ement of  ts secur t es c ass act on case for $1.2 b  on  s  arger than expected and enough to offset most of the company's de everag ng  n 2019. Pro forma for the fu  payment amount wou d p ace  everage at 6.76x, assum ng 2019 Eb tda of $3.55 b  on, compared w th 6.43x unadjusted for the f ne. The company p ans to beg n fund ng the sett ement  n m d-January, us ng cash, revo ver or potent a  y bonds to he p pay the amount.

Tab e of Con en s
Cred  Cons dera ons

- Cred   Check  s
- Cred   Dr vers
- L qu d  y
- Va ua on

THESIS: Even w th Bausch Hea th now track ng a newfound de everag ng path,  ts bonds appear pr ced to perfect on. W th net debt now about 6.5x before the sett ement, the company successfu y p voted  n the r ght d rect on, us ng free cash f ow to pay down debt and reduce  everage, a be t w th a much  ower growth prof  e. Ongo ng   ab  ty management shows a proact ve debt focus, yet mean ngfu  organ c growth rema ns more a goa  than a rea  ty. (12/16/19)

## Credit Considerations

**Credit Checklist**

2. Cash F ow, Not Earn ngs, Dr ves Bausch Hea th Leverage to M d-6x

W th no bond matur t es unt   2022 and $1.88 b  on of   qu d ty, Bausch Hea th's runway  s  ong enough to bu  d cash to successfu y address $5 b  on of 2022-23 matur t es. The company generated $8.5 b  on of past-12-month revenue as of 3Q and $3.5 b  on of adjusted Eb tda, for a marg n of about 42%. F rst-  en  everage  s 3x, w th tota  and net  everage at 6.7x and 6.4x, respect ve y. Bausch  s expected to generate mean ngfu  2019 free cash f ow, w th operat ng cash f ow gu dance of $1.5-$1.6 b  on. (12/09/19)

Interact ve Cred t Check  st

| Credit Drivers | Credit Trends | | |
|---|---|---|---|
| | Unfavorable | Neutral | Favorable |
| Earnings & Cashflow | | | ■ |
| Leverage & Financial Policies | ■ | | |
| Competitive Landscape | | ■ | |
| M&A | | ■ | |
| Event Risk | | ■ | |
| Stock Performance | | ■ | |
| Debt Maturities | | ■ | |

**Credit Drivers**

his repor  may no  be modi  ied or al ered in any way    he BLOOMBERG PROFESS ONAL service and BLOOMBERG Da a are owned and dis ribu ed locally by Bloomberg Finance LP ("BFLP") and i s subsidiaries in all jurisdic ions o her  han Argen ina  Bermuda  China   ndia  Japan and Korea ( he "BFLP Coun ries")  BFLP is a wholly-owned subsidiary o  Bloomberg LP ("BLP")  BLP provides BFLP wi h all  he global marke ing and opera ional suppor  and service  or  he Services and dis ribu es  he Services ei her direc ly or  hrough a non-BFLP subsidiary in  he
BLP Coun ries  BFLP  BLP and  heir a  ilia es do no  provide inves men  advice  and no hing herein shall cons i u e an o  er o   inancial ins rumen s by BFLP  BLP or  heir a  ilia es

Bloomberg ® 04/14/2020 11 58 56

his documen is being provided or he exclusive use o ONY BARHOUM a ROBB NS GELLER RUDMAN & DOW D LLP No or redis ribu ion

## Bloomberg Intelligence

Bausch Hea th's Dec n ng Debt Load St Tops H gh Y e d Peers

In the m d-6x range, Bausch Hea th's everage st tops peers, but free-cash-f ow generat on cont nues to dr ve de everag ng and a s ow y mprov ng cred t prof e. After peak ng at $32 b on of debt n ear y 2016, the company has about $24 b on and, mportant y, everage has fa en by a most three turns from a 2017 peak. (12/09/19)

3. Debt Down $8 B on; Tota Be ow $24 B on

Bausch Hea th has engaged n numerous ref nanc ngs s nce 2016, pay ng down debt and extend ng bond matur t es wh e ref nanc ng term oans nto onger-dated cred t fac t es. The company's focus on ab ty management has reduced tota debt by about $7.6 b on s nce 1Q16 to $24 b on at the end of 3Q, from a h gh po nt n 1Q16 of $32 b on. Debt reduct on shou d cont nue as management targets a debt eve of $20 b on.

