# EXHIBIT A

# EXHIBIT A

*In re Valeant Pharmaceuticals International, Inc. Sec. Litig.*, No. 3:15-cv-07658-MAS-LHG
Robbins Geller Rudman & Dowd LLP
Inception through April 10, 2020

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Alperstein, Jason H. | (P) | 13.40 | 840 | $ 11,256.00 |
| Alpert, Matthew I. | (P) | 130.90 | 840 | 109,956.00 |
| Alvarez, Xavier J. | (P) | 210.40 | 1,100 | 231,440.00 |
| Barz, James E. | (P) | 4,475.30 | 1,025 | 4,587,182.50 |
| Bear, Nathan W. | (P) | 31.50 | 830 | 26,145.00 |
| Cochran, Brian E. | (P) | 447.90 | 760 | 340,404.00 |
| Daniels, Patrick W. | (P) | 32.50 | 945 | 30,712.50 |
| Douglas, Kathleen B. | (P) | 2,981.25 | 820 | 2,444,625.00 |
| Geller, Paul J. | (P) | 16.80 | 1,325 | 22,260.00 |
| Gronborg, Tor | (P) | 640.62 | 1,100 | 704,682.00 |
| Henssler, Jr., Robert R. | (P) | 763.40 | 880 | 671,792.00 |
| Herman, John C. | (P) | 217.70 | 980 | 213,346.00 |
| Millkey, Mark T. | (P) | 37.00 | 1,100 | 40,700.00 |
| Mueller, Maureen E. | (P) | 240.95 | 820 | 197,579.00 |
| Myers, Danielle S. | (P) | 67.70 | 840 | 56,868.00 |
| Pintar, Theodore J. | (P) | 154.90 | 1,100 | 170,390.00 |
| Reise, Jack | (P) | 605.85 | 995 | 602,820.75 |
| Robbins, Darren J. | (P) | 577.55 | 1,325 | 765,253.75 |
| Robbins, Robert J. | (P) | 3,701.90 | 870 | 3,220,653.00 |
| Rosen, Henry | (P) | 59.55 | 1,090 | 64,909.50 |
| Rosenfeld, David A. | (P) | 18.50 | 920 | 17,020.00 |
| Solomon, Mark | (P) | 28.50 | 1,150 | 32,775.00 |
| Wilens, Douglas | (P) | 6.30 | 995 | 6,268.50 |
| Abel, Lawrence A. | (A) | 125.50 | 630 | 79,065.00 |
| Arno, Janine D. | (A) | 754.90 | 520 | 392,548.00 |
| Bakshi, Debashish | (A) | 669.10 | 475 | 317,822.50 |
| Brenner, Michael B. | (A) | 521.20 | 400 | 208,480.00 |
| Buschatzke, Gina M. | (A) | 527.40 | 250 | 131,850.00 |
| Davis, Alina | (A) | 4,834.00 | 630 | 3,045,420.00 |
| Economides, Constantine P. | (A) | 299.65 | 580 | 173,797.00 |
| Edelman, William J. | (A) | 288.90 | 595 | 171,895.50 |
| Heikkinen, Bailie L. | (A) | 1,635.80 | 630 | 1,030,554.00 |
| Kinnon, Christopher R. | (A) | 930.45 | 450 | 418,702.50 |

