# EXHIBIT B

**EXHIBIT B**

*In re Valeant Pharmaceuticals International, Inc. Sec. Litig.*, No. 3:15-cv-07658-MAS-LHG
Robbins Geller Rudman & Dowd LLP
Inception through March 31, 2020

| CATEGORY | | AMOUNT |
|---|---|---|
| Filing, Witness and Other Fees | | $ 42,826.81 |
| Class Action Notices/PR Newswire | | 650.00 |
| Transportation, Hotels & Meals | | 103,039.13 |
| Telephone, Facsimile | | 1,465.76 |
| Postage | | 182.82 |
| Messenger, Overnight Delivery | | 8,410.26 |
| Court Hearing Transcripts | | 1,081.66 |
| Special Master Fees | | 51,662.26 |
| Experts/Consultants/Investigators | | 805,351.80 |
|     Crowninshield Financial Research, Inc. | $ 346,327.00 | |
|     Monument Economics Group, LLC | 199,170.00 | |
|     Acuitas, Inc. | 123,818.75 | |
|     L.R. Hodges & Associates, Ltd. | 47,034.15 | |
|     ValueEdge Advisors, LLC | 44,601.90 | |
|     Pharmacy Healthcare Solutions, LLC | 36,900.00 | |
|     Management Planning, Inc. | 7,500.00 | |
| Photocopies | | 8,774.80 |
|     Outside | $ 7,597.75 | |
|     In-House Photocopies (7,847 copies at $0.15 per page) | 1,177.05 | |
| Online Legal and Financial Research | | 132,392.03 |
| eDiscovery Database Hosting | | 397,829.82 |
| Outside eDiscovery Services | | 10,582.00 |
| IT Equipment | | 1,110.40 |
| Mediation Fees | | 92,772.90 |
|     Phillips ADR Enterprises, P.C. | $ 63,665.43 | |
|     Resolutions, LLC | 29,107.47 | |
| Research Materials | | 309.37 |
| **TOTAL** | | **$ 1,658,441.82** |