# EXHIBIT D

# EXHIBIT D

*In re Valeant Pharmaceuticals International, Inc. Sec. Litig.*, No. 3:15-cv-07658-MAS-LHG
Robbins Geller Rudman & Dowd LLP

Transportation, Hotels & Meals: $103,039.13

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Robbins, Robert | 12/02/15-12/04/15 | Phoenix, AZ | Prepare for and attend witness meetings |
| Reise, Jack | 12/02/15-12/07/15 | Phoenix, AZ | Prepare for and attend witness meetings |
| Diamond, Vicki | 12/02/15-12/03/15 | Phoenix, AZ | Prepare for and attend witness meetings |
| Barz, James | 12/14/15 | New York, NY | Prepare for and attend client meetings |
| Douglas, Kathleen | 08/07/16-08/09/16 | New York, NY | Prepare for and attend client meeting |
| Robbins, Darren | 03/21/17-03/23/17 | Chicago, IL | Prepare for and attend meeting regarding case update and strategy |
| Robbins, Robert | 04/09/17-04/10/17 | Trenton, NJ | Prepare for and attend motion to dismiss hearing |
| Cochran, Brian | 04/09/17-04/10/17 | Trenton, NJ | Prepare for and attend motion to dismiss hearing |
| Richter, Frank | 04/09/17-04/10/17 | Trenton, NJ | Prepare for and attend motion to dismiss hearing |
| Barz, James | 04/09/17-04/10/17 | Trenton, NJ | Prepare for and attend motion to dismiss hearing |
| Robbins, Robert | 05/30/17-05/31/17 | Naperville, IL | Prepare for and attend team meetings |
| Gronborg, Tor | 05/30/17-05/31/17 | Naperville, IL | Prepare for and attend team meetings |
| Sader, Brad | 06/07/17-06/08/17 | Atlanta, GA | Prepare for and attend meeting with potential accounting expert witness |
| Barz, James | 07/19/17 | Minneapolis, MN | Prepare for and meet with potential pharmaceutical expert |
| Karam, Francis | 09/07/17 | Philadelphia, PA | Prepare for meeting with potential expert |
| Robbins, Robert | 10/11/17-10/12/17 | Trenton, NJ | Prepare for and attend status conference |
| Gronborg, Tor | 10/11/17-10/13/17 | New York, NY/ Trenton, NJ | Prepare for and attend meeting with local counsel and status conference |

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Barz, James | 10/12/17 | Trenton, NJ | Prepare for and attend status conference |
| Herman, John | 10/25/17-10/26/17 | Washington, D.C. | Prepare for and attend meeting with accounting expert |
| Schroder, Stephanie | 01/08/18-01/10/18 | Scottsdale, AZ | Prepare for and attend meeting with client (Tucson Supplemental Retirement System) |
| Robbins, Robert | 07/09/18-07/12/18 | San Diego, CA | Prepare for and attend discovery strategy meetings |
| Schroder, Stephanie | 09/04/18-09/06/18 | Laguna Beach, CA | Prepare for and attend meeting with client (Tucson Supplemental Retirement) |
| Robbins, Robert | 09/16/18-09/18/18 | New York, NY | Prepare for and attend mediation |
| Richter, Frank | 09/16/18-09/18/18 | New York, NY | Prepare for and attend mediation |
| Henssler, Robert | 09/16/18-09/17/18 | New York, NY | Prepare for and attend mediation |
| Barz, James | 09/16/18-09/17/18 | New York, NY | Prepare for and attend mediation |
| Robbins, Darren | 09/16/18-09/17/18 | New York, NY | Prepare for and attend mediation |
| Schroder, Stephanie | 09/22/18-09/23/18 | Miami Beach, FL | Prepare for and attend client meeting (IBEW Local Union 481 Deferred Contribution Plan and Trust) |
| Robbins, Robert | 09/25/18-09/26/18 | Trenton, NJ | Prepare for and attend status conference |
| Douglas, Kathleen | 09/25/18-09/26/18 | Trenton, NJ | Prepare for and attend status conference |
| Robbins, Robert | 01/08/19-01/10/19 | Tucson, AZ | Prepare for and attend client meeting (Tucson Supplemental Retirement System) |
| Milliron, Christine | 01/08/19-01/09/19 | Tucson, AZ | Prepare for and attend client meeting (Tucson Supplemental Retirement System) |
| Schroder, Stephanie | 01/08/19-01/11/19 | Tucson, AZ/ Scottsdale, AZ | Prepare for and attend client meeting (Tucson Supplemental Retirement System) |
| Robbins, Robert | 02/12/19-02/13/19 | Trenton, NJ | Prepare for and meet with counsel for Philidor |
| Brenner, Michael | 02/12/19-02/13/19 | Trenton, NJ | Prepare for and meet with counsel for Philidor |

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Robbins, Robert | 02/19/19-02/21/19 | Newport Beach, CA | Prepare for and attend mediation |
| Richter, Frank | 02/19/19-02/20/19 | Newport Beach, CA | Prepare for and attend mediation |
| Barz, James | 02/19/19-02/20/19 | Newport Beach, CA | Prepare for and attend mediation |
| Robbins, Darren | 02/19/19-02/21/19 | Newport Beach, CA | Prepare for and attend mediation |
| Schroder, Stephanie | 03/21/19-03/23/19 | Tucson, AZ | Prepare for and attend client meeting (Tucson Supplemental Retirement System) |
| Robbins, Robert | 04/22/19-04/25/19 | Naperville, IL | Prepare for and attend strategy meetings |
| Douglas, Kathleen | 04/22/19-04/25/19 | Naperville, IL | Prepare for and attend strategy meetings |
| Barz, James | 10/15/19-10/16/19 | Newark, NJ | Prepare for and attend hearing with Special Master |
| Barz, James | 11/05/19-11/06/19 | New York, NY | Prepare for and attend mediation |
| Robbins, Robert | 11/05/19-11/07/19 | New York, NY | Prepare for and attend mediation |
| Robbins, Darren | 11/05/19-11/09/19 | New York, NY | Prepare for and attend mediation |
| Douglas, Kathleen | 11/05/19-11/07/19 | New York, NY | Prepare for and attend mediation |
| Henssler, Robert | 11/05/19-11/07/19 | New York, NY | Prepare for and attend mediation |
| Richter, Frank | 11/05/19-11/06/19 | New York, NY | Prepare for and attend mediation |
| Schroder, Stephanie | 01/06/20-01/08/20 | Scottsdale, AZ | Prepare for and attend client meeting (Tucson Supplemental Retirement System) |
| Pintar, Theodore | 01/20/20-01/23/20 | Newark, NJ | Prepare for and attend preliminary approval hearing |
| Richter, Frank | 01/20/20-01/21/20 | Newark, NJ | Prepare for and attend preliminary approval hearing |
| Barz, James | 01/20/20-01/21/20 | Newark, NJ | Prepare for and attend preliminary approval hearing |
| Robbins, Robert | 01/20/20-01/21/20 | Newark, NJ | Prepare for and attend preliminary approval hearing |