# EXHIBIT E

# EXHIBIT E

*In re Valeant Pharmaceuticals International, Inc. Sec. Litig.*, No. 3:15-cv-07658-MAS-LHG
Robbins Geller Rudman & Dowd LLP

Court Hearing Transcripts: $1,081.66

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 07/11/16 | Transcripts Plus, Inc. | 07/11/16 Hearing Transcript – Telephonic Hearing (Magistrate Judge Goodman) on Motion for Reconsideration of Order Partially Lifting PSLRA Discovery Stay |
| 08/22/17 | Southern District Reporter PC | 08/10/17 Hearing Transcript in *U.S. v. Gary Tanner, et al.* criminal proceeding |
| 10/31/19 | Veritext Corp. | Original with 1 Certified Transcript of 10/16/19 Hearing with Special Master |
| 01/23/20 | Veritext Corp. | 01/21/20 Original with 1 Certified Transcript of Preliminary Approval Hearing |