# EXHIBIT F

**EXHIBIT F**

*In re Valeant Pharmaceuticals International, Inc. Sec. Litig.*, No. 3:15-cv-07658-MAS-LHG
Robbins Geller Rudman & Dowd LLP

Photocopies: $8,774.80
    In-house photocopies: $1,177.05 (7,847 copies at $0.15 per copy)
    Outside Photocopies: $7,597.75 (detailed below)

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 08/09/16 | Staples | Staples Manhattan, NY 08/08/16: Copy/Printing charges for meeting with TIAA Board |
| 04/10/17 | Federal Express Office | Printing charges for motion to dismiss hearing |
| 08/24/17 | Piper Jaffray Companies | Document Production from 07/21/17 & 08/24/17 |
| 09/14/17 | Texas State Board of Pharmacy | FOIA Request |
| 11/01/17 | Twolabs Marketing | Copies of documents pursuant to subpoena issued 08/10/17 |
| 05/31/19 | D4 LLC | Printing services: copying hot documents |
| 11/06/19 | Uniguest | Charges for printing at hotel in preparation of mediation |