# EXHIBIT C

Exhibit C
**Seeger Weiss Travel Expenses**

| Date | Purpose | Amount |
|---|---|---|
| 04/04/2017 | Taxi from office for after-hours case work by paralegal. | $83.91 |
| 04/04/2017 | Taxi from office for after-hours case work by paralegal. | $112.79 |
| 04/10/2017 | Travel (Scullion) to attend Court Hearing in Trenton. | $41.43 |
| 04/10/2017 | Travel (Lezhnev) to attend Court Hearing in Trenton. | $33.50 |
| 05/23/2017 | Taxi from office for after-hours case work by paralegal. | $72.72 |
| 09/07/2017 | Travel (Scullion) to attend meeting with potential expert witness in Philadelphia. | $370.00 |
| 09/07/2017 | Travel (Scullion) to attend meeting with potential expert witness in Philadelphia. | $58.59 |
| 10/12/2017 | Travel (Scullion) to attend Court Hearing in Trenton. | $92.00 |
| 10/16/2019 | Travel (Seeger) to attend status conference with Special Master Cavanaugh. | $532.00 |
| 11/06/2019 | Travel (Seeger) to attend mediation with Special Master Eric Green and meeting with co-counsel. | $922.00 |
| | **TOTAL** | **$2,318.94** |