# EXHIBIT A

**EXHIBIT A**

*In re Valeant Pharmaceuticals International, Inc. Sec. Litig.*,
No. 3:15-cv-07658-MAS-LHG
Trief & Olk
Inception through 2016

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Ted Trief | (P) | 2.2 | $ 750.00 | $ 1,650.00 |
| Barbara E. Olk | (C) | 0.2 | $ 650.00 | $ 130.00 |
| Shelly L. Friedland | (P) | 33.8 | $550.00 | $ 18,590.00 |
| Caitlin Duffy | (A) | 3.2 | $350.00 | $ 1,120.00 |
| *TOTAL* | | *39.4* | | *$ 21,490.00* |

(P) Partner
(C) Of Counsel
(A) Associate

1