# EXHIBIT B

**EXHIBIT B**

*In re Valeant Pharmaceuticals International, Inc. Sec. Litig.*,
No. 3:15-cv-07658-MAS-LHG
Trief & Olk
Inception through 2016

| CATEGORY | AMOUNT |
|---|---|
| Telephone, Facsimile | $    0.97 |
| Online Legal and Financial Research | $ 119.60 |
| *TOTAL* | *$ 120.57* |