UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Relates TO:<br><br>Case No. 3:15-cv-07658-MAS-LHG | Master No. 3:15-cv-07658-MAS-LHG<br><br>CLASS ACTION<br><br>Judge Michael A. Shipp<br><br>Magistrate Judge Lois H. Goodman<br><br>Special Master Hon. Dennis M. Cavanaugh, U.S.D.J. (Ret.)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF ROBERT W. CLORE** |

THIS MATTER having come before the Court upon the application for *pro hac vice* admission of Robert W. Clore; and the Court having reviewed the moving papers of the applicants, and considered this matter pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 101.1, and good cause having been shown; it is

1

**ORDERED** that Robert W. Clore be permitted to appear *pro hac vice* provided that, pursuant to Local Civil Rule 101.1(c)(4), an appearance of counsel shall be filed promptly by a member of the bar of this Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

**ORDERED** that Robert W. Clore shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out- of-state attorneys continue to represent a client in a matter pending before this Court, in accordance with New Jersey Court Rule 1:28-2 and Local Civil Rule 101.1(c)(2), said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED** that the $150.00 fee required by Local Civil Rule 101.1(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be paid to the Clerk of this Court; and it is further

**ORDERED** that Robert W. Clore shall be bound by the Local Rules of the United States District Court for the District of New Jersey, including but not limited to, the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys.

DATED: _____

                                        _____
                                        The Honorable Michael A. Shipp
                                        United States District Judge