## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Relates TO:<br><br>Case No. 3:15-cv-07658-MAS-LHG | Master No. 3:15-cv-07658-MAS-LHG<br><br><u>CLASS ACTION</u><br><br>Judge Michael A. Shipp<br><br>Magistrate Judge Lois H. Goodman<br><br>Special Master Hon. Dennis M. Cavanaugh, U.S.D.J. (Ret.)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 6, 2020, service of the application for *pro hac vice* admission of Robert Clore and supporting documents was accomplished pursuant to the court's electronic filing procedures by filing these documents through the ECF system

DATED: May 6, 2020

/s/ *Jerome J. Froelich, Jr.*
Jerome J. Froelich, Jr.
Admitted, District of New Jersey
McKenney & Froelich
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia 30309-2920
(404) 881-1111

*Counsel for Cathy Lochridge*