SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
JENNIFER R. SCULLION
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ
FRANK A. RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Master No. 3:15-cv-07658-MAS-LHG <br><br> <u>CLASS ACTION</u> <br><br> Judge Michael A. Shipp <br> Magistrate Judge Lois H. Goodman <br><br> Special Master Dennis M. Cavanaugh, U.S.D.J. (ret.) <br><br> NOTICE OF DIAL-IN INFORMATION TO LISTEN TO THE FINAL APPROVAL HEARING |
| This Document Relates To: <br><br> ALL ACTIONS. | |

TO: ALL PARTIES, INCLUDING ALL CLASS MEMBERS, AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that anyone wishing to listen to the Final Approval Hearing, scheduled for May 27, 2020, at 10:00 a.m. Eastern Daylight Time, may do so through the following participant access numbers:

  Toll-Free (US & Canada):  (888) 567-1603

  International Dial-In (Toll):  (862) 298-0702

DATED: May 20, 2020    SEEGER WEISS LLP
            CHRISTOPHER A. SEEGER
            JENNIFER R. SCULLION


            s/ Christopher A. Seeger
            CHRISTOPHER A. SEEGER

55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com
jscullion@seegerweiss.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

- 1 -

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ
FRANK A. RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
ROBERT J. ROBBINS
KATHLEEN B. DOUGLAS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

Lead Counsel for Plaintiffs