# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>3:18-cv-00032 | Civil Action No. 15-cv-07658-MAS-LHG<br><br>Judge Michael A. Shipp<br><br>Magistrate Judge Lois H. Goodman<br><br>Special Master, Judge Dennis Cavanaugh, Ret. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs New York City Employees' Retirement System; The New York City Police Pension Fund; The Board of Education Retirement System of the City of New York; The Teachers' Retirement System of the City of New York; The Teachers' Retirement System of the City of New York Variable Annuity Program; The New York City Fire Department Pension Fund; The New York City Fire Officers' Variable Supplements Fund; The New York City Fire Fighters' Variable Supplements Fund; and The New York City Deferred Compensation Plan, and Defendants Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, and Tanya Carro, by and through their respective counsel of record, hereby stipulate to dismiss the above-captioned action with prejudice. Each party will bear its own attorneys' fees and costs.

Dated: July 10, 2020

| | |
|---|---|
| **MCCARTER & ENGLISH, LLP** | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| _/s/ Richard Hernandez_ | _/s/ Michael B. Eisenkraft_ |
| Richard Hernandez | Michael B. Eisenkraft |
| Four Gateway Center | 88 Pine Street 14th Floor |
| 100 Mulberry Street | New York, NY 10005 |
| Newark, New Jersey 07102 | Telephone: (212) 838-7797 |
| Telephone: (973) 848-8615 | |
| | Steven J. Toll |
| _Local counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Tanya Carro_ | Julie Goldsmith Reiser |
| | S. Douglas Bunch |
| | 1100 New York Avenue, N.W. 5th Floor |
| | Washington, D.C. 20005 |
| **SIMPSON THACHER & BARTLETT LLP** | Telephone: (202) 408-4600 |
| _/s/ Paul C. Curnin_ | _Attorneys for Plaintiffs_ |
| Paul C. Curnin | |
| Craig S. Waldman | |
| 425 Lexington Avenue | |
| New York, NY 10017 | |
| Telephone: (212) 455-2000 | |
| Fax: (212) 415-2502 | |
| | |
| _Attorneys for Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello_ | |
| | |
| **DEBEVOISE & PLIMPTON LLP** | |
| _/s/ Matthew Petrozziello_ | |
| Matthew Petrozziello | |
| Bruce E. Yannett | |
| 919 Third Avenue | |
| New York, NY 10022 | |
| Telephone: (212) 909-6000 | |
| Fax: (212) 909-6836 | |
| | |
| Jonathan R. Tuttle | |
| Ada F. Johnson | |
| 801 Pennsylvania Avenue, NW | |
| Washington, D.C. 20004 | |
| Telephone: (202) 383-8000 | |
| Fax: (202) 383-8118 | |
| | |
| _Attorneys for J. Michael Pearson_ | |

**COOLEY LLP**

_____*/s/ William J. Schwartz*_____
William J. Schwartz
Sarah Lightdale
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Attorneys for Tanya Carro*


**WINSTON & STRAWN LLP**

_____*/s/ Benjamin Sokoly*_____
Benjamin Sokoly
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

Robert Y. Sperling
Joseph L. Motto
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Howard B. Schiller*


SO ORDERED this _____ day of _____, 2020

_____

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of July, 2020, copies of the foregoing Stipulation of Dismissal were filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Michael B. Eisenkraft*
Michael B. Eisenkraft
