**EXHIBIT 7**

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)

Local Counsel

ROBBINS GELLER RUDMAN
   & DOWD LLP
JAMES E. BARZ
FRANK A. RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)

Lead Counsel for Plaintiffs


UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | ) ) ) ) |
| This Document Relates To:<br><br>        SECURITIES CLASS ACTION | ) ) ) ) ) ) ) ) |

Master No. 3:15-cv-07658-MAS-LHG

CLASS ACTION

Judge Michael A. Shipp
Magistrate Judge Lois H. Goodman
Special Master Dennis M. Cavanaugh,
U.S.D.J. (ret.)

DECLARATION OF
CHRISTOPHER A. SEEGER IN
SUPPORT OF REPLY IN SUPPORT
OF PLAINTIFF'S MOTION FOR
LEAVE TO AMEND COMPLAINT

CHRISTOPHER A. SEEGER, under penalty of perjury, declares and certifies as follows:

1.      I am a member of the bar of the State of New Jersey and am admitted to practice before this Court.  I am a member of the law firm of Seeger Weiss LLP, one of the counsel of record for Lead Plaintiff in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:   Document production cover letter from Kenneth Y. Turnbull to Robert R. Henssler, Jr., dated July 25, 2017;

Exhibit 2:   Document production cover letter from Kenneth Y. Turnbull to Robert R. Henssler, Jr., dated August 18, 2017;

Exhibit 3:   Document production cover letter from Kenneth Y. Turnbull to Robert R. Henssler, Jr., dated October 13, 2017;

Exhibit 4:   Document production cover letter from Kenneth Y. Turnbull to Robert R. Henssler, Jr., dated December 22, 2017;

Exhibit 5:   Document production cover letter from Kenneth Y. Turnbull to Robert R. Henssler, Jr., dated January 18, 2018;

Exhibit 6:   Document production cover letter from Kenneth Y. Turnbull to Robert R. Henssler, Jr., dated June 26, 2018;

Exhibit 7:   Document production cover letter from Kenneth Y. Turnbull to Robert R. Henssler, Jr., dated August 16, 2018;

Exhibit 8:   Document production cover letter from Kenneth Y. Turnbull to Robert R. Henssler, Jr., dated August 31, 2018; and

Exhibit 9:    Document production cover letter from Kenneth Y. Turnbull to Robert R. Henssler, Jr., dated November 26, 2019.

In accordance with 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:  March 19, 2020

s/ Christopher A. Seeger
    CHRISTOPHER A. SEEGER

# EXHIBIT 1

# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Kenneth Y. Turnbull
Direct Dial: +1 202 626 2644
Direct Fax: +1 202 626 3737
kturnbull@kslaw.com

July 25, 2017

**VIA OVERNIGHT DELIVERY**

Robert R. Henssler, Jr.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

      **Re:**    *In re Valeant Pharmaceuticals International, Inc. Securities Litigation, No.*
           *3:15-cv-07658-MAS-LHG*

Dear Counsel:

On behalf of PricewaterhouseCoopers LLP ("PwC"), we are producing the enclosed documents in partial response to Plaintiffs' First Request for Production of Documents to Defendant PwC, dated May 5, 2017. Specifically, we are producing electronic and external audit working papers associated with PwC's annual audits and quarterly reviews of the financial statements of Valeant Pharmaceuticals International, Inc. ("Valeant") for the fiscal year ending December 31, 2014. Our production is further described in, and made pursuant to, PwC's Responses and Objections to Plaintiffs' First Request for Production of Documents, dated June 5, 2017 ("Responses and Objections").

We are producing the documents on the enclosed hard drive, labeled PwC_VPI_DNJ_001, which includes fixed image TIFF, OCR text, and native Excel files, as well as load files compatible with Relativity, Concordance and Summation. The hard drive is encrypted with a password protected self-extracting zip file. The password will be provided separately. Both the hard drive and the TIFF images it contains have been marked "Confidential" pursuant to the terms of the Stipulation and Confidentiality Order entered by the Court on July 18, 2017 and should be treated accordingly. Please also note that, while it is impractical for us to label the native Excel files with a confidentiality designation, they are confidential and should be treated accordingly. Please also note that these native files are subject to inadvertent alteration during the course of your review.

July 25, 2017
Page 2

*Electronic Work Papers*

The Bates ranges associated with these documents are as follows:

| Electronic Database | Bates Range |
|---|---|
| Valeant Pharmaceuticals International, Inc. 2014 Q1 Review | PwC_VPI_DNJ_00000001 - PwC_VPI_DNJ_00004428 |
| Valeant Pharmaceuticals International, Inc. 2014 Q2 Review | PwC_VPI_DNJ_00004750 - PwC_VPI_DNJ_00009728 |
| Valeant Pharmaceuticals International, Inc. 2014 Q3 Review | PwC_VPI_DNJ_00010193 - PwC_VPI_DNJ_00014852 |
| Valeant Pharmaceuticals International, Inc. 2014 Audit | PwC_VPI_DNJ_00015522 - PwC_VPI_DNJ_00068736 |

*External Work Papers*

The Bates ranges associated with these documents are as follows:

| External Workpapers | Bates Range |
|---|---|
| Valeant Pharmaceuticals International, Inc. 2014 Q1 Review | PwC_VPI_DNJ_00004429 - PwC_VPI_DNJ_00004749 |
| Valeant Pharmaceuticals International, Inc. 2014 Q2 Review | PwC_VPI_DNJ_00009729 - PwC_VPI_DNJ_00010192 |
| Valeant Pharmaceuticals International, Inc. 2014 Q3 Review | PwC_VPI_DNJ_00014853 - PwC_VPI_DNJ_00015521 |
| Valeant Pharmaceuticals International, Inc. 2014 Audit | PwC_VPI_DNJ_00068737 - PwC_VPI_DNJ_00070380 |

We have redacted certain material from the documents on the grounds of PwC's attorney-client privilege and will provide a privilege log for such documents.  Additionally, Valeant has asserted privilege over certain documents and will also provide a privilege log.

We are continuing to review and process additional documents for production.

* * * *

PwC does not intend to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production, whether such privilege or protection is held by PwC or its clients.  If it were found that production of any of the information contained herein constitutes disclosure of otherwise privileged matters, such disclosure would be inadvertent and subject to the claw-back provision in paragraph 2 of the Confidentiality Order.

July 25, 2017
Page 3


  If you have any questions, please feel free to contact me or my colleague Christina Conroy (212-556-2123).

