# McElroy, Deutsch, Mulvaney & Carpenter, LLP
**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

DENNIS M. CAVANAUGH
Direct dial: (973) 425-8838
dcavanaugh@mdmc-law.com

September 9, 2020

**<u>Via ECF</u>**
All Counsel of Record

    **RE:** In re Valeant Pharmaceuticals International, Inc. Securities Litigation, Master File No. 15-cv-07658 (MAS)(LHG); In re Valeant Pharmaceuticals International, Inc. Third-Party Payor Litigation, No. 16-cv-03087

Dear Counsel:

  A status conference to discuss discovery in the Securities litigation class action and opt-out actions, and the Third-Party Payor litigation will be conducted on October 7, 2020 at 10am via video conferencing. It is requested that counsel for Valeant obtain a court reporter and circulate video link information. The parties may submit correspondences indicating the discovery status of each matter and any issues that should be addressed at the conference. Please submit correspondences via email to jpomeroy@mdmc-law.com and jjones@mdmc-law.com by 5pm on October 5th.

Very truly yours,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

**/s/ Dennis M. Cavanaugh**

Dennis M. Cavanaugh, U.S.D.J. (Ret.)
