# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

IN RE VALEANT
PHARMACEUTICALS
INTERNATIONAL, INC.
SECURITIES LITIGATION

THIS DOCUMENT RELATES TO
ALL CASES

Master No.: 3:15-cv-07658-MAS-LHG

**JOINT STIPULATION AND
[PROPOSED] ORDER RE:
DISCOVERY AND SCHEDULE IN
SECURITIES CLASS ACTION
AND OPT-OUT LITIGATIONS**

WHEREAS, the Parties have conferred regarding discovery and the case schedule in the Securities Class Action and Opt-Out Litigations (collectively, "the Actions"), in light of developments in the Actions since the Special Master entered the March 18, 2020 Joint Stipulation and Order re: Discovery and Schedule in Securities Class Action and Opt-Out Litigations (the "March 18, 2020 Order") (ECF 529);

WHEREAS, the Parties have reached certain agreements memorialized below regarding the modification of the dates set forth in the March 18, 2020 Order, but reserve all rights and arguments concerning discovery, coordination, any actual or potential stay of discovery, and the schedule in the Securities Class Action and the Opt-Out Litigations;

- 1 -

WHEREAS, in the Securities Class Action (15-cv-07658) the sole remaining defendant PricewaterhouseCoopers LLP ("PwC") moved pursuant to Rule 12(c) for judgment on the pleadings regarding the Section 11 claim by named plaintiff, the City of Tucson on behalf of the Tucson Supplemental Retirement System ("Tucson"); the Special Master has issued a report recommending denial of that motion (ECF No. 563); and the Parties to the Securities Class Action have fully briefed PwC's objection to that report and recommendation (ECF Nos. 573, 574, 588, 589, 591) and await Judge Shipp's ruling;

WHEREAS, in the Securities Class Action (15-cv-07658), Tucson moved for leave to amend its complaint to assert a Section 10(b) fraud claim against PwC; the Special Master has issued a report recommending that the motion be granted (ECF No. 602); the Parties to the Securities Class Action have fully briefed PwC's objection to that report and recommendation (ECF Nos. 609, 610, 613, 615, 618, 620) and await Judge Shipp's ruling; and PwC has indicated its intent to move to dismiss the proposed Section 10(b) claim in the event that Judge Shipp allows the amendment (ECF 609, at 24);

WHEREAS, the Special Master has set another scheduling conference for December 2, 2020 (the "Next Conference");

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, that:

(a)    The following Amended Proposed Joint Discovery Plan, which modifies the schedule contained in the March 18, 2020 Order (ECF 529), shall apply to the Securities Class Action and the Opt-Out Litigations, subject to the provisions set forth in paragraphs (b) – (i) below:

| Action | Proposed Dates |
|---|---|
| Deadline for service of all interrogatories, requests for admission, and requests for production | March 5, 2021 |
| Fact Discovery Cutoff | May 4, 2021 |
| Deadline to serve affirmative expert reports | May 28, 2021 |
| Deadline to serve rebuttal expert reports | July 28, 2021 |
| Deadline to serve reply expert reports | August 25, 2021 |
| Expert Discovery Cutoff | September 29, 2021 |
| Deadline to file Dispositive Motion(s) | October 27, 2021 |
| Deadline to file Opposition(s) to Dispositive Motion(s) | December 15, 2021 |
| Deadline to file Reply in support of Dispositive Motion(s) | January 10, 2022 |
| Deadline for objection(s) to proposed expert testimony under FRE 702 | 90 days before the final pretrial conference |
| Opposition to any objection(s) to proposed expert testimony under FRE 702 | 60 days before the final pretrial conference |
| Reply in support of any objection(s) to proposed expert testimony under FRE 702 | 30 days before the final pretrial conference |
| Deadline for parties to designate potential trial witnesses and proposed exhibits | 45 days before the final pretrial conference |

| Action | Proposed Dates |
|---|---|
| Deadline for parties to file a joint set of jury instructions, proposed jury instructions which are objected to by any other party and points and authorities in support of and in opposition to the objected to instructions | 45 days before the final pretrial conference |
| Final Pretrial Conference | TBD |
| Proposed Trial Date | TBD |

(b)      The Parties shall meet and confer in advance of the Next Conference concerning discovery, coordination, any stay of discovery in any of the actions, class certification briefing and discovery, and the schedule in the Securities Class Action and the Opt-Out Litigations;

