# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Relates TO:<br>Case No. 3:15-cv-07658-MAS-LHG | Master No. 3:15-cv-07658-MAS-LHG<br><br><u>CLASS ACTION</u><br><br>Judge Michael A. Shipp<br><br>Magistrate Judge Lois H. Goodman<br><br>Special Master Hon. Dennis M. Cavanaugh, U.S.D.J. (Ret.)<br><br>**JEROME J. FROELICH JR.'S PETITION FOR LEAVE OF ABSENCE** |

Comes now, Jerome J. Froelich, Jr. and respectfully applies to this Court for a leave of absence, from December 29, 2020 through January 15, 2021 for the following reasons:

1.

Mr. Froelich is the attorney of record for Objector Cathy Lochridge in the above captioned case.

2.

Mr. Froelich has a long-scheduled vacation to Hawaii for which he has non-refundable airline tickets, from December 29, 2020 through January 15, 2021.

3.

Mr. Froelich has received a leave of absence in all his other cases.

4.

Mr. Froelich respectfully requests that any and all proceedings involving Objector Cathy Lochridge be stayed during Mr. Froelich's leave of absence.

WHEREFORE, Petitioner prays that he be granted a leave of absence and that the aforementioned case be stayed from December 29, 2020 through January 15, 2021.

DATED:  December 22, 2020		Respectfully submitted,

				/s/ *Jerome J. Froelich, Jr.*
				Jerome J. Froelich, Jr.
				Admitted, District of New Jersey
				McKenney & Froelich
				One Midtown Plaza, Suite 910
				1360 Peachtree Street
				Atlanta, Georgia 30309-2920
				(404) 881-1111

				*Counsel for Cathy Lochridge*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Relates TO:<br><br>Case No. 3:15-cv-07658-MAS-LHG | Master No. 3:15-cv-07658-MAS-LHG<br><br><u>CLASS ACTION</u><br><br>Judge Michael A. Shipp<br><br>Magistrate Judge Lois H. Goodman<br><br>Special Master Hon. Dennis M. Cavanaugh, U.S.D.J. (Ret.)<br><br>**ORDER FOR LEAVE OF ABSENCE** |

The Court having heard and considered, Jerome J. Froelich, Jr., Counsel for Objector Cathy Lochridge's, Petition For Leave of Absence hereby grants Mr. Froelich a leave of absence applicable to all trials, hearings, depositions, motions,

filings and other legal proceedings that may be scheduled in the above-refenced matter from December 29, 2020 through January 15, 2021.

 SO ORDERED, this _____ day of _____, 2020.

                _____

                Judge, United States District

## Certificate of Service

The undersigned certifies that today he filed the foregoing document on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED:  December 22, 2020

/s/ *Jerome J. Froelich, Jr.*
Jerome J. Froelich, Jr.
