MICHAEL CRITCHLEY, SR.
mcritchley@critchleylaw.com
CHRISTOPHER W. KINUM
cwkinum@critchleylaw.com
**CRITCHLEY, KINUM & DENOIA LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 422-9200

ANDREW J. ENTWISTLE
aentwistle@entwistle-law.com
ROBERT N. CAPPUCCI
rcappucci@entwistle-law.com
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, NY  10171
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272

MARC M. SELTZER (admitted *Pro Hac Vice*)
mseltzer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

*Attorneys for Plaintiff Timber Hill LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Case No. 3:15-cv-07658<br><br>Judge Michael A. Shipp<br>Magistrate Judge Lois H. Goodman<br><br>Judge Dennis Cavanaugh, Ret.<br>Special Master |
| This Document Relates To:<br><br>3:15-cv-07658-MAS-LHG | TIMBER HILL LLC'S NOTICE OF APPEAL |

Notice is hereby given that Plaintiff Timber Hill LLC appeals to the United States Court of Appeals for the Third Circuit from the Order granting Lead Plaintiff TIAA's Motion to Adopt the Special Master's Report and Recommendation Granting Final Approval of (1) the Class Action Settlement and Plan of Allocation, and (2) an Award of Attorneys' Fees and Expenses to Plaintiffs entered on January 31, 2021 (Hon. Michael A. Shipp) (ECF Nos. 657; 659).

| | |
|---|---|
| Dated:  February 4, 2021 | Respectfully Submitted, |

*/s/ Michael Critchley, Sr.*
MICHAEL CRITCHLEY, SR.
mcritchley@critchleylaw.com
CHRISTOPHER W. KINUM
cwkinum@critchleylaw.com
**CRITCHLEY, KINUM
    & DENOIA LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 422-9200

*/s/ Andrew J. Entwistle*
ANDREW J. ENTWISTLE
aentwistle@entwistle-law.com
ROBERT N. CAPPUCCI
rcappucci@entwistle-law.com
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, NY 10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

MARC M. SELTZER (admitted *Pro Hac Vice*)
mseltzer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

*Attorneys For Plaintiff Timber Hill*

## Certificate of Service

The undersigned certifies that today he filed the foregoing document on ECF which will send electronic notification to all attorneys registered for ECF filing.

Dated: February 4, 2021  */s/ Andrew J. Entwistle*
      New York, New York  Andrew J. Entwistle