# Exhibit A

**VALEANT OPT-OUT CASE STATUS**

|   | **PLAINTIFFS' COUNSEL** | **CASE NAME** | **CASE STATUS** |
|---|---|---|---|
| 1 | Bernstein Litowitz Berger & Grossman LLP | *T. Rowe Price Growth Stock Fund, Inc., et al. v. Valeant Pharmaceuticals International, Inc.*, et al., No. 3:16-cv-05034 | Dismissal stipulation forthcoming. |
| 2 |  | *Equity Trustees Limited as Responsible for T. Rowe Price Global Equity Fund, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:16-cv-06127 | Dismissal stipulation forthcoming. |
| 3 |  | *Principal Funds, Inc., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:16-cv-06128 | Dismissal stipulation forthcoming. |
| 4 |  | *BloombergSen Partners Fund LP, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:16-cv-07212 | Dismissal stipulation forthcoming. |
| 5 |  | *Pentwater Equity Opportunities Master Fund Ltd., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:17-cv-07552 | Dismissal stipulation forthcoming. |
| 6 |  | *State Board of Administration of Florida v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:17-cv-12808 | Dismissal stipulation forthcoming. |
| 7 |  | *The Regents of the University of California v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:17-cv-13488 | Dismissal stipulation forthcoming. |
| 8 |  | *Lord Abbett Investment Trust-Lord Abbett Short Duration Income Fund et al. v. Valeant Pharmaceuticals* | Dismissal stipulation forthcoming. |

1

| | **PLAINTIFFS' COUNSEL** | **CASE NAME** | **CASE STATUS** |
|---|---|---|---|
| | | *International, Inc., et al.*, No. 3:17-cv-06365 | |
| 9 | Cohen Milstein Sellers & Toll PLLC | *New York City Employees' Retirement System, et. al. v. Valeant Pharmaceuticals International, Inc., et. al.*, No. 3:18-cv-00032 | Dismissed. |
| 10 | Dietrich Siben Thorpe LLP | *Okumus Opportunistic Value Fund, Ltd. v. Valeant Pharmaceuticals International, et al.*, No. 3:17-cv-6513 | In discovery. |
| 11 | Grant & Eisenhofer P.A. | *Första AP-Fonden, et al., v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:17-cv-12088 | In discovery. |
| 12 | Grant & Eisenhofer P.A.<br><br>DRRT | *GIC Private Ltd. v. Valeant Pharmaceuticals International, Inc.*, No. 3:20-cv-07460 | Plaintiff document discovery has not yet commenced. |
| 13 | | *USAA Mutual Funds Trust, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:20-cv-07462 | Partial motion to dismiss pending with Special Master. |
| 14 | Hung G. Ta, ESQ. PLLC | *Colonial First State Investments Limited As Responsible Entity for Commonwealth Global Shares Fund 1, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:18-cv-00383 | In discovery. |
| 15 | Hung G. Ta, ESQ. PLLC<br><br>Safirstein Metcalf LLP | *Bharat Ahuja, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:18-cv-00846 | In discovery. |
| 16 | | *Bahaa Aly, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:18-cv-17393 | Motion to dismiss granted by District Court, pending appeal at the Third Circuit. |
| 17 | Hung G. Ta, ESQ. PLLC<br><br>Safirstein Metcalf LLP | *Templeton, et al. v. Valeant Pharmaceuticals* | Motion to dismiss pending with Special Master. |

|    | **PLAINTIFFS' COUNSEL** | **CASE NAME** | **CASE STATUS** |
|----|---|---|---|
|    | Kyros Law, PC | *International, Inc., et al.*, No. 3:20-cv-05478 |   |
| 18 | Kasowitz Benson Torres LLP | *Catalyst Dynamic Alpha Fund, et al., v. Valeant Pharmaceuticals International, Inc., et. al.*, No. 3:18-cv-12673 | Dismissed. |
| 19 | Kirby McInerney LLP | *Maverick Neutral Levered Fund, Ltd., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:20-cv-02190 | Motion to dismiss report and recommendation pending review by District Court. |
| 20 | Labaton Sucharow LLP | *Office of the Treasurer as Trustee for the Connecticut Retirement Plans and Trust Funds v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:19-cv-18473 | Dismissed. |
| 21 |   | *Delaware Public Employees' Retirement System v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:19-cv-18475 | Dismissed. |
| 22 | Labaton Sucharow LLP<br><br>Kasowitz Benson Torres LLP | *Public Employees' Retirement System of Mississippi v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:17-cv-07625 | Dismissed. |
| 23 |   | *The Boeing Company Employee Retirement Plans Master Trust, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:17-cv-07636 | In discovery. |
| 24 |   | *2012 Dynasty UC LLC, et al., v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:18-cv-08595 | In discovery. |
| 25 |   | *Northwestern Mutual Life Insurance Co., et al., v.* | In discovery. |

3

|    | **PLAINTIFFS' COUNSEL** | **CASE NAME** | **CASE STATUS** |
|----|---|---|---|
|    |   | *Valeant Pharmaceuticals International, Inc., et al.*, No. 3:18-cv-15286 |   |
| 26 | Lieff Cabraser Heimann & Bernstein, LLP | *Blackrock Global Allocation Fund, Inc., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:18-cv-00343 | In discovery. |
| 27 |   | *Senzar Healthcare Master Fund, LP, et al., v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:18-cv-02286 | Dismissed. |
| 28 | Rolnick Kramer Sadighi LLP | *Discovery Global Citizens Master Fund, Ltd., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:16-cv-07321 | In discovery. |
| 29 |   | *MSD Torchlight Partners, L.P., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:16-cv-07324 | In discovery. |
| 30 |   | *Incline Global Master LP, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:16-cv-07494 | In discovery. |
| 31 |   | *VALIC Company I, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:16-cv-07496 | In discovery. |
| 32 |   | *Janus Aspen Series, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:16-cv-07497 | In discovery. |
| 33 |   | *GMO Trust, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, 3:18-cv-00089 | In discovery. |
| 34 |   | *Brahman Capital Corp., et al., v. Valeant Pharmaceuticals* | In discovery. |

|    | **PLAINTIFFS' COUNSEL** | **CASE NAME** | **CASE STATUS** |
|----|---|---|---|
|    |    | *International, Inc., et al.*, No. 3:18-cv-00893 |    |
| 35 |    | *The Prudential Insurance Company of America, et al., v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:18-cv-01223 | In discovery. |
| 36 |    | *BlueMountain Foinaven Master Fund L.P., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:16-cv-07328 | Dismissed. |
| 37 | Quinn Emanuel Urquhart & Sullivan, LLP | *Hound Partners Offshore Fund, LP, et al., v. Valeant Pharmaceuticals International, Inc., et al.*, No. 3:18-cv-08705 | In discovery. Motion to dismiss report and recommendation pending review by District Court. |