UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Case 3:17-cv-07552-MAS-LHG | Civil Action No. 15-cv-07658-MAS-LHG<br><br>Judge Michael A. Shipp<br><br>Magistrate Judge Lois H. Goodman<br><br>Special Master, Judge Dennis Cavanaugh, Ret. |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Pentwater Equity Opportunities Master Fund Ltd., Pentwater Event Driven Cayman Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Oceana Master Fund Ltd., and LMA SPC for and on behalf of Map 98 Segregated Portfolio, and Defendants Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, Deborah Jorn, Ari S. Kellen, and Tanya Carro, by and through their respective counsel of record, hereby stipulate to dismiss the above-captioned action with prejudice. Each party will bear its own attorneys' fees and costs.

Dated: February 16, 2021

| | |
|---|---|
| **SIMPSON THACHER & BARTLETT LLP**<br><br>  s/ Paul C. Curnin<br>Paul C. Curnin (admitted *pro hac vice*)<br>Craig S. Waldman (admitted *pro hac vice*)<br>425 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 455-2000<br>Fax: (212) 415-2502<br><br>*Counsel for Valeant Pharmaceuticals International, Inc. (n/k/a Bausch Health Companies Inc.)* | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br><br>  s/ Jonathan D. Uslaner<br>Jonathan D. Uslaner (admitted *pro hac vice*)<br>Richard D. Gluck (admitted *pro hac vice*)<br>2121 Avenue of the Stars, Suite 2575<br>Los Angeles, CA 90067<br>Telephone: (310) 819-3472<br><br>*Counsel for Plaintiffs* |
| **McCARTER & ENGLISH LLP**<br><br>  s/ Richard Hernandez<br>Richard Hernandez<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 848-8615<br>Fax: (973) 297-6615<br><br>*Local Counsel for Valeant Pharmaceuticals International, Inc. (n/k/a Bausch Health Companies Inc.)* | **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**<br><br>  s/ James E. Cecchi<br>James E. Cecchi<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Telephone: (973) 994-1700<br>Fax: (973) 994-1744<br><br>*Local Counsel for Plaintiffs* |
| **DEBEVOISE & PLIMPTON LLP**<br><br>  s/ Matthew Petrozziello<br>Matthew Petrozziello<br>Bruce E. Yannett (admitted *pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>Fax: (212) 909-6836<br><br>Jonathan R. Tuttle (admitted *pro hac vice*)<br>Ada F. Johnson (admitted *pro hac vice*)<br>801 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 383-8000<br>Fax: (202) 383-8118 | |

*Counsel for J. Michael Pearson*

**WINSTON & STRAWN LLP**

   s/ Benjamin Sokoly
Benjamin Sokoly
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

Robert Y. Sperling (admitted *pro hac vice*)
Joseph L. Motto (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700

*Counsel for Howard B. Schiller*

**SCHULTE ROTH & ZABEL LLP**

   s/ Robert E. Griffin
Robert E. Griffin
Barry A. Bohrer (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955

*Counsel for Deborah Jorn*

**COOLEY LLP**

   s/ William J. Schwartz
William J. Schwartz (admitted *pro hac vice*)
Sarah Lightdale (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro*

So Ordered this 18th day of February, 2021.

_____
**Honorable Michael A. Shipp, U.S.D.J.**