## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION** | Civil Action No. 15-7658 |
| | JUDGE MICHAEL A. SHIPP |
| | JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO: | JUDGE DENNIS CAVANAUGH, RET. SPECIAL MASTER |

15-cv-07658 (MAS) (LHG)
16-cv-07321 (MAS) (LHG)
16-cv-07324 (MAS) (LHG)
16-cv-07494 (MAS) (LHG)
16-cv-07497 (MAS) (LHG)
17-cv-06513 (MAS) (LHG)
17-cv-07636 (MAS) (LHG)
17-cv-12088 (MAS) (LHG)
18-cv-00089 (MAS) (LHG)
18-cv-00343 (MAS) (LHG)
18-cv-00383 (MAS) (LHG)
18-cv-00846 (MAS) (LHG)
18-cv-00893 (MAS) (LHG)
18-cv-01223 (MAS) (LHG)
18-cv-08595 (MAS) (LHG)
18-cv-08705 (MAS) (LHG)
18-cv-15286 (MAS) (LHG)
20-cv-07460 (MAS) (LHG)
20-cv-07462 (MAS) (LHG)

**NOTICE OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO PRECLUDE
THE DEPOSITION OF JOSEPH C. PAPA**

PLEASE TAKE NOTICE that Defendant Valeant Pharmaceuticals International, Inc., n/k/a Bausch Health Companies, Inc. ("Valeant" or the "Company"), respectfully moves for a protective order precluding plaintiffs in the above-captioned opt-out actions ("Plaintiffs") from deposing the Company's current Chief Executive, Officer Joseph C. Papa.

Valeant's motion is based on the accompanying memorandum of law, the declaration of Richard Hernandez and all attached exhibits, and such further evidence and argument as may be requested or permitted by the Court on this motion.

Dated:  March 5, 2021

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

/s/ *Richard Hernandez*
Richard Hernandez
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Fax: (973) 297-6615

*Local counsel for Valeant Pharmaceuticals International, Inc.*

**SIMPSON THACHER & BARTLETT LLP**

Paul C. Curnin (*pro hac vice*)
Craig S. Waldman (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Valeant Pharmaceuticals International, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>15-cv-07658 (MAS) (LHG)<br>16-cv-07321 (MAS) (LHG)<br>16-cv-07324 (MAS) (LHG)<br>16-cv-07494 (MAS) (LHG)<br>16-cv-07497 (MAS) (LHG)<br>17-cv-06513 (MAS) (LHG)<br>17-cv-07636 (MAS) (LHG)<br>17-cv-12088 (MAS) (LHG)<br>18-cv-00089 (MAS) (LHG)<br>18-cv-00343 (MAS) (LHG)<br>18-cv-00383 (MAS) (LHG)<br>18-cv-00846 (MAS) (LHG)<br>18-cv-00893 (MAS) (LHG)<br>18-cv-01223 (MAS) (LHG)<br>18-cv-08595 (MAS) (LHG)<br>18-cv-08705 (MAS) (LHG)<br>18-cv-15286 (MAS) (LHG)<br>20-cv-07460 (MAS) (LHG)<br>20-cv-07462 (MAS) (LHG) | Civil Action No. 15-7658<br><br>JUDGE MICHAEL A. SHIPP<br>JUDGE LOIS H. GOODMAN<br><br>JUDGE DENNIS CAVANAUGH, RET.<br>SPECIAL MASTER |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO PRECLUDE THE DEPOSITION OF JOSEPH C. PAPA**

THIS MATTER having been brought before the Court by Defendant in the above-captioned actions for a Protective Order precluding the deposition of Joseph C. Papa; and the Special Master having considered the papers submitted; and the Special Master having heard the arguments of counsel, if any;

IT IS, on this _____ day of _____, 2021;

ORDERED that Defendant Valeant's motion is GRANTED

_____
Dennis M. Cavanaugh, U.S. D. J. (Ret.)

-3-