# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION** | Civil Action No. 15-7658 |
| | JUDGE MICHAEL A. SHIPP |
| | JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO: | **(ORAL ARGUMENT REQUESTED)** |
| 15-cv-07658 (MAS) (LHG) | **Motion Day: March 5, 2021** |
| 16-cv-07321 (MAS) (LHG) | |
| 16-cv-07324 (MAS) (LHG) | |
| 16-cv-07494 (MAS) (LHG) | |
| 16-cv-07497 (MAS) (LHG) | |
| 17-cv-06513 (MAS) (LHG) | |
| 17-cv-07636 (MAS) (LHG) | |
| 17-cv-12088 (MAS) (LHG) | |
| 18-cv-00089 (MAS) (LHG) | |
| 18-cv-00343 (MAS) (LHG) | |
| 18-cv-00383 (MAS) (LHG) | |
| 18-cv-00846 (MAS) (LHG) | |
| 18-cv-00893 (MAS) (LHG) | |
| 18-cv-01223 (MAS) (LHG) | |
| 18-cv-08595 (MAS) (LHG) | |
| 18-cv-08705 (MAS) (LHG) | |
| 18-cv-15286 (MAS) (LHG) | |
| 20-cv-07460 (MAS) (LHG) | |
| 20-cv-07462 (MAS) (LHG) | |

**DECLARATION OF RICHARD HERNANDEZ IN SUPPORT OF VALEANT'S MOTION FOR A PROTECTIVE ORDER TO PRECLUDE THE DEPOSITION OF JOSEPH C. PAPA**

## DECLARATION OF RICHARD HERNANDEZ

RICHARD HERNANDEZ hereby declares under penalty of perjury as follows:

1. I am a partner of the law firm McCarter & English, LLP, counsel to Valeant Pharmaceuticals International, Inc., n/k/a Bausch Health Companies Inc. ("Valeant") in the above-referenced matter. I submit this Declaration in support of Valeant's Memorandum of Law in Support of its Motion For a Protective Order to Preclude the Deposition of Joseph C. Papa.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| February 7, 2021 email from Michael Hampson to Isaac Rethy re: Valeant Deposition Steering Committee | Exhibit A |
| February 8, 2021 letter from Isaac Rethy to Michael Hampson re: Plaintiffs' Request to Depose Joseph Papa | Exhibit B |
| February 12, 2021 letter from Michael Hampson to Isaac Rethy re: Deposition of Joseph Papa | Exhibit C |
| March 21, 2016 Valeant Press Release Titled "Valeant Announces CEO Succession Plan And Changes To Board Of Directors; Provides Accounting And Financial Reporting Update" | Exhibit D |
| April 25, 2016 Valeant Press Release Titled "Valeant Names Joseph C. Papa To Be Chairman And Chief Executive Officer Of Valeant Pharmaceuticals" | Exhibit E |
| May 3, 2016 Valeant Press Release Titled "Joseph C. Papa Assumes Role Of Chairman And Chief Executive Officer Of Valeant Pharmaceuticals" | Exhibit F |
| Thomson Reuters Streetevents Edited Transcript VRX.TO – Valeant Pharmaceuticals International Inc at UBS Global Healthcare Conference | Exhibit G |
| Transcript of Ari Herman's March 2, 2021 Deposition (Day One) (excerpted) | Exhibit H |
| Transcript of Ari Herman's March 3, 2021 Deposition (Day Two) (excerpted) | Exhibit I |

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on March 5, 2021 in Newark, New Jersey.

                                                                      /s/ *Richard Hernandez*
                                                                      Richard Hernandez