**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Case 3:16-cv-06127-MAS-LHG | Civil Action No. 15-cv-07658-MAS-LHG<br><br>Judge Michael A. Shipp<br><br>Magistrate Judge Lois H. Goodman<br><br>Special Master, Judge Dennis Cavanaugh, Ret. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Equity Trustees Limited as Responsible Entity For T. Rowe Price Global Equity Fund, Voya Partners, Inc., on behalf of VY® T. Rowe Price Growth Equity Portfolio, JNL Series Trust, JNL Strategic Income Fund LLC, Jackson Variable Series Trust, Dow Corning Employee Retirement Plan Master Trust, The Milliken Retirement Plan, Penn Series Funds, Inc., Foreign & Colonial Investment Trust PLC, Minnesota Life Insurance Company, Securian Funds Trust, ConAgra Foods Retirement Income Savings Plan, ConAgra Foods Retirement Income Savings Plan for Hourly Rate Production Employees, City of Tallahassee Pension Plan, and Teacher Retirement System of Texas (collectively, "Plaintiffs"), and Defendants Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, Deborah Jorn, Ari S. Kellen, and Tanya Carro, by and through their respective counsel of record, hereby stipulate to dismiss the above-captioned action with prejudice. Each party will bear its own attorneys' fees and costs.

Dated: March 9, 2021

| | |
|---|---|
| **SIMPSON THACHER & BARTLETT LLP** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| s/ Paul C. Curnin | s/ Jonathan D. Uslaner |
| Paul C. Curnin (admitted *pro hac vice*) | Jonathan D. Uslaner (admitted *pro hac vice*) |
| Craig S. Waldman (admitted *pro hac vice*) | Richard D. Gluck (admitted pro hac vice) |
| 425 Lexington Avenue | 2121 Avenue of the Stars, Suite 2575 |
| New York, NY 10017 | Los Angeles, CA 90067 |
| Telephone: (212) 455-2000 | Telephone: (310) 819-3472 |
| Fax: (212) 415-2502 | |
| | *Counsel for Plaintiffs* |
| *Counsel for Valeant Pharmaceuticals International, Inc. (n/k/a Bausch Health Companies Inc.)* | |
| **McCARTER & ENGLISH LLP** | **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.** |
| s/ Richard Hernandez | s/ James E. Cecchi |
| Richard Hernandez | James E. Cecchi |
| 100 Mulberry Street | Donald A. Ecklund |
| Newark, NJ 07102 | 5 Becker Farm Road |
| Telephone: (973) 848-8615 | Roseland, NJ 07068 |
| Fax: (973) 297-6615 | Telephone: (973) 994-1700 |
| | Fax: (973) 994-1744 |
| *Local Counsel for Valeant Pharmaceuticals International, Inc. (n/k/a Bausch Health Companies Inc.)* | *Local Counsel for Plaintiffs* |

**DEBEVOISE & PLIMPTON LLP**

s/ Matthew Petrozziello

Matthew Petrozziello
Bruce E. Yannett (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle (admitted *pro hac vice*)
Ada F. Johnson (admitted *pro hac vice*)
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

2

*Counsel for J. Michael Pearson*

**WINSTON & STRAWN LLP**

    s/ Benjamin Sokoly
Benjamin Sokoly
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

Robert Y. Sperling (admitted *pro hac vice*)
Joseph L. Motto (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700

*Counsel for Howard B. Schiller*

**SCHULTE ROTH & ZABEL LLP**

    s/ Robert E. Griffin
Robert E. Griffin
Barry A. Bohrer (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955

*Counsel for Deborah Jorn*

**COOLEY LLP**

    s/ William J. Schwartz
William J. Schwartz (admitted *pro hac vice*)
Sarah Lightdale (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro*

So Ordered this 10th day of March, 2021.

_____
**Honorable Michael A. Shipp, U.S.D.J.**

3