

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

April 8, 2021

**VIA ECF**

Hon. Lois H. Goodman, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Richard Hernandez
Partner
T. 973-848-8615
F. 973-297-6615
rhernandez@mccarter.com

**Re:** *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*, Master File No. 15-7658 (MAS)(LHG)

Dear Judge Goodman:

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

The Valeant Defendants write in response to the Opt Out Plaintiffs' April 6, 2021 letter (ECF 729) regarding the Valeant Defendants' pending Objection to the January 28, 2021 Order of the Special Master (ECF 666) (the "Objection").[1]  The Objection is not "moot," as the Opt Outs suggest.

On March 31, 2021, Special Master Cavanaugh held a status conference and approved a 45 day extension to the current case schedule that was sought by the Opt Out Plaintiffs. However, this 45-day extension does not "moot" the substance of the Objection which focuses on the need for continued coordination of the actions to prevent prejudice that would result from piecemeal litigation.  Indeed, prior to the status conference, and at the conference itself, the Valeant Defendants agreed that a 45-day extension was warranted as an interim measure, but stated clearly that their position remains that a more comprehensive scheduling order in the form proposed as Exhibit B[2] to the Objection is necessary:

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

> As set forth in their pending Objection, the Valeant Defendants continue to believe that a more nuanced scheduling order that takes into account all of the actions is necessary to preserve the benefits of case coordination and that the Proposed Order submitted as an exhibit to the Objection accomplishes these goals. . . .  While the Opt Outs' proposed 45-day extension is an appropriate interim measure, the balance of the Opt Outs' proposed schedule fails to address the

---

[1]   For the purposes of this correspondence, the Valeant Defendants are Valeant Pharmaceuticals International, Inc., n/k/a/ Bausch Health Companies Inc. ("Valeant"), the individual defendants listed in the signature blocks, and the underwriters listed in the signature blocks.  While all Defendants are named in the Securities Class Action, the Opt Out Actions assert claims only against certain Defendants.

[2]   The Proposed Order is also attached as Exhibit 1 to this correspondence.

April 8, 2021
Page 2

many issues with the current schedule or provide workable medium or long-term solutions for the issues Valeant has identified.

Exhibit 2, March 30, 2021 Letter from the Valeant Defendants to Special Master Cavanaugh, at 3; *see also* Exhibit 3, Transcript of March 31, 2021 Conference) at 27:2-35:19. The Valeant Defendants' position has not changed – and the fact that the Opt Outs, the same parties who previously assured Your Honor that no extension to the case schedule would be necessary, sought such an extension provides further evidence that the issues raised by the Valeant Defendants in their Objection require a more comprehensive, thoughtful schedule.

Specifically, as noted in the Valeant Defendants' March 30, 2021 pre-conference submission to the Special Master, (*see* Exhibit 2 at 2), since the January 27 conference, the issues defendants identified as obstacles to discovery closing under the current schedule have become more pronounced. **First**, discovery of PwC and Class Plaintiff remains stayed. **Second**, discovery disputes remain ongoing. Additional discovery disputes were just raised at the March 31 conference and will now be briefed in April and May. **Third**, the Special Master's report and recommendation granting Defendants' motion for partial judgment on the pleadings in the *Hound Partners* action remains pending before Judge Shipp. That ruling disposed of the only live claims in any of the Opt Out Actions against the Underwriter Defendants and PwC. Likewise, dispositive motions remain pending in the *Maverick, Templeton*, and *USAA* Opt Out Actions, and on March 29, the Special Master directed that the *Maverick* action is currently stayed. *See* ECF 721.

In sum, the scheduling issues addressed in the Objection remain just as salient after the March 31, 2021 conference as before. Indeed, there can be no dispute that the above issues exist or that further case management procedures will be necessary to fairly and efficiently manage expert discovery and summary judgment across these numerous coordinated actions. Thus, the practical effect of now finding the objection "moot" would be to require the Valeant Defendants to raise their scheduling objections again before the Special Master, which would serve no purpose other than delaying their ultimate resolution. The Valeant Defendants therefore respectfully submit that this Court's intervention remains necessary to preserve the benefits of coordination and ensure that this complex litigation remains manageable for the Court and the parties as it proceeds through the pretrial process.

