UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 3:15-cv-07658<br><br>JUDGE MICHAEL A. SHIPP<br>JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>16-cv-07321 (MAS)(LHG)<br>16-cv-07324 (MAS)(LHG)<br>16-cv-07494 (MAS)(LHG)<br>16-cv-07496 (MAS)(LHG)<br>16-cv-07497 (MAS)(LHG)<br>17-cv-06513 (MAS)(LHG)<br>17-cv-07636 (MAS)(LHG)<br>17-cv-12088 (MAS)(LHG)<br>18-cv-00089 (MAS)(LHG)<br>18-cv-00343 (MAS)(LHG)<br>18-cv-00383 (MAS)(LHG)<br>18-cv-00846 (MAS)(LHG)<br>18-cv-00893 (MAS)(LHG)<br>18-cv-01223 (MAS)(LHG)<br>18-cv-08595 (MAS)(LHG)<br>18-cv-08705 (MAS)(LHG)<br>18-cv-15286 (MAS)(LHG)<br>20-cv-07460 (MAS)(LHG)<br>20-cv-07462 (MAS)(LHG) | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER PURSUANT TO LOCAL CIVIL RULE 5.3(c)** |

Plaintiffs in the above-captioned actions ("Direct Action Plaintiffs"), having filed a Consolidated Motion to File Under Seal filings related to (1) Direct Action Plaintiffs' Motion to Overrule Valeant Pharmaceuticals International, Inc.'s Privilege and Work Product Claims with Respect to Documents Produced by FTI Consulting, Inc. ("FTI Motion") (ECF No. 671); and (2) Direct Action Plaintiffs' Motion to Overrule Valeant Pharmaceuticals International, Inc.'s Privilege

and Work Product Claims with Respect to Documents in the Possession of Vianovo ("Vianovo Motion") (ECF No. 747), the Court-appointed Special Master makes the following findings of fact and conclusions of law pursuant to Local Civil Rule 5.3(c):

1. The Special Master finds there is a Stipulation and Confidentiality Order entered by the Court on July 18, 2017 ("Confidentiality Order"), which allows the producing party to use a confidentiality designation for, among other things, "any Discovery Material . . . if such party in good faith believes that such Discovery Material contains non-public, confidential, personal, proprietary, customer, client or commercially sensitive information that requires the protections in this Stipulation and Order." ECF No. 244, ¶ 3.

2. The Special Master further finds that the information designated "Confidential" or "Highly Confidential" that is referenced in filings submitted in connection with the FTI Motion and the Vianovo Motion contains confidential and sensitive information as defined by the Confidentiality Order.

3. No party or nonparty objects to Direct Action Plaintiffs' request to seal the subject information.

4. Accordingly, the Special Master finds, based on the considerations set forth in Local Civil Rule 5.3(c), good cause exists to seal:

> (1) designated portions of the memorandum of law in support of the FTI Motion (ECF No. 673);
>
> (2) designated portions of the Declaration of Michael J. Miarmi in support of the FTI Motion ("Miarmi FTI Declaration") (ECF No. 674);
>
> (3) Appendix A and Exhibits 1, 2, 4, 5, 7-13, and 16-22 to the Miarmi FTI Declaration;
>
> (4) designated portions of the reply in further support of the FTI Motion (ECF No. 716);
>
> (5) designated portions of the Supplemental Declaration of Michael J. Miarmi in support of the FTI Motion ("Miarmi Supplemental FTI Declaration") (ECF No. 716-1);
>
> (6) Exhibit B to the Miarmi Supplemental FTI Declaration;

(7) designated portions of the memorandum of law in support of the Vianovo Motion (ECF No. 748);

(8) designated portions of the Declaration of Michael J. Miarmi in support of the Vianovo Motion ("Miarmi Vianovo Declaration") (ECF No. 748-1);

(9) Exhibits 1-35 to the Miarmi Vianovo Declaration;

(10) designated portions of the reply in further support of the Vianovo Motion (ECF No. 765);

(11) designated portions of the Supplemental Declaration of Michael J. Miarmi in support of the Vianovo Motion ("Miarmi Supplemental Vianovo Declaration") (ECF No. 765-1); and

(12) Exhibits A and B to the Miarmi Supplemental Vianovo Declaration.

**SO ORDERED.**

Date:   June 24, 2021                                      /s/ Dennis Cavanaugh
                                                                       DENNIS M. CAVANAUGH
                                                                       Special Master