**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>3:16-cv-07497 | Civil Action No. 15-cv-07658-MAS-LHG<br><br>Judge Michael A. Shipp<br><br>Magistrate Judge Lois H. Goodman<br><br>Special Master, Judge Dennis Cavanaugh, Ret. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Janus Aspen Series, Janus Aspen Balanced Portfolio, Janus Aspen Forty Portfolio, Janus Aspen Global Research Portfolio, Janus Aspen Janus Portfolio, Janus Capital Funds plc, Janus Capital Funds plc Janus High Yield Fund, Janus Capital Funds plc Janus Balanced Fund, Janus Capital Funds plc Janus Global High Yield, Janus Capital Funds plc Janus Global Life Sciences Fund, Janus Capital Funds plc Janus Global Research Fund, Janus Capital Funds plc Janus US Fund, Janus Capital Funds plc Janus US Twenty Fund, Janus Institutional Concentrated Growth Portfolio, Janus Investment Fund, Janus Balanced Fund, Janus Forty Fund, Janus Fund, Janus Global Life Sciences Fund, Janus Global Research Fund, Janus High-Yield Fund, Janus Capital Group Inc., Concentrated Growth Management Account and Janus Global Life Sciences Managed Account, and Defendants Valeant Pharmaceuticals International, Inc., J. Michael Pearson, and Howard B. Schiller, by and through their respective counsel of record, hereby stipulate to dismiss the above-captioned action with prejudice.  Each party will bear its own attorneys' fees and costs.

Dated: July 16, 2021

| | |
|---|---|
| **SIMPSON THACHER & BARTLETT LLP** | **ROLNICK KRAMER SADIGHI LLP** |
| /s/ Paul C. Curnin | /s/ Sheila A. Sadighi |
| Paul C. Curnin (admitted *pro hac vice*) | Sheila A. Sadighi |
| Craig S. Waldman (admitted *pro hac vice*) | 300 Executive Drive, Suite 275 |
| 425 Lexington Avenue | West Orange, New Jersey 07052 |
| New York, NY 10017 | |
| Telephone: (212) 455-2000 | Lawrence M. Rolnick |
| Fax: (212) 415-2502 | Marc B. Kramer |
| | Michael J. Hampson |
| *Counsel for Valeant Pharmaceuticals International, Inc.* | Richard A. Bodnar |
| | 1251 Avenue of the Americas |
| | New York, New York 10020 |
| | Telephone: (212) 597-2800 |
| **McCARTER & ENGLISH LLP** | Fax: (212) 597-2801 |
| | |
| /s/ Richard Hernandez | *Counsel for Plaintiffs* |
| Richard Hernandez | |
| 100 Mulberry Street | |
| Newark, NJ 07102 | |
| Telephone: (973) 848-8615 | |
| Fax: (973) 297-6615 | |
| | |
| *Local Counsel for Valeant Pharmaceuticals International, Inc.* | |
| | |
| **DEBEVOISE & PLIMPTON LLP** | |
| | |
| /s/ Matthew Petrozziello | |
| Matthew Petrozziello | |
| Bruce E. Yannett (admitted *pro hac vice*) | |
| 919 Third Avenue | |
| New York, NY 10022 | |
| Telephone: (212) 909-6000 | |
| Fax: (212) 909-6836 | |
| | |
| Jonathan R. Tuttle (admitted *pro hac vice*) | |
| Ada F. Johnson (admitted *pro hac vice*) | |

801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

*Counsel for J. Michael Pearson*


**WINSTON & STRAWN LLP**


  */s/ Benjamin Sokoly*
Benjamin Sokoly
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

Robert Y. Sperling (admitted *pro hac vice*)
Joseph L. Motto (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700

*Counsel for Howard B. Schiller*


So Ordered this 20th day of July, 2021.

_____
Honorable Michael A. Shipp, U.S.D.J.