# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Master File No. 3:15-cv-07658-MAS-LHG |
| THIS DOCUMENT RELATES TO:<br><br>15-cv-07658 (MAS) (LHG)<br>16-cv-07321 (MAS) (LHG)<br>16-cv-07324 (MAS) (LHG)<br>16-cv-07494 (MAS) (LHG)<br>16-cv-07496 (MAS) (LHG)<br>17-cv-06513 (MAS) (LHG)<br>17-cv-07636 (MAS) (LHG)<br>17-cv-12088 (MAS) (LHG)<br>18-cv-00089 (MAS) (LHG)<br>18-cv-00343 (MAS) (LHG)<br>18-cv-00383 (MAS) (LHG)<br>18-cv-00846 (MAS) (LHG)<br>18-cv-00893 (MAS) (LHG)<br>18-cv-01223 (MAS) (LHG)<br>18-cv-08595 (MAS) (LHG)<br>18-cv-08705 (MAS) (LHG)<br>18-cv-15286 (MAS) (LHG)<br>18-cv-17393 (MAS) (LHG)<br>20-cv-02190 (MAS) (LHG)<br>20-cv-05478 (MAS) (LHG)<br>20-cv-07460 (MAS) (LHG)<br>20-cv-07462 (MAS) (LHG) | Judge Michael A. Shipp<br><br>Magistrate Judge Lois H. Goodman<br><br>Special Master Dennis M. Cavanaugh, U.S.D.J. (ret.) |

**ORDER EXTENDING THE DEADLINE FOR PLAINTIFFS TO FILE BRIEFS IN OPPOSITION TO DEFENDANT VALEANT PHARMACEUTICALS INTERNATIONAL, INC.'S OBJECTION TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION OVERRULING VALEANT'S PRIVILEGE AND WORK PRODUCT CLAIMS WITH RESPECT TO DOCUMENTS PRODUCED BY <u>FTI CONSULTING, INC.</u>**

THIS MATTER having been brought before the Court by Plaintiffs in the above-captioned actions ("Plaintiffs") for an Order granting a one-week extension of the deadline for Plaintiffs to file briefs in opposition to Defendant Valeant Pharmaceuticals International, Inc.'s objection to the Special Master's Report and Recommendation overruling Valeant's privilege and work product claims with respect to documents produced by FTI Consulting, Inc. ("Objection");

IT IS, on this 26th day of July, 2021;

ORDERED that Plaintiffs' request is GRANTED.  Accordingly, Plaintiffs' briefs in opposition to Valeant's Objection will be due on August 5, 2021.

.

_____
Lois H. Goodman, United States Magistrate Judge