Dear Judge Goodman:

Consistent with Your Honor's instructions, Defendant Valeant Pharmaceuticals International, Inc. ("Valeant"), Defendant PricewaterhouseCoopers LLP ("PwC"), Class Plaintiff City of Tucson, and the Direct Action Plaintiffs[1] (the "Parties") write in response to your August 27, 2021 Order (ECF No. 834) to provide a joint status report regarding the outstanding objections currently pending before Your Honor, and the status of briefing for each, in the Securities Class Action, *In re Valeant Pharmaceuticals International, Inc. Securities Litigation*, No. 15-cv-07658 (MAS) (LHG) and related Direct Actions.

|   | **Motion** | **Status** | **Relevant Docket Numbers** |
|---|---|---|---|
| 1 | Defendants' objection to the January 28, 2021 order of the Special Master (ECF No. 653) denying an extension of the schedule[2] | Objection fully briefed as of March 3, 2021 and currently pending before Magistrate Judge Goodman. | *See* ECF Nos. 666, 686, 687, 688, 697 |
| 2 | Defendants' objection to the April 12, 2021 report and recommendation of the Special Master (ECF No. 736) granting in part and denying in part Plaintiffs' motion regarding the sufficiency of certain responses and objections to plaintiffs' first set of requests for admission | Objection fully briefed as of May 17, 2021 and currently pending before Magistrate Judge Goodman. | *See* ECF Nos. 669, 670, 703, 713, 755, 761 |

---

[1]     The Direct Action Plaintiffs are parties to the following cases: 16-cv-07321; 16-cv-07324; 16-cv-07494; 16-cv-07496; 17-cv-06513; 17-cv-07636; 17-cv-12088; 18-cv-00089; 18-cv-00343; 18-cv-00383; 18-cv-00846; 18-cv-00893; 18-cv-01223; 18-cv-08595; 18-cv-08705; 18-cv-15286; 18-cv-17393; 20-cv-02190; 20-cv-05478; 20-cv-07460; and 20-cv-07462.

[2]     Defendants believe that much of the relief sought in this objection has since been effectively mooted through subsequent schedule extensions and that no action is required on this objection at this time. Plaintiffs believe that this objection is moot given subsequent developments. The Parties anticipate that the undecided scheduling issues will be addressed by the Special Master in the anticipated scheduling order. *See* Aug. 18, 2021 Hearing Tr. at 9:22-10:13. To the extent there remains any issue after the Special Master issues the scheduling order, Defendants would raise those issues separately.

| | Motion | Status | Relevant Docket Numbers |
|---|---|---|---|
| 3 | Valeant's objection to the June 24, 2021 report and recommendation of the Special Master (ECF No. 780) granting Plaintiffs' motion to overrule Valeant's privilege and work product claims with respect to documents produced by FTI Consulting, Inc. | Objection fully briefed as of August 12, 2021 and currently pending before Magistrate Judge Goodman. | *See* ECF Nos. 671, 672, 673, 674, 701, 715, 716, 791, 808, 809, 815 |
| 4 | Valeant's objection to the July 7, 2021 report and recommendation of the Special Master (ECF No. 788) denying Valeant's motion for a protective order to preclude the deposition of Joseph C. Papa | Objection fully briefed as of August 18, 2021 and currently pending before Magistrate Judge Goodman. | *See* ECF Nos. 699, 700, 717, 722, 801, 813, 824 |
| 5 | Valeant's objection to the July 22, 2021 report and recommendation of the Special Master (ECF No. 798) granting Plaintiffs' motion to overrule Valeant's privilege and work product claims with respect to documents produced by Vianovo | Objection fully briefed as of September 2, 2021 and currently pending before Magistrate Judge Goodman. | *See* ECF Nos. 747, 748, 750, 759, 765, 816, 832, 838 |

The Parties are available at the Court's convenience to discuss any of the pending objections and any questions Your Honor may have.

