UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Applies To:<br><br>No. 3:15-CV-07658-MAS-LHG | Case No. 3:15-CV-07658-MAS-LHG<br><br>JUDGE MICHAEL A SHIPP<br>JUDGE LOIS H. GOODMAN<br><br>JUDGE DENNIS CAVANAUGH, RET. SPECIAL MASTER<br><br>**NOTICE OF WITHDRAWAL OF ALEXANDER B. MCLAMB** |

Notice is hereby given that Alexander B. McLamb hereby withdraws as *pro hac vice* counsel for defendant PricewaterhouseCoopers LLP ("PwC").  PwC shall continue to be represented by:

A. Ross Pearlson, Esq. (NJ ID #041851994)
Melissa F. Wernick, Esq. (NJ ID #033642010)
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, NJ  07052
Tel:  (973) 325-1500
Fax:  (973) 325-1501

Philip S. Beck, Esq. (*pro hac vice*)
Mark L. Levine, Esq. (*pro hac vice*)
Christohpr D. Landgraff, Esq. (*pro hac vice*)
Jason C. Murray, Esq. (*pro hac vice*)
BARTLIT BECK LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
Tel:  (312) 494-4400
Fax: (312) 494-4440

Kenneth Y. Turnbull, Esq. (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Tel:  (202) 737-0500
Fax:  (202) 626-3737

Ashley Depalma, Esq. (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

Dated:  February 10, 2022

                                                     /s/ *A. Ross Pearlson*
                                                     A. Ross Pearlson

                                                     CHIESA SHAHINIAN & GIANTOMASI PC
                                                     One Boland Drive
                                                     West Orange, NJ 07052
                                                     Telephone: (973) 530-2100
                                                     Facsimile: (973) 530-2300
                                                     *Attorneys for Defendant*
                                                     *PricewaterhouseCoopers LLP*