UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Applies To:<br><br>No. 3:15-CV-07658-MAS-LHG | Case No. 3:15-CV-07658-MAS-LHG<br><br>JUDGE MICHAEL A SHIPP<br>JUDGE LOIS H. GOODMAN<br><br>JUDGE DENNIS CAVANAUGH, RET. SPECIAL MASTER<br><br>**Oral Argument Requested**<br><br>**Motion Day: August 1, 2022** |

## DEFENDANT PRICEWATERHOUSECOOPERS LLP'S NOTICE OF MOTION TO DISMISS COUNT III OF THE SECOND AMENDED COMPLAINT

Dated: April 22, 2022

| | |
|---|---|
| BARTLIT BECK LLP | CHIESA SHAHINIAN & GIANTOMASI PC |
| Philip S. Beck (*pro hac vice*)<br>Mark L. Levine (*pro hac vice*)<br>Christopher D. Landgraff (*pro hac vice*)<br>Courthouse Place<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60654<br>Telephone: (312) 494-4400<br>Facsimile: (312) 494-4440 | A. Ross Pearlson<br>One Boland Drive<br>West Orange, NJ 07052<br>Telephone: (973) 530-2100<br>Facsimile: (973) 530-2300 |
| | KING & SPALDING LLP |
| Jason C. Murray (*pro hac vice*)<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100<br>Facsimile: (303) 592-3140 | Kenneth Y. Turnbull (*pro hac vice*)<br>1700 Pennsylvania Avenue, NW<br>Washington, DC 20006-4707<br>Telephone: (202) 737-0500<br>Facsimile: (202) 626-3737 |

*Attorneys for Defendant PricewaterhouseCoopers LLP*

**PLEASE TAKE NOTICE** that the undersigned, counsel for Defendant PricewaterhouseCoopers LLP ("PwC"), in accordance with Federal Rules of Civil Procedure 12(b)(6), will move for dismissal with prejudice of Count III of the Corrected Second Amended Complaint [ECF 952] on August 1, 2022 at 9 a.m., or as soon thereafter as the Court may schedule, for the reasons set forth in the accompanying Memorandum of Law and Declaration of Kenneth Y. Turnbull. Pursuant to Local Civil Rules 7.1(b)(4) and 78.1(b), PwC respectfully requests that the Court grant oral argument on this Motion.

Dated: April 22, 2022       Respectfully submitted,

               **CHIESA SHAHINIAN & GIANTOMASI PC**

      By: /s/ A. Ross Pearlson
         A. Ross Pearlson
         One Boland Drive
         West Orange, NJ 07052
         Telephone: (973) 530-2100
         Facsimile: (973) 530-2300

         **KING & SPALDING LLP**
         Kenneth Y. Turnbull (*pro hac vice* filed)
         1700 Pennsylvania Avenue, NW
         Washington, DC 20006-4707
         Telephone: (202) 737-0500
         Facsimile: (202) 626-3737

         **BARTLIT BECK LLP**
         Philip S. Beck (*pro hac vice*)
         Mark L. Levine (*pro hac vice*)
         Christopher D. Landgraff (*pro hac vice*)
         Courthouse Place
         54 West Hubbard Street, Suite 300
         Chicago, IL 60654
         Telephone: (312) 494-4400
         Facsimile: (312) 494-4440

         Jason C. Murray (*pro hac vice*)
         1801 Wewatta Street, Suite 1200
         Denver, CO 80202
         Telephone: (303) 592-3100
         Facsimile: (303) 592-3140

         *Attorneys for Defendant PricewaterhouseCoopers LLP*