# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>3:18-cv-00089 (MAS) (LHG) (Hound Partners) | Civil Action No. 15-7658<br><br>JUDGE MICHAEL A. SHIPP<br>JUDGE RUKHSANAH L. SINGH<br><br>JUDGE DENNIS CAVANAUGH, RET.<br>SPECIAL MASTER |

## NOTICE OF CONSOLIDATED MOTION TO FILE UNDER SEAL

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, Defendant Valeant Pharmaceuticals International, Inc. ("Valeant"), shall move this Court pursuant to L. Civ. R. 5.3, for entry of an order granting this consolidated motion to seal (i) designated portions of Valeant's Letter to The Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.) (3:15-cv-07658 Dkt. No. 1039, "Letter"), and (ii) Exhibit D attached to the Letter.

**PLEASE TAKE FURTHER NOTICE** that Valeant will rely on the Declaration of Matthew A. Sklar submitted in support of this consolidated motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order accompanies this Notice of Motion as Exhibit 3.

Dated:  October 12, 2022

| | |
|---|---|
| **McCARTER & ENGLISH, LLP** | **SIMPSON THACHER & BARTLETT LLP** |
| /s/ *Matthew Sklar* <br> Matthew A. Sklar <br> Four Gateway Center <br> 100 Mulberry Street <br> Newark, NJ 07102 <br> Telephone: (973) 622-4444 <br> Fax: (973) 624-7070 <br><br> *Local counsel for Valeant Pharmaceuticals International, Inc.* | Jonathan K. Youngwood (admitted *pro hac vice*) <br> Craig S. Waldman (admitted *pro hac vice*) <br> 425 Lexington Avenue <br> New York, NY 10017-3954 <br> Telephone: (212) 455-2000 <br> Fax: (212) 455-2502 <br><br> *Counsel for Valeant Pharmaceuticals International, Inc.* |