| Material | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Designated portions of Valeant's Letter to The Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.) (3:15-cv-07658 Dkt. No. 1039, "Letter") | The Letter contains information derived from documents and/or deposition testimony that Plaintiffs designated as "Confidential" pursuant to the confidentiality orders entered in these actions (*see, e.g.*, 3:15-cv-07658 Dkt. No. 244). | Plaintiffs designated the documents and/or deposition testimony as "Confidential." | Given the nature of arguments made by Valeant in the Letter, there is no less restrictive alternative available to Valeant than to rely upon the confidentially-designated documents and/or deposition testimony while simultaneously following the terms of the confidentiality orders entered in these actions (*see, e.g.*, 3:15-cv-07658 Dkt. No. 244). | The Court has previously entered a confidentiality order in every related action, allowing the parties to use a confidentiality designation for discovery materials that contain "non-public, confidential, proprietary, customer, client, or commercially sensitive information." *See, e.g.*, 3:15-cv-07568 Dkt. No. 244. | Valeant is not aware of any party that plans to oppose this motion. |
| Exhibit D attached to the Letter (Relevant Portions of Plaintiffs' May 31, 2022 Responses and Objections To Defendants' First | Plaintiffs designated the responses and objections as "Confidential" pursuant to the confidentiality | Plaintiffs designated the responses and objections as "Confidential." | Given the nature of arguments made by Valeant in the Letter, there is no less restrictive alternative available to Valeant than to | The Court has previously entered a confidentiality order in every related action, allowing the parties to use a | Valeant is not aware of any party that plans to oppose this motion. |

| | | | | | |
|---|---|---|---|---|---|
| Set of Interrogatories) | orders entered in these actions (*see, e.g.*, 3:15-cv-07658 Dkt. No. 244). | | rely upon the confidentially-designated deposition testimony while simultaneously following the terms of the confidentiality orders entered in these actions (*see, e.g.*, 3:15-cv-07658 Dkt. No. 244). | confidentiality designation for discovery materials that contain "non-public, confidential, proprietary, customer, client, or commercially sensitive information." *See, e.g.*, 3:15-cv-07568 Dkt. No. 244. | |