UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>3:18-cv-00089 (MAS) (LHG) (Hound Partners) | Civil Action No. 15-7658<br><br>JUDGE MICHAEL A. SHIPP<br>JUDGE RUKHSANAH L. SINGH<br><br>JUDGE DENNIS CAVANAUGH, RET. SPECIAL MASTER |

## CERTIFICATION OF SERVICE

Matthew A. Sklar
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Fax: (973) 624-7070

Jonathan K. Youngwood (admitted *pro hac vice*)
Craig S. Waldman (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Valeant Pharmaceuticals International, Inc.*

I, MATHEW A. SKLAR, of full age, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey, a member in good standing of the bar of this Court, and a Partner in the law firm of McCarter & English, LLP, attorneys for Defendant Valeant Pharmaceuticals International, Inc. ("Valeant").

2. On April 12, 2021, I caused to be filed and served the Motion to Seal, the Notice of Motion to Seal, the Declaration in Support of the Motion to Seal and Exhibits 1, Exhibit 2 in

ME1 36721715v.1

Support of the Motion to Seal, and Exhibit 3 Proposed Order Granting Motion to Seal upon all counsel of record via the Court's CM/ECF electronic filing system.

    3.    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

Dated: October 12, 2022

| **McCARTER & ENGLISH, LLP** | **SIMPSON THACHER & BARTLETT LLP** |
|---|---|
| */s/ Matthew Sklar* | Jonathan K. Youngwood (admitted *pro hac vice*) |
| Matthew A. Sklar | Craig S. Waldman (admitted *pro hac vice*) |
| Four Gateway Center | 425 Lexington Avenue |
| 100 Mulberry Street | New York, NY 10017-3954 |
| Newark, NJ 07102 | Telephone: (212) 455-2000 |
| Telephone: (973) 848-8615 | Fax: (212) 455-2502 |
| Fax: (973) 297-6615 | |
| | *Counsel for Valeant Pharmaceuticals International, Inc.* |
| *Local counsel for Valeant Pharmaceuticals International, Inc.* | |

ME1 36721715v.1