# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master No. 3:15-cv-07658-MAS-LHG<br><br>CLASS ACTION<br><br>Judge Michael A. Shipp<br>Magistrate Judge Lois H. Goodman<br><br>Special Master Dennis M. Cavanaugh, U.S.D.J. (ret.) |

## STIPULATION AND ORDER
## SETTING BRIEFING SCHEDULE

This Stipulation is entered into between Lead Plaintiff TIAA and City of Tucson, together with and on behalf of the Tucson Supplemental Retirement System ("Plaintiff") and Pricewaterhouse Coopers LLP ("PWC").

WHEREAS Special Master Dennis M. Cavanaugh issued a Report & Recommendation on November 30, 2022 [ECF 1077] denying PWC's Motion to Dismiss Count III of the Second Amended Complaint (the "November 30 R&R");

WHEREAS, on December 7, 2022, Plaintiff filed Motion to Adopt the November 30 R&R calendared for the January 3, 2023 motion date before the Hon. Michael A. Shipp;

WHEREAS PWC intends to oppose Plaintiff's Motion to Adopt and also file an Objection to the November 30 R&R; and

WHEREAS Plaintiff and PWC wish to avoid any dispute over the due date for PWC's opposition and also wish to accommodate holiday schedules;

NOW, THEREFORE, it is hereby Stipulated and Agreed by Plaintiff and PWC that:

1.      PWC shall have through and including December 21, 2022 to serve (by ECF or email) and file any opposition to Plaintiff's Motion to Adopt and any Objection to the November 30 R&R;

2.      Plaintiff shall have through and including January 11, 2023 to serve (by ECF or email) and file any reply to its Motion to Adopt and any opposition to PWC's Objection; and

3.      PWC shall have through and including January 20, 2023 to serve (by ECF or email) and file any reply in further support of its Objection.

Dated: December 20, 2022

STIPULATED AND AGREED BY:

| | |
|---|---|
| CHIESA SHAHINIAN & GIANTOMASI PC<br>A. ROSS PEARLSON<br><br>/s/ *A. Ross Pearlson*<br>A. ROSS PEARLSON<br>One Boland Drive<br>West Orange, NJ 07052<br>Telephone: (973) 530-2100<br>Fax:  (973) 530-2300<br>rpearlson@csglaw.com<br><br>Local Counsel | SEEGER WEISS LLP<br>CHRISTOPHER A. SEEGER<br>JENNIFER SCULLION<br><br>/s/ *Jennifer R. Scullion*<br>JENNIFER R. SCULLION<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>Telephone: 973-639-9100<br>cseeger@seegerweiss.com<br>jscullion@seegerweiss.com<br><br>Local Counsel |
| BARTLIT BECK LLP<br>PHILIP S. BECK<br>MARK L. LEVINE<br>CHRISTOPHER D. LANDGRAFF<br>54 W. Hubbard Street<br>Chicago, Illinois 60654<br>Telephone: 312-494-4411 | ROBBINS GELLER RUDMAN & DOWD LLP<br>JAMES E. BARZ<br>FRANK RICHTER<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL  60606<br>Telephone: 312-674-4674<br>Fax: 312-674-4676 |

| | |
|---|---|
| BARTLIT BECK LLP<br>JASON C. MURRAY<br>18801 Wewatta Street, 12th Floor<br>Denver, CO 80202<br>Telephone:  303-592-3100<br><br>Lead Counsel for Pricewaterhouse Coopers LLP | ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>JAMES E. BARZ<br>FRANK RICHTER<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL  60606<br>Telephone: 312-674-4674<br>Fax: 312-674-4676<br><br>Lead Counsel for Plaintiff |

 

**So Ordered this 22nd day of December, 2022.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**