**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION** | **Civil Action No. 15-7658 (MAS)**<br><br>**ORDER** |

This matter comes before the Court upon Defendants' objections to the Report and Recommendations ("R&Rs") issued by Hon. Dennis Cavanaugh, U.S.D.J. (ret.) ("Special Master") (*See* R&Rs, ECF Nos. 1185, 1186, 1187, and 1189) that recommended denying Defendants' motions for summary judgment on the element of reliance as to Plaintiffs Grantham, Mayo, Van Otterloo & Co. LLC ("GMO"), Okumus Opportunistic Value Company Ltd. ("Okumus"), Hound Partners LLC ("Hound Partners"), and Brahman Capital Corporation ("Brahman"). Plaintiffs move to adopt the R&Rs. (Pls.' Mot. to Adopt, ECF No. 1222.) Defendants filed objections (*see* Defs.' Obj., ECF No. 1226), Plaintiffs responded (*see* Pls.' Opp'n to Defs.' Obj., ECF No. 1250), and Defendants replied (*see* Defs.' Reply, ECF No. 1266). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion,

**IT IS** on this 2nd day of January 2024, **ORDERED** that:

1. The Direct Action Plaintiffs' Motion to Adopt the R&Rs (ECF No. 1222) is **GRANTED**. The R&Rs referenced herein are **ADOPTED** in their entirety.

2. Defendants' Motions for Summary Judgment (*see* Okumus Moving Br., ECF No. 996; GMO Moving Br., ECF No. 998; Hound Partners Moving Br., ECF No. 1014; and Brahman Moving Br., ECF No. 997) are **DENIED**.

3. The parties shall, no later than February 2, 2024, file a motion to seal that complies with Local Civil Rule 5.3(c). Should neither party file a motion to seal, the Court will lift the seal on the Memorandum Opinion.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE