**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION** | **Civil Action No. 15-7658 (MAS)**<br><br>**ORDER** |

This matter comes before the Court upon the Underwriter Defendants' partial objection to the Report and Recommendation ("R&R") issued by Hon. Dennis M. Cavanaugh, U.S.D.J. (ret.) ("Special Master") who recommended granting in part and denying in part the Underwriter Defendants' motion for summary judgment against Plaintiffs Hound Partners LLC ("Hound Partners" or "Plaintiffs"). (*See* Defs.' Partial Obj., 18-8705, ECF No. 289.) Hound Partners filed an opposition to the partial objection (*see* Pls.' Opp'n to Defs.' Obj., 18-8705, ECF No. 291), and the Underwriter Defendants replied (*see* Defs.' Reply, 18-8705, ECF No. 292). The Court has carefully considered the parties' submissions and decides this matter without oral argument under Local Civil Rule 78.1. For the reasons set forth in the accompanying Sealed Memorandum Opinion, and other good cause shown,

**IT IS** on this 22nd day of February 2024, **ORDERED** that:

1. The Special Master's Report and Recommendation (ECF No. 1190) is **ADOPTED**.
2. The Underwriter Defendants' Motion for Summary Judgment (*See* Defs.' Moving Br., 18-8705, ECF No. 248) is **GRANTED in part** and **DENIED in part**.

3. The parties shall, no later than <u>March 7, 2024,</u> file a motion to seal that complies with Local Civil Rule 5.3(c). Should neither party file a motion to seal, the Court will lift the seal on the Memorandum Opinion.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE