CHIESA SHAHINIAN & GIANTOMASI PC
A. Ross Pearlson
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2100
Facsimile: (973) 530-2300

*Local Counsel*

BARTLIT BECK LLP

Philip S. Beck (*pro hac vice*)
Jeffrey A. Hall (*pro hac vice*)
Christopher D. Landgraff (*pro hac vice*)
Robert B. Tannenbaum (*pro hac vice*)
Nicolas L. Martinez (*pro hac vice*)
Alexandra Genord (*pro hac vice*)
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

*Lead Counsel for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>SECURITIES CLASS ACTION. | Master No. 3:15-cv-07658-MAS-RLS<br><br><u>CLASS ACTION</u><br><br>Judge Michael A. Shipp<br><br>Magistrate Judge Rukhsanah L. Singh<br><br>Special Master Dennis M. Cavanaugh, U.S.D.J. (ret.) |

# JOINT STIPULATION AND [PROPOSED] ORDER RE: REVISED SCHEDULE IN SECURITIES CLASS ACTION

WHEREAS, on June 18, 2024, the Special Master issued orders as to Lead Plaintiff's Motions to Compel 2013 Workpapers and its Motion to Compel Inclusion of Records Custodian (*see* ECF 1429 and 1430). Pursuant to these orders, PwC is required to produce its 2013 Workpapers and responsive, non-privileged materials in Matthew Magi's custodial files that are captured by the search term and date parameters set forth in Lead Plaintiff's Motion;

WHEREAS, the Parties conferred regarding a schedule for the production of these materials and agreed that: 1) PwC will produce its 2013 Workpapers by June 28, 2024, 2) PwC will produce on a rolling basis (starting by July 9, 2024) responsive, non-privileged materials in Matthew Magi's custodial files and substantially complete that production by August 9, 2024,[1] 3) PwC will produce a privilege log for any withheld or redacted responsive documents by August 23, 2024, and 4) PwC will waive its right to appeal the Special Master's orders as to Lead Plaintiff's Motion to Compel 2013 Workpapers and its Motion to Compel Inclusion of Records Custodian;

WHEREAS, the Stipulation and Proposed Order entered on March 30, 2024 (ECF 1371)—as modified by the parties' agreement reflected in PwC's April 11,

---

[1] PwC intends to produce all responsive, non-privileged documents by this date, but understands that Valeant may want to review certain documents for Valeant privilege or work product. PwC agrees to submit documents that require Valeant review to Valeant's counsel on a rolling basis, and keep Plaintiff's counsel informed as to the volume and timing of those submissions.

2024 letter to the Special Master—contains deadlines for the remaining case proceedings based on the deadline for compliance for the Special Master's orders as to Lead Plaintiff's Motion to Compel 2013 Workpapers and its Motion to Compel Inclusion of Records Custodian;

WHEREAS, because certain of these deadlines will occur in and around various holidays, the Parties negotiated a revised schedule for the remainder of the case proceedings;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, that the following schedule shall govern:

| Action | Proposed Dates |
| --- | --- |
| Deadline for PwC to produce 2013 workpapers | June 28, 2024 |
| Deadline for PwC to produce any expert or current PwC employee cited in support of its opposition to class certification for deposition | July 9, 2024 |
| Deadline for Plaintiff to file its Reply in Support of Class Certification | July 29, 2024 |
| Deadline for PwC to substantially complete the production of responsive, non-privileged materials in Matthew Magi's custodial files that are captured by the search term and date parameters set forth in Lead Plaintiff's Motion to Compel Inclusion of Records Custodian | August 9, 2024 |
| Deadline for PwC for privilege log for Matthew Magi's custodial files | August 23, 2024 |

| Fact Discovery Cutoff[2] | November 22, 2024 |
|---|---|
| Deadline to serve affirmative expert reports | December 18, 2024 |
| Deadline to serve rebuttal expert reports | February 21, 2025 |
| Deadline to serve reply expert reports | April 4, 2025 |
| Expert Discovery Cutoff | May 9, 2025 |
| Deadline to file Dispositive Motion(s) | June 6, 2025 |
| Deadline to file Opposition(s) to Dispositive Motion(s) | August 8, 2025 |
| Deadline to file Reply or Replies in support of Dispositive Motion(s) | September 19, 2025 |
| Objection(s) to proposed expert testimony under FRE 702 | 90 days before the final pretrial conference |
| Opposition (s) to any objection(s) to proposed expert testimony under FRE 702 | 60 days before the final pretrial conference |
| Reply in support of any objection(s) to proposed expert testimony under FRE 702 | 30 days before the final pretrial conference |
| Parties to designate potential trial witnesses and proposed exhibits | 45 days before the final pretrial conference |
| Parties to file a joint set of jury instructions, proposed jury instructions which are objected to by any other party and points and authorities in support of and in opposition to the objected to instructions | 45 days before the final pretrial conference |
| Final Pretrial Conference | TBD |

---

[2] Tucson is pursuing depositions of certain out-of-country witnesses through the letters rogatory process or through letters of request under the Hague Evidence Convention. *See* ECFs 1412-1414, 1431-1434. If these three depositions are not able to be completed by the Fact Discovery Cutoff, but can be completed by the deadline to serve reply expert reports, PwC will not oppose a request by Tucson to modify the schedule to accommodate the out-of-country depositions on the grounds that fact discovery has closed. Tucson reserves all rights to file motions to take additional depositions of out-of-country witnesses, and move for adjustments to the schedule (if any) that it believes are necessary to accommodate those depositions. PwC reserves all other rights.

| Proposed Trial Date | TBD |
|---|---|

DATED: July 1, 2024                          CHIESA SHAHINIAN & GIANTOMASI PC

                                                          By: /s/ *A. Ross Pearlson*
                                                          A. Ross Pearlson
                                                          One Boland Drive
                                                          West Orange, NJ 07052
                                                          Telephone: (973) 530-2100
                                                          Facsimile: (973) 530-2300

                                                          BARTLIT BECK LLP

                                                          Philip S. Beck (*pro hac vice*)
                                                          Jeffrey A. Hall (*pro hac vice*)
                                                          Christopher D. Landgraff (*pro hac vice*)
                                                          Robert B. Tannenbaum (*pro hac vice*)
                                                          Nicolas L. Martinez (*pro hac vice*)
                                                          Alexandra Genord (*pro hac vice*)
                                                          Courthouse Place
                                                          54 West Hubbard Street, Suite 300
                                                          Chicago, IL 60654
                                                          Telephone: (312) 494-4400
                                                          Facsimile: (312) 494-4440

                                                          *Attorneys for Defendant PricewaterhouseCoopers LLP*


DATED: July 1, 2024                          SEEGER WEISS LLP

                                                          By: /s/ *Christopher A. Seeger*

Christopher A. Seeger
JenniferR. Scullion
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com
jscullion@seegerweiss.com

ROBBINS GELLER RUDMAN
& DOWD LLP

James E. Barz
Frank A. Richter
Cameran M. Gilliam
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 630/696-4107
jbarz@rgrdlaw.com
frichter@rgrdlaw.com
cgilliam@rgrdlaw.com

*Attorneys for Lead Plaintiff*

* * *

## ORDER

IT IS SO ORDERED.

DATED: 7/10/14       *Dennis M. Cavanaugh*
_____
THE HON. DENNIS M. CAVANAUGH (RET.)
SPECIAL MASTER