

August 7, 2024

<u>VIA ECF</u>

Hon. Rukhsanah L. Singh, Magistrate Judge
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street, Room 5000
Trenton, NJ  08608

      Re:    *In re Valeant Pharmaceuticals Int'l, Inc. Sec. Litig.*,
            <u>No. 3:15-cv-07658-MAS-RLS (D.N.J.)</u>

Dear Judge Singh:

    We represent the Lead Plaintiff in the above action. We write to follow up on the Letters Rogatory signed by the Court on August 6, 2024. ECF 1493.

    Polish counsel informs us that the Polish Ministry of Justice requires submission of the Letters Rogatory directly from this Court to the Ministry, including the Polish translations. Lead Plaintiff provided the Polish Translations at Exhibits 1-15 to the Motion.

    <u>We propose to hand deliver to Your Honor a pre-paid envelope and materials, as well as an additional copy of the Polish translations, so that chambers can send a copy of the signed Letters Rogatory and translations directly to the Polish authorities and the Lead Plaintiff can track delivery. Once delivered in Poland, we have only approximately 48 hours for our Polish counsel to contact the Polish Ministry for processing.</u>

    If the above is acceptable to Your Honor, we respectfully request that Your Honor "So Order" this letter or otherwise inform our office.

                                         Respectfully submitted,

                                         <u>/s/ Jennifer R. Scullion</u>

**SO ORDERED** on this 8th day of August 2024,    Jennifer R. Scullion

*[signature]*
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE