# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 15-7658 (MAS) (RLS)<br><br>**ORDER** |

In light of the current procedural posture of this matter,

**IT IS** on this 26th day of August 2024, **ORDERED** that:

1. The Court finds good cause to reopen this case and all associated cases that have been coordinated with this matter.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**