## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 15-cv-07658-MAS-RLS |
| | HON. MICHAEL A. SHIPP, U.S.D.J. |
| | HON. RUKHSANAH L. SINGH, U.S.M.J. |
| | HON. DENNIS M. CAVANAUGH, U.S.D.J. (RET.), SPECIAL MASTER |
| THIS DOCUMENT RELATES TO: 18-cv-00343 (MAS) (RLS) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs BlackRock Global Allocation Fund, Inc.; BlackRock Global Multi Asset Income Fund High Yield Portfolio; BlackRock Funds II, High Yield Bond Portfolio; iShares Core 1-5 Year USD Bond ETF; BlackRock Multi-Asset Income Portfolio of BlackRock Funds II; iShares Short Duration High Income ETF (CAD-Hedged); BGF Global Opportunities; Relative Value Trading Account; BlackRock Diversified Distribution Fund; BlackRock Credit Allocation Income Trust; iShares U.S. High Yield Bond Index ETF (CAD-Hedged); BlackRock Core Bond Trust; Multi-Strategy Master Fund Limited; BGF Global Multi-Asset Income Fund Global High Yield; iShares USD Short Duration High Yield Corporate Bond UCITS ETF; U.S. Long Corporate Bond Fund; BlackRock Fixed Income Global Opportunities Fund; BGF US Dollar High Yield Bond Fund; iShares B - Ca Rated Corporate Bond ETF; BlackRock Managed Income Fund; BlackRock Global Allocation Collective Fund; BlackRock Floating Rate Income Trust; BlackRock High Yield V.I. Fund; BlackRock Global Allocation Portfolio of BlackRock Series Fund Inc.; Obsidian Fund (Ireland); 55 High Yield Income Strategy Fund; Multi-Color Fund (Exclusively For

Qualified Institutional Investors with Re-sale Restriction for the Japanese Investors); iShares Edge U.S. Fixed Income Balanced Risk ETF; BlackRock Floating Rate Income Portfolio; 55 Multi Asset Strategy Fund (HY sleeve); BlackRock Short Duration High Income Fund; iShares Core Total USD Bond Market ETF; BlackRock Total Return V.I. Portfolio; BGIS Income Strategies Portfolio; BlackRock Funds, BlackRock Global Long/Short Credit Fund; BlackRock Bank Loan Fund; Strategic Income Opportunities Bond Fund; AlphaCredit High Yield Bond Portfolio; iShares 0-5 Year High Yield Corporate Bond ETF; BGF US Dollar Bond Fund; iShares U.S. High Yield Fixed Income Index ETF (CAD-Hedged); iShares Global High Yield Corp Bond CHF Hedged UCITS ETF; HC NCBR Fund; Master Total Return Portfolio of Master Bond LLC; BlackRock Credit Alpha Master Fund, L.P.; iShares Core 10+ Year USD Bond ETF; BGF Global High Yield Bond Fund; iShares Global High Yield Corp Bond GBP Hedged UCITS ETF; iShares iBoxx $ High Yield Corporate Bond ETF; iShares Global High Yield Bond GBP Hedged UCITS ETF; BlackRock Corporate High Yield Fund, Inc.; BlackRock Global Allocation V.I. Fund (US); BlackRock Floating Rate Income Strategies Fund, Inc.; U.S. Core Plus Bond Fund; BlackRock Defined Opportunity Credit Trust; Fixed Income GlobalAlpha Master Fund Ltd.; iShares US & Intl High Yield Corp Bond ETF; U.S. High Yield Bond Index Non-Lendable Fund B; BlackRock Total Return Fund; BlackRock Balanced Capital Portfolio; iShares Global High Yield Corp Bond UCITS ETF; iShares $ High Yield Corporate Bond UCITS ETF; 55 High Yield Income Strategy Fund Series 2; BlackRock Debt Strategies Fund, Inc.; BGF Fixed Income Global Opportunities Fund; R3 Capital Partners Master, L.P.; BlackRock Credit One Fund; BlackRock Strategic Income Opportunities Portfolio; Global Event Partners Master Ltd.; BlackRock Credit Strategies Income Fund; BlackRock Alternative Capital Strategies Fund; BGF Global Dynamic Equity Fund; U.S. Long Credit Bond Fund; BlackRock Global Allocation Fund (Aust) – Active;

BlackRock Limited Duration Income Trust; AlphaCredit High Yield Bond Fund B; Fixed Income Fundamental Trading Fund Eleven; BGF World Healthscience Fund; BlackRock Senior Floating Rate Portfolio; Global Multi-cap Equity Fund B; BlackRock High Yield Portfolio of BlackRock Series Fund, Inc.; BlackRock Multi-Sector Income Trust; BlackRock Multi-Manager Alternative Strategies Fund; and BGF Global Allocation Fund - (US Portfolio) Fund USA, Ltd. and Defendants Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, Deborah Jorn, Ari S. Kellen, and Tanya Carro, by and through their respective counsel of record, hereby stipulate to dismiss the above-captioned action with prejudice.  Each party will bear its own attorneys' fees and costs.

