May 21, 2025

**VIA ECF**

The Honorable Rukhsanah L. Singh, U.S.M.J.
U.S. District Court – District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *In re Valeant Pharms. Int'l, Inc. Sec. Litig.*, **Case No. 3:15-cv-07658-MAS-RLS**

Dear Judge Singh:

    This firm represents Plaintiff City of Tucson together with and on behalf of the Tucson Supplemental Retirement System ("Tucson"). Cameran Gilliam, a member of the bar of the State of Illinois, filed her motion for leave to appear *pro hac vice* in the above-referenced matter on March 26, 2021. ECF 719. The motion was granted on April 7, 2021. ECF 730.

    Cameran Gilliam is no longer employed or associated with Robbins Geller Rudman & Dowd LLP ("Robbins Geller"). Accordingly, pursuant to L. Civ. R. 101.1(c)(5), we respectfully request the Court's approval of Cameran Gilliam's withdrawal as *pro hac vice* counsel for Tucson. Counsel from Seeger Weiss LLP and Robbins Geller remain counsel of record and *pro hac vice* counsel for Tucson in the above-referenced matter.

    If this request meets Your Honor's approval, we respectfully request that Your Honor "so order" this letter.

    Very truly yours,

    */s/ Jennifer Scullion*
    Jennifer Scullion

cc:    All Counsel of Record (via ECF)

The Honorable Rukhsanah L. Singh, U.S.M.J.
May 21, 2025
Page 2

    IT IS SO ORDERED this 22d day of May, 2025.

_____
The Honorable Rukhsanah L. Singh, U.S.M.J.