UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 15-7658 (MAS) (RLS)<br><br>ORDER |

THIS MATTER comes before the Court upon review of the docket. On April 10, 2025, the Court set six matters down for trial. (ECF No. 1621.) The Court subsequently closed two of the cases scheduled for trial. (*Forsta AP-Fonden v. Valeant Pharms., Inc.*, 17-12088, closed May 19, 2025; *USAA Mut. Funds Tr. v. Valeant Pharms., Inc.*, 20-7462, closed 5/19/25.) The Court, accordingly, is willing to consider adding one or two new cases to the consolidated trial. Specifically, the Court will consider adding *Okumus Opportunistic Value Fund, Ltd. v. Valeant Pharmaceuticals, Inc.* ("Okumus"), 17-6513, and/or *Hound Partners Offshore Fund, LP v. Valeant Pharmaceuticals, Inc.* ("Hound Partners"), 18-8705. The Court, however, will first need to assess the potential impact of adding either or both cases to the consolidated trial. Accordingly, for good cause shown,

IT IS on this 27th day of May 2025, ORDERED that:

1. The parties must meet and confer regarding submission of proposed addenda to the joint proposed final pretrial order.

2. By **June 2, 2025**, the parties must submit a proposed addendum to the joint proposed final pretrial order for each of the Okumus and Hound Partners matters.[1]

---

[1] The parties must submit a separate addendum for each case because the Court will separately consider the potential impact of adding each case to the consolidated trial.

3. Each proposed addendum must address every section of the joint proposed final pretrial order.[2]

4. The response to the Miscellaneous section (number 14) must include whether the parties are prepared to comply with the deadlines provided in the April 10, 2025 Order if the matter is included in the consolidated trial.

5. Following review of the addenda, the Court will determine whether it will include one or both matters in the September 23, 2025 consolidated trial.

RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE

---

[2] By way of example, number 6 concerns "Plaintiff's Witnesses." If the proposed new plaintiff has additional witnesses to those listed in the current form of joint proposed final pretrial order, those witnesses must be listed in the addendum. Similarly, number 7 concerns "Defendant's Witnesses." If including the additional case in the consolidated trial would result in additional witnesses for defendant(s), the new witnesses must be included in the addendum.