SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
JENNIFER R. SCULLION
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973/639-9100
973/639-9393 (fax)

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ
FRANK A. RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 630/696-4107

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Master No. 3:15-cv-07658-MAS-RLS |
| | CLASS ACTION |
| This Document Relates To: | Judge Michael A. Shipp<br>Magistrate Judge Rukhsanah L. Singh |
| ALL ACTIONS. | Special Master Dennis M. Cavanaugh, U.S.D.J. (ret.) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused true and correct copies of the (i) Plaintiff's Opposition to Defendant PricewaterhouseCoopers LLP's Motion for Summary Judgment; (ii) Plaintiff's Response to Defendant PricewaterhouseCoopers LLP's Statement of Material Facts Not in Dispute in Support of Its Motion for Summary Judgment; (iii) Plaintiff's Supplemental Statement of Disputed Material Facts in Opposition to Defendant PricewaterhouseCoopers LLP's Motion for Summary Judgment; and (iv) Declaration of Frank A. Richter in Support of Lead Plaintiff's Memorandum in Opposition to Defendant PricewaterhouseCoopers LLP's Motion for Summary Judgment to be served via email on all counsel listed on the attached Service List on November 14, 2025 by providing a link to the materials.

*/s/ Christopher A. Seeger*
Christopher A. Seeger

- 1 -

Service List

*In re Valeant Pharmaceuticals International, Inc. Securities Litigation*,
No. 3:15-cv-07658-MAS-RLS (D.N.J.)

| | | |
|---|---|---|
| Darren J. Robbins<br>Christopher R. Kinnon<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>James E. Barz<br>Frank A. Richter<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>200 South Wacker Drive<br>31st Floor<br>Chicago, IL  60606<br>Telephone:  630/696-4111<br><br>Robert J. Robbins<br>Kathleen B. Douglas<br>Stephen R. Astley<br>Bailie L. Heikkinen<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>225 NE Mizner Boulevard<br>Suite 720<br>Boca Raton, FL  33432<br>Telephone:  561/750-3000<br>561/750-3364 (fax) | *Lead Counsel for Plaintiff* | valeant-pwc@rgrdlaw.com |
| Jennifer Scullion<br>SEEGER WEISS LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ  07660<br>Telephone:  973/639-9100<br>973/639-9393 (fax) | | jscullion@seegerweiss.com |

- 1 -

| A. Ross Pearlson<br>Melissa F. Wernick<br>CHIESA SHAHINIAN &<br>  GIANTOMASI PC<br>One Boland Drive<br>West Orange, NJ 07052<br>Telephone: 973/325-1500<br>973/325-1501 (fax) | *Attorneys for Defendant*<br>*PricewaterhouseCoopers*<br>*LLP* | rpearlson@csglaw.com<br>mwernick@csglaw.com |
| Philip S. Beck<br>Jeffrey A. Hall<br>Christopher D. Landgraff<br>Mark L. Levine<br>Robert B. Tannenbaum<br>Nicolas L. Martinez<br>Alexandra Genord<br>BARTLIT BECK LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60654<br>Telephone: 312/494-4411<br>312/494-4440 (fax) | | pwc-valeant@bartlitbeck.com |

- 2 -