UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION | Civil Action No. 15-cv-07658-MAS-LHG <br><br> Judge Michael A. Shipp <br><br> Magistrate Judge Rukhsanah L. Singh <br><br> Special Master, Judge Dennis M. Cavanaugh, Ret. |
| THIS DOCUMENT RELATES TO: <br><br> 16-cv-07321 (MAS) (RLS) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Discovery Global Citizens Master Fund, Ltd., Discovery Global Focus Master Fund, Ltd., Discovery Global Macro Master Fund, Ltd., and Discovery Global Opportunity Master Fund, Ltd., and Defendants Valeant Pharmaceuticals International, Inc., J. Michael Pearson, and Howard B. Schiller, by and through their respective counsel of record, hereby stipulate to dismiss the above-captioned action with prejudice. Each party will bear its own attorneys' fees and costs.

Dated: January 14, 2026

ROLNICK KRAMER SADIGHI LLP

*/s/ signature/*

Lawrence M. Rolnick
Michael J. Hampson
One Pennsylvania Plaza
New York, New York 10119
T: 212.597.2800
lrolnick@rksllp.com
mhampson@rksllp.com

*Counsel for the Discovery Plaintiffs*

So Ordered this 20th day of January 2026

*/s/ signature/*
Honorable Michael A. Shipp, U.S.D.J.