Dur ng 3Q, Bausch repa d $300 m on of term oans and $150 m on of revo v ng cred t. In May, the company announced the ssuance of $750 m on of 7% unsecured bonds due n 2028 and $750 m on of 7.25% unsecured bonds due n 2029, w th proceeds to be used for tender ng for $1.5 b on across the 5.5% unsecured notes due n 2023 and 5.875% unsecured notes due n 2023. (12/09/19)



Bausch Hea th Tota Debt ($ M ons)

Source Bloomberg ntelligence

4. Net Leverage of 6.4x Tops Pharma Peers

Us ng fu -year 2019 consensus Eb tda and 3Q cap ta structures, Bausch Hea th eads ts peer group n terms of h ghest projected everage. At 6.4x turns of net everage, Bausch's cred t stack s a turn more everaged than h gh y e d peers Endo and Teva and more than two turns greater than Ma nckrodt, wh e My an debt s projected to be evered 3.7x.

Net debt uses ba ance sheet cash and pro forma bond and oan pr nc pa as of 3Q earn ngs re eases. (12/09/19)

his repor may no be modi ied or al ered in any way he BLOOMBERG PROFESS ONAL service and BLOOMBERG Da a are owned and dis ribu ed locally by Bloomberg Finance LP ("BFLP") and i s subsidiaries in all jurisdic ions o her han Argen ina Bermuda China ndia Japan and Korea ( he ("BFLP Coun ries") BFLP is a wholly-owned subsidiary o Bloomberg LP ("BLP") BLP provides BFLP wi h all he global marke ing and opera ional suppor and service or he Services and dis ribu es he Services ei her direc ly or hrough a non-BFLP subsidiary in he

BLP Coun ries BFLP BLP and heir a ilia es do no provide inves men advice and no hing herein shall cons i u e an o er o inancial ins rumen s by BFLP BLP or heir a ilia es

Bloomberg ® 04/14/2020 11 58 56

his documen is being provided or he exclusive use o ONY BARHOUM a ROBB NS GELLER RUDMAN & DOW D LLP No or redis ribu ion

# Bloomberg Intelligence



Source Company filings Bloomberg

5. Large-Sca e M&A Came to Abrupt Ha t

An era of debt-f nanced pharma acqu s t ons came to an end n 2015, when Va eant bought the -fated Sprout Pharmaceut ca s for $1 b on and not ong after ts argest purchase of Sa x Pharmaceut ca s for $13.4 b on. Attempts to se Sa x for $10 b on were reported by Reuters n ate 2016, but a dea w th potent a buyer Takeda broke down. Sprout was d vested a ong w th a $25 m on startup oan to former Sprout shareho ders for a pa try 6% roya ty on Addy sa es that started n 2019.

In May 2015, Va eant bought the then-$3.5 b on annua sa es eye-care company Bausch & Lomb for $8.7 b on. (12/09/19)



**Liquidity**

A $23.6 B on of Bausch Hea th's Debt Trad ng Above Par

W th Bausch Hea th forecast ng modest 2019 growth, we expect cash f ow to be a med at further de ever ng, as a susta ned 2019 ra y has a of ts bonds trad ng above the r ca pr ces. Bausch ended 3Q at 6.4x net everage vs. 6.8x n 1Q, based on $22.8 b on n net debt and us ng $3.55 b on n Eb tda. Cash from operat ons n the past 12 months was about $1.6 b on. (12/06/19)