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| Klein, Scott G. | (A) | 192.50 | 630 | 121,275.00 |
| Kruzyk, Alexander D. | (A) | 13.70 | 435 | 5,959.50 |
| Leonard, Robert J. | (A) | 49.20 | 475 | 23,370.00 |
| Loverde, Dominic C. | (A) | 308.60 | 450 | 138,870.00 |
| Rees, Andrew T. | (A) | 16.20 | 630 | 10,206.00 |
| Richter, Frank A. | (A) | 3,833.00 | 580 | 2,223,140.00 |
| Schlesier, Heather | (A) | 27.25 | 425 | 11,581.25 |
| Schwartz, Andrew L. | (A) | 5.50 | 460 | 2,530.00 |
| Worley, Jr., Regis C. | (A) | 278.90 | 600 | 167,340.00 |
| Bays, Lea M. | (OC) | 78.65 | 775 | 60,953.75 |
| Blasy, Mary K. | (OC) | 13.25 | 895 | 11,858.75 |
| Karam, Francis P. | (OC) | 297.25 | 1,175 | 349,268.75 |
| Langley, Matthew J. | (OC) | 366.30 | 730 | 267,399.00 |
| Saba, Amy | (OC) | 1,079.60 | 425 | 458,830.00 |
| Schroder, Stephanie M. | (OC) | 395.65 | 895 | 354,106.75 |
| Walton, David C. | (OC) | 70.40 | 1,080 | 76,032.00 |
| Jones, Carlton R. | (SC) | 27.10 | 550 | 14,905.00 |
| Allen, Steven | (SA) | 1,726.80 | 425 | 733,890.00 |
| Araya-Schraner, Natasha K. | (SA) | 27.00 | 360 | 9,720.00 |
| Bowens, M. Lamontt | (SA) | 32.10 | 400 | 12,840.00 |
| Cortes, Denise I. | (SA) | 13.75 | 375 | 5,156.25 |
| Cross, Megan | (SA) | 761.50 | 375 | 285,562.50 |
| Matney, Andrew M. | (SA) | 1,909.45 | 415 | 792,421.75 |
| Melikian, Deborah | (SA) | 1,395.80 | 425 | 593,215.00 |
| Moyer, Joshua E. | (SA) | 319.80 | 375 | 119,925.00 |
| Petix, Andrew T. | (SA) | 141.70 | 400 | 56,680.00 |
| Phillips, Todd | (SA) | 487.85 | 415 | 202,457.75 |
| Rosing, Robert A. | (SA) | 548.70 | 425 | 233,197.50 |
| Roth, Amy R. | (SA) | 775.00 | 425 | 329,375.00 |
| Stickney, Alexis K. | (SA) | 733.50 | 425 | 311,737.50 |
| Yarmolinets, Aleksandr J. | (SA) | 23.10 | 375 | 8,662.50 |
| Birju, Athma J.D. | (PA) | 2,649.50 | 400 | 1,059,800.00 |
| Cohen, Jesse L. | (PA) | 266.60 | 415 | 110,639.00 |
| Donnelly, Christopher J. | (PA) | 2,998.50 | 425 | 1,274,362.50 |
| Giblin, Allison W. | (PA) | 1,065.10 | 350 | 372,785.00 |
| Hahn, Samuel J. | (PA) | 545.20 | 400 | 218,080.00 |
| Heydt, Tara E. | (PA) | 1,144.50 | 360 | 412,020.00 |
| Isan, Racheal A. | (PA) | 3,020.40 | 425 | 1,283,670.00 |