        Sincerely,

        *Kenneth Y Turnbull*

        Kenneth Y. Turnbull


Enclosures

# EXHIBIT 2

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Kenneth Y. Turnbull
Direct Dial: +1 202 626 2644
Direct Fax: +1 202 626 3737
kturnbull@kslaw.com

August 18, 2017


**<u>VIA EMAIL</u>**


Robert R. Henssler, Jr.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

> **Re:** ***In re Valeant Pharmaceuticals International, Inc. Securities Litigation, No. 3:15-cv-07658-MAS-LHG***

Dear Counsel:

On behalf of PricewaterhouseCoopers LLP ("PwC"), we are producing the enclosed documents in partial response to Plaintiffs' First Request for Production of Documents to Defendant PwC, dated May 5, 2017. Specifically, we are producing electronic and external audit working papers associated with PwC's annual audits and quarterly reviews of the financial statements of Valeant Pharmaceuticals International, Inc. ("Valeant") for the fiscal year ending December 31, 2015. Valeant has asserted privilege over certain documents and will provide a privilege log. Our production is further described in, and made pursuant to, PwC's Responses and Objections to Plaintiffs' First Request for Production of Documents, dated June 5, 2017 ("Responses and Objections").

We are producing the documents via FTP in a multi-part RAR file labeled PwC_VPI_DNJ_002, which includes fixed image TIFF, OCR text, and native Excel files, as well as load files compatible with Relativity, Concordance and Summation. The self-extracting zip file is encrypted for added security. The access information and password will be provided separately. Both the zip files and the TIFF images they contain have been marked "Confidential" pursuant to the terms of the Stipulation and Confidentiality Order entered by the Court on July 18, 2017 and should be treated accordingly. Please also note that, while it is impractical for us to label the native Excel files with a confidentiality designation, they are also confidential and should be treated as such. Please also note that these native files are subject to inadvertent alteration during the course of your review.

August 18, 2017
Page 2

*Electronic Work Papers*

The Bates ranges associated with these documents are as follows:

| Electronic Database | Bates Range |
| --- | --- |
| Valeant Pharmaceuticals International, Inc. 2015 Q1 Review | PwC_VPI_DNJ_00070381 - PwC_VPI_DNJ_00076327 |
| Valeant Pharmaceuticals International, Inc. 2015 Q2 Review | PwC_VPI_DNJ_00076699 - PwC_VPI_DNJ_00080988 |
| Valeant Pharmaceuticals International, Inc. 2015 Q3 Review | PwC_VPI_DNJ_00081425 - PwC_VPI_DNJ_00086666 |
| Valeant Pharmaceuticals International, Inc. 2015 Audit | PwC_VPI_DNJ_00087117 - PwC_VPI_DNJ_00144169 |
| Valeant Pharmaceuticals International, Inc. 2015 Audit – Ad Hoc Committee | PwC_VPI_DNJ_00146263 - PwC_VPI_DNJ_00151947 |

*External Work Papers*

The Bates ranges associated with these documents are as follows:

| External Workpapers | Bates Range |
| --- | --- |
| Valeant Pharmaceuticals International, Inc. 2015 Q1 Review | PwC_VPI_DNJ_00076328 - PwC_VPI_DNJ_00076698 |
| Valeant Pharmaceuticals International, Inc. 2015 Q2 Review | PwC_VPI_DNJ_00080989 - PwC_VPI_DNJ_00081424 |
| Valeant Pharmaceuticals International, Inc. 2015 Q3 Review | PwC_VPI_DNJ_00086667 - PwC_VPI_DNJ_00087116 |
| Valeant Pharmaceuticals International, Inc. 2015 Audit | PwC_VPI_DNJ_00144170 - PwC_VPI_DNJ_00146262 |

Valeant has asserted privilege over certain documents and will provide a privilege log.

* * * *

PwC does not intend to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production, whether such privilege or protection is held by PwC or its clients.  If it were found that production of any of the information contained herein constitutes disclosure of otherwise privileged matters, such disclosure would be inadvertent and subject to the claw-back provision in paragraph 2 of the Confidentiality Order.

August 18, 2017
Page 3


If you have any questions, please feel free to contact me or my colleague Christina Conroy (212-556-2123).

Sincerely,

Kenneth Y. Turnbull


Enclosures

# EXHIBIT 3

# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Tel: +1 202 737 0500
Fax: +1 202 626 3737
www.kslaw.com

Kenneth Y. Turnbull
Partner
Direct Dial: +1 202 626 2644
kturnbull@kslaw.com

October 13, 2017

*Via e-mail*

Robert R. Henssler, Jr.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

**Re:**   *In re Valeant Pharmaceuticals International, Inc. Securities Litigation, No. 3:15-cv-07658-MAS-LHG*

Dear Bobby:

On behalf of PricewaterhouseCoopers LLP ("PwC"), we are producing the enclosed documents in further response to Plaintiffs' First Request for Production of Documents to PwC, dated May 5, 2017. Specifically, and in accordance with PwC's Responses and Objections to Plaintiffs' First Request, dated June 5, 2017, we are producing e-mails and electronic documents from 2014 for the below-listed PwC professionals that PwC previously produced to the Investigating Agencies.[1]  In response to your informal e-mail request on September 13, we are also producing PwC's Accounting and Reporting Manual, section 1175, from the time period of the workpaper referred to in your e-mail (Bates-labeled PwC_VPI_DNJ_00151948 – 966).

We are producing the documents via FTP in a multi-part RAR file labeled PwC_VPI_DNJ_003, which includes fixed image TIFF, OCR text, and native Excel files, as well as load files compatible with Relativity, Concordance, and Summation. The self-extracting zip file is encrypted for added security. The access information and password will be provided separately.  Both the zip files and the TIFF images they contain have been marked "Confidential" pursuant to the terms of the Stipulation and Confidentiality Order entered by the Court on July 18, 2017 and should be treated accordingly. Please also note that, while it is impractical for us to label the native Excel files with a confidentiality designation, they are also confidential and should be treated as such. Please also note that these native files are subject to inadvertent alteration during the course of your review.

---

[1] In the course of reviewing this production, we identified certain non-responsive documents, not related to Valeant, that were inadvertently produced to the Investigating Agencies. We have not re-produced those non-responsive documents in this production.

October 13, 2017
Page 2

The custodians and Bates ranges associated with these documents are as follows:

| Custodian | Bates Range |
|---|---|
| Gerry Flynn | PwC_VPI_DNJ_00151967 - PwC_VPI_DNJ_00155608 |
| Jonathan Hirschfeld | PwC_VPI_DNJ_00155609 - PwC_VPI_DNJ_00193345 |
| Stephen Mcilwraith | PwC_VPI_DNJ_00193346 - PwC_VPI_DNJ_00199310 |
| Hitean Parmar | PwC_VPI_DNJ_00199311 - PwC_VPI_DNJ_00199314 |
| Eitan Zamir | PwC_VPI_DNJ_00199315 - PwC_VPI_DNJ_00263504 |

We have withheld certain documents and redacted certain material on the grounds of PwC's attorney-client privilege and will provide a privilege log for such documents. Additionally, Valeant has asserted privilege over certain documents and will also provide a privilege log.