(c)      All discovery by PwC and Tucson and all discovery directed to PwC and Tucson in any capacity (as party or non-party, and including their current or former partners, employees, officers, investment advisors, subadvisors, and directors) shall be stayed for the time being.  The Parties will meet and confer concerning whether this stay continues or ends in the Securities Class Action and/or the Opt-Out Litigations no later than the earlier of (i) the date of the Next Conference (December 2, 2020) or (ii) three business days after Judge Shipp has ruled on both PwC's Rule 12(c) motion for judgment on the pleadings regarding the Section 11 claim and Tucson's motion for leave to amend its complaint.  If after meeting and conferring the Parties disagree on whether the stay should continue or end in the

Securities Class Action and/or the Opt-Out Litigations, they shall raise the issue with the Special Master. In that event, until the Special Master resolves the issue, the stay shall remain in effect;

(d)   Subject to the stay set forth in paragraph (c), fact depositions of Parties and non-parties to the Opt-Out Litigations may commence;

(e)   PwC and Tucson may participate in the depositions referenced in paragraph (d) and examine witnesses, but PwC and Tucson may not notice or subpoena depositions while the stay is in effect;

(f)   Subject to the stay set forth in paragraph (c), document discovery and other written discovery of Parties and non-parties to the Opt-Out Litigations shall proceed;

(g)   PwC and Tucson may receive copies of documents produced in response to the document discovery referenced in paragraph (f), but PwC and Tucson may not serve discovery or subpoena documents while the stay is in effect[1];

(h)   Nothing in this Stipulation and Proposed Order shall limit the ability of the Parties in the Opt-Out Litigations to seek depositions of, and documents from,

---

[1] If Tucson or PwC believes it cannot meaningfully participate in a deposition described in paragraph (d) without obtaining additional documents, they shall meet and confer regarding whether one or both of them may initiate discovery to obtain such documents, and any dispute shall be promptly submitted to the Special Master for resolution.

the Parties subject to the stay discussed in paragraph (a) after that stay is lifted, and the Parties subject to that stay reserve their rights to object to such discovery; and

(i)    Nothing in this Stipulation and Proposed Order is intended to modify the Court's October 12, 2018 coordination order or preclude the Parties from later seeking modification of that Order.

DATED: October 13, 2020

**SEEGER WEISS LLP**

/s/ Christopher A. Seeger
Christopher A. Seeger
Jennifer R. Scullion
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Fax: (973) 639-9393

*Local Counsel for Plaintiffs in Case No. 15-cv-07658*

**ROBBINS GELLER RUDMAN & DOWD LLP**

/s/ James E. Barz
James E. Barz
Frank A. Richter
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 674-4674
Fax: (312) 674-4676

Darren J. Robbins
Robert R. Henssler
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

**McCARTER & ENGLISH LLP**

/s/ Richard Hernandez
Richard Hernandez
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Fax: (973) 297-6615

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katharine B. Stevenson, and Tanya Carro in Case Nos. 15-cv-07658, 18-cv-08705*

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, and Tanya Carro in Case Nos. 16-cv-05034, 16-cv-06127, 16-cv-06128, 16-cv-07212, 17-cv-06513, 17-cv-07552, 17-cv-12088, 17-cv-12808, 17-cv-13488, 18-cv-00383, 18-cv-00846*

*Local Counsel for Valeant Pharmaceuticals International, Inc. in Case Nos. 16-cv-07321, 16-cv-07324, 16-cv-07328, 16-cv-07494, 16-cv-07496, 16-cv-07497, 18-cv-00089, 18-cv-00893*

- 6 -

Robert J. Robbins
Kathleen B. Douglas
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Fax: (561) 750-3364

*Counsel for Plaintiffs in Case No.*
*15-cv-07658*

**CARELLA, BRYNE, CECCHI, OLSTEIN,**
**BRODY & AGNELLO, P.C.**

*/s/* James E. Cecchi
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Fax: (973) 994-1744

*Local Counsel for Plaintiffs in Case Nos.*
*16-cv-05034, 16-cv-06127, 16-cv-06128,*
*16-cv-07212, 17-cv-06365, 17-cv-07552,*
*17-cv-12808, 17-cv-13488*

**BERNSTEIN LITOWITZ BERGER &**
**GROSSMANN LLP**

*/s/* Salvatore J. Graziano
Salvatore J. Graziano
Jonathan D. Uslaner
Richard D. Gluck
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA  90067
Telephone: (310) 819-3472

*Counsel for Plaintiffs in Case Nos.*
*16-cv-05034, 16-cv-06127, 16-cv-06128*
*16-cv-07212, 17-cv-06365, 17-cv-07552,*
*17-cv-12808, 17-cv-13488*