\* \* \*

April 8, 2021
Page 3

We thank Your Honor for your attention to these matters. We are available to answer any questions.

Respectfully,

**McCARTER & ENGLISH LLP**

/s/ Richard Hernandez
Richard Hernandez
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Fax: (973) 297-6615

*Local Counsel for Valeant Pharmaceuticals International, Inc.*

**SIMPSON THACHER & BARTLETT LLP**

/s/ Paul C. Curnin
Paul C. Curnin (admitted *pro hac vice*)
Craig S. Waldman (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Valeant Pharmaceuticals International, Inc.*

**COOLEY LLP**

/s/ William J. Schwartz
William J. Schwartz (admitted *pro hac vice*)
Sarah Lightdale (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro*

**DEBEVOISE & PLIMPTON LLP**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

/s/ Richard A. Rosen
Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990

*Counsel for the Stock Underwriter Defendants*

**WINSTON & STRAWN LLP**

/s/ Benjamin Sokoly
Benjamin Sokoly
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700

Robert Y. Sperling (admitted *pro hac vice*)
Joseph L. Motto (admitted *pro hac vice*)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600

*Counsel for Howard B. Schiller*

**SCHULTE ROTH & ZABEL LLP**

/s/ Robert E. Griffin
Robert E. Griffin
Barry A. Bohrer (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000

April 8, 2021
Page 4

/s/ *Matthew Petrozziello*
Matthew Petrozziello
Bruce E. Yannett (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle
Ada Fernandez Johnson
801 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 383-8036
Fax: (202) 383-8118

**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**

/s/ *Mark A. Berman*
Mark A. Berman
Robin D. Fineman
433 Hackensack Ave, Suite 1002
Hackensack, NJ 07601
Telephone: (201) 441-9056
Fax: (201) 441-9435

*Local Counsel for the Stock Underwriter Defendants*

**O'MELVENY MYERS LLP**

/s/ *Allen W. Burton*
Allen W. Burton
Jonathan Rosenberg (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Fax: (212) 326-2061

Margaret L. Carter (admitted *pro hac vice*)
Dimitri Portnoi (admitted *pro hac vice*)
O'MELVENY MYERS LLP
400 South Hope Street
Los Angeles, CA 10017
Telephone: (213) 430-2000
Fax: (213) 430-6407

*Counsel for the VAC Defendants*

Fax: (212) 593-5955

*Counsel for Deborah Jorn*

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ *Francis X. Riley III*
Francis X. Riley III
650 College Road East, Suite 4000
Princeton, NJ 08540
Telephone: (609) 452-3145
Fax: (609) 452-3122

*Local Counsel for Valeant Pharmaceuticals International, Inc. in Case No. 18-cv-01223*

**ROBINSON MILLER**

/s/ *Keith J. Miller*
Keith J. Miller
Justin T. Quinn
110 Edison Place, Suite 302
Newark, NJ 07102
Telephone: (973) 690-5400

*Counsel for Howard B. Schiller in Case No. 18-cv-00383*

**MENZ BONNER KOMAR & KOENIGSBERG LLP**

/s/ *Patrick D. Bonner, Jr.*
Patrick D. Bonner, Jr.
125 Half Mile Road, Suite 200
Red Bank, NJ 07701
Telephone: (732) 933-2757
Fax: (914) 997-4117

*Counsel for J. Michael Pearson in Case No. 18-cv-01223*

April 8, 2021
Page 5

**GIBBONS P.C.**

*/s/ Kate E. Janukowicz*
Kate E. Janukowicz, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4913

*Local Counsel for the VAC Defendants*