SEEGER WEISS LLP

*/s/ Christopher A. Seeger*
Christopher A. Seeger
David R. Buchanan
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660

McCARTER & ENGLISH LLP

*/s/ Richard Hernandez*
Richard Hernandez
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615

Telephone: (973) 639-9100
Fax: (973) 639-9393

*Local Counsel for Plaintiffs in Case No. 15-cv-07658*

**ROBBINS GELLER RUDMAN & DOWD LLP**

*/s/ James E. Barz*
James E. Barz
Frank A. Richter
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 674-4674
Fax: (312) 674-4676

Darren J. Robbins
Robert R. Henssler
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

Robert J. Robbins
Kathleen B. Douglas
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Fax: (561) 750-3364

*Counsel for Plaintiffs in Case No. 15-cv-07658*

**ROLNICK KRAMER SADIGHI LLP**

*/s/ Lawrence M. Rolnick*
Lawrence M. Rolnick
Marc B. Kramer
Sheila A. Sadighi
Michael J. Hampson
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800

*Counsel for Plaintiffs in Case Nos. 16-cv-07321, 16-cv-07324, 16-cv-07494,*

Fax: (973) 297-6615

*Local Counsel for Valeant Pharmaceuticals International, Inc.*

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Francis X. Riley III*
Francis X. Riley III
650 College Road East, Suite 4000
Princeton, NJ 08540
Telephone: (609) 452-3145
Fax: (609) 452-3122

*Local Counsel for Valeant Pharmaceuticals International, Inc. in Case No. 18-cv-01223*

**SIMPSON THACHER & BARTLETT LLP**

*/s/ Paul C. Curnin*
Paul C. Curnin (admitted *pro hac vice*)
Craig S. Waldman (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Valeant Pharmaceuticals International, Inc.*

*16-cv-07496, 18-cv-00089, 18-cv-00893, 18-cv-01223*

**KASOWITZ BENSON TORRES LLP**

*/s/ Stephen W. Tountas*
Stephen W. Tountas
One Gateway Center
Suite 2600
Newark, NJ 07102
Telephone: (973) 645-9462
Fax: (973) 643-2030

*Local Counsel for Plaintiffs in Case Nos. 17-cv-07636, 18-cv-08595, 18-cv-15286*

**LABATON SUCHAROW LLP**

*/s/ Corban S. Rhodes*
Michael P. Canty
Corban S. Rhodes
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Plaintiffs in Case Nos. 17-cv-07636, 18-cv-08595, and 18-cv-15286*

**MOTLEY RICE LLC**

*/s/ Serena P. Hallowell*
Serena P. Hallowell
777 Third Ave., 27th Floor
New York, NY 10017
Telephone: (212) 577-0040
Fax: (212) 577-0054

*Counsel for Plaintiffs in Case Nos. 18-cv-08595, and 18-cv-15286*

**CHIESA SHAHINIAN & GIANTOMASI PC**

*/s/ A. Ross Pearlson*
A. Ross Pearlson
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2100
Fax: (973) 530-2300

*Local Counsel for PricewaterhouseCoopers LLP*

**KING & SPALDING LLP**

*/s/ Kenneth Y. Turnbull*
Kenneth Y. Turnbull (admitted *pro hac vice*)
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
Telephone:  (202) 737-0500
Fax:  (202) 626-3737

James P. Cusick (admitted *pro hac vice*)
Christina M. Conroy (admitted *pro hac vice*)
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Fax:  (212) 556-2222

*Counsel for PricewaterhouseCoopers LLP*

**FLEISCHMAN BONNER & ROCCO LLP**

*/s/ Patrick L. Rocco*
Patrick L. Rocco
447 Springfield Avenue, Second Floor
Summit, NJ 07901
Telephone: (908) 516-2045
Fax: (908) 516-2049

*Local Counsel for Plaintiffs in Case No. 17-cv-06513*

**DIETRICH SIBEN THORPE LLP**

*/s/ Matthew P. Siben*
Matthew P. Siben (*pro hac vice*)
500 Australian Avenue South, Suite 637
West Palm Beach, FL 33401
Telephone: (561) 820-4882
Fax: (561) 820-4883