Dated:  April 18, 2025

**MCCARTER & ENGLISH LLP**

Matthew A. Sklar
Omar A. Bareentto
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
T: 973.622.4444
msklar@mccarter.com
obareentto@mccarter.com

*Local counsel for Defendants Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, and Tanya Carro*

**SIMPSON THACHER & BARTLETT LLP**

Jonathan K. Youngwood (*pro hac vice*)
Craig S. Waldman (*pro hac vice*)
Meredith D. Karp (*pro hac vice*)
Jonathan S. Kaplan (*pro hac vice*)
425 Lexington Ave
New York, NY 10017
T: 212.455.2000
jyoungwood@stblaw.com
cwaldman@stblaw.com
meredith.karp@stblaw.com
jonathan.kaplan@stblaw.com

*Counsel for Defendants Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Ari S. Kellen*

**WINSTON & STRAWN LLP**

Kerry C. Donovan
200 Park Ave.
New York, NY 10166
T: 212.294.6700
kcdonovan@winston.com
Dan K. Webb

**BRESSLER, AMERY & ROSS, P.C.**

David J. Libowsky
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
T: 973.514.1200

*Local Counsel for Plaintiffs*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Steven E. Fineman
Daniel P. Chiplock
Michael J. Miarmi
Sharon M. Lee
250 Hudson Street, 8th Floor
New York, NY 10013
T: 212.355.9500

Richard M. Heimann
Bruce W. Leppla
275 Battery Street, 29th Floor
San Francisco, CA 94111
T: 415.956.1000

*Counsel for Plaintiffs*

**MCCARTER & ENGLISH LLP**

_____

Matthew A. Sklar
Omar A. Bareentto
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
T: 973.622.4444
msklar@mccarter.com
obareentto@mccarter.com

_Local counsel for Defendants Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, and Tanya Carro_

**SIMPSON THACHER & BARTLETT LLP**

Jonathan K. Youngwood (_pro hac vice_)
Craig S. Waldman (_pro hac vice_)
Meredith D. Karp (_pro hac vice_)
Jonathan S. Kaplan (_pro hac vice_)
425 Lexington Ave
New York, NY 10017
T: 212.455.2000
jyoungwood@stblaw.com
cwaldman@stblaw.com
meredith.karp@stblaw.com
jonathan.kaplan@stblaw.com

_Counsel for Defendants Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Ari S. Kellen_

**WINSTON & STRAWN LLP**

Kerry C. Donovan
200 Park Ave.
New York, NY 10166
T: 212.294.6700
kcdonovan@winston.com
Dan K. Webb

**BRESSLER, AMERY & ROSS, P.C.**

_____

David J. Libowsky
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
T: 973.514.1200

_Local Counsel for Plaintiffs_

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

_____

Steven E. Fineman
Daniel P. Chiplock
Michael J. Miarmi
Sharon M. Lee
250 Hudson Street, 8th Floor
New York, NY 10013
T: 212.355.9500

Richard M. Heimann
Bruce W. Leppla
275 Battery Street, 29th Floor
San Francisco, CA 94111
T: 415.956.1000

_Counsel for Plaintiffs_

**MCCARTER & ENGLISH LLP**

---

Matthew A. Sklar
Omar A. Bareentto
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
T: 973.622.4444
msklar@mccarter.com
obareentto@mccarter.com

*Local counsel for Defendants Valeant
Pharmaceuticals International, Inc., Robert
L. Rosiello, Ari S. Kellen, and Tanya Carro*

**SIMPSON THACHER & BARTLETT
LLP**

Jonathan K. Youngwood (*pro hac vice*)
Craig S. Waldman (*pro hac vice*)
Meredith D. Karp (*pro hac vice*)
Jonathan S. Kaplan (*pro hac vice*)
425 Lexington Ave
New York, NY 10017
T: 212.455.2000
jyoungwood@stblaw.com
cwaldman@stblaw.com
meredith.karp@stblaw.com
jonathan.kaplan@stblaw.com

*Counsel for Defendants Valeant
Pharmaceuticals International, Inc.,
Robert L. Rosiello, and Ari S. Kellen*

**WINSTON & STRAWN LLP**

---

Kerry C. Donovan
200 Park Ave.
New York, NY 10166
T: 212.294.6700
kcdonovan@winston.com
Dan K. Webb

**BRESSLER, AMERY & ROSS, P.C.**

David J. Libowsky, Esq.