6. Less Than $24 B on n Debt, Leve Dec n ng

Bausch Hea th supports $10.6 b on of f rst- en debt evered 3x, w th $5.1 b on n bank debt and $5.5 b on of secured bonds across four tranches and us ng the m dpo nt of 2019 Eb tda gu dance of $3.55 b on. Another $13 b on across n ne unsecured bonds br ngs tota debt to $23.6 b on, or under seven turns of gross everage. The company has reduced debt by $8 b on s nce 1Q16 and we expect Bausch to cont nue to ch p away at ts

his repor may no be modi ied or al ered in any way he BLOOMBERG PROFESS ONAL service and BLOOMBERG Da a are owned and dis ribu ed locally by Bloomberg Finance LP ("BFLP") and i s subsidiaries in all jurisdic ions o her han Argen ina Bermuda China ndia Japan and Korea ( he "BFLP Coun ries") BFLP is a wholly-owned subsidiary o Bloomberg LP ("BLP") BLP provides BFLP wi h all he global marke ing and opera ional suppor and service or he Services and dis ribu es he Services ei her direc ly or hrough a non-BFLP subsidiary in he

BLP Coun ries BFLP BLP and heir a ilia ies do no provide inves men advice and no hing herein shall cons i u e an o er o inancial ins rumen s by BFLP BLP or heir a ilia es

Bloomberg ® 04/14/2020 11 58 56

<mark>Case 3:15-cv-07658-MAS-LHG   Document 539-19   Filed 04/22/20   Page 5 of 6 PageID: 15482</mark>

<mark>This document is being provided for the exclusive use of TONY BARHOUM at ROBBINS GELLER RUDMAN & DOWD LLP. Not for redistribution.</mark>

# Bloomberg Intelligence

elevated leverage by using cash flow to pay down prepayable debt. (12/06/19)



Click to Download Full Capitalization Table

Source: Company filings, Bloomberg

### 7. Liquidity Position Remains Healthy

At the end of 3Q, Bausch Health held $825 million of cash and $1.05 billion of availability under a $1.225 billion revolving-credit facility, for total available liquidity of $1.88 billion. While the company hasn't historically required a large cash position to operate, we'd expect cash retention to remain in order to address large, intermediate-term debt maturities ramping up in 2023. (12/06/19)

Bausch Health's Liquidity Profile

| | 3Q19 | 2Q19 | 1Q19 | 4Q18 | 3Q18 |
|---|---|---|---|---|---|
| Cash & Equivalents | $ 825 | $ 880 | $ 784 | $ 723 | $ 973 |
| Revolver Borrowing Capacity | $1,225 | $1,225 | $1,225 | $1,225 | $1,225 |
| Amount Outstanding | $ - | $ (150) | $ - | $ (75) | $ (75) |
| Letters of Credit Outstanding | $ (170) | $ (169) | $ (170) | $ (170) | $ (170) |
| Amount Available | $1,055 | $ 906 | $1,055 | $ 980 | $ 980 |
| Total Liquidity Available | $1,880 | $1,786 | $1,839 | $1,703 | $1,953 |

Note: Amounts in USD Millions

Source: Company filings

### Valuation

**Bausch Health's Bond Yields Push Risky Lows, Despite Slow Growth**

Historically compressed bond yields across Bausch Health's capital stack reflect broader market strength, leaving little room to rally with high net leverage above 6x and limited growth drivers an apparent afterthought. The third-largest high yield issuer is focusing on execution while avoiding controversy, with modest growth framing credit views. (02/18/20)

### 8. Bond Yields 220-360 Bps Tighter Than Last Year

Bausch Health's Ba2/BB rated secured bonds trade at yields of 2.9% and 3.4% for notes maturing in 2025 and 2027, respectively. For the 2025 notes, that's about 220 bps tighter than in Feb. 2019. The company's B3/B rated unsecured bond due 2027 yield 4%, 360 bps tighter. The most recently issued unsecured notes, due in 2028 and 2030, are trading at 4.4-4.7% yields. (02/18/20)

<mark>This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.</mark>

<mark>Bloomberg ® 04/14/2020 11:58:56</mark>

This document is being provided for the exclusive use of TONY BARHOUM at ROBBINS GELLER RUDMAN & DOWD LLP. Not for redistribution.

## Bloomberg Intelligence



Source: Bloomberg Intelligence

To contact the analyst for this research:
Mike Holland at mholland57@bloomberg.net

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

Bloomberg ® 04/14/2020 11:58:56