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---:|---:|---:|
| Kotelevets, Maxim V. | (PA) | 260.20 | 360 | 93,672.00 |
| Lieber, Jonathan T. | (PA) | 1,768.70 | 400 | 707,480.00 |
| Medina, Albert V. | (PA) | 1,124.00 | 360 | 404,640.00 |
| Mencher, Maria C. | (PA) | 3,084.90 | 425 | 1,311,082.50 |
| Murillo, Robert J. | (PA) | 3,825.45 | 425 | 1,625,816.25 |
| Ostrega, Andrew L. | (PA) | 94.30 | 360 | 33,948.00 |
| Schwartz, Deborah L. | (PA) | 187.70 | 360 | 67,572.00 |
| Sidney, Tara A. | (PA) | 439.70 | 360 | 158,292.00 |
| Smith, Zachary W. | (PA) | 970.50 | 360 | 349,380.00 |
| Wright, William C. | (PA) | 991.50 | 360 | 356,940.00 |
| Koelbl, Terry R. | (FA) | 318.75 | 600 | 191,250.00 |
| Rudolph, Andrew J. | (FA) | 38.45 | 750 | 28,837.50 |
| Sader, Brad C. | (FA) | 2,619.20 | 600 | 1,571,520.00 |
| Yurcek, Christopher J. | (FA) | 10.90 | 750 | 8,175.00 |
| Buchan, Stuart | (FAI) | 52.00 | 75 | 3,900.00 |
| Fargo, Corbin K. | (FAI) | 12.50 | 75 | 937.50 |
| Hughes, Zackary J. | (FAI) | 22.50 | 75 | 1,687.50 |
| Hutton, Grant C. | (FAI) | 8.00 | 75 | 600.00 |
| Ignacio, Angelica | (FAI) | 80.40 | 75 | 6,030.00 |
| John, Allison | (FAI) | 14.75 | 75 | 1,106.25 |
| Ponce Rivera, Helen | (FAI) | 85.55 | 75 | 6,416.25 |
| Wat, Emily | (FAI) | 6.50 | 75 | 487.50 |
| Barhoum, Anthony J. | (EA) | 101.80 | 430 | 43,774.00 |
| Cabusao, Reggie F. | (EA) | 374.95 | 335 | 125,608.25 |
| Uralets, Boris | (EA) | 56.40 | 415 | 23,406.00 |
| Villalovas, Frank E. | (EA) | 47.60 | 420 | 19,992.00 |
| Robbins, Jacob | (RA) | 10.50 | 65 | 682.50 |
| Roelen, Scott R. | (RA) | 135.40 | 295 | 39,943.00 |
| Wilhelmy, David E. | (RA) | 126.00 | 295 | 37,170.00 |
| Kim, Yong P. | (SRA) | 72.00 | 250 | 18,000.00 |
| Brandon, Kelley T. | (I) | 77.00 | 290 | 22,330.00 |
| Diamond, Vicki M. | (I) | 586.25 | 290 | 170,012.50 |
| Ellman, Steven | (I) | 135.70 | 290 | 39,353.00 |
| Peitler, Steven J. | (I) | 160.00 | 290 | 46,400.00 |
| Browning, Aaron C. | (LS) | 106.30 | 290 | 30,827.00 |
| Camozzi, Miranda C. | (LS) | 322.20 | 220 | 70,884.00 |
| Freer, Brad C. | (LS) | 11.60 | 290 | 3,364.00 |
| Holland, Maureen | (LS) | 148.70 | 325 | 48,327.50 |

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Keita, C. Oumar | (LS) | 361.40 | 290 | 104,806.00 |
| Lee, Alexander J. | (LS) | 51.00 | 220 | 11,220.00 |
| Lynch, Jake D. | (LS) | 5.25 | 100 | 525.00 |
| Milliron, Christine | (LS) | 79.60 | 375 | 29,850.00 |
| Staropoli, Megan | (LS) | 8.00 | 150 | 1,200.00 |
| Torres, Michael | (LS) | 98.40 | 375 | 36,900.00 |
| Ulloa, Sergio | (LS) | 16.95 | 290 | 4,915.50 |
| Dehghani, Navid | (LC) | 24.40 | 175 | 4,270.00 |
| Edwards, Blake C. | (LC) | 135.75 | 175 | 23,756.25 |
| Wilson, Abraham P. | (LC) | 235.10 | 175 | 41,142.50 |
| Avalos Cuellar, Ana S. | (SUA) | 64.40 | 175 | 11,270.00 |
| Cordovi, Brandon M. | (SUA) | 28.75 | 175 | 5,031.25 |
| Folkerth, T. Alexander B. | (SUA) | 6.20 | 175 | 1,085.00 |
| Gilliland, Nicole Q. | (SUA) | 39.00 | 175 | 6,825.00 |
| Rigby, John R. | (SUA) | 5.70 | 175 | 997.50 |
| Paralegals | | 2,155.95 | 265-350 | 744,226.00 |
| Document Clerks | | 265.95 | 150 | 39,892.50 |
| Shareholder Relations | | 117.00 | 95-150 | 11,868.75 |
| *TOTAL* | | *75,873.82* | | *$ 42,012,621.25* |

(P) Partner  
(A) Associate  
(OC) Of Counsel  
(SC) Special Counsel  
(SA) Staff Attorney  
(PA) Project Attorney  
(FA) Forensic Accountant  
(FAI) Forensic Accounting Intern  

(EA) Economic Analyst  
(RA) Research Analyst  
(SRA) Senior Analyst  
(I) Investigator  
(LS) Litigation Support  
(LC) Law Clerk  
(SUA) Summer Associate