Finally, we are producing an overlay file for PwC_VPI_DNJ_00136676, which was previously produced on July 25, 2017, to correct a prior redaction that was inadvertently altered from PwC's production to the Investigating Agencies. This overlay file is contained in a RAR file labeled PwC_VPI_DNJ_OLAY002. The access information and password will be provided separately.

\* \* \* \*

PwC does not intend to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production, whether such privilege or protection is held by PwC or its clients. If it were found that production of any of the information contained herein constitutes disclosure of otherwise privileged matters, such disclosure would be inadvertent and subject to the claw-back provision in paragraph 2 of the Confidentiality Order.

If you have any questions, please feel free to contact me or my colleague Christina Conroy (212-556-2123).

Sincerely,

*Kenneth Y Turnbull*

Kenneth Y. Turnbull

Enclosures

EXHIBIT 4

# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Tel:  +1 202 737 0500
Fax:  +1 202 626 3737
www.kslaw.com

Kenneth Y. Turnbull
Partner
Direct Dial:  +1 202 626 2644
kturnbull@kslaw.com

December 22, 2017

*Via e-mail*

Robert R. Henssler, Jr.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

> **Re:** *In re Valeant Pharmaceuticals International, Inc. Securities Litigation, No. 3:15-cv-07658-MAS-LHG*

Dear Bobby:

On behalf of PricewaterhouseCoopers LLP ("PwC"), we are producing the enclosed documents in further response to Plaintiffs' First Request for Production of Documents to PwC, dated May 5, 2017.  Specifically, and in accordance with PwC's June 5, 2017 Responses and Objections to Plaintiffs' First Request and our previous discussions, we are producing e-mails and electronic documents from calendar-year 2015 for the below-listed PwC professionals that PwC previously produced to the Investigating Agencies.[1]  Consistent with Jim Barz's representation on November 28, 2017, this production and PwC's prior productions in this action are not to be shared with the direct action plaintiffs.

We are producing the documents via FTP in a multi-part RAR file labeled PwC_VPI_DNJ_004, which includes fixed image TIFF, OCR text, and native Excel files, as well as load files compatible with Relativity, Concordance, and Summation.  The self-extracting zip file is encrypted.  We will provide the access information and password separately.  Both the zip files and the TIFF images they contain have been marked "Confidential" pursuant to the terms of the July 18, 2017 Stipulation and Confidentiality Order and should be treated accordingly.  Please also note that, while it is impractical for us to label the native Excel files with a confidentiality designation, they are also confidential and should be treated as such.  Please also note that these native files are subject to inadvertent alteration during the course of your review.

---

[1] In the course of reviewing this production, we identified certain non-responsive information, not related to Valeant, that was inadvertently produced to the Investigating Agencies.  We have not re-produced that non-responsive information in this production.

December 22, 2017
Page 2

The custodians and Bates ranges associated with these documents are as follows:

| Custodian | Bates Range |
|---|---|
| Gerry Flynn | PwC_VPI_DNJ_00263505 - PwC_VPI_DNJ_00268516 |
| Jonathan Hirschfeld | PwC_VPI_DNJ_00268517 - PwC_VPI_DNJ_00298615 |
| Stephen Mcilwraith | PwC_VPI_DNJ_00298616 - PwC_VPI_DNJ_00308632 |
| Hitean Parmar | PwC_VPI_DNJ_00308633 - PwC_VPI_DNJ_00323263 |
| Eitan Zamir | PwC_VPI_DNJ_00323264 - PwC_VPI_DNJ_00396376 |

We have withheld certain documents and redacted certain material on the grounds of PwC's attorney-client privilege and will provide a privilege log for such documents. Additionally, Valeant has asserted attorney work-product protection over certain documents and will also provide a log.

\* \* \* \*

PwC does not intend to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production, whether such privilege or protection is held by PwC or its clients. If it were found that production of any of the information contained herein constitutes disclosure of otherwise privileged matters, such disclosure would be inadvertent and subject to the claw-back provision in paragraph 2 of the Confidentiality Order.

If you have any questions, please feel free to contact me or Christina Conroy (212-556-2123).

Sincerely,

*Kenneth Y Turnbull*

Kenneth Y. Turnbull

Enclosures

# EXHIBIT 5

# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Tel:  +1 202 737 0500
Fax:  +1 202 626 3737
www.kslaw.com

Kenneth Y. Turnbull
Partner
Direct Dial:  +1 202 626 2644
kturnbull@kslaw.com

January 18, 2018

*Via e-mail*

Robert R. Henssler, Jr.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

> **Re:** *In re Valeant Pharmaceuticals International, Inc. Securities Litigation, No.*
> *3:15-cv-07658-MAS-LHG*

Dear Bobby:

On behalf of PricewaterhouseCoopers LLP ("PwC"), we are producing the enclosed documents in further response to Plaintiffs' First Request for Production of Documents to PwC, dated May 5, 2017.  Specifically, and in accordance with our previous discussions, we are producing e-mails and electronic documents from calendar-year 2013 for the below-listed PwC professionals that PwC previously produced to the Investigating Agencies.[1]  Consistent with Jim Barz's representation on November 28, 2017, this production and PwC's prior productions in this action are not to be shared with the direct action plaintiffs.

We are producing the documents via FTP in a RAR file labeled PwC_VPI_DNJ_005, which includes fixed image TIFF, OCR text, and native Excel files, as well as load files compatible with Relativity, Concordance, and Summation.  The self-extracting zip file is encrypted.  We will provide the access information and password separately.  Both the zip files and the TIFF images they contain have been marked "Confidential" pursuant to the terms of the July 18, 2017 Stipulation and Confidentiality Order and should be treated accordingly.  Please also note that, while it is impractical for us to label the native Excel files with a confidentiality designation, they are also confidential and should be treated as such.  Please also note that these native files are subject to inadvertent alteration during the course of your review.

---

[1] In the course of reviewing this production, we identified certain non-responsive information, not related to Valeant, that was inadvertently produced to the Investigating Agencies.  We have not re-produced that non-responsive information in this production.