**ROLNICK KRAMER SADIGHI LLP**

*/s/* Lawrence M. Rolnick
Lawrence M. Rolnick
Marc B. Kramer

*Local Counsel for Valeant Pharmaceuticals*
*International, Inc., Robert L. Rosiello,*
*and Tanya Carro in Case Nos. 17-cv-06365,*
*17-cv-07625, 17-cv-07636, 18-cv-00032,*
*18-cv-08595, 18-cv-12673, 18-cv-15286*

*Counsel for Valeant Pharmaceuticals*
*International, Inc., Robert L. Rosiello, and*
*Ari S. Kellen, and local counsel for Tanya*
*Carro in Case No. 18-cv-00343*

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/* Francis X. Riley III
Francis X. Riley III
650 College Road East, Suite 4000
Princeton, NJ 08540
Telephone: (609) 452-3145
Fax: (609) 452-3122

*Local Counsel for Valeant Pharmaceuticals*
*International, Inc. in Case No. 18-cv-01223*

**SIMPSON THACHER & BARTLETT**
**LLP**

*/s/* Paul C. Curnin
Paul C. Curnin (admitted *pro hac vice*)
Craig S. Waldman (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Counsel for the Valeant Defendants in Case*
*Nos. 15-cv-07658, 18-cv-08705*

*Counsel for Valeant Pharmaceuticals*
*International, Inc., Robert L. Rosiello, and*
*Ari S. Kellen in Case Nos. 16-cv-05034,*
*16-cv-06127, 16-cv-06128, 16-cv-07212,*
*17-cv-06513, 17-cv-07552, 17-cv-12088,*
*17-cv-12808, 17-cv-13488, 18-cv-00383,*
*18-cv-00846*

Sheila A. Sadighi
Michael J. Hampson
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800

*Counsel for Plaintiffs in Case Nos.
16-cv-07321, 16-cv-07324, 16-cv-07328,
16-cv-07494, 16-cv-07496, 16-cv-07497,
18-cv-00089, 18-cv-00893, 18-cv-01223*

**KASOWITZ BENSON TORRES LLP**

/s/ Stephen W. Tountas
Stephen W. Tountas
One Gateway Center
Suite 2600
Newark, NJ 07102
Telephone: (973) 645-9462
Fax: (973) 643-2030

*Local Counsel for Plaintiffs in Case Nos.
17-cv-07636, 18-cv-08595, 18-cv-15286*

**LABATON SUCHAROW LLP**

/s/ Serena P. Hallowell
Serena P. Hallowell
Jonathan Gardner
Eric J. Belfi
Thomas W. Watson
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Plaintiffs in Case Nos.
17-cv-07636, 18-cv-08595, 18-cv-15286*

**FLEISCHMAN BONNER & ROCCO LLP**

/s/ Patrick L. Rocco
Patrick L. Rocco
447 Springfield Avenue, Second Floor
Summit, NJ 07901

*Counsel for Valeant Pharmaceuticals
International, Inc. in Case Nos. 16-cv-07321,
16-cv-07324, 16-cv-07328, 16-cv-07494,
16-cv-07496, 16-cv-07497, 18-cv-00089,
18-cv-00893, 18-cv-01223*

*Counsel for Valeant Pharmaceuticals
International, Inc. and Robert L. Rosiello in
Case Nos. 17-cv-06365, 17-cv-07625,
17-cv-07636, 18-cv-00032, 18-cv-08595, 18-
cv-12673, 18-cv-15286, 19-cv-18473, 19-cv-
18475*

**COOLEY LLP**

/s/ William J. Schwartz
William J Schwartz (admitted *pro hac vice*)
Sarah Lightdale (*pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro in Case Nos.
15-cv-07658, 16-cv-05034, 16-cv-06127,
16-cv-06128, 16-cv-07212, 17-cv-06365,
17-cv-07625, 17-cv-07636, 17-cv-06513,
17-cv-07552, 17-cv-12088, 17-cv-12808,
17-cv-13488, 18-cv-00032, 18-cv-00343,
18-cv-00383, 18-cv-00846, 18-cv-08595,
18-cv-12673, 18-cv-15286, 19-cv-18473, 19-
cv-18475*

**DEBEVOISE & PLIMPTON LLP**

/s/ Matthew Petrozziello
Matthew Petrozziello
Bruce E. Yannett (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle (admitted *pro hac vice*)
Ada Fernandez Johnson (admitted *pro hac
vice*)