David A. Thorpe (*pro hac vice*)
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone:  (310) 300-8450
Facsimile:  (310) 300-8041

*Counsel for Plaintiffs in Case No. 17-cv-06513*

**LITE DEPALMA GREENBERG, LLC**

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Fax: (973) 623-0858

*Local Counsel for Plaintiffs in Case Nos. 17-cv-12088, 20-cv-07460, 20-cv-07462*

**GRANT & EISENHOFER P.A.**

*/s/ Daniel L. Berger*
Daniel L. Berger (admitted *pro hac vice*)
Caitlin M. Moyna (admitted *pro hac vice*)
Jonathan D. Park (admitted *pro hac vice*)
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501

*Counsel for Plaintiffs in Case Nos. 17-cv-12088, 20-cv-07460, 20-cv-07462*

**BRESSLER, AMERY & ROSS, P.C.**

*/s/ David J. Libowsky*
David J. Libowsky
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
Telephone: (973) 514-1200
Fax: (973) 514-1660

*Local Counsel for Plaintiffs in Case No. 18-cv-00343*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

*/s/ Michael J. Miarmi*
Steven E. Fineman (admitted *pro hac vice*)
Daniel P. Chiplock (admitted *pro hac vice*)
Michael J. Miarmi (admitted *pro hac vice*)
Sharon M. Lee (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Fax: (212) 355-9592

Richard M. Heimann (admitted *pro hac vice*)
Bruce W. Leppla (admitted *pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Fax: (415) 956-1008

*Counsel for Plaintiffs in Case No. 18-cv-00343*

**SKOLOFF & WOLFE, P.C.**

*/s/ Jonathan W. Wolfe*
Jonathan W. Wolfe
293 Eisenhower Parkway
Livingston, NJ 07039
Telephone: (973) 992-0900

*Local Counsel for Plaintiffs in Case No. 18-cv-00383*

**HUNG G. TA, ESQ. PLLC**

*/s/ Hung G. Ta*
Hung G. Ta
JooYun Kim
Natalia D. Williams
250 Park Avenue, Seventh Floor
New York, NY 10177

Telephone: (646) 453-7288
Fax: (973) 994-1744

*Counsel for Plaintiffs in Case Nos. 18-cv-00383, 18-cv-00846, 18-cv-17393, and 20-cv-05478*

**SAFIRSTEIN METCALF LLP**

*/s/ Peter Safirstein*
Peter Safirstein
Elizabeth Metcalf (*pro hac vice* forthcoming)
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 201-2845

*Local Counsel for Plaintiffs in Case No. 18-cv-00846, 18-cv-17393, 20-cv-05478*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Rollo Baker*
Robert S. Loigman
Rollo Baker
Kathryn Bonacorsi
Jesse Bernstein
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

*Counsel for Plaintiffs in Case No.* 18-cv-08705

**CALCAGNI & KANEFSKY, LLP**

*/s/ Eric T. Kanefsky*
Eric T. Kanefsky
Samuel S. Cornish
One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, NJ 07102
Telephone: (862) 397-1796

Case 3:15-cv-07658-MAS-LHG   Document 841   Filed 09/03/21   Page 9 of 9 PageID: 30223

9

*Counsel for Plaintiffs in Case No. 18-cv-08705*

**KIRBY McINERNEY LLP**

<u>*/s/ Karen M. Lerner*</u>
Karen M. Lerner
Daniel Hume (admitted *pro hac vice*)
Ira M. Press (admitted *pro hac vice*)
Meghan J. Summers (admitted *pro hac vice*)
250 Park Ave., Suite 820
New York, N.Y. 10177
Telephone: (212) 371-6600

**MARK A. STRAUSS LAW, PLLC**
Mark A. Strauss (admitted *pro hac vice*)
555 Madison Ave, Fifth Floor
New York, NY  10022
Tel: (212) 729-9496
Fax: (212) 202-6443

*Counsel for Plaintiffs in Case No.* 20-cv-02190