325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
T: 973.514.1200

*Local Counsel for Plaintiffs*

**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**

---

Steven E. Fineman
Daniel P. Chiplock
Michael J. Miarmi
Sharon M. Lee
250 Hudson Street, 8th Floor
New York, NY 10013
T: 212.355.9500

Richard M. Heimann
Bruce W. Leppla
275 Battery Street, 29th Floor
San Francisco, CA 94111
T: 415.956.1000

*Counsel for Plaintiffs*

4

**MCCARTER & ENGLISH LLP**

_____

Matthew A. Sklar
Omar A. Bareentto
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
T: 973.622.4444
msklar@mccarter.com
obareentto@mccarter.com

_Local counsel for Defendants Valeant
Pharmaceuticals International, Inc., Robert
L. Rosiello, Ari S. Kellen, and Tanya Carro_


**SIMPSON  THACHER  &  BARTLETT
LLP**

Jonathan K. Youngwood (_pro hac vice_)
Craig S. Waldman (_pro hac vice_)
Meredith D. Karp (_pro hac vice_)
Jonathan S. Kaplan (_pro hac vice_)
425 Lexington Ave
New York, NY 10017
T: 212.455.2000
jyoungwood@stblaw.com
cwaldman@stblaw.com
meredith.karp@stblaw.com
jonathan.kaplan@stblaw.com

_Counsel for Defendants Valeant
Pharmaceuticals International, Inc.,
Robert L. Rosiello, and Ari S. Kellen_


**WINSTON & STRAWN LLP**

_____

Kerry C. Donovan
200 Park Ave.
New York, NY 10166
T: 212.294.6700
kcdonovan@winston.com
Dan K. Webb

**BRESSLER, AMERY & ROSS, P.C.**

_____

David J. Libowsky
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
T: 973.514.1200

_Local Counsel for Plaintiffs_


**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**

_____

Steven E. Fineman
Daniel P. Chiplock
Michael J. Miarmi
Sharon M. Lee
250 Hudson Street, 8th Floor
New York, NY 10013
T: 212.355.9500

Richard M. Heimann
Bruce W. Leppla
275 Battery Street, 29th Floor
San Francisco, CA 94111
T: 415.956.1000

_Counsel for Plaintiffs_

4

Joseph L. Motto (*pro hac vice*)
Michael J. Stern
35 W Wacker Dr.
Chicago, IL 60601
T: 312.558.5600
dwebb@winston.com
jmotto@winston.com
mjstern@winston.com

**ROBINSON MILLER LLC**

Keith Miller
110 Edison Place, Suite 302
Newark, NJ 07102
T: 973.690.5400
kmiller@rwmlegal.com

*Counsel for Defendant Howard B. Schiller*


**DEBEVOISE & PLIMPTON LLP**


Alessandra Masciandaro
66 Hudson Boulevard
*New York, NY 10001*
T: 212.909.6000
amasciandaro@debevoise.com

David Sarratt
Josh Cohen
650 California Street
San Francisco, CA 94108
T: 415.738.5700
dsarratt@debevoise.com
jacohen@debevoise.com

Stephan Schlegelmilch
Mark Flinn
801 Pennsylvania Avenue, NW
Washington, DC 20004
T: 202.383.8000
sjschlegelmilch@debevoise.com
mflinn@debevoise.com

*Counsel for Defendant J. Michael Pearson*

5

Joseph L. Motto (*pro hac vice*)
Michael J. Stern
35 W Wacker Dr.
Chicago, IL 60601
T: 312.558.5600
dwebb@winston.com
jmotto@winston.com
mjstern@winston.com

**ROBINSON MILLER LLC**

_____
Keith Miller
110 Edison Place, Suite 302
Newark, NJ 07102
T: 973.690.5400
kmiller@rwmlegal.com

*Counsel for Defendant Howard B. Schiller*

**DEBEVOISE & PLIMPTON LLP**

Alessandra Masciandaro
66 Hudson Boulevard
*New York, NY 10001*
T: 212.909.6000
amasciandaro@debevoise.com

David Sarratt
Josh Cohen
650 California Street
San Francisco, CA 94108
T: 415.738.5700
dsarratt@debevoise.com
jacohen@debevoise.com

Stephan Schlegelmilch
Mark Flinn
801 Pennsylvania Avenue, NW
Washington, DC 20004
T: 202.383.8000
sjschlegelmilch@debevoise.com
mflinn@debevoise.com

*Counsel for Defendant J. Michael Pearson*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.**

Kevin N. Ainsworth
Barry Bohrer
919 Third Avenue
New York, NY 10022
T: 212.935.3000
kainsworth@mintz.com

*Counsel for Defendant Deborah Jorn*

**COOLEY LLP**

Kaitland Kennelly
55 Hudson Yards
New York, NY 10001
T: 212.479.6000
kkennelly@cooley.com

*Counsel for Defendant Tanya Carro*

6

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.**

_____

Kevin N. Ainsworth
Barry Bohrer
919 Third Avenue
New York, NY 10022
T: 212.935.3000
kainsworth@mintz.com

_Counsel for Defendant Deborah Jorn_

**COOLEY LLP**

_____

Kaitland Kennelly
55 Hudson Yards
New York, NY 10001
T: 212.479.6000
kkennelly@cooley.com

_Counsel for Defendant Tanya Carro_

**So Ordered this 22nd day of April 2025**

_____

**Honorable Michael A. Shipp, U.S.D.J.**

6