January 18, 2018
Page 2

The custodians and Bates ranges associated with these documents are as follows:

| Custodian | Bates Range |
|---|---|
| Gerry Flynn | PwC_VPI_DNJ_00396377 - PwC_VPI_DNJ_00399955 |
| Jonathan Hirschfeld | PwC_VPI_DNJ_00399956 - PwC_VPI_DNJ_00426001 |
| Stephen Mcilwraith | PwC_VPI_DNJ_00426002 - PwC_VPI_DNJ_00426004 |
| Hitean Parmar | PwC_VPI_DNJ_00426005 - PwC_VPI_DNJ_00426288 |
| Eitan Zamir | PwC_VPI_DNJ_00426289 - PwC_VPI_DNJ_00427497 |

Valeant has withheld certain documents and redacted certain material on the grounds of work-product protection and will provide a privilege log for such documents.

* * * *

PwC does not intend to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production, whether such privilege or protection is held by PwC or its clients. If it were found that production of any of the information contained herein constitutes disclosure of otherwise privileged matters, such disclosure would be inadvertent and subject to the claw-back provision in paragraph 2 of the Confidentiality Order.

If you have any questions, please feel free to contact me or Christina Conroy (212-556-2123).

Sincerely,

Kenneth Y. Turnbull

Enclosures

EXHIBIT 6

# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Tel: +1 202 737 0500
Fax: +1 202 626 3737
www.kslaw.com

Kenneth Y. Turnbull
Partner
Direct Dial: +1 202 626 2644
kturnbull@kslaw.com

June 26, 2018

*Via e-mail*

Robert R. Henssler, Jr.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

> Re:   *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*, No. 3:15-cv-07658-MAS-LHG

Dear Bobby:

On behalf of PricewaterhouseCoopers LLP ("PwC"), we are producing additional documents in response to Plaintiffs' First Request for Production of Documents, dated May 5, 2017 ("Plaintiffs' First Request"). This production consists of documents that PwC has recently produced to one of the Investigative Agencies. Through this letter, we are amending PwC's June 5, 2017 Responses and Objections to Plaintiffs' First Request ("PwC's June 5, 2017 Responses") to reflect that PwC is producing a broader scope of documents than set forth in those responses.

First, we are producing e-mails and electronic documents identified based on the same custodians and using the same search terms set forth in Appendix A to PwC's June 5, 2017 Responses, with an extended date range of November 18, 2015 to April 29, 2016. These parameters are set forth in Appendix A below. These documents bear the following Bates numbers:

| Custodian | Bates Range |
|---|---|
| Flynn, Gerry | PwC_VPI_DNJ_00493337 - 00494497 |
| Hirschfeld, Jonathan | PwC_VPI_DNJ_00494498 - 00502477 |
| Mcilwraith, Stephen | PwC_VPI_DNJ_00502478 - 00502622 |
| Parmar, Hitean | PwC_VPI_DNJ_00502623 - 00528731 |
| Zamir, Eitan | PwC_VPI_DNJ_00528732 - 00550177 |

Second, we are producing e-mails and electronic documents identified based on the custodians, search terms, and date range set forth in Appendix B below. These documents bear the following Bates numbers:

June 26, 2018
Page 2

| Custodian | Bates Range |
|---|---|
| William Coffey | PwC_VPI_DNJ_00430074 - 00430190 |
| Gerry Flynn | PwC_VPI_DNJ_00430191 - 00433070 |
| Jon Gochoco | PwC_VPI_DNJ_00433071 - 00433171 |
| Jonathan Hirschfeld | PwC_VPI_DNJ_00433172 - 00442735 |
| Matthew Magi | PwC_VPI_DNJ_00442736 - 00449032 |
| Stephen Mcilwraith | PwC_VPI_DNJ_00449033 - 00449347 |
| Ariel Miller | PwC_VPI_DNJ_00449348 - 00451409 |
| Hitean Parmar | PwC_VPI_DNJ_00451410 - 00461972 |
| Alina Ramirez | PwC_VPI_DNJ_00461973 - 00464961 |
| Gary Sardo | PwC_VPI_DNJ_00464962 - 00480685 |
| Eitan Zamir | PwC_VPI_DNJ_00480686 - 00486445 |
| Brooke Zankel | PwC_VPI_DNJ_00486446 - 00493336 |

Consistent with Jim Barz's representation on November 28, 2017, this production and PwC's prior productions in this action are not to be shared with the direct action plaintiffs. We have not withheld or redacted any documents from this production based on an assertion of privilege or work product protection by PwC or Valeant.

We are producing these documents via FTP in a multipart RAR file labeled PwC_VPI_DNJ_008, which includes fixed image TIFF, OCR text, and native Excel files, as well as load files compatible with Relativity, Concordance, and Summation. The self-extracting zip files are encrypted. We will provide the access information and password separately. Both the zip files and the TIFF images they contain have been marked "Confidential" pursuant to the terms of the July 18, 2017 Stipulation and Confidentiality Order and should be treated accordingly. Please note that, while it is impractical for us to label the native Excel files with a confidentiality designation, they are also confidential and should be treated as such. Please also note that these native files are subject to inadvertent alteration during the course of your review.

\* \* \* \*

PwC does not intend to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production, whether such privilege or protection is held by PwC or its clients. If it were found that production of any of the information contained herein constitutes disclosure of otherwise privileged matters, such disclosure would be inadvertent and subject to the claw-back provision in paragraph 2 of the Confidentiality Order.

June 26, 2018
Page 3


If you have any questions, please feel free to contact me.



Sincerely,


Kenneth Y. Turnbull


Enclosures

June 26, 2018
Page 4

## APPENDIX A

Date range:   11/18/15 – 4/29/16

Custodians:   Jonathan Hirschfeld, Gerry Flynn, Stephen Mcilwraith, Hitean Parmar,
Eitan Zamir

Search terms:   (Valeant OR Philidor) w/30 Davenport
(Valeant OR Philidor) w/30 "west wilshire"
philidorrxservices*
(Philidor w/30 (accounting w/2 (acquisition OR segment OR merger OR
polic* OR procedure
OR goodwill OR error OR control)))
(Valeant OR Philidor) w/30 "ASC 810"
(Philidor w/30 (audit w/5 committee))
(Valeant OR Philidor) w/30 (bonus w/2 (sales OR revenue OR target))
(Valeant OR Philidor) w/30 "captive pharmac*"
(Valeant OR Philidor) w/30 (channel w/2 stuff*)
(Valeant OR Philidor) w/30 (earnings w/2 (release OR guidance))
(Valeant OR Philidor) w/30 (exchange w/2 (polic* OR rights OR
inventory OR terms))
(Valeant OR Philidor) w/30 FD, (greg* w/2 blaszczynski)
(Valeant OR Philidor) w/30 irregul*
Isolani
Iucena
(Valeant OR Philidor) w/30 (manipulat* w/2 (revenue OR sales OR "top
line" OR "bottom line"
OR earnings OR income))
(Valeant OR Philidor) w/30 mislead*
(Philidor w/30 (mismanag* OR misrep* OR misstate*))
(Valeant OR Philidor) w/30 (overstat* w/2 (revenue OR sales OR "top
line" OR "bottom line"
OR earnings OR income))
(Valeant OR Philidor) w/30 phantom
Philador*
Philedor*
Philidoor*
Philidor*
Phillidor*
Pillador*
R&O
(Valeant OR Philidor) w/30 (reconcil* w/5 gaap)
(Valeant OR Philidor) w/30 (red w/2 flag*)
(Valeant OR Philidor) w/30 ("Reg G" OR "Regulation G")
(Valeant OR Philidor) w/30 (restat* w/5 (financial OR filing OR "balance
sheet" OR income OR