Telephone:  (908) 516-2045
Facsimile:  (908) 516-2049

*Local Counsel for Plaintiffs in Case No.*
*17-cv-06513*

**DIETRICH SIBEN THORPE LLP**

/s/ Matthew P. Siben
Matthew P. Siben
500 Australian Avenue South, Suite 637
West Palm Beach, FL 33401
Telephone: (561) 820-4882
Fax: (561) 820-4883

David A. Thorpe
Shawn M. Hayes
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone:  (310) 300-8450
Facsimile:  (310) 300-8041

*Counsel for Plaintiffs in Case No.*
*17-cv-06513*

**LITE DEPALMA GREENBERG, LLC**

/s/ Bruce D. Greenberg
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Fax: (973) 623-0858

*Local Counsel for Plaintiffs in Case Nos.*
*17-cv-12088, 20-cv-07460, 20-cv-07462*

**GRANT & EISENHOFER P.A.**

/s/ Jay W. Eisenhofer

801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8036
Fax: (202) 383-8118

*Counsel for J. Michael Pearson in Case Nos.*
*15-cv-07658, 16-cv-05034, 16-cv-06127,*
*16-cv-06128, 16-cv-07212, 16-cv-07321,*
*16-cv-07324, 16-cv-07328, 16-cv-07494,*
*16-cv-07496, 16-cv-07497, 17-cv-06365,*
*17-cv-07625, 17-cv-07636, 17-cv-06513,*
*17-cv-07552, 17-cv-12088, 17-cv-12808,*
*17-cv-13488, 18-cv-00032, 18-cv-00089,*
*18-cv-00343, 18-cv-00383, 18-cv-00846,*
*18-cv-00893, 18-cv-08595, 18-cv-12673,*
*18-cv-15286, 19-cv-18473, 19-cv-18475*

**MENZ BONNER KOMAR &**
**KOENIGSBERG LLP**

/s/ Patrick D. Bonner, Jr.
Patrick D. Bonner, Jr.
125 Half Mile Road, Suite 200
Red Bank, NJ 07701
Telephone: (732) 933-2757
Fax: (914) 997-4117

*Counsel for J. Michael Pearson in Case No.*
*18-cv-01223*

**CHIESA SHAHINIAN & GIANTOMASI**
**PC**

/s/ A. Ross Pearlson
A. Ross Pearlson
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2100
Fax: (973) 530-2300

*Local Counsel for PricewaterhouseCoopers*
*LLP in Case Nos. 15-cv-07658, 17-cv-06365,*
*17-cv-07625, 17-cv-07636, 18-cv-00032,*
*18-cv-08595, 18-cv-08705*

**KING & SPALDING LLP**

Jay W. Eisenhofer
Daniel L. Berger
Caitlin M. Moyna
Jonathan D. Park
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501

*Counsel for Plaintiffs in Case Nos.*
*17-cv-12088, 20-cv-07460, 20-cv-07462*


**BRESSLER, AMERY & ROSS, P.C.**

/s/ David J. Libowsky
David J. Libowsky
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
Telephone: (973) 514-1200
Fax: (973) 514-1660

*Local Counsel for Plaintiffs in Case No.*
*18-cv-00343*


**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**

/s/ Steven E. Fineman
Steven E. Fineman
Daniel P. Chiplock
Michael J. Miarmi
Sharon M. Lee
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Fax: (212) 355-9592

/s/ James P. Cusick

James P. Cusick (admitted *pro hac vice*)
Christina M. Conroy (admitted *pro hac vice*)
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Fax:  (212) 556-2222

Kenneth Y. Turnbull (admitted *pro hac vice*)
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Telephone:  (202) 737-0500
Fax:  (202) 626-3737

*Counsel for PricewaterhouseCoopers LLP in*
*Case Nos. 15-cv-07658, 17-cv-06365,*
*17-cv-07625, 17-cv-07636, 18-cv-00032,*
*18-cv-08595, 18-cv-08705*


**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA, LLC**

/s/ Mark A. Berman
Mark A. Berman
Robin D. Fineman
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
Telephone: (201) 441-9056
Fax: (201) 441-9435

*Local Counsel for the Stock Underwriter*
*Defendants in Case No. 15-cv-07658*

*Local Counsel for Deutsche Bank Securities*
*Inc. and Barclays Capital Inc. in Case No.*
*18-cv-00032*


**PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP**

/s/ Richard A. Rosen
Richard A. Rosen (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019

Richard M. Heimann
Bruce W. Leppla
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Fax: (415) 956-1008