June 26, 2018
Page 5

cash OR 10-K OR 10-Q OR annual OR quarter* OR earnings OR revenue
OR profit))
(Valeant OR Philidor) w/30 "rev rec"
(Philidor w/30 (revenue w/2 recognition))
(Valeant OR Philidor) w/30 (reverse w/5 (adjust* OR journal OR entry
OR accrual))
(Valeant OR Philidor) w/30 (russell w/2 reitz)
(Philidor w/30 "specialty pharmac*")
(Valeant OR Philidor) w/30 ("variable interest entit*" OR VIE)
(Valeant OR Philidor) w/30 OGL
(Valeant OR Philidor) w/30 PB
(Valeant OR Philidor) w/30 Auto-refill
(Valeant OR Philidor) w/30 (Cash w/2 eps)
Medicis w/30 billing
(Valeant OR Philidor) w/30 "Operation green light"
(Valeant OR Philidor) w/30 (Organic w/2 growth)
(Valeant OR Philidor) w/30 "Philadelphia storefront"
(Valeant OR Philidor) w/30 "Primary beneficiary"
(Valeant OR Philidor) w/30 (Same w/2 store w/2 sales)
Philidor AND (Michael w/3 Pearson)
Philidor AND (Tanya w/3 Carro)
Philidor AND (Richard w/3 Wichansky)
Philidor AND (Howard w/3 Schiller)
Philidor AND (Carlos w/3 Cruz)
Philidor AND (Michael w/3 Bichler)
Philidor AND (Norma w/3 Provencio)
Philidor AND (Theo w/3 Melas-Kyriazi)
Philidor AND (Katharine w/3 Stevenson)
Philidor AND (Candice w/3 Cobb)
Philidor AND (Marc w/3 Padre), (Philidor w/30 Consolidat*)

June 26, 2018
Page 6

## <u>APPENDIX B</u>

<u>Date range</u>:   1/1/2015 – 5/2/2016

<u>Custodians</u>:   Jonathan Hirschfeld, Gerry Flynn, Stephen McIlwraith, Hitean Parmar, Eitan Zamir, Gary Sardo, Jon Gochoco, William Coffey, Matthew Magi, Alina Ramirez Pacheco, Ariel Miller, Brooke Zankel

<u>Search terms</u>:  (Valeant OR VRX OR VPI) AND ("price appreciation" (not w/10 share OR stock)
(Valeant OR VRX OR VPI) AND "price appreciation credit"
(Valeant OR VRX OR VPI) AND "inventory appreciation"
(Valeant OR VRX OR VPI) AND "inventory management agreement"
(Valeant OR VRX OR VPI) AND PA w/2 credit
(Valeant OR VRX OR VPI) AND IMA w/2 fee
(Valeant OR VRX OR VPI) AND DSA w/2 (balance OR accrual)
(Valeant OR VRX OR VPI) AND FFS

# EXHIBIT 7

# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Tel: +1 202 737 0500
Fax: +1 202 626 3737
www.kslaw.com

Kenneth Y. Turnbull
Partner
Direct Dial: +1 202 626 2644
kturnbull@kslaw.com

August 16, 2018

*Via e-mail*

Robert R. Henssler, Jr.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Re:     *In re Valeant Pharmaceuticals International, Inc. Securities Litigation, No.
        3:15-cv-07658-MAS-LHG*

Dear Bobby:

On behalf of PricewaterhouseCoopers LLP ("PwC"), we are producing additional documents in response to Plaintiffs' First Request for Production of Documents, dated May 5, 2017 ("Plaintiffs' First Request"). This production consists of documents that PwC has recently produced to one of the Investigative Agencies. Consistent with Jim Barz's representation on November 28, 2017, this production and PwC's prior productions in this action are not to be shared with the direct action plaintiffs.

First, we are producing e-mails and electronic documents identified based on the same custodians and using the same search terms set forth in Appendix A to PwC's June 5, 2017 Responses for the date range January 1, 2013 to November 17, 2015. These documents bear the following Bates numbers:

| Custodian | Bates Range |
|---|---|
| Flynn, Gerry | PwC_VPI_DNJ_00585383 - PwC_VPI_DNJ_00586935 |
| Hirschfeld, Jonathan | PwC_VPI_DNJ_00586936 - PwC_VPI_DNJ_00588909 |
| Mcilwraith, Stephen | PwC_VPI_DNJ_00588910 - PwC_VPI_DNJ_00606765 |
| Parmar, Hitean | PwC_VPI_DNJ_00606766 - PwC_VPI_DNJ_00613611 |
| Zamir, Eitan | PwC_VPI_DNJ_00613612 - PwC_VPI_DNJ_00618197 |

Second, we are producing e-mails and electronic documents identified based on the search parameters set forth in Appendix B to PwC's June 26, 2018 letter. These documents bear the following Bates numbers:

August 16, 2018
Page 2

| Custodian | Bates Range |
|---|---|
| William Coffey | PwC_VPI_DNJ_00550178 - PwC_VPI_DNJ_00550189 |
| Gerry Flynn | PwC_VPI_DNJ_00550190 - PwC_VPI_DNJ_00553360 |
| Jon Gochoco | PwC_VPI_DNJ_00553361 - PwC_VPI_DNJ_00553517 |
| Jonathan Hirschfeld | PwC_VPI_DNJ_00553518 - PwC_VPI_DNJ_00559197 |
| Matthew Magi | PwC_VPI_DNJ_00559198 - PwC_VPI_DNJ_00561135 |
| Stephen Mcilwraith | PwC_VPI_DNJ_00561136 - PwC_VPI_DNJ_00562633 |
| Ariel Miller | PwC_VPI_DNJ_00562634 - PwC_VPI_DNJ_00562926 |
| Hitean Parmar | PwC_VPI_DNJ_00562927 - PwC_VPI_DNJ_00566771 |
| Alina Ramirez | PwC_VPI_DNJ_00566772 - PwC_VPI_DNJ_00567553 |
| Gary Sardo | PwC_VPI_DNJ_00567554 - PwC_VPI_DNJ_00582057 |
| Eitan Zamir | PwC_VPI_DNJ_00582058 - PwC_VPI_DNJ_00583564 |
| Brooke Zankel | PwC_VPI_DNJ_00583565 - PwC_VPI_DNJ_00585382 |

We have withheld certain documents on the grounds of PwC's attorney-client privilege and will provide a privilege log for such documents.  Additionally, Valeant has asserted attorney work-product protection over certain documents and will also provide a log.