*Counsel for Plaintiffs in Case No.
18-cv-00343*

**SKOLOFF & WOLFE, P.C.**

/s/ Jonathan W. Wolfe
Jonathan W. Wolfe
293 Eisenhower Parkway
Livingston, NJ 07039
Telephone: (973) 992-0900

*Local Counsel for Plaintiffs in Case No.
18-cv-00383*

**HUNG G. TA, ESQ. PLLC**

/s/ Hung G. Ta
Hung G. Ta
JooYun Kim
Natalia D. Williams
250 Park Avenue, Seventh Floor
New York, NY 10177
Telephone: (646) 453-7288
Fax: (973) 994-1744

*Counsel for Plaintiffs in Case Nos.
18-cv-00383, 18-cv-00846, 20-cv-05478*

**SAFIRSTEIN METCALF LLP**

/s/ Peter Safirstein

Telephone: (212) 373-3000
Fax: (212) 757-3990

*Counsel for the Stock Underwriter
Defendants in Case No. 15-cv-07658*

*Counsel for Deutsche Bank Securities Inc.
and Barclays Capital Inc. in Case No.
18-cv-00032*

**SCHULTE ROTH & ZABEL LLP**

/s/ Robert E. Griffin
Robert E. Griffin
Barry A. Bohrer (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955

*Counsel for Deborah Jorn in Case Nos.
15-cv-07658, 16-cv-05034, 16-cv-06127,
16-cv-06128, 16-cv-07212, 17-cv-07552,
17-cv-12088, 17-cv-12808, 17-cv-13488,
18-cv-00343, 18-cv-00383, 18-cv-00846*

**WINSTON & STRAWN LLP**

/s/ Benjamin Sokoly
Benjamin Sokoly
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700

Robert Y. Sperling (admitted *pro hac vice*)
Joseph L. Motto (admitted *pro hac vice*)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600

Peter Safirstein
Elizabeth Metcalf
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 201-2845

*Local Counsel for Plaintiffs in Case No.*
*18-cv-00846*

**KYROS LAW, PC**

/s/ Konstantine Kyros
Konstantine Kyros
17 Miles Road
Hingham, MA 02043
Telephone: (800) 934-2921

*Counsel for Plaintiffs in Case No. 18-cv-00846*

**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**

/s/ Robert S. Loigman
Robert S. Loigman
Rollo Baker
Kathryn Bonacorsi
Jesse Bernstein
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Counsel for Plaintiffs in Case No.* 18-cv-08705

*Counsel for Howard B. Schiller in Case Nos.*
*15-cv-07658, 16-cv-05034, 16-cv-06127,*
*16-cv-06128, 16-cv-07212, 16-cv-07321,*
*16-cv-07324, 16-cv-07328, 16-cv-07494,*
*16-cv-07496, 16-cv-07497, 17-cv-06365,*
*17-cv-07625, 17-cv-07636, 17-cv-06513,*
*17-cv-07552, 17-cv-12088, 17-cv-12808,*
*17-cv-13488, 18-cv-00032, 18-cv-00089,*
*18-cv-00343, 18-cv-00846, 18-cv-00893,*
*18-cv-01223, 18-cv-08595, 18-cv-12673,*
*18-cv-15286, 19-cv-18473, 19-cv-18475*

**ROBINSON MILLER**

/s/ Keith J. Miller
Keith J. Miller
Justin T. Quinn
110 Edison Place, Suite 302
Newark, NJ 07102
Telephone: (973) 690-5400

*Counsel for Howard B. Schiller in Case No.*
*18-cv-00383*

**CALCAGNI & KANEFSKY, LLP**

/s/ Eric T. Kanefsky
Eric T. Kanefsky
Samuel S. Cornish
One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, NJ 07102
Telephone: (862) 397-1796

*Counsel for Plaintiffs in Case No.*
*18-cv-08705*

**KIRBY McINERNEY LLP**

<u>/s/</u> Karen M. Lerner
Karen M. Lerner
Daniel Hume (*pro hac vice* admission pending)
Ira M. Press (admitted *pro hac vice*)
Meghan J. Summers (*pro hac vice* admission pending)
250 Park Ave., Suite 820
New York, N.Y. 10177
Telephone: (212) 371-6600

Mark A. Strauss (admitted *pro hac vice*)
**Mark A. Strauss Law, PLLC**
555 Madison Ave, Fifth Floor
New York, NY  10022
Tel: (212) 729-9496
Fax: (212) 202-6443

*Counsel for Plaintiffs in Case No.* 20-cv-02190

**SO ORDERED**, on this 14 day of october , 2020.

_____

JUDGE DENNIS CAVANAUGH, RET.
SPECIAL MASTER