We are producing these documents via FTP in a multipart RAR file labeled PwC_VPI_DNJ_009, which includes fixed image TIFF, OCR text, and native Excel files, as well as load files compatible with Relativity, Concordance, and Summation.  The self-extracting zip files are encrypted.  We will provide the access information and password separately.  Both the zip files and the TIFF images they contain have been marked "Confidential" pursuant to the terms of the July 18, 2017 Stipulation and Confidentiality Order and should be treated accordingly.  Please note that, while it is impractical for us to label the native Excel files with a confidentiality designation, they are also confidential and should be treated as such.  Please also note that these native files are subject to inadvertent alteration during the course of your review.

* * * *

PwC does not intend to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production, whether such privilege or protection is held by PwC or its clients.  If it were found that production of any of the information contained herein constitutes disclosure of otherwise privileged matters, such disclosure would be inadvertent and subject to the claw-back provision in paragraph 2 of the Confidentiality Order.

August 16, 2018
Page 3


If you have any questions, please feel free to contact me.



Sincerely,

*Kenneth Y Turnbull*

Kenneth Y. Turnbull

EXHIBIT 8

# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Tel:  +1 202 737 0500
Fax:  +1 202 626 3737
www.kslaw.com

Kenneth Y. Turnbull
Partner
Direct Dial:  +1 202 626 2644
kturnbull@kslaw.com

August 31, 2018

*Via e-mail*

Robert R. Henssler, Jr.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

> **Re:**   *In re Valeant Pharmaceuticals International, Inc. Securities Litigation, No.
> 3:15-cv-07658-MAS-LHG*

Dear Bobby:

On behalf of PricewaterhouseCoopers LLP ("PwC"), we are producing the documents described in PwC's Responses and Objections to Plaintiffs' Second Request for Production of Documents (June 27, 2018), specifically:  (1) the electronic workpaper database for Valeant's March 2015 Stock Offering (PwC_VPI_DNJ_00618198 – 00620678) and associated hardcopy workpapers (PwC_VPI_DNJ_00620679 – 00621254); and (2) records that show which PwC professionals recorded time to PwC's 2014 and 2015 audits and reviews of Valeant's annual and quarterly financial statements (PwC_VPI_DNJ_00621255 – 00621255).  Consistent with Jim Barz's representation on November 28, 2017, this production and PwC's prior productions in this action are not to be shared with the direct action plaintiffs.  Counsel for Valeant has asserted privilege over certain documents and will provide a log.

We are producing the documents via FTP in a file labeled PwC_VPI_DNJ_010, which includes fixed image TIFF, OCR text, and load files compatible with Relativity, Concordance, and Summation.  The self-extracting zip file is encrypted.  We will provide the access information and password separately.  Both the zip files and the TIFF images they contain have been marked "Confidential" pursuant to the terms of the July 18, 2017 Stipulation and Confidentiality Order and should be treated accordingly.  While it is impractical for us to label the native Excel files with a confidentiality designation, they are also confidential and should be treated as such.  Please note that these native files are subject to inadvertent alteration during the course of your review.

* * * *

August 31, 2018
Page 2

 PwC does not intend to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production, whether such privilege or protection is held by PwC or its clients.  If it were found that production of any of the information contained herein constitutes disclosure of otherwise privileged matters, such disclosure would be inadvertent and subject to the claw-back provision in paragraph 2 of the Confidentiality Order.

 If you have any questions, please feel free to contact me or Christina Conroy (212-556-2123).

    Sincerely,

    Kenneth Y. Turnbull

# EXHIBIT 9

# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Tel:  +1 202 737 0500
Fax:  +1 202 626 3737
www.kslaw.com

Kenneth Y. Turnbull
Partner
Direct Dial:  +1 202 626 2644
kturnbull@kslaw.com

November 26, 2019

*Via e-mail*

Robert R. Henssler, Jr.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

> **Re:**    *In re Valeant Pharmaceuticals International, Inc. Securities Litigation, No. 3:15-cv-07658-MAS-LHG*

Dear Bobby:

On behalf of PricewaterhouseCoopers LLP ("PwC"), we are producing additional documents in response to Plaintiffs' First Request for Production of Documents, dated May 5, 2017.  This production consists of documents that PwC has produced to one of the Investigative Agencies since our last production on August 31, 2018.  As with our prior productions in this action, this production is not to be shared with the direct action plaintiffs.

First, we are producing additional e-mails and electronic documents identified based on the same custodians and using the same search terms set forth in Appendix A to PwC's June 5, 2017 Responses for the date range January 1, 2013 to April 29, 2016.  We are producing these documents via FTP in a multipart RAR file labeled PwC_VPI_DNJ_011.  These documents bear the following Bates numbers:

| Custodian | Bates Range |
|---|---|
| Flynn, Gerry | PwC_VPI_DNJ_00621256 - PwC_VPI_DNJ_00622262 |
| Hirschfeld, Jonathan | PwC_VPI_DNJ_00622263 - PwC_VPI_DNJ_00627390 |
| Mcilwraith, Stephen | PwC_VPI_DNJ_00627391 - PwC_VPI_DNJ_00636439 |
| Parmar, Hitean | PwC_VPI_DNJ_00636440 - PwC_VPI_DNJ_00645917 |
| Zamir, Eitan | PwC_VPI_DNJ_00645918 - PwC_VPI_DNJ_00662590 |

We have withheld certain documents and redacted certain information on the grounds of PwC's attorney-client privilege and will provide a privilege log for such documents. Additionally, Valeant has asserted attorney work-product protection over certain documents and will also provide a log.

November 26, 2019
Page 2

Second, we are producing overlay files for 41 documents that had been redacted or withheld from PwC's prior productions based on Valeant's assertions of attorney work-product protection.  Valeant's counsel has now determined that these documents do not contain protected information or has reduced the extent of redactions previously applied.  We have listed the Bates numbers for these documents in the Appendix below.  We are producing these overlay files via FTP in a RAR file labeled PwC_VPI_DNJ_012.

The files labeled PwC_VPI_DNJ_011 and PwC_VPI_DNJ_012 include fixed image TIFF, OCR text, and native Excel files, as well as load files compatible with Relativity, Concordance, and Summation.  The self-extracting zip files are encrypted.  We will provide the access information and password separately.

The materials we are producing are confidential.  Both the zip files and the TIFF images they contain have been marked "Confidential" pursuant to the terms of the July 18, 2017 Stipulation and Confidentiality Order and should be treated accordingly.  Please note that, while it is impractical for us to label the native Excel files with a confidentiality designation, they are also confidential and should be treated as such.  Please also note that these native files are subject to inadvertent alteration during the course of your review.

* * * *

PwC does not intend to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production, whether such privilege or protection is held by PwC or its clients.  If it were found that production of any of the information contained herein constitutes disclosure of otherwise privileged matters, such disclosure would be inadvertent and subject to the claw-back provision in paragraph 2 of the Confidentiality Order.

If you have any questions, please feel free to contact me.

Sincerely,

Kenneth Y. Turnbull

Enclosures

November 26, 2019
Page 3

**Appendix**

| Custodian/Electronic Work Paper Database | Bates Numbers |
|---|---|
| Jonathan Hirschfeld | PwC_VPI_DNJ_00498182 - PwC_VPI_DNJ_00498186 |
| | PwC_VPI_DNJ_00498205 - PwC_VPI_DNJ_00498209 |
| | PwC_VPI_DNJ_00498283 - PwC_VPI_DNJ_00498299 |
| | PwC_VPI_DNJ_00498315 - PwC_VPI_DNJ_00498332 |
| | PwC_VPI_DNJ_00553902 - PwC_VPI_DNJ_00553920 |
| | PwC_VPI_DNJ_00553965 - PwC_VPI_DNJ_00553984 |
| | PwC_VPI_DNJ_00554061 - PwC_VPI_DNJ_00554079 |
| | PwC_VPI_DNJ_00554094 - PwC_VPI_DNJ_00554113 |
| | PwC_VPI_DNJ_00556345 - PwC_VPI_DNJ_00556364 |
| | PwC_VPI_DNJ_00556379 - PwC_VPI_DNJ_00556397 |
| Hitean Parmar | PwC_VPI_DNJ_00512687 - PwC_VPI_DNJ_00512698 |
| | PwC_VPI_DNJ_00512699 - PwC_VPI_DNJ_00512886 |
| | PwC_VPI_DNJ_00512887 - PwC_VPI_DNJ_00512914 |
| | PwC_VPI_DNJ_00512915 - PwC_VPI_DNJ_00513100 |
| | PwC_VPI_DNJ_00513101 - PwC_VPI_DNJ_00513114 |
| | PwC_VPI_DNJ_00513868 - PwC_VPI_DNJ_00513879 |
| | PwC_VPI_DNJ_00513880 - PwC_VPI_DNJ_00514067 |
| | PwC_VPI_DNJ_00514068 - PwC_VPI_DNJ_00514095 |
| | PwC_VPI_DNJ_00514096 - PwC_VPI_DNJ_00514281 |
| | PwC_VPI_DNJ_00514282 - PwC_VPI_DNJ_00514295 |
| | PwC_VPI_DNJ_00515600 - PwC_VPI_DNJ_00515614 |
| Gary Sardo | PwC_VPI_DNJ_00579010 - PwC_VPI_DNJ_00579027 |
| | PwC_VPI_DNJ_00579043 - PwC_VPI_DNJ_00579061 |
| | PwC_VPI_DNJ_00579495 - PwC_VPI_DNJ_00579513 |
| | PwC_VPI_DNJ_00579528 - PwC_VPI_DNJ_00579546 |
| | PwC_VPI_DNJ_00579561 - PwC_VPI_DNJ_00579580 |
| | PwC_VPI_DNJ_00579595 - PwC_VPI_DNJ_00579613 |
| | PwC_VPI_DNJ_00581453 - PwC_VPI_DNJ_00581453.0000028 |
| Eitan Zamir | PwC_VPI_DNJ_00539324 - PwC_VPI_DNJ_00539325 |
| | PwC_VPI_DNJ_00539326 - PwC_VPI_DNJ_00539328 |
| | PwC_VPI_DNJ_00540842 - PwC_VPI_DNJ_00540846 |
| | PwC_VPI_DNJ_00547541 - PwC_VPI_DNJ_00547542 |
| | PwC_VPI_DNJ_00547584 - PwC_VPI_DNJ_00547586 |
| | PwC_VPI_DNJ_00582664 - PwC_VPI_DNJ_00582700 |
| Valeant Pharmaceuticals International, Inc. 2015 Audit | PwC_VPI_DNJ_00121922 - PwC_VPI_DNJ_00121935 |
| | PwC_VPI_DNJ_00135148 - PwC_VPI_DNJ_00135155 |
| | PwC_VPI_DNJ_00135982 - PwC_VPI_DNJ_00135986 |
| | PwC_VPI_DNJ_00136676 - PwC_VPI_DNJ_00136690 |
| | PwC_VPI_DNJ_00136923 - PwC_VPI_DNJ_00136937 |
| Valeant Pharmaceuticals International, Inc. 2015 Audit – Ad Hoc Committee | PwC_VPI_DNJ_00146328 - PwC_VPI_DNJ_00146353 |
| | PwC_VPI_DNJ_00151860 - PwC_VPI_DNJ_00151869 |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via e-mail on all counsel listed on the attached service list on this 19th day of March, 2020:

_/s/ Christopher A. Seeger_
CHRISTOPHER A. SEEGER

Service List
*In re Valeant Pharmaceuticals International, Inc. Securities Litigation*,
No. 3:15-cv-07658-MAS-LHG (D.N.J.)

| | | |
|---|---|---|
| Darren J. Robbins<br>ROBBINS GELLER<br>  RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>James E. Barz<br>Brian E. Cochran<br>Frank A. Richter<br>ROBBINS GELLER<br>  RUDMAN & DOWD LLP<br>200 South Wacker Drive,<br>31st Floor<br>Chicago, IL  60606<br>Telephone: 312/674-4674<br>312/674-4676 (fax)<br><br>Jack Reise<br>Robert J. Robbins<br>Kathleen B. Douglas<br>ROBBINS GELLER<br>  RUDMAN & DOWD LLP<br>120 East Palmetto Park Road,<br>Suite 500<br>Boca Raton, FL  33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax) | *Lead Counsel for Plaintiffs* | Valeant@rgrdlaw.com |
| Christopher A. Seeger<br>David R. Buchanan<br>Jennifer Scullion<br>SEEGER WEISS LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ  07660<br>Telephone: 973/639-9100<br>973/639-9393 (fax) | *Local Counsel for Plaintiffs* | cseeger@seegerweiss.com<br>dbuchanan@seegerweiss.com<br>jscullion@seegerweiss.com |

| | | |
|---|---|---|
| Richard Hernandez<br>Omar Bareentto<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102<br>Telephone: 973/622-4444<br>973/297-6615 (fax)<br><br>Paul C. Curnin<br>Jonathan K. Youngwood<br>Craig S. Waldman<br>Daniel J. Stujenske<br>Dean McGee<br>Kavitha S. Sivashanker<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>Telephone: 212/455-2641<br>212/455-2502 (fax) | *Attorneys for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katherine B. Stevenson and Jeffrey Ubben* | List-Defendants-Valeant@lists.stblaw.com |

| | | |
|---|---|---|
| James J. Capra, Jr.<br>Evan Claire Ennis<br>Christina M. Conroy<br>James P. Cusick<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003<br>Telephone: 212/556-2100<br>212/556-2222 (fax)<br><br>Kenneth Y. Turnbull<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue,<br>NW<br>Washington, DC  20006-4707<br>Telephone: 202/737-0500<br>202/626-3737 (fax)<br><br>A. Ross Pearlson<br>Ilana Levin<br>CHIESA SHAHINIAN &<br>   GIANTOMASI PC<br>One Boland Drive<br>West Orange, NJ  07052<br>Telephone: 973/325-1500<br>973/325-1501 (fax) | *Attorneys for Defendant*<br>*PricewaterhouseCoopers*<br>*LLP* | jcapra@kslaw.com<br>eennis@kslaw.com<br>kturnbull@kslaw.com<br>cconroy@kslaw.com<br>jcusick@kslaw.com<br>adepalma@kslaw.com<br>jcmccullough@kslaw.com<br>shosein@kslaw.com<br><br><br><br><br><br>rpearlson@csglaw.com<br>ilevin@csglaw.com |

| | | |
|---|---|---|
| Bruce E. Yannett<br>Matthew J. Petrozziello<br>DEBEVOISE & PLIMPTON<br>  LLP<br>919 Third Avenue<br>New York, NY  10022<br>Telephone: 212/909-6000<br>212/909-6836 (fax)<br><br>Jonathan R. Tuttle<br>Ada Fernandez Johnson<br>Anna Moody<br>Mark D. Flinn<br>Meredith E. Stewart<br>DEBEVOISE & PLIMPTON<br>  LLP<br>801 Pennsylvania Avenue<br>N.W.<br>Washington, D.C.  20004<br>Telephone: 202/383-8000<br>202/383-8118 (fax) | *Attorneys for Defendant J.*<br>*Michael Pearson* | beyannett@debevoise.com<br>mjpetrozziello@debevoise.com<br>afjohnson@debevoise.com<br>jrtuttle@debevoise.com<br>amoody@debevoise.com<br>mflinn@debevoise.com<br>mestewart@debevoise.com |
| Richard A. Rosen<br>Maxwell Kosman<br>William E. Freeland<br>PAUL, WEISS, RIFKIND,<br>  WHARTON & GARRISON<br>  LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br>Telephone: 212/373-3000<br>212/492-0305 (fax)<br><br>Mark A. Berman<br>Robin D. Fineman<br>Jeremy B. Stein<br>HARTMANN DOHERTY<br>  ROSA BERMAN &<br>  BULBULIA, LLC<br>65 Route 4 East<br>River Edge, New Jersey 07661<br>Telephone: 201/441-9056<br>201/441-9435 (fax) | *Attorneys for the Bank*<br>*Offering Defendants* | rrosen@paulweiss.com<br>mkosman@paulweiss.com<br>wfreeland@paulweiss.com<br><br><br><br>mberman@hdrbb.com<br>rfineman@hdrbb.com<br>jstein@hdrbb.com |

| Barry A. Bohrer<br>Robert E. Griffin<br>SCHULTE ROTH & ZABEL<br>　LLP<br>919 Third Avenue<br>New York, NY  10022<br>Telephone: 212/756-2000<br>212/593-5955 (fax) | *Attorneys for Defendant*<br>*Deborah Jorn* | barry.bohrer@srz.com<br>robert.griffin@srz.com |
| --- | --- | --- |
| Benjamin Sokoly<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY  10166<br>Telephone: 212/294-6700<br>212/294-4700 (fax)<br><br>Robert Y. Sperling<br>Joseph L. Motto<br>Katherine Hundt<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601<br>Telephone: 312/558-5600<br>312/558-5700 (fax) | *Attorneys for Defendant*<br>*Howard B. Schiller* | bsokoly@winston.com<br>jmotto@winston.com<br>rsperling@winston.com<br>khundt@winston.com |
| William J. Schwartz<br>Lauren Gerber Lee<br>Kaitland Kennelly<br>Sarah Lightdale<br>COOLEY LLP<br>1114 Avenue of the Americas<br>New York, NY  10036<br>Telephone: 212/479-6000<br>212/479-6275 (fax)<br><br>Richard Hernandez<br>Omar Bareentto<br>McCARTER & ENGLISH,<br>　LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102<br>Telephone: 973/622-4444<br>973/624-7070 (fax) | *Attorneys for Defendant*<br>*Tanya Carro* | wschwartz@cooley.com<br>lglee@cooley.com<br>kkennelly@cooley.com<br>slightdale@cooley.com<br><br><br><br><br>rhernandez@mccarter.com<br>obareentto@mccarter.com |

| | | |
|---|---|---|
| Jonathan Rosenberg<br>Allen Burton<br>Dimitri D. Portnoi<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY  10036-6537<br>Telephone: 212/326-2000<br>212/326-2061 (fax)<br><br>Margaret L. Carter<br>Dimitri D. Portnoi<br>Michael J. Simeone<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA  90071<br>Telephone: 213/430-6000<br>213/430-6407 (fax)<br><br>Kevin G. Walsh<br>Kate E. Janukowicz<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, NJ  07102<br>Telephone: 973/596-4500<br>973/596-0545 (fax) | *Attorneys for Defendants ValueAct Capital Management L.P., ValueAct Capital Master Fund, L.P., ValueAct Co-Invest Master Fund, L.P., VA Partners I, LLC ValueAct Holdings, L.P. and Jeffrey W. Ubben* | jrosenberg@omm.com<br>aburton@omm.com<br>mcarter@omm.com<br>dportnoi@omm.com<br>msimeone@omm.com<br><br><br><br><br><br><br><br><br><br><br><br><br><br>kwalsh@gibbonslaw.com<br>kjanukowicz@gibbonslaw.com |